Case 6:21-cv-00809-PGB-RMN   Document 22   Filed 07/07/21   Page 1 of 3 PageID 84

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

WILLIAM C. THEODORE, individually and on behalf of all others similarly situated,

      Plaintiff,

      v.

PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, and TASMIN ETTEFAGH,

      Defendants.

Case No. 6:21-cv-00809-PGB-GJK

## PLAINTIFF'S RESPONSE TO ORDERS TO SHOW CAUSE

Plaintiff William C. Theodore ("Plaintiff"), through his attorneys, submits this response to the Court's Orders to Show Cause why the instant action should not be consolidated with *Tennenbaum v. PureCycle Technologies, Inc., et al.,* No. 6:21-cv-00818-PGB-GJK (together with the instant action "the Actions"). ECF Nos. 19, 20.

Plaintiff does not oppose consolidation of the Actions.

July 7, 2021                              Respectfully submitted,

                                         */s/ Cullin A. O'Brien*
                                         Cullin A. O'Brien (FL Bar No. 0597341)
                                         **CULLIN O'BRIEN LAW, P.A.**
                                         6541 NE 21st Way
                                         Fort Lauderdale, FL 33308
                                         (561) 676-6370 (phone)
                                         (561) 320-0285 (fax)
                                         cullin@cullinobrienlaw.com

                                         *Local Counsel*

                                         Jeffrey C. Block (*pro hac vice* forthcoming)
                                         Jacob A. Walker (*pro hac vice* forthcoming)
                                         **BLOCK & LEVITON LLP**
                                         260 Franklin Street, Suite 1860
                                         Boston, MA 02110
                                         (617) 398-5600 (phone)
                                         (617) 507-6020 (fax)
                                         jeff@blockleviton.com
                                         jake@blockleviton.com

                                         *Attorneys for Plaintiff and Proposed Lead
                                         Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, a copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

/s/ Cullin A. O'Brien
Cullin A. O'Brien