## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

WILLIAM C. THEODORE, individually and
on behalf of all others similarly situated,

       Plaintiff,

       v.

PURECYCLE TECHNOLOGIES, INC.,
MICHAEL OTWORTH, and TASMIN
ETTEFAGH,

       Defendants.

Case No.: 6:21-cv-00809-PGB-GJK

### DEFENDANTS' RESPONSE TO ORDERS TO SHOW CAUSE

Defendants PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, and

TASMIN ETTEFAGH ("Defendants"), through their attorneys, submit this response to the Court's

Orders to Show Cause why the instant action should not be consolidated with *Tennenbaum v.*

*PureCycle Technologies, Inc.*, et al., No. 6:21-cv-00818-PGB-DCI (together with the instant action

"the Actions"). ECF Nos. 19, 20.

Defendants do not oppose consolidation of the Actions.

Dated: July 9, 2021

Respectfully submitted,

/s/    *Joni S. Jacobsen*

David H. Kistenbroker, a*dmitted Pro Hac Vice*
Joni S. Jacobsen, a*dmitted Pro Hac Vice*
Dechert LLP
35 W. Wacker Drive, Suite 3400
Chicago, IL 60601
312-646-5800
david.kistenbroker@dechert.com
joni.jacobsen@dechert.com

Amy S. Tingley
Stovash, Case & Tingley, PA
The VUE at Lake Eola
220 N. Rosalind Ave.
Orlando, FL 32801
407-316-0393
atingley@sctlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, a copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

/s/ *Joni S. Jacobsen*
Joni S. Jacobsen