## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM C. THEODORE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, and TASMIN ETTEFAGH, <br><br> Defendants | Case No. 6:21-cv-809 |
| DAVID TENNENBAUM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL E. DEE, DAVID BRENNER, and BYRON ROTH, <br><br> Defendants | Case No. 6:21-cv-818 |

**NOTICE OF MOTION OF BILL WILEMAN AND ANDREW WILEMAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Bill Wileman, as trustee of the Kasemady Pty Ltd ATF Wileman Super Fund, and Andrew Wileman (together, the "Wileman Family"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), for an Order: (1) consolidating the above-captioned actions; (2) appointing the Wileman Family as Lead Plaintiff in the above-captioned action; (3) approving the Wileman Family's selection of Glancy Prongay & Murray LLP as Lead Counsel and Desmond Law Firm, P.C. as Liaison Counsel for the Class; and (3) granting such further relief as the Court may deem to be just and proper.

The Wileman Family seeks consolidation of related actions, appointment as lead plaintiff, and approval of their choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Leo W. Desmond, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for the Wileman Family have no way of knowing with certainty who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for the Wileman Family have been unable to conference with opposing counsel as prescribed in Local Rule 3.01(g), and respectfully request that the conference requirement of Local Rule 3.01(g) be waived for this motion.

1

Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) of the Exchange Act, defendants do not have standing to oppose the appointment of the Wileman Family as lead plaintiff.

Dated:  July 12, 2021

Respectfully submitted,

*/s/ Leo W. Desmond*
Leo W. Desmond, Esquire
Florida Bar Number 0041920
**DESMOND LAW FIRM, P.C.**
5070 Highway A1A, Suite D
Vero Beach, Florida 32963
Telephone: 772.231.9600
Facsimile: 772.231.0300
lwd@desmondlawfirm.com

*Counsel for the Wileman Family and Proposed Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-201-9160
Email: info@glancylaw.com

*Counsel for the Wileman Family and Proposed Lead Counsel for the Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Leo W. Desmond, hereby certify that on July 12, 2021, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

<u>*s/ Leo W. Desmond*</u>
Leo W. Desmond