# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM C. THEODORE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, and TASMIN ETTEFAGH, <br><br> Defendants | Case No. 6:21-cv-809 |
| DAVID TENNENBAUM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL E. DEE, DAVID BRENNER, and BYRON ROTH, <br><br> Defendants | Case No. 6:21-cv-818 |

## [PROPOSED] ORDER

Having considered the motion of Bill Wileman, as trustee of the Kasemady Pty Ltd ATF Wileman Super Fund, and Andrew Wileman for consolidation of related actions, appointment as lead plaintiff and approval of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re PureCycle Technologies Inc. Securities Litigation*, Master File No. 6:21-cv-809;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Bill Wileman, as trustee of the Kasemady Pty Ltd ATF Wileman Super Fund, and Andrew Wileman as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class and Desmond Law Firm, P.C. as Liaison Counsel for the Class.

        **SO ORDERED.**

Dated: _____, 2021

_____
HON. PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

1