## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM C. THEODORE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, and TASMIN ETTEFAGH,<br><br>Defendants | Case No. 6:21-cv-809 |
| DAVID TENNENBAUM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL E. DEE, DAVID BRENNER, and BYRON ROTH,<br><br>Defendants | Case No. 6:21-cv-818 |

**DECLARATION OF LEO W. DESMOND IN SUPPORT OF MOTION OF BILL WILEMAN AND ANDREW WILEMAN FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

I, Leo W. Desmond, hereby declare as follows:

1.      I am an attorney with Desmond Law Firm, P.C., counsel on behalf of Bill Wileman, as trustee of the Kasemady Pty Ltd ATF Wileman Super Fund, and Andrew Wileman (together, the "Wileman Family"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of the Wileman Family's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Press release published May 11, 2021 on *PR Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:      The Wileman Family's Signed PSLRA Certifications;

Exhibit C:      Table of the Wileman Family's calculated losses, as a result of transactions in PureCycle Technologies, Inc. securities;

Exhibit D:      Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:      Firm résumé of Desmond Law Firm, P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed on July 12, 2021, at Vero Beach, Florida.

/s/ Leo W. Desmond
Leo W. Desmond

1

## CERTIFICATE OF SERVICE

I, Leo W. Desmond, hereby certify that on July 12, 2021, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

*s/ Leo W. Desmond*
Leo W. Desmond

2