# EXHIBIT C

## Loss Chart

**Company Name:** PureCycle Technologies, Inc.
**Ticker:** PCT
**Class Period:** November 16, 2020 to May 5, 2021

**Name:** Andrew Wileman

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/27/2021 | 125 | $27.4560 | -$3,432.0000 | | $0.0000 | -$3,432.00 |

| Shares Retained: | 125 | | | | Subtotal: | -$3,432.00 |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $2,359.72 |
| | | | $18.8778 | 125 | Total: | -$1,072.28 |

**Name:** Kasemady Pty Ltd ATF Wileman Super Fund

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/23/2021 | 400 | $26.4800 | -$10,592.0000 | | $0.0000 | -$10,592.00 |
| 4/26/2021 | 400 | $27.7700 | -$11,108.0000 | | $0.0000 | -$11,108.00 |
| 4/27/2021 | 200 | $27.4800 | -$5,496.0000 | | $0.0000 | -$5,496.00 |
| 4/28/2021 | 200 | $27.2300 | -$5,446.0000 | | $0.0000 | -$5,446.00 |
| 4/29/2021 | 100 | $26.6100 | -$2,661.0000 | | $0.0000 | -$2,661.00 |
| 4/29/2021 | 100 | $26.6365 | -$2,663.6500 | | $0.0000 | -$2,663.65 |
| 4/30/2021 | 160 | $25.8200 | -$4,131.2000 | | $0.0000 | -$4,131.20 |

| Shares Retained: | 1,560 | | | | Subtotal: | -$42,097.85 |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $29,449.33 |
| | | | $18.8778 | 1,560 | Total: | -$12,648.52 |

**Movants' Loss Summary**

| | |
|---|---|
| Andrew Wileman: | -$1,072.28 |
| Kasemady Pty Ltd ATF Wileman Super Fund: | -$12,648.52 |
| **Total:** | **-$13,720.79** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between May 6, 2021 and July 9, 2021.