# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| WILLIAM C. THEODORE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, and TASMIN ETTEFAGH, <br><br><br> Defendants. | Case No. 6:21-cv-0809-PGB-GJK <br><br> Judge Paul G. Byron <br><br> <u>CLASS ACTION</u> |
| DAVID TENNENBAUM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL E. DEE, DAVID BRENNER and BYRON ROTH, <br><br><br> Defendants. | Case No. 6:21-cv-0818-PGB-DCI |

**DECLARATION OF CHRISTOPHER J. KELLER IN SUPPORT OF MOTION OF JAMES BOENIG FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Christopher J. Keller, declare as follows:

I am a member in good standing of the bar of the State of New York and have applied for to appear and practice *pro hac vice* in this Court.  I am chairman at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by proposed Lead Plaintiff, James Boenig ("Boenig"), for the entry of an Order: (1) appointing Boenig as Lead Plaintiff; (2) approving Boenig's selection of Labaton Sucharow as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:     Signed Certification of James Boenig, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:     Loss analysis for Boenig;

EXHIBIT C:     Notice of pendency of *Theodore v. PureCycle Technologies, Inc.*, No. 21-cv-0809 (M.D. Fla.), published on May 11, 2021;

EXHIBIT D:     Declaration of Boenig; and

EXHIBIT E:     Firm Resume of Labaton Sucharow.

2

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  July 12, 2021                              Respectfully submitted,

                                                   /s/ Christopher J. Keller
                                                   Christopher J. Keller

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2021, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing to all counsel of record.

*/s/ Christopher J. Keller*
Christopher J. Keller