UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM C. THEODORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, and TASMIN ETTEFAGH,<br><br>Defendants. | Case No.  6:21-cv-00809-PGB-GJK<br><br>**DECLARATION OF JAYNE A. GOLDSTEIN IN SUPPORT OF MOTION OF ROBERT CIECKO AND MARIUSZ CIECKO FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL** |
| DAVID TENNENBAUM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL E. DEE, DAVID BRENNER and BYRON ROTH,<br><br>Defendants. | Case No.  6:21-cv-00818-PGB-DCI |

I, Jayne A. Goldstein, hereby declare as follows:

1.      I am an attorney with Miller Shah LLP ("Miller Shah"), counsel on behalf of Robert Ciecko and Mariusz Ciecko (together, the "Ciecko Brothers"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Ciecko Brothers' motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment of the Ciecko Brothers as Co-Lead Plaintiffs, and approval of their selection of Pomerantz LLP ("Pomerantz") as Lead Counsel, and Miller Shah as Liaison Counsel, for the Class in the Related Actions.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart reflecting the financial interest of the Ciecko Brothers in this litigation; |
| Exhibit B: | Press release published over *Globe Newswire* on May 11, 2021, announcing the pendency of the first-filed of the Related Actions; |
| Exhibit C: | Shareholder Certifications executed by the Ciecko Brothers; |
| Exhibit D: | Joint Declaration executed by the Ciecko Brothers; |
| Exhibit E: | Firm resume of Pomerantz; and |
| Exhibit F: | Firm resume of Miller Shah. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 12, 2021, at Delray Beach, Florida.

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein