# EXHIBIT A

**PureCycle Technologies, Inc. (PCT)**
**Class Period: November 16, 2020 and May 5, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Account | Security Description | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | | | |
| Ciecko, Robert | Account 1 | Common Stock | | 6,838 | | ($189,695) | | (6,838) | | $110,384 | 5,838 | 0 | ($79,311) |
| Ciecko, Robert | Account 2 | Common Stock | | 2,738 | | ($67,878) | | (2,738) | | $52,864 | 1,338 | 0 | ($15,014) |
| Ciecko, Robert | Account 3 | Common Stock | | 105 | | ($3,047) | | (105) | | $1,570 | 105 | 0 | ($1,477) |
| Ciecko, Robert | Account 4 | Common Stock | | 400 | | ($10,111) | | (400) | | $6,826 | 300 | 0 | ($3,285) |
| | **Total** | | | **10,081** | | **(270,730)** | | **(10,081)** | | **171,645** | **7,581** | **0** | **(99,086)** |
| Ciecko, Robert | Account 1 | Call PCT 11/19/2021 $22.5 | | 17 | | ($12,236) | | (17) | | $7,495 | 17 | 0 | ($4,741) |
| Ciecko, Robert | Account 1 | Call PCT 6/18/2021 $22.5 | | 28 | | ($14,060) | | (28) | | $2,156 | 28 | 0 | ($11,904) |
| **Ciecko, Robert** | **Total** | | | **45** | | **($26,296)** | | **(45)** | | **$9,651** | **45** | **0** | **($16,645)** |
| **Ciecko, Robert** | | | | | | **($297,026)** | | | | **$181,296** | | | **($115,731)** |
| Ciecko, Mariusz | Account 1 | Common Stock | | 1,140 | | ($32,470) | | (1,140) | | $17,106 | 1,140 | 0 | ($15,364) |
| **Ciecko Brothers** | | Common Stock | | 11,221 | | ($303,200) | | (11,221) | | $188,750 | 8,721 | 0 | ($114,450) |
| | | Options | | 45 | | ($26,296) | | (45) | | $9,651 | 45 | 0 | ($16,645) |
| | | **Total** | | | | **($329,496)** | | | | **$198,401** | | | **($131,095)** |
| **Account Details** | | | | | | | | | | | | | |
| Ciecko, Robert | Account 1 | ROCH | 3/17/2021 | 100 | $29.5600 | ($2,956) | 4/21/2021 | (1,000) | $23.6800 | $23,680 | | | |
| Ciecko, Robert | Account 1 | ROCH | 3/17/2021 | 4 | $29.5600 | ($118) | 5/6/2021* | (100) | $14.8300 | $1,483 | | | |
| Ciecko, Robert | Account 1 | ROCH | 3/17/2021 | 96 | $29.5600 | ($2,838) | 5/6/2021* | (53) | $14.8300 | $786 | | | |
| Ciecko, Robert | Account 1 | ROCH | 3/17/2021 | 100 | $29.5500 | ($2,955) | 5/6/2021* | (100) | $14.8300 | $1,483 | | | |
| Ciecko, Robert | Account 1 | ROCH | 3/17/2021 | 100 | $29.5600 | ($2,956) | 5/6/2021* | (100) | $14.8300 | $1,483 | | | |
| Ciecko, Robert | Account 1 | ROCH | 3/17/2021 | 100 | $29.5600 | ($2,956) | 5/6/2021* | (300) | $14.8300 | $4,449 | | | |
| Ciecko, Robert | Account 1 | ROCH | 3/17/2021 | 100 | $29.3000 | ($2,930) | 5/6/2021* | (200) | $14.8300 | $2,966 | | | |
| Ciecko, Robert | Account 1 | ROCH | 3/17/2021 | 100 | $29.2400 | ($2,924) | 5/6/2021* | (200) | $14.8300 | $2,966 | | | |
