**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| WILLIAM C. THEODORE, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff<br><br>v.<br><br>PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, and TASMIN ETTEFAGH,<br><br>          Defendants. | Case No. 6:21-cv-00809-PGB-GJK |
| DAVID TENNENBAUM, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff<br><br>v.<br><br>PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL E. DEE, DAVID BRENNER and BYRON ROTH,<br><br>          Defendants. | Case No. 6:21-cv-00818-PGB-DCI |

**DECLARATION OF KELLY HYMAN IN SUPPORT OF MOTION OF RANDALL L. RUDEEN FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Kelly Hyman, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.   I am an attorney at the law firm The Hyman Law Firm, P.A., proposed liaison counsel for movant Randall L. Rudeen ("Movant"). I respectfully submit this declaration in support of Movant's Motion for consolidation of the above-captioned actions (the "Actions"), Appointment

as Lead Plaintiff, and Approval of Selection of Counsel.

2. Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant.

3. Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing Movant's losses.

4. Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the first-filed action, which was filed in this Court on May 11, 2021.

5. Attached hereto as **Exhibit D** is a true and correct copy of the firm resume of Levi & Korsinsky LLP.

6. Attached hereto as **Exhibit E** is a true and correct copy of the resume of Kelly Hyman.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.


Dated: July 12, 2021


                                                    */s/ Kelly Hyman*
                                                    Kelly Hyman

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on July 12, 2021, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.

*/s/ Kelly Hyman*
Kelly Hyman