# EXHIBIT B

| | |
|---|---|
| Client Name | Randall L. Rudeen |
| Company Name | Purecycle Technologies, Inc. |
| Ticker Symbol | PCT |
| Security Type | |
| Class Period Start | 11-16-2020 |
| Class Period End | 05-05-2021 |
| 90-DAY Lookback Period Start | 05-06-2021 |
| 90-DAY Lookback Period End | 07-12-2021 |
| 90-DAY Lookback Average | $ 18.89 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $20,522.58 |
| *DURA LIFO\* Total* | $20,522.58 |
| Gross Shares Purchased | 1,500 |
| Net Shares Retained | 1,500 |
| Net Funds Expended | $41,193.58 |

### Randall L. Rudeen

| | Purchases | | | | Sales | | | | | | Retained | | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO\* |
| 03-17-2021 | 100 | 28.7899 | $ 2,878.99 | 05-13-2021 | | 100 | $ 13.25 | | $ 1,325.00 | 100 | - | $ 18.89 | | $ 1,553.99 | $ 1,553.99 |
| 03-19-2021 | 100 | 33.45 | $ 3,345.00 | 05-13-2021 | | 100 | $ 13.25 | | $ 1,325.00 | 100 | - | $ 18.89 | | $ 2,020.00 | $ 2,020.00 |
| 03-23-2021 | 300 | 29.655 | $ 8,896.50 | 05-13-2021 | | 300 | $ 13.25 | | $ 3,975.00 | 300 | - | $ 18.89 | | $ 4,921.50 | $ 4,921.50 |
| 03-26-2021 | 100 | 27.2299 | $ 2,722.99 | 05-13-2021 | | 100 | $ 13.25 | | $ 1,325.00 | 100 | - | $ 18.89 | | $ 1,397.99 | $ 1,397.99 |
| 03-26-2021 | 100 | 27.2008 | $ 2,720.08 | 05-13-2021 | | 100 | $ 13.25 | | $ 1,325.00 | 100 | - | $ 18.89 | | $ 1,395.08 | $ 1,395.08 |
| 03-26-2021 | 100 | 27.2008 | $ 2,720.08 | 05-13-2021 | | 100 | $ 13.25 | | $ 1,325.00 | 100 | - | $ 18.89 | | $ 1,395.08 | $ 1,395.08 |
| 03-26-2021 | 100 | 27.2297 | $ 2,722.97 | 05-13-2021 | | 100 | $ 13.25 | | $ 1,325.00 | 100 | - | $ 18.89 | | $ 1,397.97 | $ 1,397.97 |
| 03-26-2021 | 100 | 27.2297 | $ 2,722.97 | 05-13-2021 | | 100 | $ 13.25 | | $ 1,325.00 | 100 | - | $ 18.89 | | $ 1,397.97 | $ 1,397.97 |
| 03-29-2021 | 100 | 25.35 | $ 2,535.80 | 05-06-2021 | | 100 | $ 14.84 | | $ 1,484.20 | 100 | - | $ 18.89 | | $ 1,050.80 | $ 1,050.80 |
| 03-29-2021 | 200 | 25.33 | $ 5,066.00 | 05-06-2021 | | 200 | $ 14.84 | | $ 2,968.40 | 200 | - | $ 18.89 | | $ 2,097.60 | $ 2,097.60 |
| 03-31-2021 | 200 | 24.315 | $ 4,863.00 | 05-06-2021 | | 200 | $ 14.84 | | $ 2,968.40 | 200 | - | $ 18.89 | | $ 1,894.60 | $ 1,894.60 |
| Total: | 1,500 | | $41,193.58 | | | 1500 | | | $20,671 | 1,500 | | | | $20,522.58 | $20,522.58 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.