# EXHIBIT C



SERVICES ⌄     CONTACT US     FRANÇAIS     **SIGN IN**     **REGISTER**     🔍



# LAWSUIT FILED: Block & Leviton LLP Has Filed a Lawsuit Against PureCycle Technologies, Inc. for Securities Fraud; Investors Who Lost Money Should Contact the Firm

May 11, 2021 08:35 ET | Source: [Block & Leviton LLP](#)






⋯

BOSTON, May 11, 2021 (GLOBE NEWSWIRE) -- Block & Leviton LLP ([www.blockleviton.com](#)), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against PureCycle Technologies, Inc. (NASDAQ: PCT) and certain of its executives for securities fraud. Investors who purchased PureCycle shares between November 16, 2020 and May 5, 2021, and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at [cases@blockleviton.com](#), or to visit our [website](#) for information on the case. The deadline to seek appointment as lead plaintiff is July 12, 2021.

On May 6, 2021, before the markets opened, analyst Hindenburg Research issued a scathing report concerning PureCycle. In its report, Hindenburg wrote that "PureCycle represents the worst qualities of the SPAC boom; another quintessential example of how executives and SPAC sponsors enrich themselves while hoisting unproven technology and ridiculous financial projections onto the public markets, leaving retail investors to face the ultimate consequences." Hindenburg explained that it spoke with "multiple former employees" of earlier companies that PureCycle's CEO and other associated executives took public before PureCycle, "who said that PureCycle's executives based their financial projections on 'wild ass guessing,' brought companies public far too early, and had deceived investors." On this news, PCT shares plummeted from their May 5, 2021 close of $24.59 to a May 6, 2021 close of $14.83, on unusually heavy volume. This represents a one-day loss of approximately 40%.



*al.*, No. 21-cv-809 (M.D. Fla.), and has been assigned to Judge Paul G. Byron in the George C. Young Federal Annex Courthouse, 401 West Central Boulevard, Orlando, FL 32801. The class period is between November 16, 2020 and May 5, 2021, inclusive. A class has not yet been certified, and until a certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

If you purchased or acquired PureCycle shares between November 16, 2020 and May 5, 2021 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or visit our website. The deadline to seek appointment as lead plaintiff is July 12, 2021.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:

BLOCK & LEVITON LLP

260 Franklin St., Suite 1860

Boston, MA 02110

Phone: (617) 398-5600

Email: cases@blockleviton.com

SOURCE: Block & Leviton LLP

www.blockleviton.com

**Tags**

Class Action

# Recommended Reading

May 07, 2021 08:24 ET                    May 06, 2021 08:00 ET

Source:  Block & Leviton LLP            Source:  Block & Leviton LLP



SERVICES ⌄     CONTACT US     FRANÇAIS     SIGN IN     REGISTER

**Technologies, Inc. Investment Should Contact Block & Leviton, Who Is Investigating...**

BOSTON, May 07, 2021 (GLOBE NEWSWIRE) -- Block & Leviton LLP announces that the firm is investigating whether PureCycle Technologies, Inc. (NASDAQ: PCT) committed securities fraud. Investors who...

**Federal Securities Laws: Investors Should Contact Block & Leviton LLP**

BOSTON, May 06, 2021 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces a lawsuit for violations of the federal securities laws has...

# Explore





## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

© 2021 GlobeNewswire, Inc. All Rights Reserved.