# EXHIBIT E

**KELLY HYMAN**
**515 NORTH FLAGLER DRIVE**
**SUITE P-300**
**WEST PALM BEACH, FL 33401**
**(561) 538-9050**

**KELLYHYMAN@THEHYMANLAWFIRM.COM**

## EDUCATION

**University of Florida**, **Levin College of Law**                    Gainesville, FL
- Juris Doctor, *with Honors.*                                        May, 2003
- Finalist in American Trial Lawyer Association (ATLA) Negotiation Competition.
- Research Assistant for Professor D Note- We need the full day of notes. anaya Wright and Professor Larry Kalevitch.
- Certified Legal Intern for the Public Defender's Office, Gainesville, Florida.
- Summer Law Clerk to the Judge Graham, the Eleventh Judicial Circuit of Florida.

**Barry University**                                                  Miami Shores, FL
- Master of Arts, *with High Honors*, Communication.                  May, 2000
- Member of the National Communication Association Honor Society.

**University of California, Los Angeles**                             Los Angeles, CA
- Bachelor of Arts, Communication.                                    June, 1998
- Intern for The White House, Office of Presidential Inquiries, Washington, D.C.

## LEGAL EXPERIENCE

**The Hyman Law Firm, P.A.**                                          West Palm Beach, FL
Attorney, Class Actions and Mass Tort Litigation                      2019- present
- My duties include client intake, case evaluation, preparing for, taking and defending depositions, and drafting pleadings in mass tort and class action cases.

**Franklin Azar & Associates**                                        Aurora, CO
Attorney, Class Actions and Mass Tort Litigation                      2018- 2019
- My duties included case generation, document review, client intake, case evaluation, preparing for, taking and defending depositions, drafting pleadings, attending mediations and attending hearings on various motions and organizing and managing class action campaigns.
- Representing clients in class action cases against ENT Credit Union, Canvas Credit Union, Google +, and Facebook.

**McDivitt Law Firm**                                                 Denver, CO
Attorney, Chair of the Mass Tort Department                           2018
- My duties include client intake, case evaluation, preparing for, taking and defending depositions, and drafting pleadings in mass tort and water contamination cases.

**Searcy Denney Scarola Barnhart & Shipley**                         West Palm Beach, FL
Attorney, Mass Torts and Tobacco Litigation                          2011- 2018
- From 2011-2016, worked in the mass tort unit and managed over 200 mass tort cases. Duties included document review, client intake, case evaluation, preparing for, taking and attending depositions, drafting pleadings, and attending hearings on numerous motions.

- From 2016-2018, represented clients in tobacco cases against R.J. Reynolds and Phillip Morris.  Duties included, preparing for, taking and attending depositions, drafting pleadings, attending hearings on numerous motions on a wide range of issues, and preparing for and participating as a member of trial teams.  I also represented clients in the MDL/ Class Action litigation concerning American Spirit (Santa Fe Natural Tobacco Company Marketing and Sales Practices) in the U.S. District Court for the District of New Mexico and was on the discovery committee.

**Podhurst Orseck/Barranco & Kircher**                    Miami, FL

Attorney, Litigation                                                2010-2011

- Performed document review, prepared privilege logs and drafted motions regarding a high profile prenuptial dispute between a prominent Miami Dade businessman and his wife, performed legal research, and drafted legal memoranda.

**Kozyak Tropin & Throckmorton**                         Coral Gables, FL

Attorney, Litigation                                                2009 - 2010

- Performed legal research and drafted memoranda regarding a contract dispute and two class action lawsuits, performed document review, prepared privilege logs, and drafted motions regarding a complex litigation case involving billions of dollars.

**ABC Studios Office of Legal Affairs**                    Burbank, CA

Consultant                                                        2008 - 2009

- Researched issues for the legal department and reviewed contracts.

**Ford & Harrison, LLP**                                    Miami, FL

Attorney, Litigation                                                2007 - 2008

- Performed document review, researched and drafted legal memoranda regarding a class action lawsuit in which the firm represented State of Florida employees, drafted discovery requests and motions, and appeared in court on various contested matters.

**United States District Court, District of Nevada**        Reno, NV

Law Clerk to the Honorable Brian Sandoval                   2006-2007

- Performed legal research on all aspects of civil cases, including class actions cases, and drafted legal memoranda and proposed orders.

**United States Bankruptcy Court, Southern District of Florida**    Miami, FL

Law Clerk to the Honorable Robert A.  Mark                  2003-2006

- Researched and drafted memorandums concerning a variety of legal issues, and administered visiting judge program.

## OTHER PROFESSIONAL EXPERIENCE

**Professional Actress**                                    California and New York

- Played Loretta on *The Young and the Restless and* featured in television shows, movies, off-Broadway plays and over 100 commercials.

## LICENSES

District of Columbia Bar, State of Colorado, State of Florida and State of New York Licenses.