# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**WILLIAM C. THEODORE,**

    **Plaintiff,**

v.                                              **Case No: 6:21-cv-809-PGB-GJK**

**PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH and TASMIN ETTEFAGH,**

    **Defendants.**
_____/

**DAVID TENNENBAUM,**

    **Plaintiff,**

v.                                              **Case No: 6:21-cv-818-PGB-DCI**

**PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL E. DEE, DAVID BRENNER and BYRON ROTH,**

    **Defendants.**
_____/

## ORDER

      This cause comes before the Court on review of the respective files. The Court directed the parties to show cause why the above-captioned cases should not be consolidated, and the parties indicated that they have no objection. Upon review, the Court finds that these two cases involve sufficient common questions of law and fact to justify consolidation.

Case 6:21-cv-00809-PGB-GJK   Document 40   Filed 07/14/21   Page 2 of 2 PageID 517

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. *David Tennenbaum v. Purecycle Technologies et al.*, 6:21-cv-818-PGB-DCI **SHALL** be consolidated with *William S. Theodore v. Purecycle Technologies et al.*, 6:21-cv-809-PGB-GJK, for discovery and trial.

2. The Clerk is **DIRECTED** to consolidate Case No. 6:21-cv-818 with Case No. 6:21-cv-809 for all purposes.

3. The Court designates Case No. 6:21-cv-809 as the lead case. All filings from this point forward shall be filed in the lead case.

4. On or by July 28, 2021, Plaintiffs are **DIRECTED** to file a consolidating pleading.

5. Once served with the consolidated pleading, Defendants **SHALL** answer or otherwise respond within 21 days.

**DONE AND ORDERED** in Orlando, Florida, on July 14, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties