UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | | |
|---|---|---|
| WILLIAM C. THEODORE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PURECYCLE TECHNOLOGIES, INC., et al,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 6:21-cv-00809-PGB-GJK<br>**(Consolidated)**<br><br>CLASS ACTION |
| DAVID TENNENBAUM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PURECYCLE TECHNOLOGIES, INC., et al,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 6:21-cv-00818-PGB-GJK<br><br>CLASS ACTION |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF
*TENNENBAUM v. PURECYCLE TECHNOLOGIES, INC.*,
NO. 6:21-CV-00818-PGB-GJK

Plaintiff David Tennenbaum, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the action captioned, *Tennenbaum v. PureCycle Technologies, Inc.*, No. 6:21-cv-00818-PGB-GJK, without prejudice.

DATED:  July 27, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
Florida Bar No. 058149
ROBERT J. ROBBINS
Florida Bar No. 0572233


                    *s/ Robert J. Robbins*
ROBERT J. ROBBINS

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
rrobbins@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
(admitted *pro hac vice)*
MARY K. BLASY
(admitted *pro hac vice)*
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

- 1 -

ADEMI LLP
GURI ADEMI (1021729)
3620 East Layton Avenue
Cudahy, WI  53110
Telephone:  414/482-8000
414/482-8001 (fax)
gademi@ademilaw.com

Attorneys for Plaintiff

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2021, a copy of the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

*s/ Robert J. Robbins*
ROBERT J. ROBBINS
