**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM C. THEODORE,**

      **Plaintiff,**

**v.**                                                  Case No.  **6:21-cv-809-PGB-GJK**

**PURECYCLE TECHNOLOGIES,**
**INC., MICHAEL OTWORTH and**
**TASMIN ETTEFAGH,**

      **Defendants.**

_____

**DAVID TENNENBAUM,**

      **Plaintiff,**

**v.**                                                  Case No.  **6:21-cv-818-PGB-GJK**

**PURECYCLE TECHNOLOGIES,**
**INC., MICHAEL OTWORTH, MICHAEL**
**E. DEE, DAVID BRENNER, AND**
**BYRON ROTH,**

      **Defendants.**

_____

**ORDER**

This cause came on for consideration without oral argument on the

following motion:

MOTION:  ERSTE ASSET MANAGEMENT GMBH'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

(Doc. No. 72)

FILED:   July 28, 2021
_____
THEREON it is ORDERED that the motion is GRANTED.

This is a putative class action complaint against Defendants alleging violations of the federal securities laws. Doc. No. 1. Under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(A), the plaintiff shall publish a notice advising members of the purported class of the action, and then no later than sixty days after the date the notice is published, members of the purported class may move the Court to serve as lead plaintiff. 15 U.S.C. § 78u-4(a)(3)(A)(i). The Court shall appoint the lead plaintiff no later than ninety days after the date the notice is published. *Id.* at § 78u-4(a)(3)(B)(i). The parties represent that the notice was published on May 11, 2021. Doc. No. 68 at ¶ 4.

On July 12, 2021, the following filed motions to be appointed lead plaintiff: Bill Wileman and Andrew Wileman (the "Wilemans"), Doc. No. 25; James Boenig, Doc. No. 30; Erste Asset Management GmbH ("Erste AM"), Doc. No. 32; Robert Ciecko and Mariusz Ciecko (the "Ciecko Brothers"), Doc. No. 33; and

2

Randall L. Rudeen, Doc. No. 35. On July 14, 2021, Rudeen filed a notice of withdrawing his motion to be appointed lead plaintiff. Doc. No. 41. On July 26, 2021, Boenig filed a "notice of non-opposition with respect to the pending motions for appointment as Lead Plaintiff, and approval of selection of counsel in the above-captioned securities class action." Doc. No. 62.

Also on July 26, 2021, the Wilemans filed a notice of not opposing the "*bona fide*" motions for appointment of lead plaintiff (the "Wilemans' Notice"). Doc. No. 63. In the Wilemans' Notice, they assert that they do "not oppose the lead plaintiff motions of *bona fide* movants with larger financial interests." *Id.* at 2. They then list reasons why they believe Erste AM would not be a suitable lead plaintiff. *Id.* at 2-3.

On July 28, 2021, Erste AM filed a motion requesting leave to file a reply to address the Wilemans' arguments (the "Motion"). Doc. No. 72. Erste AM asserts that the Motion is unopposed, except that the Ciecko Brothers "do not oppose this motion contingent on Erste AM not opposing a subsequent motion by the Ciecko Brothers seeking leave to file a sur-reply of equal length (ten (10) pages), which Erste AM does not oppose." *Id.* at 4.

Accordingly, it is **ORDERED** as follows:

1. The Motion (Doc. No. 72) is **GRANTED**;

2.  Erste AM may file a reply not exceeding ten pages on or before **July 30, 2021**; and

3.  If the Ciecko Brothers wish to file a sur-reply, it must not exceed ten pages and they must file it on or before **August 2, 2021**.

**DONE** and **ORDERED** in Orlando, Florida, on July 29, 2021.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
Unrepresented Parties

4