**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |
|---|---|
| | : |
| WILLIAM C. THEODORE, | : Case No.: 6:21-cv-00809-PGB-GJK |
| Individually and on Behalf of All | : (Consolidated) |
| Others Similarly Situated, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| PURECYCLE TECHNOLOGIES, | : |
| INC., MICHAEL OTWORTH, and | : |
| TASMIN ETTEFAGH, | : |
| | : |
| Defendants. | : |

**DECLARATION OF D. MARCUS BRASWELL, JR.**
**IN SUPPORT OF ERSTE ASSET MANAGEMENT GMBH'S**
**REPLY IN SUPPORT OF MOTION FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, D. Marcus Braswell, Jr., declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of Florida and this Court.  I am an attorney with the law firm of Sugarman & Susskind P.A., counsel for proposed Lead Plaintiff Erste Asset Management GmbH ("Erste AM") in the above-captioned action.  I make this declaration in support of Erste AM's Reply in Support of Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel, filed herewith.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:  Notice of Erste-Sparinvest Kapitalanlagegesellschaft m.b.H. Concerning Its Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel, filed on October 17, 2018, in *Gordon v. Nielsen Holdings PLC, et al.*, No. 1:18-cv-07143-JFK (S.D.N.Y.) (ECF No. 41);

Exhibit B:  Reply Memorandum of Law in Further Support of the Motion by Jumei Investor Group for Consolidation, Appointment as Lead Plaintiff, and Approval of Counsel, and in Opposition to Anthony Mathew's Motion for Limited Discovery, filed in *Lu v. Jumei International Holding Ltd., et al.*, No. 1:14-cv-09826-WHP (S.D.N.Y.) on March 9, 2015 (ECF No. 33);

Exhibit C:  Memorandum of Points and Authorities in Further Support of Motion of Phoenix Insurance Company Ltd. for Appointment as Lead Plaintiff and Approval of Counsel, and in Opposition to Competing Motion, filed in *Costas v. Ormat Technologies, Inc., et al.*, No. 3:18-cv-00271-RCJ-VPC (D. Nev.) (ECF No. 21);

Exhibit D:    Order Re Motions for Appointment of Lead Plaintiff and Approval of Selection of Counsel, filed on April 12, 2017, in *Boston Retirement System v. Alexion Pharmaceuticals, Inc., et al.*, No. 3:16-cv-02127-AWT (D. Conn.) (ECF No. 43);

Exhibit E:    Screenshot of Signature/Seal Verification webpage with instructions to "upload a signed/sealed document for verification";

Exhibit F:    Verification Report for document file name "20210608 PureCycle – Certification_signed_signed.pdf", signed by Manfred Lentner on June 8, 2021, and signed by Magdalena Reischl on June 9, 2021;

Exhibit G:    Signature/Seal Verification webpage, regarding "20210608 PureCycle – Certification_signed_signed.pdf", last visited on July 30, 2021; and

Exhibit H:    Plaintiff's Certification Pursuant to Federal Securities Laws, electronically signed by Erste AM, dated June 8, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of July, 2021, at Coral Gables, Florida.

*/s/ D. Marcus Braswell, Jr.*
D. Marcus Braswell, Jr.

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2021, I authorized the electronic filing of the foregoing with the Clerk of Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 30, 2021.

/s/ D. Marcus Braswell, Jr.
D. Marcus Braswell, Jr.

**SUGARMAN & SUSSKIND P.A.**
100 Miracle Mile, Suite 300
Coral Gables, FL 33134
Telephone:  (305) 529-2801
Facsimile:  (305) 447-8115
MBraswell@sugarmansusskind.com