# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

CRAIG GORDON, Individually and on Behalf :    No. 1:18-cv-07143
of All Others Similarly Situated,    :

                 :    **CLASS ACTION**

          Plaintiff,    :

                 :

      vs.    :

                 :

NIELSEN HOLDINGS PLC, DWIGHT : 
MITCHELL BARNS and JAMERE    :
JACKSON,    :

                 :

         Defendants.    :

-------------------------------------------------------- x

ARUN BHATTACHARYA, Individually and : 
on Behalf of All Others Similarly Situated,    :    No. 1:18-cv-07677

                 :

          Plaintiff,    :    **CLASS ACTION**

                 :

      vs.    :

                 :

NIELSEN HOLDINGS PLC, DWIGHT : 
MITCHELL BARNS and JAMERE    :
JACKSON,    :

                 :

         Defendants.    :

-------------------------------------------------------- x

**NOTICE OF ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT MBH**
**CONCERNING ITS MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD**
**PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

On October 10, 2018, pursuant to Section 21(D)(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), ERSTE-SPARINVEST Kapitalanlagegesellschaft m.b.H. ("Erste-Sparinvest") timely filed a motion for consolidation, appointment as lead plaintiff, and approval of its selection of counsel in the above-captioned securities fraud class actions. Three similar motions were filed by other putative class members in these actions.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. §78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Erste-Sparinvest has not asserted the "largest financial interest." However, were the Court to determine that other movants are incapable or inadequate to represent the class in this litigation, Erste-Sparinvest remains willing and able to serve as lead plaintiff or as a named class representative.

By this Notice, Erste-Sparinvest does not waive, compromise, or relinquish its right to participate in this litigation or receive its share of any recovery to the class.

DATED: October 17, 2018

Respectfully submitted,

**MOTLEY RICE LLC**

*s/ William H. Narwold*

William H. Narwold
James M. Hughes
Gregg S. Levin
20 Church St., 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681

1

Facsimile: (860) 882-1682
bnarwold@motleyrice.com

and

James M. Hughes
Gregg S. Levin
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jhughes@motleyrice.com
glevin@motleyrice.com

*Counsel for ERSTE-SPARINVEST*
*Kapitalanlagegesellschaft mbH and*
*Proposed Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 17, 2018.

*s/ William H. Narwold*_____
William H. Narwold

**MOTLEY RICE LLC**
20 Church St., 17th Floor
Hartford, CT  06103
Telephone:  (860) 882-1681
Facsimile:  (860) 882-1682
bnarwold@motleyrice.com