# Exhibit D

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
--------------------------------x
BOSTON RETIREMENT SYSTEM, on     :
behalf of itself and all others  :
similarly situated,              :
                                 :
        Plaintiff,               :
                                 :
v.                               :    CIV. NO. 3:16-CV-2127 (AWT)
                                 :
ALEXION PHARMACEUTICALS, INC.,   :
LEONARD BELL, DAVID L. HALLAL,   :
and VIKAS SINHA,                 :
                                 :
        Defendants.              :
--------------------------------x
```

**ORDER RE MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF**
**AND APPROVAL OF SELECTION OF COUNSEL**

For the reasons set forth below:

(1)  Erste-Sparinvest KapitalanLagegesellschaft mbH and the Public Employee Retirement System of Idaho's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (Doc. No. 11) is hereby GRANTED;

(2)  Motion of Gwinnett County Public Employees Retirement System for Appointment as Lead Plaintiff and Approval of Selection of Counsel (Doc. No. 10) is hereby DENIED; and

(3)  Movant Steamship Trade Association-International Longshoremen's Association Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Scott+Scott, Attorneys at Law, LLP as Lead Counsel (Doc. No. 9) is hereby DENIED as moot, having been withdrawn by the movant.

Erste-Sparinvest Kapitalanlagegesellschaft mbH ("Erste-Sparinvest") and the Public Employee Retirement System of Idaho ("PERSI") have met their burden of demonstrating that the court should adopt the presumption under 15 U.S.C. § 78u-u(a)(3)(B)(iii)(I).  Erste-Sparinvest and PERSI have demonstrated

Case 3:16-cv-02127-AWT Document 43 Filed 04/12/17 Page 2 of 3

not only that they have the largest combined loss in connection with the transactions in Alexion Pharmaceuticals, Inc.'s ("Alexion") securities during the Class Period, but also that each, standing alone, incurred larger losses than any other competing lead plaintiff movant.

Gwinnett County Public Employees Retirement System ("Gwinnett County") opposes the application of Erste-Sparinvest and PERSI but has not produced proof that Erste-Sparinvest and/or PERSI will not fairly and adequately protect the interests of the class, or that either of them is subject to unique defenses that render either or both of them incapable of adequately representing the class. See 15 U.S.C. § 78u-(a)(3)(B)(iii)(II).

Gwinnett County argues that Erste-Sparinvest and PERSI are a group improperly joined by counsel. The situation here is not analogous to cases such as In re Vecco Instruments, Inc. Sec. Litig., 233 F.R.D. 330 (S.D.N.Y. 2005). Rather, in this situation, as demonstrated in the Joint Declaration of Cheryl George and Magdalena Arnezeder ("Lead Plaintiff's Joint Declaration") (Doc. No. 13-3), each of Erste-Sparinvest and PERSI considered individually whether to join together as partners to lead the litigation. Having considered the characteristics of these two institutional investors, the court agrees that the class would benefit from joint leadership of two sophisticated institutions who cooperate in the prosecution of the action.

-2-

Gwinnett County also argues that Erste-Sparinvest lacks standing to represent the class. However, as reflected in the Lead Plaintiff's Joint Declaration, Erste-Sparinvest is not an investment advisor, but rather a sophisticated institutional investor which purchased shares. Gwinnett County has not produced any proof to the contrary, and in any event, Erste-Sparinvest has elaborated on its structure and role in its reply memorandum. See Doc. No. 39 at 6-8. Finally, Gwinnett County asserts that Erste-Sparinvest would be subject to unique defenses, but has not presented any evidence that this will be the case.

Accordingly, the court will enter an order appointing Erste-Sparinvest and PERSI as Lead Plaintiff and approving their selection of Lead Counsel.

It is so ordered.

Signed this 12th day of April, 2017, at Hartford, Connecticut.

/s/ AWT
Alvin W. Thompson
United States District Judge

-3-