# Exhibit E

**Telecommunication and Post** ⌄          **IN** ⌄

 RTR    PCK    TKK                                                     ☰

Telecommunication and Post   >   Trust services   >   Signature and certificate verification   >   Signaturprüfung



# Signature verification

If you encounter issues with signature verification, please refer to these  <u>notes</u>.

## Signature/Seal Verification                                         *E-Government*

        ＊Field has to be filled out          ℹ️Information and help          ▾select appropriate statements
                        ！Error note                          ▢Mark                            ▷Interactive help

Signature/Seal Verification v 2.0.4

**Verify document signature/seal**

### Document upload

Please upload a signed/sealed document for verification.

document  [ Choose File ] No file chosen

☐ Signature/Seal in separate file

[ Verify ]

---

Note : Under the Austrian Signature Law, Austrian certification service providers that issue qualified certificates are under supervision of Telekom-Control Commission. Its branch Austrian Regulatory Authority for Broadcasting and Telecommunications (RTR) offers this signature verification service. Electronic signatures based on certificates issued by foreign certification service providers offer an automated verification; in that case no guarantees whatsoever for a correct technical interpretation of such foreign certificates can be given.

**Publishing information**                                    **Press**

**Cookie preferences**

**BROADCASTING AND TELEKOM
REGULIERUNGS-GMBH**

Austrian Regulatory Authority for Broadcasting and Telecommunications
Mariahilfer Straße 77-79, 1060 Vienna, Austria

tel.: + **43 1 58058-0**

