# Exhibit F

# Verification report

## Document

| | |
|---|---|
| File name | 20210608 PureCycle - Certification_signed_signed.pdf |
| Hash value | qSN0sb9j4zS61j0L9WnBEgoSNzU= (SHA-1, Base64-encoded) |
| Size | 151.01 kB |
| Type | PDF signature (PAdES-B) |

## Signature/Seal #1

### Checks

| | |
|---|---|
| Time of signature/seal and verification resp. (UTC) | 2021-06-08T16:12:13Z |
| Signature/Seal | The verification of the signature/seal value was successful. |
| Certificate | There is a certificate chain up to a trusted root certificate. Each certificate of this chain was valid at the given time. |

### Further information

| | |
|---|---|
| Type of signature/seal | PAdES-B |
| Annotation | This signature/seal does not cover the entire document. In the case of documents with multiple signatures, every signature process extends the document. Also, desirable modifications are possible (approval remarks). To exclude the risk of undesirable modifications the data underlying this signature/seal should be inspected separately. |

### Signatory/Creator of seal

| | |
|---|---|
| Name | Manfred Lentner |
| Country | AT |
| Serial number | dec.: 879300983985, hex.: cc:ba:6c:3c:b1 |

### Issuer

| | |
|---|---|
| Name | a-sign-Premium-Sig-05 |
| Organizational unit | a-sign-Premium-Sig-05 |
| Organization | A-Trust Ges. f. Sicherheitssysteme im elektr. Datenverkehr GmbH |
| Country | AT |

### Certificate

| | |
|---|---|
| Serialnumber | dec.: 488861360, hex.: 1d:23:6e:b0 |
| Quality | qualified certificate (Source: TSL), secure signature-creation device (Source: certificate) |
| Validity period | valid from 2019-04-01T10:06:41Z to 2024-04-01T08:06:41Z |
| | The given time of verification is within the validity period. |
| Keyusage | digitalSignature, nonRepudiation |
| Certification policy statement | http://www.a-trust.at/docs/cp/a-sign-Premium |

### Trusted service

| | |
|---|---|
| Issuer Country | AT |
| ServiceTypeStatus | http://uri.etsi.org/TrstSvc/TrustedList/Svcstatus/granted |
| ServiceTypeIdentifier | http://uri.etsi.org/TrstSvc/Svctype/CA/QC |
| Additional Service Information | http://uri.etsi.org/TrstSvc/TrustedList/SvcInfoExt/ForeSignatures |

## Signature/Seal #2

### Checks

| | |
|---|---|
| Time of signature/seal and verification resp. (UTC) | 2021-06-09T06:33:11Z |
| Signature/Seal | The verification of the signature/seal value was successful. |
| Certificate | There is a certificate chain up to a trusted root certificate. Each certificate of this chain was valid at the given time. |

### Further information

| | |
|---|---|
| Type of signature/seal | PAdES-B |

### Signatory/Creator of seal

| | |
|---|---|
| Name | Magdalena Reischl |
| Title | Mag. |
| Country | AT |
| Serial number | dec.: 176998192528, hex.: 29:35:ea:15:90 |

### Issuer

| | |
|---|---|
| Name | a-sign-Premium-Sig-05 |
| Organizational unit | a-sign-Premium-Sig-05 |
| Organization | A-Trust Ges. f. Sicherheitssysteme im elektr. Datenverkehr GmbH |
| Country | AT |

### Certificate

| | |
|---|---|
| Serialnumber | dec.: 1132357788, hex.: 43:7e:68:9c |
| Quality | qualified certificate (Source: TSL), secure signature-creation device (Source: certificate) |
| Validity period | valid from 2017-08-11T06:02:55Z to 2022-08-11T04:02:55Z |
| | The given time of verification is within the validity period. |
| Keyusage | digitalSignature, nonRepudiation |
| Certification policy statement | http://www.a-trust.at/docs/cp/a-sign-Premium |

### Trusted service

| | |
|---|---|
| Issuer Country | AT |
| ServiceTypeStatus | http://uri.etsi.org/TrstSvc/TrustedList/Svcstatus/granted |
| ServiceTypeIdentifier | http://uri.etsi.org/TrstSvc/Svctype/CA/QC |
| Additional Service Information | http://uri.etsi.org/TrstSvc/TrustedList/SvcInfoExt/ForeSignatures |

Note: Under the Austrian Signature Law, Austrian certification service providers that issue qualified certificates are under supervision of Telekom-Control Commission. Its branch Austrian Regulatory Authority for Broadcasting and Telecommunications (RTR) offers this signature verification service. Electronic signatures based on certificates issued by foreign certification service providers offer an automated verification; in that case no guarantees whatsoever for a correct technical interpretation of such foreign certificates can be given.