# Exhibit G

# Signature/Seal Verification


*E-Government*


| | |
|---|---|
| ✳Field has to be filled out | iInformation and help |
| ❗Error note | ☐Mark |

select appropriate statements
▶Interactive help

Signature/Seal Verification v 2.0.4

## Verify document signature/seal

### Verification report

The following section shows details on the verified document.

| Document | |
|---|---|
| File name | [20210608_PureCycle_-_Certification_signed_signed.pdf](#) |
| Hash value | qSN0sb9j4zS61j0L9WnBEgoSNzU= |
| Size | 151.01 kB |
| Type | PDF signature (PAdES-B) |

The following section provides an overview of the signatures/seals being verified.
Details on a certain signature/seal can be retrieved by clicking the signatories/sealers name.

The data underlying each signature/seal may be inspected by clicking .

| Signatures/Seals | | | | |
|---|---|---|---|---|
| No. | Signatory/Creator of seal | | S | C |
| 1 | [Manfred Lentner](#) ✱ | 🔍 | OK | OK |
| 2 | [Mag. Magdalena Reischl](#) | 🔍 | OK | OK |

A signature/seal is regarded as "valid" if signature evaluation (S) and certificate evaluation (C) return "OK".

✱[1] This signature/seal does not cover the entire document. In the case of documents with multiple signatures, every signature process extends the document. Also, desirable modifications are possible (approval remarks). To exclude the risk of undesirable modifications the data underlying this signature/seal should be inspected separately.

[verification report](#)

Verify further documents

Note : Under the Austrian Signature Law, Austrian certification service providers that issue qualified certificates are under supervision of Telekom-Control Commission. Its branch Austrian Regulatory Authority for Broadcasting and Telecommunications (RTR) offers this signature verification service. Electronic signatures based on certificates issued by foreign certification service providers offer an automated verification; in that case no guarantes whatsoever for a correct technical interpretation of such foreign certificates can be given.