# Exhibit H

**PLAINTIFF'S CERTIFICATION**
**PURSUANT TO FEDERAL SECURITIES LAWS**

The undersigned, Manfred Lentner and Magdalena Reischl, on behalf of Erste Asset Management GmbH ("Erste Asset Management"), for account of the fund listed in Schedule A (the "Fund"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint against PureCycle Technologies, Inc. ("PureCycle") and designate Motley Rice LLC as proposed lead counsel for Erste Asset Management in this action for all purposes.

2. We are duly authorized to institute legal action on behalf of Erste Asset Management and the Fund's behalf, including litigation against PureCycle and any other defendants.

3. Erste Asset Management did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. Erste Asset Management is willing to serve as a lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. Erste Asset Management also understands that, if appointed Lead Plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

5. Erste Asset Management will not accept any payment for serving as a representative party beyond the Fund's *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6. Erste Asset Management has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

*Steinberg v. OPKO Health, Inc. et al.*, No. 1:18-cv-23786 (S.D. Fla. Nov. 13, 2018).

7. Erste Asset Management understands that this is not a claim form, and that the Fund's ability to share in any recovery as a member of the class is unaffected by Erste Asset Management's decision to serve as a representative party.

8. Attached hereto as Schedule A is a complete listing of all transactions the Fund made during the Class Period that are subject of this litigation. Erste Asset Management will provide records of those transactions upon request.

9. Erste Asset Management is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.**

Executed this 8th day of June 2021.

For Erste Asset Management GmbH:

| | |
|---|---|
| Manfred Lentner | Magdalena Reischl |
| Fully Proxy | Legal Advisor |

**Erste Asset Management GmbH**
**electronically signed**

| Inspection information: | The electronic signatures of this document can be inspected at the website of Rundfunk und Telekom Regulierungs-GmbH (https://www.signatur.rtr.at/en/vd/Pruefung.html). |
|---|---|
| Note: | This document was signed with two qualified electronic signatures. A qualified electronic signature has the equivalent legal effect of a handwritten signature. (Art 25 REGULATION (EU) No 910/2014 ("eIDAS Regulation")). |

## Schedule A

## Erste Asset Management GmbH

## PureCycle Technologies, Inc. (PCT)

Class Period: 11/16/2020 - 05/05/2021

| | | Date | Shares | Price |
|---|---|---|---|---|
| **ERSTE WWF STOCK ENVIRONMENT** | | | | |
| | Purchases: | 3/23/2021 | 81,590.00 | 31.74 |
| | | 3/24/2021 | 8,410.00 | 32.53 |
| | | 4/8/2021 | 50,000.00 | 27.29 |
| | | 4/9/2021 | 10,000.00 | 28.43 |
| | | 4/20/2021 | 30,000.00 | 22.97 |