**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM C. THEODORE,**
**individually and on behalf of all**
**others similarly situated,**

**Plaintiff,**

**v.**

Case No:   **6:21-cv-809-PGB-GJK**

**PURECYCLE TECHNOLOGIES,**
**INC., MICHAEL OTWORTH, and**
**TASMIN ETTEFAGH,**

**Defendants.**

_____

**ORDER**

This cause came on for consideration without oral argument on the

following motion:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION TO EXTEND DEADLINES AND SET BRIEFING SCHEDULE (Doc. No. 88)** |
| **FILED:** | **September 17, 2021** |

**THEREON** it is **ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART**.

On September 17, 2021, the parties filed a motion (the "Motion") to extend

the briefing deadlines established in this case by Order dated July 28, 2021 (the

"Order"). Doc. Nos. 70, 88. Pursuant to the parties' request, Doc. No. 68, the Court

established the following deadlines in the Order: (1) within forty-five days following the appointment of Lead Plaintiffs, they shall file a consolidated amended complaint; (2) within forty-five days after the amended complaint is filed, Defendants shall answer or otherwise plead; and (3) Defendants and Lead Plaintiffs shall conduct the case management conference and file the case management report within thirty days following the earlier of either: (a) Defendants' filing an answer to the amended complaint, or (b) the Court's decision on Defendants' motion to dismiss the Lead Plaintiffs' forthcoming amended complaint. Doc. No. 70. On August 5, 2021, the Court appointed the Lead Plaintiffs, designated September 21, 2021, as the due date for their amended complaint, and directed Defendants to respond to the amended complaint within forty-five days of its filing. Doc. No. 80 at 17.

The parties propose extending the time to file the amended complaint to September 28, 2021, to afford Lead Plaintiffs an opportunity to complete their investigation. Doc. No. 88 at 2-3. They also ask that Defendants be given fifty-two days to respond to the amended complaint, that Lead Plaintiffs receive forty-five days to respond to the motion to dismiss, and that Defendants be permitted to file a reply within thirty days of Lead Plaintiffs filing their response to the motion to dismiss. *Id.* at 3. Other than the requested extension to file the amended complaint,

the parties provide no basis for extending the deadlines or for filing a reply to the response to the motion to dismiss.

Local Rule 3.01(c) provides fourteen days for a party opposing a motion to respond to it. Local Rule 3.01(d) prohibits replies to responses to motions, except responses to motions for summary judgment. The Federal Rules of Civil Procedure provide that the Court may extend the time for an act to be done upon a showing of good cause. Fed. R. Civ. P. 6(b)(1)(A). The parties fail to present good cause for extending the time for responding to a motion that has not yet been filed and fail to present a basis for a reply to the response to the yet-to-be-filed motion to dismiss. They also fail to provide a reason for extending the time to respond to the amended complaint beyond the previously granted forty-five days. Doc. Nos. 80, 88.

Accordingly, it is **ORDERED** that the Motion (Doc. No. 88) is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Lead Plaintiffs must file the amended complaint on or before September 28, 2021; and

- 4 -

2.  In all other respects, the Motion is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on September 21, 2021.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties