## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM C. THEODORE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff <br><br> v. <br><br> PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, and TASMIN ETTEFAGH, <br><br> Defendants. | Case No. 6:21-cv-00809-PGB-GJK (Consolidated) |

### <u>MOTION FOR WITHDRAWAL OF COUNSEL</u>

Pursuant to Rule 2.03, Local Rules, United States District Court, Middle District of Florida, movant Randall L. Rudeen ("Mr. Rudeen") requests an Order allowing Kelly Hyman of the Hyman Law Firm, P.A., to withdraw as counsel of record for Mr. Rudeen in the above-captioned action (the "Consolidated Action"). In accordance with Rule 2.02(c)(1), Local Rules, United States District Court, Middle District of Florida, undersigned counsel certifies that Mr. Rudeen consents to this motion. In support of this motion, Mr. Rudeen states:

1.      Kelly Hyman has appeared as liaison counsel for Mr. Rudeen in the Consolidated Action.

2.      On July 14, 2021, Mr. Rudeen withdrew his motion requesting his appointment as Lead Plaintiff in the Consolidated Action (ECF No. 41).

3.      On August 5, 2021, the Court appointed the Ciecko Brothers as Lead Plaintiffs and Pomerantz LLP as Lead Counsel (ECF No. 80).

WHEREFORE, Mr. Rudeen respectfully requests entry of an order allowing Kelly Hyman to withdraw as counsel and to be removed from the Consolidated Action's electronic case filing (ECF) service list.

### RULE 3.01(G) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with Counsel for Lead Plaintiff and Defendants, and Counsel for Lead Plaintiff and Defendants have no objection to this motion.

### MEMORANDUM OF LAW

Movant Randall L. Rudeen's Motion for Withdrawal of Counsel should be granted pursuant to Rule 2.03, Local Rules, United States District Court, Middle District of Florida.

Dated:  December 13, 2021                    Respectfully submitted,

**THE HYMAN LAW FIRM, P.A.**

*/s/ Kelly Hyman*
Kelly Hyman
Florida Bar No. 0719021
515 North Flager Drive, Suite P300
West Palm Beach, Florida 33401
Tel: (561) 538-9050
E-mail: kellyhyman@thehymanlawfirm.com
www.thehymanlawfirm.com

*Liaison Counsel for Mr. Rudeen*

**LEVI & KORSINSKY, LLP**
Adam M. Apton
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Mr. Rudeen*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that December 13, 2021, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.

*/s/ Kelly Hyman*
Kelly Hyman