**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |
|---|---|
| WILLIAM C. THEODORE, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>PURECYCLE TECHNOLOGIES, INC., et al.,<br><br>     Defendants. | Case No. 6:21-cv-00809-PGB-GJK<br><br>**CLASS ACTION** |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUBMIT REPLY**
**BRIEF IN SUPPORT OF MOTION TO DISMISS COMPLAINT**
**<u>AND INCORPORATED MEMORANDUM OF LAW</u>**

Defendants, PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL DEE, DAVID BRENNER, and TASMIN ETTEFAGH ("Defendants"), by counsel and pursuant to Local Rule 3.01(d), request leave to file a reply brief of no more than seven (7) pages within twenty-one (21) days from the December 28, 2021 filing of Co-Lead Plaintiffs Robert Ciecko and Mariusz Ciecko's ("Plaintiffs") Opposition to Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint [D.E. 104] (the "Opposition"):

1. On November 12, 2021, Defendants moved to dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) [D.E. 93] (the "Motion"). Plaintiffs filed their Opposition on December 28, 2021, after the Court granted them an additional 24 days to respond to the Motion [D.E. 99].

2.      Plaintiffs'    Opposition    contains    numerous    conclusory mischaracterizations of Defendants' relevant statements and relies on speculative statements as if they are grounded in fact.   Defendants seek to address these mischaracterizations and speculative statements in the requested reply.

3.      This Court has acknowledged that "[t]he purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief from the Court." *Allied Portables, Ltd. Liab. Co. v. Youmans*, 2016 WL 7428229, at *1 (M.D. Fla. Oct. 19, 2016).   The Court may grant a reply brief where "the reply will benefit the Court's resolution of the pending motion." *Id.*   This Court has previously granted leave to allow a defendant to address a plaintiff's arguments that the defendant believed were "inaccurate and unsupported," *PK Studios, Inc. v. R.L.R. Invs., LLC*, 2015 WL 12843877, at *1 (M.D. Fla. Dec. 8, 2015), and where the defendant seeks to address "conclusory allegations made by [p]laintiff." *Global Tech Led, LLC v. Hilumz Int'l Corp.*, 2016 U.S. Dist. LEXIS 101888, at *3 (M.D. Fla. Aug. 3, 2016).

4.      Good cause exists for Defendants to file a reply brief because of the inherent prejudice to Defendants should Plaintiffs' mischaracterizations and speculative statements not be addressed.   Further, Defendants believe a reply brief would assist the Court in resolving issues raised in the Motion related to the allegedly misleading nature of Defendants' statements, Defendants' alleged scienter, and the alleged loss causation attributable to Defendants' statements.

WHEREFORE, Defendants respectfully request this Court enter an Order permitting Defendants to file a reply of no more than seven (7) pages within twenty-

one (21) days of the December 28, 2021, filing of Plaintiffs' Opposition.

Dated this 5th day of January, 2022.

**DECHERT LLP**

/s/ Joni S. Jacobsen
David H. Kistenbroker (*pro hac vice*)
Joni S. Jacobsen (*pro hac vice*)
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
Telephone: 312/646-5800
312/646-5858 (fax)
david.kistenbroker@dechert.com
joni.jacobsen@dechert.com

**STOVASH, CASE & TINGLEY, P.A.**
Amy S. Tingley
Florida Bar No. 068841
The VUE at Lake Eola
220 North Rosalind Avenue
Orlando, Florida 32801
Telephone: 407/316-0393
atingley@sctlaw.com

*Attorneys for Defendants*
*PureCycle Technologies, Inc., Michael*
*Otworth, Michael E. Dee, David Brenner,*
*and Tasmin Ettefagh*

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel for Defendants conferred with counsel for Plaintiffs regarding the relief requested in this motion. Counsel for Plaintiffs stated that Plaintiffs do not oppose the granting of the relief requested herein.

/s/ Joni S. Jacobsen
Joni S. Jacobsen

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2022, a copy of the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

/s/ Joni S. Jacobsen
Joni S. Jacobsen