| Ciecko, Robert | Account 1 | ROCH | 3/17/2021 | 100 | $29.0300 | ($2,903) | 5/6/2021* | (400) | $14.8300 | $5,932 | | | |
| Ciecko, Robert | Account 1 | ROCH | 3/17/2021 | 100 | $29.0100 | ($2,901) | 5/6/2021* | (447) | $14.8300 | $6,629 | | | |
| Ciecko, Robert | Account 1 | ROCH | 3/17/2021 | 100 | $29.0800 | ($2,908) | 5/6/2021* | (100) | $14.8300 | $1,483 | | | |
| Ciecko, Robert | Account 1 | PCT | 3/18/2021 | 200 | $31.8300 | ($6,366) | 5/6/2021 | (200) | $14.8750 | $2,975 | | | |
| Ciecko, Robert | Account 1 | PCT | 3/18/2021 | 100 | $31.6300 | ($3,163) | 5/6/2021 | (74) | $14.8700 | $1,100 | | | |
| Ciecko, Robert | Account 1 | PCT | 3/18/2021 | 93 | $31.5800 | ($2,937) | 5/6/2021 | (60) | $14.8700 | $892 | | | |
| Ciecko, Robert | Account 1 | PCT | 3/18/2021 | 7 | $31.5800 | ($221) | 5/6/2021 | (2,796) | $14.8600 | $41,549 | | | |
| Ciecko, Robert | Account 1 | PCT | 3/18/2021 | 100 | $31.5800 | ($3,158) | 5/6/2021 | (100) | $14.8700 | $1,487 | | | |
| Ciecko, Robert | Account 1 | PCT | 3/18/2021 | 100 | $31.5300 | ($3,153) | 5/6/2021 | (300) | $14.8700 | $4,461 | | | |
| Ciecko, Robert | Account 1 | PCT | 3/18/2021 | 100 | $31.1500 | ($3,115) | 5/6/2021 | (100) | $14.8700 | $1,487 | | | |
| Ciecko, Robert | Account 1 | PCT | 3/18/2021 | 100 | $31.1500 | ($3,115) | 5/6/2021 | (94) | $14.8700 | $1,398 | | | |
| Ciecko, Robert | Account 1 | PCT | 3/18/2021 | 100 | $31.1900 | ($3,119) | 5/6/2021 | (100) | $14.8700 | $1,487 | | | |
| Ciecko, Robert | Account 1 | PCT | 3/18/2021 | 100 | $31.1900 | ($3,119) | 5/6/2021 | (14) | $14.8700 | $208 | | | |
| Ciecko, Robert | Account 1 | PCT | 3/24/2021 | 100 | $30.3300 | ($3,033) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $30.1800 | ($3,018) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $30.0000 | ($3,000) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $30.0000 | ($3,000) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $30.0000 | ($3,000) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $29.8800 | ($2,988) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $29.7000 | ($2,970) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $29.6100 | ($2,961) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $29.0300 | ($2,903) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $29.0800 | ($2,908) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $28.5600 | ($2,856) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $28.5600 | ($2,856) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $28.5050 | ($2,851) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $28.5600 | ($2,856) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $28.4400 | ($2,844) | | | | | | | |

**PureCycle Technologies, Inc. (PCT)**
**Class Period: November 16, 2020 and May 5, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Account | Security Description | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $28.2100 | ($2,821) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $28.2100 | ($2,821) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $28.1600 | ($2,816) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $28.4400 | ($2,844) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 50 | $28.1300 | ($1,407) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 8 | $28.1300 | ($225) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 42 | $28.1300 | ($1,181) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $27.3100 | ($2,731) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $27.3300 | ($2,733) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $27.2300 | ($2,723) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $27.0600 | ($2,706) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $27.0799 | ($2,708) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 6 | $27.2300 | ($163) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 94 | $27.2300 | ($2,560) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 22 | $27.2300 | ($599) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 2 | $27.2300 | ($54) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 76 | $27.2300 | ($2,069) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $27.2300 | ($2,723) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $27.2800 | ($2,728) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $27.2800 | ($2,728) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 8 | $27.8250 | ($223) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/25/2021 | 100 | $28.0000 | ($2,800) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/26/2021 | 30 | $27.8300 | ($835) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/29/2021 | 100 | $25.0800 | ($2,508) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/29/2021 | 100 | $25.0800 | ($2,508) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/30/2021 | 402 | $23.8800 | ($9,600) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/30/2021 | 8 | $23.8800 | ($191) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/30/2021 | 8 | $23.8800 | ($191) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/30/2021 | 50 | $23.8800 | ($1,194) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 3/30/2021 | 32 | $23.8800 | ($764) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 4/20/2021 | 100 | $22.6800 | ($2,268) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 4/20/2021 | 100 | $22.6600 | ($2,266) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 4/20/2021 | 100 | $22.6600 | ($2,266) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 4/20/2021 | 100 | $22.6767 | ($2,268) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 4/20/2021 | 100 | $22.7000 | ($2,270) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 4/20/2021 | 100 | $22.6999 | ($2,270) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 4/20/2021 | 100 | $22.6967 | ($2,270) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 4/20/2021 | 100 | $22.6967 | ($2,270) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 4/20/2021 | 100 | $22.6900 | ($2,269) | | | | | | | |
| Ciecko, Robert | Account 1 | PCT | 4/20/2021 | 100 | $22.6973 | ($2,270) | | | | | | | |
| **Ciecko, Robert** | | | | **6,838** | | **($189,695)** | | **(6,838)** | | **$110,384** | **5,838** | **0** | **($79,311)** |
| | | | | | | | | | | | | | |
| Ciecko, Robert | Account 1 | Call PCT 11/19/2021 $22.5 | 4/22/2021 | 1 | $7.3100 | ($731) | 6/7/2021* | (2) | $4.4000 | $880 | | | |
| Ciecko, Robert | Account 1 | Call PCT 11/19/2021 $22.5 | 4/22/2021 | 3 | $7.1900 | ($2,157) | 6/7/2021* | (6) | $4.4100 | $2,646 | | | |
| Ciecko, Robert | Account 1 | Call PCT 11/19/2021 $22.5 | 4/22/2021 | 4 | $7.1900 | ($2,876) | 6/7/2021* | (9) | $4.4100 | $3,969 | | | |
| Ciecko, Robert | Account 1 | Call PCT 11/19/2021 $22.5 | 4/22/2021 | 5 | $7.1900 | ($3,595) | | | | | | | |
| Ciecko, Robert | Account 1 | Call PCT 11/19/2021 $22.5 | 4/22/2021 | 3 | $7.1900 | ($2,157) | | | | | | | |
| Ciecko, Robert | Account 1 | Call PCT 11/19/2021 $22.5 | 4/22/2021 | 1 | $7.2000 | ($720) | | | | | | | |
| **Ciecko, Robert** | **Account 1** | | | **17** | | **($12,236)** | | **(17)** | | **$7,495** | **17** | **0** | **($4,741)** |
| | | | | | | | | | | | | | |
| Ciecko, Robert | Account 1 | Call PCT 06/18/2021 $22.5 | 4/22/2021 | 3 | $5.3000 | ($1,590) | 5/6/2021 | (28) | $0.7700 | $2,156 | | | |
| Ciecko, Robert | Account 1 | Call PCT 06/18/2021 $22.5 | 4/22/2021 | 7 | $5.1000 | ($3,570) | | | | | | | |
| Ciecko, Robert | Account 1 | Call PCT 06/18/2021 $22.5 | 4/23/2021 | 4 | $5.3000 | ($2,120) | | | | | | | |
| Ciecko, Robert | Account 1 | Call PCT 06/18/2021 $22.5 | 4/23/2021 | 4 | $5.3000 | ($2,120) | | | | | | | |
| Ciecko, Robert | Account 1 | Call PCT 06/18/2021 $22.5 | 4/23/2021 | 2 | $5.3000 | ($1,060) | | | | | | | |
| Ciecko, Robert | Account 1 | Call PCT 06/18/2021 $22.5 | 4/30/2021 | 8 | $4.5000 | ($3,600) | | | | | | | |
| **Ciecko, Robert** | **Account 1** | | | **28** | | **($14,060)** | | **(28)** | | **$2,156** | **28** | **0** | **($11,904)** |

*Post-class period sales are valued at the average closing prices from May 6 to the date of sale

**PureCycle Technologies, Inc. (PCT)**
**Class Period: November 16, 2020 and May 5, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Account | Security Description | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ciecko, Robert | Account 2 | PCT | 3/24/2021 | 100 | $30.3300 | ($3,033) | 3/30/2021 | (9) | $23.8844 | $215 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $28.0500 | ($281) | 3/30/2021 | (21) | $23.8500 | $501 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $28.0500 | ($281) | 3/30/2021 | (9) | $23.8500 | $215 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $28.0180 | ($280) | 3/30/2021 | (70) | $23.8300 | $1,668 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $28.0200 | ($280) | 3/30/2021 | (54) | $23.8300 | $1,287 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $28.0300 | ($280) | 3/30/2021 | (30) | $23.8300 | $715 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $28.0300 | ($280) | 3/30/2021 | (100) | $23.8300 | $2,383 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $28.0300 | ($280) | 3/30/2021 | (7) | $23.8300 | $167 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $28.0000 | ($280) | 3/30/2021 | (100) | $23.3500 | $2,335 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $27.9800 | ($280) | 3/30/2021 | (100) | $23.3500 | $2,335 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $27.9900 | ($280) | 3/30/2021 | (30) | $23.3900 | $702 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 100 | $28.0900 | ($2,809) | 3/30/2021 | (100) | $23.3500 | $2,335 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 18 | $27.7083 | ($499) | 3/30/2021 | (20) | $23.3600 | $467 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 3 | $27.3800 | ($82) | 3/30/2021 | (70) | $23.3500 | $1,635 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $27.3800 | ($274) | 3/30/2021 | (80) | $23.3500 | $1,868 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $27.3300 | ($273) | 4/21/2021 | (500) | $23.6601 | $11,830 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $27.3300 | ($273) | 4/21/2021 | (100) | $23.6501 | $2,365 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $27.3300 | ($273) | 5/6/2021* | (1,338) | $14.8300 | $19,843 | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $27.3400 | ($273) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $27.3300 | ($273) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.8300 | ($268) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.8300 | ($268) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.8300 | ($268) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.8300 | ($268) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.8300 | ($268) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.9700 | ($270) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.9800 | ($270) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.9800 | ($270) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.9800 | ($270) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.9800 | ($270) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.9900 | ($270) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 27 | $27.0800 | ($731) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.9400 | ($269) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.9500 | ($270) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.9500 | ($270) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.9500 | ($270) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.9500 | ($270) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.9500 | ($270) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 10 | $26.9500 | ($270) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/26/2021 | 5 | $26.9300 | ($135) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/29/2021 | 100 | $25.7300 | ($2,573) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/29/2021 | 100 | $25.6500 | ($2,565) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/29/2021 | 21 | $25.5600 | ($537) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/29/2021 | 100 | $25.0800 | ($2,508) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/29/2021 | 100 | $25.0600 | ($2,506) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/29/2021 | 4 | $25.0600 | ($100) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/30/2021 | 100 | $23.8300 | ($2,383) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/30/2021 | 100 | $23.8300 | ($2,383) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/30/2021 | 100 | $23.8300 | ($2,383) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/30/2021 | 100 | $23.1099 | ($2,311) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/30/2021 | 100 | $23.1099 | ($2,311) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/30/2021 | 100 | $23.1099 | ($2,311) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/30/2021 | 100 | $23.1100 | ($2,311) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 3/30/2021 | 100 | $23.1087 | ($2,311) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 4/19/2021 | 300 | $23.6500 | ($7,095) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 4/19/2021 | 100 | $23.6400 | ($2,364) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 4/19/2021 | 200 | $23.6400 | ($4,728) | | | | | | | |

*Post-class period sales are valued at the average closing prices from May 6 to the date of sale

**PureCycle Technologies, Inc. (PCT)**
**Class Period: November 16, 2020 and May 5, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Account | Security Description | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ciecko, Robert | Account 2 | PCT | 4/19/2021 | 100 | $23.6300 | ($2,363) | | | | | | | |
| Ciecko, Robert | Account 2 | PCT | 4/19/2021 | 200 | $23.5900 | ($4,718) | | | | | | | |
| **Ciecko, Robert** | **Account 2** | **PCT** | | **2,738** | | **($67,878)** | | **(2,738)** | | **$52,864** | **1,338** | **0** | **($15,014)** |
| Ciecko, Robert | Account 3 | ROCH | 3/17/2021 | 100 | $29.1500 | ($2,915) | 5/6/2021 | (105) | $14.9520 | $1,570 | | | |
| Ciecko, Robert | Account 3 | PCT | 3/29/2021 | 5 | $26.3000 | ($132) | | | | | | | |
| **Ciecko, Robert** | **Account 3** | **PCT** | | **105** | | **($3,047)** | | **(105)** | | **$1,570** | **105** | **0** | **($1,477)** |
| Ciecko, Robert | Account 4 | ROCH | 3/17/2021 | 100 | $29.2300 | ($2,923) | 4/21/2021 | (100) | $23.7001 | $2,370 | | | |
| Ciecko, Robert | Account 4 | PCT | 3/29/2021 | 100 | $26.3000 | ($2,630) | 5/6/2021 | (300) | $14.8548 | $4,456 | | | |
| Ciecko, Robert | Account 4 | PCT | 3/30/2021 | 100 | $23.0800 | ($2,308) | | | | | | | |
| Ciecko, Robert | Account 4 | PCT | 4/20/2021 | 100 | $22.5035 | ($2,250) | | | | | | | |
| **Ciecko, Robert** | **Account 4** | | | **400** | | **($10,111)** | | **(400)** | | **$6,826** | **300** | **0** | **($3,285)** |
| Ciecko, Mariusz | Account 1 | PCT | 3/25/2021 | 550 | $29.0000 | ($15,950) | 5/7/2021* | (1,140) | $15.0050 | $17,106 | | | |
| Ciecko, Mariusz | Account 1 | PCT | 3/26/2021 | 590 | $28.0000 | ($16,520) | | | | | | | |
| **Ciecko, Mariusz** | **Account 1** | | | **1,140** | | **($32,470)** | | **(1,140)** | | **$17,106** | **1,140** | **0** | **($15,364)** |

*Post-class period sales are valued at the average closing prices from May 6 to the date of sale