<u>Exhibit A</u>

August 26, 2021
Jefferies Coverage and "Buy" Rating of PureCycle

# Jefferies

EQUITY RESEARCH
PureCycle Technologies (PCT)

## PureCycle
## Changing the Recycling Game; Initiate at Buy

August 26, 2021

### Key Takeaway

**We are initiating on PureCycle Technologies (PCT) with a Buy rating and $25 PT. Our thesis is based on low market expectations on commercial scaling of the company's polypropylene recycling technology, differentiated first-mover advantage in solving the plastics problem which could lead to significant multiple expansion, regulatory tailwinds and significant customer demand for PCT's Ultra Pure Polypropylene in packaging among other items.**

**Controlling Destiny On Feedstock Until the Waste Stream Aligns.** PCT is targeting production of 1bn lbs of its Ultra Pure Recycled Polypropylene (UPRP) in 2025. PP has one of the lowest recycling rates (<1% vs ~30% for PET and HDPE containers and packaging) which we think poses an issue in the short term, but with the quality of product PCT is producing, the company is helping to create value in the PCR PP market. This likely incentivizes waste companies to invest more to sort PP in recycling streams and help educate the public on recycling (see Drowning in Plastic). PCT is also going upstream to the waste producers (e.g., large stadiums and special event venues for trash, manufacturers for residual product post-production, etc.) to control its own destiny.

**No Direct Competition with Lock on Patents.** PCT's technology utilizes a solvent-based method that creates high-quality virgin like output using 4x less energy (versus mechanical which creates low-quality black/gray and odorous resin and chemical which is expensive and energy and capital intensive). P&G has licensed its patents to PCT through 2040 and was able to get very broad terms approved in its patent(s) which tells us two things: (1) it is the first to market with this technology and (2) it has a large claim in the market which de-risks competitive threats.

**Regulation and CPG Sustainability Goals Likely a Tailwind for Offtake.** Regulation around minimum content standards helps PCT and CPG sustainability goals are a driver of demand and value creation for rPP. Plant 1 is funded with feedstock and offtake agreements (4x oversubscribed) and is expected to come online Q4 2022. We think a catalyst could be FDA approval for food-grade use of UPRP (expected Q3 2021).

**De-Risking Contract Models with Pass-Through Pricing (Feedstock+).** Aside from the offtake pricing arraignments PCT has for Plant 1 (with partners like P&G, L'Oreal, BWM, etc.), it is already seeing interest in its Feedstock+ contract model. Augusta cluster announced with 40% capacity being allocated to existing strategic partners and 60% targeting Feedstock+. This helps de-risk future financial performance with the cost of feedstock being passed through to the customer, which removes the commodity input risk for PCT.

**Attractive Valuation Even If We Get Somewhat Close to Management Projections.** We are initiating coverage with a Buy rating and a price target of $25 based on our 2024 EBITDA estimate of $442mm at 16x EV/EBITDA discounted back. Our multiple is toward the higher end of the solid waste range of 13-18x. We think that higher growth and better margins than waste peers are partially offset by execution risk. Longer term, with execution we could see multiple expansion and discount contraction.

**Initiating Coverage**

USA | Environmental Services

| | |
|---|---|
| RATING | **BUY** |
| PRICE | $12.14^ |
| MARKET CAP | $1.4B |
| PRICE TARGET (PT) | $25.00 |
| UPSIDE SCENARIO PT | $37.00 |
| DOWNSIDE SCENARIO PT | $10.00 |

^Prior trading day's closing price unless otherwise noted.

**FY Dec**

| USD | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| EPS | (22.26) | (1.01) | (0.81) | (0.30) |
| FY P/E | NM | NM | NM | NM |

**PP is the most in demand plastic today with one of the lowest recycling rates**



Source: IHS Markit, Company data, Jefferies LLC

**PCT Currently Trading at a Discount to the Solid Waste Names**



Source: FactSet, Jefferies LLC

Solid waste on 2023E EBITDA, PCT on 2024E

Hamzah Mazari, CPA *
Equity Analyst
+1 (212) 284-2076
hmazari@jefferies.com

Mario Cortellacci, CFA *
Equity Analyst
+1 (212) 284-2491
mcortellacci@jefferies.com

Ryan Gunning, CPA *
Equity Associate
(212) 510-3241
rgunning@jefferies.com

---

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 40 to 45 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC

# Jefferies

**EQUITY RESEARCH**
PureCycle Technologies (PCT)

## PURECYCLE (PCT)

| Estimates | | | | |
|---|---|---|---|---|
| USD | 2020A | 2021E | 2022E | 2023E |
| EPS | (22.26) | (1.01) | (0.81) | (0.30) |
| *Previous* | | | | |
| Rev. (MM) | 0.0 | 0.0 | 9.0 | 199.0 |
| *Previous* | | | | |
| EBITDA (MM) | | | | |
| Q1 | - | (10.3)A | (4.5) | 4.8 |
| *Previous* | | | | |
| Q2 | - | (9.9)A | (4.5) | 9.7 |
| *Previous* | | | | |
| Q3 | - | (4.5) | (4.5) | 24.5 |
| *Previous* | | | | |
| Q4 | - | (4.5) | (0.9) | 48.8 |
| *Previous* | | | | |
| FY Dec | (46.8) | (29.2) | (14.4) | 87.8 |
| *Previous* | | | | |

| Valuation | | | | |
|---|---|---|---|---|
| | 2020A | 2021E | 2022E | 2023E |
| FY P/E | NM | NM | NM | NM |
| EV/Rev | | | NM | 8.4x |
| P/Rev | | | NM | 7.2x |
| EV/EBITDA | NM | NM | NM | 19.1x |

| Market Data | |
|---|---|
| 52-Week Range: | $35.75 - $9.76 |
| Total Entprs. Value | $1.7B |
| Avg. Daily Value MM (USD) | 11.91 |
| Float (%) | 60.2% |

## The Long View

### Scenarios

### Base Case

- Plant 1 commissioned in 2H 2022 (construction of Plant 1 remain on schedule and on budget)
- Augusta site construction commencing (site work expected to start Q1 2022)
- 1bn lbs of UPRP production in 2025 (10 plants in operation)
- Lock on patents keeps competition from entering market and if they do will be years behind PCT.
- PT $25 based on 16x EV/EBITDA on $442mm in 2024 discounted back

### Upside Scenario

- Plant 1 commissioned sooner than 2H 2022 and comes in below budget.
- Augusta site construction happens faster with new sites and clusters announced sooner than expected.
- Better than expected demand for UPRP
- Shift in recycling environment with more people recycling PP helping fuel feedstock
- PT $37 based on 20x EV/EBITDA on $486mm in 2024 discounted back

### Downside Scenario

- Plant 1 commissioned later than 2H 2022 and goes over budget.
- Augusta site construction start is delayed.
- Demand for UPRP falters outside existing buyers
- Feedstock struggles with public not recycling PP correctly which hurts ability to scale.
- Patents are not as strong as perceived. New competition comes in faster with more efficient technology.
- PT $10 based on 10.5x EV/EBITDA on $376mm in 2024 discounted back

### Investment Thesis / Where We Differ

- Going upstream and pre-processing helps feedstock until waste streams can catch up on road to 1bn lbs of UPRP in 2025
- Demand tailwind from regulation and CPG sustainability goals drives offtake agreements
- Advantage in market with no direct competition. Lock on patents give company first mover advantage (as other companies try to patent similar tech).
- Management/founders are well aligned with investor interests

### Catalysts

- FDA food grade NOL announcement
- New feedstock and offtake agreements
- Plant commissioning / construction updates
- Announcement of new locations and financing

August 26, 2021
Please see important disclosure information on pages 40 - 45 of this report.

2



**EQUITY RESEARCH**

PureCycle Technologies (PCT)

## Capturing Plastics Supply is Key

As of today, ~25% of Municipal Solid Waste (MSW) generated is recycled across all the recyclable materials (Figure 1). Of that ~25%, plastics only make up ~4% at ~3mm+ tons per year. This is out of the 35mm+ tons of plastic waste generated annually. For the last decade the plastic recycling rate has been in the 8-9% range. This is in line with what companies like RSG have talked about. Getting plastics to be a bigger component of the recycled waste stream is key since it is a much higher valued commodity than cardboard. For reference the recycling rate for paper and paperboard is ~65%+, followed by the next two highest categories, metals ~35% and glass ~25%. It is interesting to note that aluminum has pretty high recovery rates vs plastics at 50%+.

We think the issue has been on the supply side rather than demand in terms of collecting more plastics in the recycling stream (i.e., extracting it out of the waste stream). Contrary to popular belief, there is enough recycling infrastructure in the US today as seen by the latest EPA data which indicates ~13.2bn lbs (~6.6mm tons) of excess capacity (Figure 2).

**Figure 1 - Summary of Waste Generation and Recycling Rates (2018)**

| million tons | MSW Generated | Recycling | Recycling Rate |
|---|---|---|---|
| Paper and paperboard | 68 | 46 | 68% |
| Food | 63 | - | 0% |
| Plastics | 36 | 3 | 9% |
| Yard Trimmings | 35 | - | 0% |
| Rubber, leather and textiles | 26 | 4 | 16% |
| Metals | 26 | 9 | 34% |
| Wood | 18 | 3 | 17% |
| Glass | 12 | 3 | 25% |
| Other | 4 | 1 | 22% |
| Misc. Inorganic Wastes | 4 | - | 0% |
| **Total** | **292.4** | **69.1** | **24%** |

Source: EPA, Jefferies LLC

**Figure 2 - Total Excess MRF Capacity is ~13.2bn lbs (~6.6mm tons)**

| EPA Region (mm lbs) | MRF Tons Processed | MRF Capacity |
|---|---|---|
| NE | 2,846 | 2,884 |
| NY/NJ | 3,184 | 5,374 |
| Mid-Atl | 2,580 | 4,348 |
| SEast | 3,698 | 5,152 |
| Great Lakes | 5,820 | 7,196 |
| South Central | 3,134 | 3,426 |
| MidWest | 1,478 | 1,546 |
| MtnPln | 876 | 900 |
| PacSW | 8,140 | 13,056 |
| PacNW | 2,098 | 2,468 |
| **Total** | **33,878** | **47,112** |

Source: EPS, WM, Jefferies LLC

**Figure 3 - Plastics recycling has lagged behind other materials despite being the third most waste generated**



Source: EPA, Jefferies LLC

August 26, 2021
Please see important disclosure information on pages 40 - 45 of this report.

3

# Jefferies

We think customer education is one issue whereby only 25% of industrial/commercial customers actually recycle. Most recycled material comes from the residential side which is only roughly 30%ish of the collection business. The other issue tends to be that most plastics are used on the go (e.g., 1/3 of beverages are consumed away from the home) and there tend not to be any recycling carts at gas stations, for example, in the US, so it tends to go in the trash. A mix of policy (bottle bill discussions, California first US state to require minimum post consumer recycled resin in plastic bottles beginning in 2022 etc.) and market behavioral changes are likely required which take a bit of time.

**Figure 4 - Only 59% of Households have Direct Access to Recycling Collection Programs**



Source: RRS/SPC 2015-2016

In the chart below we show that ~17% of plastic containers and packaging were recycled with the highest rate around PET and HDPE bottles closer to 30% while PP is <1% (~99.8% is not recycled). We attribute the low recycle rate of PP to it not being economical to do so historically (i.e., not enough buyers, low-quality offtake, etc.).

August 26, 2021
Please see important disclosure information on pages 40 - 45 of this report.

4

# Jefferies

EQUITY RESEARCH
PureCycle Technologies (PCT)

**Figure 5 - Recycled Plastics Overview and End Uses**

| Resin code | Key Properties | Virgin - Common Uses | Recycled Resin Uses and Notes |
|---|---|---|---|
| 1 PET | - Clear and tough<br>- Good gas and moisture barrier<br>- High heat resistance and microwave transparency | **Beverage bottles; condiment bottles and jars; frozen food trays; clamshell containers; mouthwash and other toiletry bottles; clothing; carpeting** | Clothing such as fleece jackets, T-shirts and leggings; carpeting; vehicle upholstery; bottles |
| 2 HDPE | High-density polyethylene is a rigid plastic that resists corrosion when exposed to a variety of substances. | **Milk and juice jugs; laundry detergent and bleach bottles; shampoo and other toiletry bottles; vitamin bottles** | Natural HDPE: Plastic bottles and jugs<br><br>Colored HDPE: plastic lumber for decks, outdoor furniture, and playground equipment |
| 3 PVC | Polyvinyl chloride offers clear, high-impact strength and resistance to corrosion. | Rigid packaging such as clamshells; rigid film, pipes, siding, flooring, and window frames; insulation for electrical wire | Pipes; floor tiles and mats; mud flaps for trucks; garden hoses; traffic cones; carpet backing; hotel key cards; credit cards<br><br>Only 10% of PVC is used in packaging applications, thereby reducing economies of scale for PVC recycling<br><br>Large potential for construction demolition PVC scrap in autos and electronics and markets if a recycling infrastructure can be established |
| 4 LDPE | Low-density polyethylene is a transparent, flexible plastic used extensively in wraps, bags and other films. | Bags for groceries, dry cleaning, bread and trash; wraps to package products such as cases of water bottles and diapers; cling wrap for food protection; squeezable condiment bottles; mail-order garment packaging | Plastic composite lumber for decks; floor tiles; compost bins and trash cans<br><br>Film is difficult to collect due to high surface-to-weight and volume-to-weight ratios<br><br>Used films are challenging to clean, more likely to be |
| 5 PP | Polypropylene is a durable plastic that can stand up to a range of temperatures and substances. | **Yogurt and margarine containers and lids; deli containers; beverage bottle caps; clamshells; medicine jars; condiment bottles; convenience store drink cups; reusable food storage containers** | Mixing bowls, spatulas and cutting boards; shovels and watering cans; automotive battery cases, oil funnels, and ice scrapers; storage bins; shipping pallets<br><br>Majority of reclaimed PP is sourced from lead-acid batteries after laws passed during the 1980s banned the disposal of batteries in landfills/incinerators |
| 6 PS | Polystyrene is a versatile plastic that can be made rigid and clear or as an opaque foam. | General PS: Foodservice clamshell containers, plates, cups, lids and cutlery; meat and poultry trays<br><br>EPS: Protective packaging, building insulation | Insulation; egg cartons; picture frames, moldings, and other home décor products; foam protective packaging |
| 7 Other | This resin either is none of the six above or is made with more than one resin. | Depends on resin | Depends on resin |

Source: IHS, American Chemistry Council, Jefferies LLC

**Figure 6 - In 2018 (most recently available EPS data), only ~17% of Total Plastic Containers and Packaging were Recycled in the US**



**KEY:** PET = Polyethylene Terephthalate, NHDPE = Natural High-Density Polyethylene, CHPFE = Colored High-density Polyehtylene, PVC = Polyvinyl Chloride, PE = Polyethylene, PP = Polypropylene, PS =Polystyrene

* Includes all municipal solid waste as defined by EPA including commercial materials (post-industrial)

Source: US EPA, American Chemistry Council, National PET Containers Resources, RRS

**Figure 7 - PP is the most in demand plastic today with one of the lowest recycling rates**



Source: IHS Markit, Company data, Jefferies LLC

The vast majority of plastics (80%+) recycled by waste companies are #1 (PET), #2 (HDPE) followed much further behind by #5 (PP) as they tend to have durable end markets while others such as #3,#4,#6, and #7 have no real end markets, so landfilling those materials makes sense for now. In fact, some material that cannot be recycled actually should be buried in a modern day landfill due to the fact that plastic does not cause emissions at the landfill and any greenhouse gases that might be produced are captured at a rate of 90%+.

In the past, either PP was not an acceptable material or was part of the mix of plastics #3-7. While today there is minimal domestic demand for plastics #3-7, demand is growing for PP. Latest data shows that WM, for example, sold ~15k+ tons (~30mm lbs) of PP in 2020.

# Jefferies

EQUITY RESEARCH
PureCycle Technologies (PCT)

We estimate the US produces ~40mm tons of plastics out of which half is durable and the rest non-durable. Waste names generally look at the non-durable side. WM and RSG say they are trying to get as much material as they can in terms of plastics (education programs, access to carts in residential and multifamily). They also have outside consultants helping them, but it seems to be a long-term challenge.

**Figure 8 - Only 21% of PET Collected for Recycling in the US is Made Into Food Grade Bottles**



Source: WM, Jefferies LLC

**Figure 9 - ...And even less #2 HDPE is processed into food grade products**



Source: WM, Jefferies LLC

**Figure 10 - Significant gaps exist between total tons generated, recycled and reclaimer capacity**



Source: RRS, NAPCOR, APR, WM, Jefferies LLC

# Jefferies

**Figure 11 - Billions of Pounds of PP Feedstock Exist in the Market Today**

PP Feedstock is widely available across industries; most of these feedstocks are untapped by traditional recyclers



Source: Company data, Jefferies LLC

To get a sense for what the recycled PP lifecycle could look like, we look toward other plastics that have better recycling rates and wider end uses currently. Recycled PET resin (rPET) is used for a variety of products, ranging from carpeting, clothing, films, strapping and bottles. Most food-grade, bottle-to-bottle rPET is made from PET collected in the ten states in the U.S. with bottle bills, as can be seen in Figure 14.

**Figure 12 - PET Recycling - Deposit vs Curbside**



Source: RRS, NAPCOR, APR, WM, Jefferies LLC

**Figure 13 - PET End Uses**



Source: RRS, NAPCOR, APR, WM, Jefferies LLC

# Jefferies

**Figure 14 - States with Container Deposit Laws**



Source: RRS, NAPCOR, APR, WM, Jefferies LLC

**Figure 15 - PP makes up ~0.7% of of RSG's Commodity Sales Composition**



Source: RSG, RRS

**Figure 16 - RSG's Plastics Recovery Investment by Type**



Source: RSG, RRS

## What is the Value of Post Consumer and Recycled Polypropylene?

Most PP collected in curbside recycling programs consists of tubs, lids and bulky rigid items. PP makes up ~55% of mixed #3-7 plastic bales (+/-depending on the waste stream). Polypropylene generation has grown in recent years due to the versatility of the resin in packaging. The commodity value of recycled PP resin has been competitive compared to the price of virgin resin, which has resulted in a growth of PP recycling over the past several years. More reclaimers are processing PP, and the commodity value of this resin has made it attractive for MRFs to sort out of their inbound feedstock.

Historically, it has been easier to downcycle PP with typical applications for mechanically recycled PP including the inputs in automotive industry, crates, buckets, piping, lawn and garden products and other relatively thick-walled injection molded products. Composite products, such as lumber and rail ties are also manufactured from mechanically recycled PP. A negligible amount of the PP is used in packaging due to the typical high amount of mixed color in recovered PP. While little to no recycled PP is currently used in food packaging, the FDA has allowed at least one reclaimer to use approved PCR PP in

August 26, 2021
Please see important disclosure information on pages 40 - 45 of this report.

8



EQUITY RESEARCH
PureCycle Technologies (PCT)

cosmetics and deodorant packaging. Emerging technologies, such as PureCycle, may support a shift to increased use in recycled PP given that is it differentiated for mechanical recycling and the technology can remove coloring, odor and other containments to create a virgin-like resin.

In Figure 17, we show recent price trends of post consumer recycled plastics. While we attribute part of the recent strength in post consumer PP to supply chain issues related to the winter storms in TX which is driving companies to purchase recycled plastics because they can't get their hands on virgin material. With that said, we think some of the increase is due to value being recognized in the market for recycled PP. Moreover, this idea is further supported by WM adding optical sorters at many of its single stream MRFs to capture PP. WM is also capturing PP material at several commercial MRFs increasing the recyclability of material. WM saw 10% growth in the amount of PP it sold in 2019, and we estimate that the company is selling ~30mm+ lbs (~15k+ tons) of PP on an annual basis today.

**Figure 17 - Several market forces driving PCR plastic pricing**



Source: Recycling Markets Limited, Jefferies LLC



**Figure 18 - US Post-Consumer PP values has been climbing likely due to supply chain issues making it diffucult to get virgin material ($/lb)**



Source: Recycling Markets Limited, Jefferies LLC

**Figure 19 - While Commingled #3-7 bales have had little to no value in the market desplite ~50-55% of these bales being PP on average**



Source: Recycling Markets Limited, Jefferies LLC

In thinking about the value of PCT's Ultra Pure Recycled Polyproplyne, we look at the price of virgin PP and its inputs. Plastics are generally a derivative of oil and natural gas and our sense is that the inputs cost is passed through. PCT is working on a pricing strategy for future plants where the contracts will be feedstock-plus. This would operate in a similar way to the inputs for virgin where the cost of the feedstock would be passed through in the price of the offtake.

Moreover, there is a recycled natural high-density polyethylene (e.g., milk jugs) that brand owners are voluntarily paying a premium (to virgin prices) for given it is not colorized and virgin like. Considering the pass-through element similar to how virgin PP is priced and the willingness for brand owners to pay a premium, there is potential for PCT's UPRP to be priced at a premium in the market.



# Jefferies

**Figure 20 - PCR and Virgin PP vs Oil and Nat Gas**



Source: Recycled Markets Limited, FactSet, Jefferies LLC

**Figure 21 - Correlaton between PCR and Virgin PP and commodity prices is fairly low except for Virgin PP and Crude which has 0.74 correlation**

|  | PP Post Consumer (Baled, | #5 PolyPropylene (US | Henry Hub Natural Gas ($ | Crude Oil WTI (NYM $ per |
|---|---|---|---|---|
| PP Post Consumer (Baled, picked up) | 1.00 |  |  |  |
| #5 PolyPropylene (US Contract) | 0.80 | 1.00 |  |  |
| Henry Hub Natural Gas ($ per mm Btu) | 0.39 | 0.61 | 1.00 |  |
| Crude Oil WTI (NYM $ per bbl) | 0.59 | 0.74 | 0.60 | 1.00 |

Source: Recycled Markets Limited, FactSet, Jefferies LLC

## Regulatory and Sustainability Tailwinds Help

We believe the regulatory environment around plastics/packaging legislation is only going to get tighter or more strict, which helps PCT. A lot of this is driven by EPR (extended producer responsibility) regulations ramping in the US, China, India, Australia, and Argentina by 2025 (Europe and Canada are farther ahead). Retailers and manufactures of consumer goods generally pay EPR fees that fund greater recycling, and EPR regulations in many cases mandate certain high recycling rates, ban single-use plastics, have requirements for minimum recycled content, etc.

We note that CA minimum standards on recycled content percentage goes into effect in 2022. The law requires a post consumer plastic recycled content standard of 15% beginning January 1, 2022, increasing to 25% in 2025 and 50% in 2030. And there are other things in the marketplace such as the CPG sustainability goals which are also a driver of value creation for recycled PP.

In the United States there is no material Federal mandate. However, to fill this gap states and localities have stepped in. We would point to California where there is a Mandatory

August 26, 2021

Please see important disclosure information on pages 40 - 45 of this report.

11



Commercial recycling program for commercial and certain multi-family entities. There is potential further regulations going forward given incremental consumer focus (Figure 22 & 23). We would note that historically California has dragged an industry forward given the size of its market. Specifically in 2009 a historic agreement between the Federal government and state regulators led to the creation of a National Program which included the NHSTA, the EPA, and CARB (California Aire Resource Board).

While PCT is mostly domestically focused right now, the company recently announced a MOU with SK Global to build a plant in South Korea. This is in addition to a European plant in the works which provides come international exposure. We note this because going forward international exposure should provide a tailwind based on regulation. Note that EU countries will be required to recycle at least 55% of their municipal waste by 2025, 60% by 2030 and 65% by 2035, thus PCT should have a niche in a new market emerging soon.

We also point out that it's not just regulation that drives demand for recycled material. Consumer preferences are shifting as well. The Jefferies ESG team recently published a survey (ESG Survey 2021: Respondents Believe ESG Could Be Source of Alpha) looking at ESG consumer preferences. One of the takeaways was consumers globally preferred glass to plastic (Figure 22). We think the preference for glass is likely driven by its ease of recyclability and lack of chemical exposure. Another survey question supports this: single-use packaging was tied with air travel with respect to how it is viewed negatively in the US.

Regarding consumer goods, packaging is one of the single most important efforts underway, and we are seeing evidence across the entire value chain that it's being prioritized. Manufacturers are being pushed to source alternatives to poly including cane and other natural and recyclable materials. Brand owners are adding a layer of engineering within product design to ensure that the amount of composite used is as low as possible and better replacements are found for the most impactful components. For example, BMW, also an investor in PCT, is looking for nearly 100lbs in PP and wants to create a recycled plastic cockpit of the car. BMW wants to differentiate itself and other CPG's view using recycled material as a competitive edge.

Moreover, retailers are pushing vendors to certify/validate that their supply efforts are progressing toward reduced plastic, lower impact, post-consumer recycling, etc. Many retailers and companies like Terracycle are making disposal possible for consumers. Anecdotally we note that David Taylor from P&G heads the plastic recycling council. Given many of the dynamics we have highlighted, we think value is being created in the recycled plastic marketplace.

At Jefferies, our ESG team uses a materiality lens when looking at ESG impact to asset pricing. Specifically, we leverage SASB's materiality map to identify issues that experts have identified as material for the sector. Looking at PCT we note the company would sit in SASB's Waste Management industry within SASB's Infrastructure Sector. SASB has identified six general issues that could materially impact PCT. We note one of them is Waste & Hazardous Materials Management, suggesting this serves as a headwind in this industry. However, given PCT offers a solution to traditional recycling and hopes to remove future Hazardous waste through better recycling of existing plastics, PCT is relatively advantaged and should have a tailwind from this material issue.

# Jefferies

**EQUITY RESEARCH**
**PureCycle Technologies (PCT)**

**Figure 22 - When Purchasing a single serving beverage, what type of container do you prefer?**



Source: Jefferies Proprietary Survey

**Figure 23 - In the US, Respondents Believe Travel has the Most Negative Impact on the Environment; Single-use Packaging is a Close Second**



Source: Company data, Jefferies LLC

**Figure 24 - Global Regulatory Environment Forming**

| Countr | Regulatory Environment |
|--------|------------------------|
| US | CA becomes the first US state to implement a partial ban on plastic straws |
| | Seattle becomes the first US city to ban plastic straws and utensils |
| | NY bans all single use, plastic carryout by bags at any point of sale in the state |
| India | Pledge to eliminate all single-use plastic n the country by 2022, with an immediate ban in urban Delhi |
| EU | By 2030 all plastic packaging produced and sold in Europe should be reusable or recyclable |
| | Select single-use plastics banned bby 2021, and 90% of collection target for plastic bottles by 2029 |
| Chile | Ratified a bill that bans retail use of plastic bags across the country |
| UK | 25-year plant to eliminate plastic waste, including banning microbeads, plastic straws, plastic-free aisles and reducing plastic bottle usage |
| Other | Kenya joins more than 40 other countries inclucding China, the Netherlands and France that have introduced taxes on bags or limited / prohibited their use |

Source: Company data, Jefferies LLC



**Figure 25 - Examples of companies committing to increasing post-consumer recycled content in plastic packaging**

| Company | Total volume of new packaging 2019 (metric tonnes) | Virgin fossil-based content (% total new plastic packaging weight) | Post-consumer recycled content (% total new plastic packaging weight) |
|---|---|---|---|
| The Coca-Cola Company | 2,981,421 | 89% | 10% |
| PepsiCo | 2,300,000 | 96% | 4% |
| Amcor | 2,038,849 | 96% | 4% |
| ALPLA Werke Alwin Lehner GmbH & Co KG | 1,800,000 | 90% | 10% |
| Nestlé | 1,524,000 | 98% | 2% |
| Walmart Inc. | 1,214,138 | 91% | 9% |
| Danone S.A. | 800,000 | 89% | 11% |
| Unilever | 700,000 | 95% | 5% |
| Henkel AG & Co. KGaA | 361,000 | 91% | 9% |
| Colgate-Palmolive Company | 275,440 | 93% | 7% |
| Mondelez International | 187,000 | 100% | 0% |
| Jerónimo Martins | 172,088 | 95% | 5% |
| Paccor packaging solutions | 146,500 | 39% | 11% |
| L'Oréal | 137,280 | 93% | 7% |
| SC Johnson | 100,700 | 86% | 14% |
| Essity AB | 62,300 | 99% | 0% |
| Reborn | 40,888 | 78% | 12% |
| McCormick & Company Inc. | 34,500 | 100% | 0% |
| Spadel | 22,465 | 89% | 11% |
| innocent drinks | 14,941 | 61% | 33% |
| Woolworths Holdings Limited | 12,665 | 79% | 11% |

Source: Ellen MacArthur Foundation, Jefferies LLC

Keep in mind post-consumer resin competes with virgin resin for use in products and packaging. Pricing sensitivity by brands prevents packaging manufacturers from charging more for packaging that uses post-consumer recycled content (PCR), which may limit the use of PCR feedstock when virgin prices are low. With that said there is evidence in the market that companies are more willing to pay a premium for inputs that help companies meet their sustainability goals. Moreover, PCT's UPRP does not need to be mixed with virgin resin to create end products because of its high quality. Other rPP resins that are recycled mechanically are lower quality and must be mixed with virgin to be able to used as an input. Longer term we expect the prices of recycled PP and virgin PP to decouple similar to what we have seen with HDPE starting in 2018.

**Figure 26 - Using HDPE as an example, PCR pricing is higher than virgin after including the costs associated with processing PCR**



Source: Company Data, Jefferies LLC

# Jefferies

**Figure 27 - Polypropylene recycled values have not decoupled from virgin yet**



Source: Recycling Markets Limited, Jefferies LLC

**Figure 28 - While rPET values have been climbing vs virgin...**



Source: Recycling Markets Limited, Jefferies LLC

**Figure 29 - ...and Natural HDPE values started to decouple from virgin in late 2018**



Source: Recycling Markets Limited, Jefferies LLC

For the waste names, taking high-value material through the current process (which was designed for low-value plastics) is a win-win. Polypropylene was previously billed a zero ton rate, now it is the third highest valued material. We estimate ~3.7bn lbs of PP waste is generated annually while 420mm of that gets recycled. We estimate that WM, which is the largest recycler in the US, recycles ~30mm+ lbs of PP annually which we note is growing. This is versus the ~200bn lbs of annual PP production and the estimated 1tn lbs in the next 6 years. In the first plant PCT is able to get the feedstock provided to them and the goal is to get to ~1bn pounds by 2025.

Given the level of PP recycling today, it is tough to see where supply comes from in the near future as the MSW stream is not there yet (some challenges referenced earlier in this piece). The key is likely education, and if there is value being created in rPP there is likely an incentive for companies to help consumers and commercial customers understand what can be recycled and how it can be recycled. Note that while PCT is working with solid waste companies on sorting and feedstock agreements, the company is also going upstream to the waste producers to control their own destiny (e.g., large stadiums and special event venues for trash, manufacturers for residual product post-production, etc).

Per our conversations with solid waste companies, movement appears to be the number one issue in developing sustainable plastics recycling markets in the US. PP

August 26, 2021
Please see important disclosure information on pages 40 - 45 of this report.

15

# Jefferies

generation, reclamation and capacity is strongest in the Southeast region due to the high concentration of lower-cost manufacturing of end products using PCR. Companies in the Southeast tend to manufacture products and packaging that can accommodate post-consumer resin. Currently in the market there are the relatively small number of reclaimers that are responsible for recycling the largest volumes (~60% of the PP recycled in the US).

Aside from movement, sustainablity of the market is the next issue that concerns the waste companies. Lower on the list is price as larger garbage haulers are willing to commit to an existing customer if they can find the right material (lock up volumes with sustainable partners). Brands have aggressive goals on sustainability, and we think polypropylene recycling is early in its life and volumes will continue to grow over time.

**Figure 30 - WM's PP Flow by EPA Region**



Source: WM, Jefferies LLC

- The *circles* report the number of tons of PP that WM sold from the color-coded EPA Region.
- The *white portion of the circle* are the tons that moved to other regions for recycling, and the *black portion* are those that were processed within the same region. Material flow is a function of supply and demand pricing combined with the cost of shipping. Because plastic is a commodity, it will move find its maximum net value market.
- The *table* on the right lists the total amount of PP used within each region.
- *Arrows* show the movement of PP between regions. The color of the arrow corresponds to the color of the region that WM is selling PP into.

**Figure 31 - Summary of WM's PP Flows in the US (mm lbs)**

| EPA Region (mm lbs) | PP Generated and Consumed within Region | PP Exported Out of Region | Total PP Generation in Region |
|---|---|---|---|
| New England | - | 5.4 | 5.4 |
| NY/NJ | 1.2 | 2.2 | 3.4 |
| Mid-Atlantic | 0.8 | 1.0 | 1.8 |
| South East | 5.7 | - | 5.7 |
| Great Lakes | 0.1 | 3.5 | 3.6 |
| South Central | 1.3 | 0.8 | 2.1 |
| Mid West | - | 0.5 | 0.5 |
| Mountain Plains | - | 0.8 | 0.8 |
| Pacific South West | 1.0 | 0.1 | 1.1 |
| Pacific North West | 10.7 | 1.3 | 12.0 |
| **Total** | **20.8** | **15.7** | **36.5** |

Source: WM, Jefferies LLC



**Figure 32 - WM is the largest recycler in the US and only collects ~1% of PP waste that is generated**

| | PP (mm lbs) | % of production | % of generation |
|---|---|---|---|
| Total PP Production in US | 400,000 | | |
| PP Waste Generation | 3,680 | 0.9% | |
| PP Reclamation | 420 | 0.1% | 11% |
| PP Reclaimed by WM | 37 | 0.01% | 1% |

Source: WM, Jefferies LLC

# How Does PCT's Technology Work? And What Are the Alternatives?

Most PP recycling can either be done chemically or through mechanical. Within chemical recycling, one is trying to change the molecular structure changing PP back into oil and then oil back into PP. Mechanical produces extremely low quality recycled product (black or grey resin that can have an odor and which has limited end uses like Trex decking, for example) while PCT is doing more of a physics based solution using solvent and processes to dissolve PP into solvent and filter away contaminants and what comes out is an Ultra-Pure rPP (recycled PP).

In chemical recycling the molecules are actually changed and in the process the feedstock is converted back to oil, and you do whatever you want with it. It takes ~3-4x the energy to generate a pound of PP with chemical recycling versus cleaning it which is PCT's method. PCT is not changing the molecule of PP. Essentially PCT's process can be thought of like a sophisticated laundry machine: you spill red wine on your shirt, you fill the tank with water, then agitate it, then add active product which cleans it, then it goes in the spin, and you have a clean shirt.

Another analogy to understand PCT's process, in the most basic of explanations, imagine you have salt and pepper mixed in a shaker. How do you separate the salt and pepper? You empty the shaker into water, let the water dissolve, scoop out the pepper which does not dissolve and then evaporate the water. Now you have separated the salt and pepper with salt being PP and pepper being the contaminants mixed in with the PP (e.g., adhesives, labels, etc.).

As far as competition goes, there are no direct competitors. PCT is the only company in the market today as we understand it that is able to create a virgin like PP resin with the efficiency and commerciality that PCT does. We have also looked into the patent protections for PCT's technology and our sense is that PG/PCT was able to use the broadest of terms in the patent(s) they filed and nothing had to be changed for the patent to be published.

For reference, typically when a patent for a technology or invention is filed there is usually some version of it already patented and the patent office will come back with changes to narrow down the claims to get the patents granted. Essentially, the patent needs to be specific because other patents have claims on similar technologies/inventions. For example, you typically can include the use of "a solvent" but not "all solvents" in your process. The PG/PCT patent uses terms like "a resin" not a specific resin and talks about a range of temperatures not just a specific temperature. Bottom line, PCT was able to get

August 26, 2021
Please see important disclosure information on pages 40 - 45 of this report.

17



very broad terms approved in their patent(s) which tells us two things: (1) they are the first to market with this type of technology and (2) they have a very good hold on this technology in the market and its in the broadest terms.

There are two companies we are aware of (APK AG in Germany and Polystyvert in France) that are developing solvent-based recycling technologies for polyethylene and polystyrene. It is still early days for those companies, and it remains to be seen whether those technologies are scalable or commercial. Even if they are, we think PCT has the first-mover advantage and several years' head start.

## Scaling Gets De-Risked Post Plant 1 Build

In terms of scaling of technologies, this can be an issue but is largely on the execution side for companies like PCT. PCT along with its partners created a sophisticated modular design (think Lego sets) for building its plants which will allow the company to de-risk its plans once the first plant in Ironton is built as many of the kinks will be worked out and future plant builds will likely be quicker.

PCT designs the plant, but the process is licensed from P&G which developed the science behind it. Note a feedstock evaluation unit (FEU) is a scaled-down version of what the company will build (P&G spent ~$25-30mm developing it) and is not a production generation revenue opportunity. PCT hired manufacturing experts to build it (see exhibit below).

**Figure 33 - Construction Team**



Source: Company data, Jefferies LLC

We think it's important to note that all unit operations are well-known and commercially available at scales much larger than those required by PCT. Moreover, the process operating conditions are comparable to current polyolefin (PP and PE) production conditions. And as we stated earlier, PCT's process consumes less energy and is more cost efficient than producing virgin PP.

August 26, 2021
Please see important disclosure information on pages 40 - 45 of this report.

18

# Jefferies

**Figure 34 - PCT's Process Produces Virgin-Quality PP with Minimal Scaling Risks**



Source: Company data, Jefferies LLC

# Jefferies

**Figure 35 - Feedstock Evaluation Unit (FEU) Overview**



## MELTING & FILTERING

### Polymer Extruder and Polymer Filter

The Process begins when Polypropylene feedstocks are melted down in the polymer extruder (the "Polymer").

Feedstocks include fiber (carpet), film (e.g. chip bags), and rigids (stadium trash).

The polymer moves to the Polymer Filter where large contaminants and large non-melt materials are filtered out.

## EXTRACTION

### Polymer/Solvent Mixer and Extraction Column

The polymer is saturated with the solvent (the "Polypropylene Solution") to reduce viscosity in preparation for the extraction phase.

During Extraction, The Polypropylene Solution encounters fresh solvent that pulls out color and odor from the Polypropylene Solution.

The lights stream is a byproduct stream that is collected later in the process.

## MIXING & SETTLING

### Polymer Mixer and Large Particle Settler

Additional Solvent is mixed with the Polypropylene Solution to reduce the polymer concentration.

The Polyethylene/Solids settler allows insoluble solids and polymers to settle out of the process.

These large particulates form a byproduct stream that is collected later in the process.

## FILTERING

### Candle Filters

The Polypropylene Solution is then filtered for smaller particulates, carried over from the decanter.

Micron-sized particulates are captured by the vessels via the diatomaceous filter media.

## PURIFICATION

### Columns

The Polypropylene Solution is further polished through contact with a solid, media packed, column.

This step purifies the product through removal of pigments and other contaminants based on their physical and chemical properties.

## SEPARATION

### Polypropylene/Solvent and Product Decanter

The process conditions are altered to allow for separation of the final purified polypropylene from the solvent.

At the new conditions, the polypropylene settles in the product decanter where the remaining solvent is removed.

The solvent from the product decanter and flash step is recovered and returned to the feed tank for reuse in the process and eliminates solvent waste.

## EXTRUDING & PELLETIZING

### Polymer Extruder and Polymer Pelletizer

The polypropylene feeds into the final product extruder.

Additional additives are added to the product during final extrusion.

During the final production stage, the polymer is cut into pellets and dried. The final product is ready to be evaluated by Quality Control.

## FACILITY OVERVIEW

### 3D Model

Source: Company data, Jefferies LLC

Reviewing the June 2021 Leidos report, we find that "the project was reported to be materially on schedule and [PureCycle's] construction manager reported that the overall progress is 21.2% complete ac compared to a re-baselined plan of 21.2% complete." See below.

# Jefferies

**Figure 36 - Completion Progress - PureCycle Polypropylene Phase II Project**

| Project Phase | Cumulative Through June 2021 Planned % [2] | Cumulative Through June 2021 Actual % | Cumulative Through May 2021 Actual % |
|---|---|---|---|
| Engineering | 56.6 | 56.6 | 50.0 |
| Procurement | 18.4 | 18.4 | 12.1 |
| Construction | 10.9 | 10.9 | 5.9 |
| Start-Up | 0.0 | 0.0 | 0.0 |
| Weighted Total | 21.2 | 21.2 | 14.9 |

1) All progress is shown in percent ("%") unless noted.
2) The "planned" percentage complete represents the re-baseline established in June 2021 maintaining the contractual dates.

Source: Company data, Leidos, Jefferies LLC

**Figure 37 - Key Project Milestone Dates**

| Key Event | Planned Date [1] | Forecasted/ Actual Date [2] [3] |
|---|---|---|
| **ISBL Equipment Supplier Delivery Schedule** | | |
| Stair and Pipe Rack Modules Arrive at Site | December 13, 2021 | December 14, 2021 |
| Non-Long Lead Vessel Modules Arrive at Site | May 12, 2022 | May 17, 2022 |
| Long Lead Vessel Modules Arrive at Site | June 1, 2022 | July 19, 2022 |
| Packaged and Ship Loose Equip. Arrive at Site | June 22, 2022 | June 27, 2022 |
| | | |
| **Construction Contract Schedule** | | |
| Issue OSBL Major Equip. Purchase Orders | October 7, 2020 | October 7, 2020 (A) |
| OSBL Construction Start | November 30, 2020 | November 30, 2020 (A) |
| Start Initial Earthwork (Mass Grading) | January 7, 2021 | January 15, 2021 (A) |
| Start Site Utilities – Natural Gas, Water, Sewer | February 11, 2021 | April 28, 2021 (A) |
| Start Degassing Equipment Installation | January 10, 2022 | October 19, 2021 |
| Start Raw Material Handling Equip. Installation | September 2, 2021 | July 6, 2021 |
| Start Finished Material Handling Equip. Installation | October 20, 2021 | November 12, 2021 |
| Start Packaged Equipment Module Setting | June 27, 2021 | June 27, 2021 |
| OSBL Mechanical Completion – Phase A | January 10, 2022 | January 10, 2022 |
| OSBL Substantial Completion – Phase A | February 11, 2022 | January 31, 2022 |
| All Modules Set and Leveled | August 4, 2022 | July 21, 2022 |
| OSBL Mechanical Completion – Phase B | July 14, 2022 | July 1, 2022 |
| OSBL Substantial Completion – Phase B | July 21, 2022 | July 21, 2022 |
| All Modules Installed and Interconnected | August 31, 2022 | September 5, 2022 |
| Detail ISBL Integration with OSBL Complete | August 31, 2022 | September 5, 2022 |
| Strat Hot Commissioning | September 11, 2022 | September 14, 2022 |
| OSBL Mechanical Completion – Phase C | September 11, 2022 | September 16, 2022 |
| OSBL Substantial Completion – Phase C | November 26, 2022 | November 29, 2022 |
| ISBL Mechanical Completion | October 17, 2022 | October 22, 2022 |
| Start Performance Testing | November 20, 2022 | November 24, 2022 |
| Commercial Plant Producing Final Product | December 1, 2022 | December 1, 2022 |

1) Original baseline dates.
2) An (A) after a date indicates an actual date or completed activity.
3) From April 2021 Monthly Construction Schedule

Source: Company data, Leidos, Jefferies LLC

So what gives us confidence in scaling to commercial levels? Right now there is no guarantee that the company can scale, but below we look at certain data points that provide us some comfort around scaling. PCT is bench testing for temperatures and pressures to find the optimal mix and methodology. So far the company has spent ~$25-30mm and years developing the feedstock evaluation unit (we estimate P&G spent $100mm on investing and developing this technology). The FEU is also sized to ~100mm pounds to minimize scale risk; the reason scaling goes wrong is the small plant is too small relative to bigger plant. We also think the process continues to be refined.

Below we illustrate how Feedstock+ contract model can help de-risk future financial performance with the cost of feedstock being passed through to the customer which removed the commodity input risk for PCT. The biggest input cost is feedstock which we believe the company has modeled at ~14 cents per pound while operating and processing costs are ~27 cents per pound (includes labor, consumables, waste disposal, overhead,

August 26, 2021
Please see important disclosure information on pages 40 - 45 of this report.

21



etc). There are also a few cents for maintenance capex (maintenance is not that high). Keep in mind feedstock cost is really an aggregation, sorting, and delivery logistics issue. Consumable costs are largely filters and need to be changed every now and again.

Waste disposal cost is waste water and contaminants. Because the company is upcycling it has very good margins and is able to pay more for feedstock. Going forward, longer term it would not surprise us if ultimately major waste companies begin to see an economic advantage they can get from sorting the material and selling it to PCT as they control the waste stream.

Note for the company to go more upstream and source the waste feedstock itself depends on the economics of where #5 bales are trading in the future. Note that PCT can buy #3-7 bales which are more consistently priced and more economical, take what it wants in the pre-processing (sorting) at a lower cost and sell the residual.

**Figure 38 - Illistration of how Feedstock+ contract model can help de-risk EBITDA dollars as the potential fluctuations of feedstock costs will be passed onto the customer**

| Economics per lb | Base Case | | | | | |
|---|---|---|---|---|---|---|
| Price / lb | $0.96 | $1.00 | $1.11 | $1.26 | $1.41 | |
| Royalty /lb | $0.03 | $0.03 | $0.04 | $0.04 | $0.05 | Royalty to be paid to P&G is ~3-3.5% of gross revenue |
| Feedstock cost / lb | $0.10 | $0.14 | $0.25 | $0.40 | $0.55 | Feedstock costs of ~$0.14 / lb per management is our base base, but as the demand of rPP grows the price of feedstock could also increase. The company will look to shift to Feedstock+ pricing model to de-risk commodity price exposure. |
| *Spread between rPP and Feedstock* | *$0.86* | *$0.86* | *$0.86* | *$0.86* | *$0.86* | *As the company moved to a Feedstock+ contract model the cost of feedstock will be passed through similalr to how the price of oil input for virgin PP is passed on in the price* |
| Operating/Processing costs / lb | $0.27 | $0.27 | $0.27 | $0.27 | $0.27 | Includes energy, consumables, labor, overhead, etc.; expect op leverage |
| **EBITDA / lb** | **$0.56** | **$0.56** | **$0.55** | **$0.55** | **$0.54** | |
| Capex / lb | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | |
| **Unlevered FCF / lb** | **$0.53** | **$0.53** | **$0.52** | **$0.52** | **$0.51** | |
| **% of revenue** | | | | | | |
| Royalty to P&G | 3% | 3% | 3% | 3% | 3% | |
| Feedstock cost | 10% | 14% | 23% | 32% | 39% | |
| Operating costs | 28% | 27% | 24% | 21% | 19% | |
| **EBITDA Margin** | **58%** | **56%** | **50%** | **44%** | **39%** | |
| **Potential Results in 2025 with 1bn pounds of UPRP** | | | | | | |
| Revenue | 960 | 1,000 | 1,110 | 1,260 | 1,410 | |
| **EBITDA** | **559** | **558** | **554** | **549** | **544** | **Due to Feedstock+, the company de-risks EBITDA dollars as commodity input costs can be passed through** |

Source: Company data, Jefferies LLC

PureCycle's pre-processing is designed to provide maximum flexibility on feedstock selection and optimize the amount of PP that is fed into its purification system. Plant 1 feedstock volume is contracted for the first 3 years and all feedstock supply agreements include provisions for successive 12-month renewal terms providing duration of 20 years.

August 26, 2021
Please see important disclosure information on pages 40 - 45 of this report.

22



**Figure 39 - PCT is Building a Feedstock Supply Network, Leveraging the 170bn+ Pound Global PP Market**



| Feedstock Supplier Summary | | | | | |
|---|---|---|---|---|---|
| Feedstock Type | Feedstock Supplier | Minimum PCT Purchasing Requirement | Volume Under Contract at PCT Option | Total Maximum Volume | %PP |
| Rigids | Supplier 1 | 5M | 40M | 40M | 94% - 98% |
| Film | Supplier 3 | 5M | 40M | 40M | 93% - 99% |
| Fiber | Supplier 4 | 40M | 60M | 60M | 94% - 95% |
| | Supplier 5 | 5M | 5M | 20M* | 95% - 98% |
| Fiber | Supplier 2 | 5M | 50M | 50M | 93% - 97% |

Source: Company data, Jefferies LLC

Our sense is that agreements with blue chip customers significantly de-risk future revenue with the total minimum annual offtake volume (contracted and LOIs) of ~200mm lbs nearly 2x that of Plant 1's nameplate capacity (107mm lbs). Morevoer, offtake volume is secured by multi-year contracts (ranging from 3-20 years, with one customer securing volume on a perpetual basis).

**Figure 40 - Offtake Production Volume Secured for Nearly 2x the Annual Output of Plant 1**



Source: Company data, Jefferies

As of the company's Q2 2021 update in August, it is in active negotiations with numerous feedstock suppliers for 300mm+ lbs of material annually.

# Jefferies

**Figure 41 - Active Feedstock Negotiations as of August 2021**



Source: Company data, Jefferies LLC

PureCycle has been receiving increased interest from customers for its UPRP at a significant premium price to commodity polypropylene pricing. Offtake pricing is negotiated without correlation to commodity pricing which helps eliminate the risk of potential volatility in oil markets over time.

Blended pricing for Plant 1 ~$0.90/lb, and LOIs for future plants have been steadily increasing over time with more recent pricing contracted at $1.50 - $2.00/lb. Plant 2 blended pricing is expected to be above Plant 1 blended pricing based on current negotiations.

The company also provided an update recently on the expected pricing model for the Augusta plants. We expect 40% of the output to be allocated to existing strategic partners and customers from the Ironton plant with the remaining 60% to be contracted with "Feedstock+" contracting which passes through the cost of feedstock and helps de-risk the operating model. Management indicated there has been significant interest in Feedstock+ which leads us to believe this will be the go-to pricing moving forward (with Augusta likely in some type of hybrid pricing mix due to existing strategic partner offtake). Additionally, in Augusta, the company is targeting new verticals including automotive, home products, construction and pharmaceutical.

**Figure 42 - Offtake Pricing is Increasingly De-Linked to Commodity Pricing, Eliminating the Risk of Potential Volatility in Oil Markets Over Time**



Source: Company data, Jefferies LLC

# Jefferies

**EQUITY RESEARCH**
**PureCycle Technologies (PCT)**

**Figure 43 - Pricing Methodology: Shifting to Feedstock+ Helps De-Risk the Operating Model**



**A** **Index + Premium**
based on virgin pricing plus a premium

**B** **Fixed Price**
Reflect a flat price, de-linked from the price of virgin ($1-$2 per pound)

**C** **Feedstock + Fixed Price**
Passes on cost of feedstock to customers while maintaining margin ($1+ per pound)

Source: Company data, Jefferies LLC



## What's Next? Timeline and Milestones

We think a big catalyst going forward for PCT is whether it gets approval from FDA for food-grade use of its Ultra-Pure Recycled PP. This could come as early as Q3 2021. Other catalysts or milestones include: new feedstock and offtake agreements (looking for move to more Feedstock+ contracts); Plant 1 commissioning (construction expected to start Q3 2021 and commissioned 2H 2022); Augusta site construction commencing (site work expected to start Q1 2022); and announcement of location of cluster 3 (along with financing).

For frame of reference for what is expected to come, we lay out the company's history below.

**Figure 44 - General Global Rollout Strategy**



Source: Company data, Jefferies LLC

**Figure 45 - Path to 1 Billion Pounds of Production in 2025**



Source: Company data, Jefferies LLC

Production timeline subject to outside variables including securing debt financing and supply chain disruptions affecting delivery of long lead materials

On July 29, 2021 the company announced that it reached an agreement with The Augusta Economic Development Authority to build its first U.S. cluster facility. The facility will be on 200 acres in Augusta Corporate Park and will create over 80 manufacturing jobs. Management indicated the initial investment will be ~$440mm to "primarily" fund three lines of 130mm lbs of capacity during Phase 1 of the project. We estimate the total

August 26, 2021
Please see important disclosure information on pages 40 - 45 of this report.

26

# Jefferies

investment for all 5 lines which will have 650mm lbs of capacity will be will likely be in the $865mm range. The company believes that despite a lower output than originally expected for the plants (130mm vs 165mm originally), the parternship with GulfSpan will keep the cost for development capex to ~$1.33/lb. We believe Augusta was chosen based its optimized infrastructure (access to electricity and natural gas), advantaged supply chain (interstate and rail access), access to feedstock (ideal to obtain both local and region feedstock), global reach (close proximity to multiple ports), and strong labor market (specialized skillsets with favorable economics).

On August 12, 2021, the company announced that it had signed a memorandum of understanding (MOU) with SK Global Chemical (a technology-driven global chemical company headquartered in South Korea) as a first step to enable the building and operating of a recycling facility in South Korea. Our sense is that many of the details have been discussed, and now it's a matter of signing a formalized deal. Because the facility is using the same design as Augusta, PCT believes things can move quickly once an agreement is signed. We also estimate that the plant could produce ~100mm lbs of UPRP.

**Figure 46 - Augusta Delivers Strong Value and Global Reach**



Source: Company data, Jefferies LLC

**Figure 47 - Modularity Allows Capital Efficient Plant Scaling**



Source: Company data, Jefferies LLC

# Jefferies

**Figure 48 - Development Overview: Augusta Plant, Line 1**



Source: Company data, Jefferies LLC



## Company History

Proctor & Gamble began developing a technology for recycling PP in ~2010-13 and had an idea it introduced to a firm called PhaseX which progressed and validated the process. In 2015, P&G realized it needed to get this technology outside the company as there was little chance it was going to collect scrap plastic and the company was not backward integrated any longer (it moved away from that a while ago). That was when P&G turned the license for the technology over to a company called Innventure which later became PureCycle Technologies.

In 2016, P&G filed for global and US patents for purified contaminated polymers (it has more than a dozen related process patents today), and in 2017, PureCycle engaged Koch to begin Plant 1 design/engineering.

In 2018, as part of a muni bond offering, Leidos conducted due diligence and concluded that PCT's process was scalable and in 2019 the FEU was completed. We estimate the total investment from P&G in the development and piloting of the technology is ~$100mm. Next, PCT raised ~$250mm in a tax-exempt muni bond offering to fund Plant 1 in Ironton, OH.

In November 2020, PureCycle announced an agreement to merge with a SPAC (Roth CH Acquisition I Co.) which was backed by Roth Capital and Craig-Hallum Capital. In March 2021 the deal closed and the company started trading under the ticker PCT.

As of June 30, 2021 the company has ~$184mm in restricted cash that has been allocated to fund Plant 1 which is currently on track and on budget with module construction expected to start in Q3 2021. Moreover, the newly announced cluster location in Augusta, GA (650mm lbas) is expected to make progress with long-lead equipment purchases to be done in Q3 2021, initial design done early Q4 2021 and site work started in Q1 2022. Lastly, for cluster plant 3 (390mm lbs), the location search is under way and the long-lead equipment purchases are expected in 1H 2022.

**Figure 49 - History and Background**



Source: Company data, Jefferies LLC

August 26, 2021
Please see important disclosure information on pages 40 - 45 of this report.

29



## Share Dilution from SPAC Well Understood and Interests Aligned

The SPAC closed March 17, 2021. There are currently ~117mm shares out of which 83.5mm are locked up. Moreover, 2.2mm founder shares that are also locked up represent ~1.8% dilution. Given that, we estimate that ~26% of shares are able to trade today with the rest locked up. Management has said ~50% of management and founder's wealth is tied up in locked up shares, so interests are well aligned with investors. Moreover, of the 83mm shares 60% are "founder shares" (founders, CEO, board, etc.) while 40% are non-founder.

As far as the timeline, 50% of the founder shares that are locked up will be released once Plant 1 in Ironton is commissioned (likely a Q4 2022 event) and the commissioning is done by a third party (Leidos not PCT) where it's been established that Plant 1 can operate at nameplate capacity and quality. Beyond the 50%, 20% is released 6 months after the deal closed (expected Sept 17, 2021) and the last 30% 12 months after deal closed (expected March 17, 2022). We note this is different from many SPACs where 100% of the lockup shares are released after 6 months. Non-founder shares are released is 1/3, 1/3, 1/3 at those milestones.

We also note there are two earnouts which include: (1) 2mm shares if PCT trades >=$18 for 20 out of 30 consecutive trading days (starting 6 months after the close but within 3 years from close); (2) 2mm upon final commissioning of the Ironton plant (as certified by third-party engineering company).

**Figure 50 - Ownership**

|  | Shares (mm) | % |
|---|---|---|
| PureCycle | 83.5 | 70.6% |
| PIPE Investors | 25.0 | 21.1% |
| SPAC IPO Investors | 7.6 | 6.4% |
| ROCH Sponsor (founder and private shares) | 2.2 | 1.8% |
|  | **118.3** |  |
| Warrants ($11.50 strike price) |  |  |
| SPAC IPO Investors | 5.7 |  |
| ROCH Sponsor | 0.2 |  |
|  | **124.2** |  |
| Earnout shares |  |  |
| 2mm shares if stock >=$18 for 20 of 30 consecutive trading days (6 months to 3 years) | 2.0 |  |
| 2mm shares upon final commissioning of Plant 1 | 2.0 |  |
| **Fully Diluted Shares** | **128.2** |  |

Source: Company data, Jefferies LLC

Below we also show investors in PCT today which signifies confidence in the company's long-term vision.

August 26, 2021
Please see important disclosure information on pages 40 - 45 of this report.

30



**EQUITY RESEARCH**
PureCycle Technologies (PCT)

**Figure 51 - Sample of Largest Institutional PCT Shareholders**

|  | %OS | Position (000) |
|---|---|---|
| Sylebra Capital Ltd. | 14.8% | 17,343 |
| The Vanguard Group, Inc. | 5.8% | 6,783 |
| Samlyn Capital LLC | 3.0% | 3,476 |
| BNP Paribas Asset Management UK Ltd. | 2.4% | 2,768 |
| BlackRock Fund Advisors | 2.1% | 2,425 |
| Moore Capital Management LP | 1.1% | 1,313 |
| Howard Hughes Medical Institute, Inc. (Investment Management) | 1.0% | 1,200 |
| Encompass Capital Advisors LLC | 1.0% | 1,193 |
| Harvard Management Co., Inc. | 0.9% | 1,070 |
| Geode Capital Management LLC | 0.8% | 954 |
| Atalan Capital Partners LP | 0.8% | 950 |
| Federated Global Investment Management Corp. | 0.7% | 842 |
| SSgA Funds Management, Inc. | 0.6% | 689 |
| Charles Schwab Investment Management, Inc. | 0.4% | 423 |
| Northern Trust Investments, Inc.(Investment Management) | 0.4% | 420 |
| ROTH Capital Partners LLC | 0.3% | 385 |
| Craig-Hallum Capital Group LLC | 0.3% | 321 |
| Wilmington Trust Investment Management LLC | 0.3% | 320 |
| Leucadia Asset Management LLC | 0.3% | 313 |

Source: FactSet, Jefferies LLC

**Figure 52 - Sample of Largest Insider PCT Shareholders**

|  | Role | %OS | Position (000) |
|---|---|---|---|
| Innventure Management Services Llc | Founding firm | 8.2% | 9,675 |
| Hcc Manager Llc | BMW | 6.5% | 7,574 |
| Gregory Wasson | Innventure - Co-founder | 6.4% | 7,543 |
| Timothy Glockner | PCT - Board of Directors | 5.5% | 6,434 |
| Michael Otworth | PCT - Chief Executive Officer; PCT - Board of Directors | 3.5% | 4,067 |
| Richard Brenner | PCT - Board of Directors; Innventure - Chief Operating Officer | 3.0% | 3,523 |
| John Scott | PCT - Chief Science Officer; PCT - Board of Directors | 2.3% | 2,731 |
| Jeffrey Fieler | PCT - Board of Directors; Sylebra - Founder and PM (largest institutional shareholder) | 1.0% | 1,152 |
| Michael Dee | PCT - Chief Financial Officer | 0.9% | 1,026 |
| David Brenner | PCT - Chief Commercial Office | 0.8% | 961 |
| Gordon Roth | ROTH Capital Partners - Chief Operating Officer and Chief Financial Officer | 0.4% | 460 |
| Roth Byron Clarence | ROTH Capital Partners - Chairman and Chief Executive Officer | 0.3% | 368 |
| Dustin Olson | PCT - Chief Manufacturing Officer | 0.3% | 324 |

Source: FactSet, Jefferies LLC

Note that P&G now owns ~4% of the company after exercising warrants last year and has exclusive patent rights for the life of the patent. P&G gets 15% of the offtake without having to pay a premium while the other resin can be sold at an ~85% premium. Moreover, if P&G wants more than 15% of the offtake it must pay the market price. P&G also gets ~3.0-3.5% royalty (constitutes gross vs consolidated revenues).



## Management and Board

**Mike Otworth, Chairman and CEO of PureCycle,** has over 23 years of experience in leading and scaling early-stage companies. He is also the Co-Founder and Chairman of the Board of Innventure which is the parent company of PureCycle. Prior to Innventure, Mike served as President and Founding Partner of Green Ocean Innovation for six years. Green Ocean provided technology sourcing and innovation strategy and development services to Lilly/ Elanco Animal Health primarily focusing on therapeutics, diagnostics, and various medical devices. Prior to Green Ocean, Mike served as Vice-President and Founding CEO of multiple start-ups at XL TechGroup (XLTG), which founded, capitalized and advanced companies successfully to late-stage funding. Six of the late-stage funding events included IPOs in New York and London creating $4.5 billion in market value. Mike began his career on Capitol Hill working as a legislative aide and committee staff member in the U.S. House of Representative after attending Otterbein University and Ohio State University.

**Michael Dee, CFO of PureCycle,** joined in October 2020. He has almost three decades of public markets, corporate finance, private equity and M&A experience. Prior to joining PCT, Mr. Dee served as the Managing Member of Bird Creek Capital LLC, a consulting services company, providing advice and services to the company. Before joining the company, Mr. Dee served as the President and CFO and a member of the board of directors of Graf Industrial Corp., a special purpose acquisition company from October 2018 to September 2020, which acquired a lidar technology company in September 2020. Previously, Mr. Dee was involved in a number of personal investment and philanthropic activities. In 2015 and 2016, Mr. Dee was a Senior Advisor to the President for Finance of the Asian Infrastructure Investment Bank, a $100 billion multilateral development bank, and served as a member of its Management and Investment Committee. From 2010 to 2015, Mr. Dee managed various private investments, including providing advice to SeaOne Maritime Corp., a startup focused on the monetization of natural gas and gas liquids. Mr. Dee was Senior Managing Director - International of Temasek Holdings Private Limited, Singapore's sovereign investment company, from 2008 to 2010 and also served as a senior member of its Management Committee and Investment Committee. Prior to joining Temasek, Mr. Dee worked at Morgan Stanley from 1981 to 2007 in a variety of senior positions in its capital markets, mergers and acquisitions and firm management divisions, including acting as Head of Fixed Income Capital Markets, 118 Sovereign and Financial Institutions Coverage for Asia, Regional Chief Executive Officer for Southeast Asia and as Head of Morgan Stanley's regional office in Houston. He was also appointed Singapore's Honorary Consul General in Houston. Mr. Dee received a Bachelor of Science degree in Economics from the Wharton School of the University of Pennsylvania in 1981.



**EQUITY RESEARCH**
PureCycle Technologies (PCT)

## Management

**Figure 53 - Management**

| Name | Position | Age | Company Tenure (Yrs) |
|---|---|---|---|
| Michael Otworth | Chairman & Chief Executive Officer | 59 | ~6 |
| Michael Dee | Chief Financial Officer | 64 | ~1 |
| David Brenner | Chief Commercial Officer | 35 | ~5 |
| Dustin Olson | Chief Manufacturing Officer | 44 | <1 |
| Tamsin Ettefagh | Chief Sustainability Officer | - | <1 |
| Mike Weber | Vice President-Technology | - | <1 |
| John Scott, PhD | Director & Chief Science Officer | 70 | ~6 |
| Missy Westerman, CPA | Controller | 46 | <1 |
| Daniel Holloway | Vice President-Human Resources | - | <1 |
| Brad Steward Kalter | Secretary & General Counsel | 54 | <1 |

Source: Company data, Jefferies LLC

Tenure includes time with Innventure; Otworth and Scott were co-founders; Brenner was Chief Integration Officer

## Board

**Figure 54 - Board**

| Name | Position | Age | Board Tenure (Yrs) |
|---|---|---|---|
| Michael Otworth | Chairman & Chief Executive Officer | 59 | ~6 |
| Dr. John Scott | Director & Chief Science Officer | 70 | ~6 |
| Rick Brenner | Director | 67 | ~6 |
| Tanya Burnell | Independent Director | 44 | ~1 |
| Timothy Glockner | Independent Director | 44 | <1 |
| Fernando Musa | Lead Independent Director | 56 | <1 |
| Jeffrey Fieler | Independent Director | 51 | <1 |

Source: Company data, Jefferies LLC

August 26, 2021
Please see important disclosure information on pages 40 - 45 of this report.

33

# Jefferies

## Capital Allocation

PureCycle will fund each plant principally with debt financing and on a non-recourse basis. The company expects the target plant capital structures to have between ~80% to 100% senior debt / project financing. We note that any non-senior debt can include PureCycle Equity, Plant-Level Equity and/or Plant-Level Subordinated Debt. Using PureCycle equity allows for flexibility as needed especially for the early plants. The company can also utilize plant-level equity in strategic partnerships which can help achieve broader cooperation in feedstock and offtake arraignments. The company also plans on using plant-level subordinated debt which has a lower cost of capital (but junior to senior / project debt) in its Plant 1 cap structure. The expectation is that the company will be able to increase the percentage of debt financing for future plants.

We estimate that the capex for Clusters 1 and 2 and the first plant in Europe is $1.33/lb and the capital investment for the first 10 production lines will be $2bn. As of Q1 2021, the company has $253mm in cash which will help fund the 20% equity in the targeted plant cap structure (80/20 debt/equity).

**Figure 55 - Liquidity Position of $539mm as of June 20, 2021**



Source: Company data, Jefferies LLC

**Figure 56 - Targeted Source of Capital for Plant Financing**



Source: Company data, Jefferies LLC

**Figure 57 - Illustrative Source or Funds (Assuming 80% Debt / 20% Equity)**

|  | Project Capex | Total Uses |
|---|---|---|
| Plant 1 (Ironton) | 248 | 344 |
| Plant 2 (Europe) | 228 | 279 |
| Cluster Line 1 | 253 | 309 |
| Cluster Line 2 | 210 | 257 |
| Cluster Line 3 | 210 | 257 |
| Cluster Line 4 | 210 | 257 |
| Cluster Line 5 | 210 | 257 |
| **First Wave** | **1,569** | **1,960** |

Source: Company data, Jefferies LLC

August 26, 2021
Please see important disclosure information on pages 40 - 45 of this report.

34

# Jefferies

**Figure 58 - Cumulative Development Funding (80/20 Debt/Equity)**



Source: Company data, Jefferies LLc

**Figure 59 - Capex from new plant construction dragging on FCF while operations plants expected to help fund future projects**



Source: Company data, Jefferies LLC

**Figure 60 - EBITDA growth expected to offset the increase in debt keeping leverage at reasonable levels**



Source: Company data, Jefferies LLC



# Risks

**Execution.** PCT is an early stage company without any revenue. The company's ability to execute on facility construction and scaling is key and any delays or added costs could impact the business. Moreover, the company's ability to secure feedstock will be key and any setback there would be negative for the business.

**Intellectual Property and Competition.** PCT's license agreement to utilize P&G's IP has performance measures and if those metrics are not met PCT could lose the right to an exclusive license. There is also risk in other companies or individuals filing patents that are similar to PCT's technology which could impact potential future revenues for PCT due to increased competition.

**Stock Ownership.** There is potential for a portion of the shareholders to exit their position before the company fully scales. Although we note that the lockup criteria is fairly favorable compared to similar deals with 50% able to be sold after Ironton Plant is commissioned, 20% after 6 months from the combination closing and 30% after 1yr from closing.

**Commodity / Pricing.** Offtake has exposure to commodity prices which are generally tied to natural gas and oil prices. If commodity prices weaken it would impact PCT's revenue. We note that PCT expects contracts for its ultra-pure PP product to decouple from virgin PP which could make this impact less overtime. Moreover, feedstock costs are also tied to plastic commodity prices. Fluctuations cause uncertainty and an increase in the price for feedstock could negatively impact PCT's financial performance. We note that the company intends to shift contracts to include a pass through which would minimize the feedstock commodity exposure.

**Regulation.** If PCT fails to get food grade approval from the FDA for its output demand woudl likely be much lower than expected and would negatively impact revenue and financials. Moreover, delays in getting approval could push revenues to the right.



EQUITY RESEARCH
PureCycle Technologies (PCT)

# Attractive Valuation Even If We Get Somewhat Close to Management Projections

We are initiating coverage with a Buy rating. Our price target of $25 is based on our 2024 EBITDA estimate of $442mm at a 16x EV/EBITDA discounted back. PCT does not have any true comps in the marketplace, so we use our environmental services group, specifically the solid waste companies, as well as other recycling/process technology names to get a sense for where PCT should trade. Our multiple is toward the high end of the solid waste multiple range of 13-18x. We think that higher growth and better margins than the waste peers is partially offset by execution risk and timeframe to plant commissioning. Moreover, despite the expected EBITDA ramp in 2024, given the amount investment the company is planning on making in new plant construction, FCF will not be positive for many years. We are also looking at 2024 as it's the first year with material EBITDA as most plants that will be commissioned by then are expected to be operating at close to 100% utilization. We looked at several comp groups, including plastic manufactures, recycling technologies, bio-material technologies and specialty chemicals in addition to other sustainability plays in the market. With that said, we think the sold waste names are a good comp group given the shared involvement and expertise in the plastics recycling market.

Today PCT is trading at 8.6x 2024E EBITDA on our numbers and there could be upside to our forecasts since we are only using ~$1.05/lb for our pricing in 2024 while recently signed LOIs for future plants (beyond Plant 1) are in the range of $1.50-2.00 /lb. Moreover, as the company moved more toward Feedstock+ contracts it will help de-risk EBITDA dollars.

**Figure 61 - PCT Currenly Trading at a Discount to the Solid Waste Names**

Solid waste names are on 2023E EBITDA, PCT on 2024E since that is the first year of profitability ramp



Source: FactSet, Jefferies LLC

# Jefferies

EQUITY RESEARCH
PureCycle Technologies (PCT)

**Figure 62 - PCT Comp Sheet**

*(in $ millions except for per share data)*

| Company Name | Ticker | Rating | Target Price | Price 8/25/2021 | Delta % | Market Cap (mm) | Enterprise Value (mm) | Current FY | EV / EBITDA 2020 | 2021E | 2022E | 2023E | Price / Earnings 2020 | 2021E | 2022E | 2023E | Price / FCF 2020 | 2021E | 2022E | 2023E | EV/ Sales 2020 | 2021E | 2022E | 2023E | Net Debt /EBITDA | FCF Yield | Dividend Yield | Current Short Int. | Avg Short Int. | Rev 22-23 Avg Growth | EBITDA 2020 | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PureCycle Technologies Inc | PCT | | $25 | $12.97 | 93% | 1,522 | 1,509 | 2021 | (34.0x) | (39.3x) | (71.5x) | 20.4x | (0.6x) | (14.1x) | (21.3x) | (26.7x) | (33.0x) | (6.3x) | (1.9x) | (1.9x) | nm | nm | nm | 234.0x | nm | nm | 0.0% | 15.7% | 5.4% | nm | nm |

**Waste and Environmental Services**

| Company Name | Ticker | Rating | Target | Price | Δ% | Mkt Cap | EV | FY | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Waste Management, Inc. | WM | Hold | $162 | $152.83 | 6% | 64,357 | 77,781 | 2021 | 18.0x | 15.3x | 14.4x | 13.7x | 37.9x | 29.7x | 25.4x | 23.2x | 36.6x | 25.3x | 22.7x | 22.7x | 5.0x | 5.1x | 4.4x | 4.2x | 2.6x | 4.0% | 1.5% | 0.9% | 0.9% | 5% | 28% | 29% |
| Republic Services, Inc. | RSG | Buy | $137 | $122.66 | 12% | 39,051 | 48,457 | 2021 | 16.2x | 14.4x | 13.5x | 13.0x | 34.3x | 30.4x | 26.7x | 24.4x | 30.7x | 26.7x | 24.2x | 20.0x | 4.7x | 4.8x | 4.4x | 4.2x | 2.7x | 3.7% | 1.5% | 1.0% | 1.1% | 5% | 30% | 30% |
| Waste Connections, Inc. | WCN | Buy | $148 | $126.8 | 17% | 32,964 | 37,318 | 2021 | 22.5x | 19.8x | 18.6x | 17.5x | 48.0x | 40.3x | 36.9x | 34.0x | 40.9x | 32.2x | 29.0x | 27.1x | 6.9x | 6.9x | 6.2x | 5.9x | 2.2x | 3.1% | 0.6% | 0.6% | 0.6% | 5% | 31% | 31% |
| GFL Environmental Inc | GFL | Buy | $42 | $34.76 | 21% | 11,008 | 18,959 | 2021 | 22.2x | 16.9x | 14.4x | 12.8x | 257.6x | 206.0x | 124.8x | 77.6x | 49.1x | 29.3x | 23.5x | 19.8x | 5.0x | 5.6x | 5.4x | 5.0x | 8% | 26% | 27% | | | | | |
| Casella Waste Systems, Inc. Class A | CWST | Buy | $78 | $73.14 | 7% | 3,686 | 4,211 | 2021 | 24.6x | 21.5x | 19.5x | 17.7x | 85.0x | 84.1x | 61.5x | 53.0x | 53.0x | 46.3x | 40.9x | 36.6x | 5.7x | 5.4x | 4.9x | 4.5x | 2.2x | 2.2% | 0.0% | 1.6% | 1.9% | 9% | 22% | 23% |
| Stericycle, Inc. | SRCL | Hold | $61 | $67.04 | -9% | 6,158 | 8,198 | 2021 | 16.5x | 15.3x | 14.0x | 13.6x | 29.9x | 25.2x | 23.8x | 22.5x | 113.6x | 15.0x | 71.3x | 22.5x | 2.8x | 3.0x | 2.9x | 3.8x | 6.1% | 0.0% | 1.2% | 2.8% | 4% | 19% | 20% |
| Clean Harbors, Inc. | CLH | Hold | $109 | $101.6 | 7% | 5,527 | 6,598 | 2021 | 11.6x | 10.3x | 10.4x | 9.9x | 44.8x | 31.2x | 34.0x | 28.2x | 22.5x | 17.6x | 15.5x | 20.7x | 1.9x | 2.1x | 1.9x | 1.8x | 1.7x | 5.7% | 0.0% | 1.3% | 1.8% | 4% | 18% | 18% |
| Covanta Holding Corporation | CVA | | $20 | $20.01 | 0% | 2,662 | 5,168 | 2021 | 12.6x | 10.0x | 10.0x | 9.5x | (95.3x) | n/a | n/a | n/a | 12.7x | 2.8x | 2.7x | 2.9x | 5.2x | 7.0% | 1.6% | 3.8% | 2.2% | 1% | 22% | 23% |
| Veolia Environnement SA | VEOEY | | €27 | €29.04 | -7% | 16,831 | 34,824 | 2021 | 9.6x | 8.5x | 7.9x | 7.6x | 40.3x | 20.7x | 16.8x | 14.9x | n/a | n/a | n/a | n/a | 1.3x | 1.3x | 1.3x | 1.2x | 4.1x | n/a | 2.4% | n/a | n/a | 3% | 14% | 15% |
| Cleanaway Waste Management Ltd. | CWY | Buy | A$ 3.01 | A$2.59 | 16% | 5,334 | 6,354 | 2022 | 11.9x | 11.3x | 9.9x | 9.3x | 35.0x | 31.4x | 26.3x | 23.0x | n/a | n/a | n/a | n/a | 3.2x | 2.9x | 2.4x | 1.8x | n/a | 1.8% | n/a | n/a | 7% | 22% | 22% |
| Heritage-Crystal Clean, Inc. | HCCI | | | $33.04 | | 689 | 676 | 2021 | 6.8x | 8.7x | 8.5x | 8.1x | 12.7x | 19.3x | n/a | n/a | 1.0x | 18.5x | n/a | n/a | 1.7x | 1.4x | 1.4x | 1.3x | 0.1x | 5.4% | 0.0% | 1.7% | 1.9% | 3% | 21% | 16% |
| Harsco Corporation | HSC | | | $19.06 | | 1,509 | 2,968 | 2021 | 12.5x | 9.8x | 8.5x | 8.6x | 38.5x | 20.9x | 16.6x | 14.2x | 716.7x | 18.5x | 11.9x | 10.3x | 1.1x | 1.0x | 1.0x | 1.0x | 4.5x | 2.6% | 0.0% | 4.8% | 2.8% | 8% | 13% | 13% |
| US Ecology, Inc. | ECOL | | | $36.3 | | 1,144 | 1,896 | 2021 | 11.1x | 11.3x | 9.6x | 8.6x | 59.5x | 79.9x | 33.1x | 26.2x | 16.4x | 20.9x | 17.3x | n/a | 2.8x | 2.0x | 2.0x | 1.9x | 4.6x | 4.8% | 0.0% | 1.8% | 2.8% | 8% | 18% | 17% |

**Personal Hygiene Manufacturing**

| Company Name | Ticker | Rating | Target | Price | Δ% | Mkt Cap | EV | FY | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avient Corporation | AVNT | Buy | $69 | $50.46 | 37% | 4,607 | 6,012 | 2021 | 15.8x | 10.4x | 9.6x | 9.6x | 22.1x | 16.7x | 14.7x | 12.8x | 29.9x | 16.1x | 14.7x | 12.8x | 2.1x | 1.9x | 1.3x | 1.2x | 2.8x | 1.7% | 1.1% | 1.7% | 5% | 12% | 13% |
| HEXPOL AB Class B | HPOL.B-SE | | | KR 112.5 | | 37,088 | 40,610 | 2021 | 16.6x | 12.3x | 12.7x | 11.9x | 26.4x | 17.7x | 17.1x | 16.7x | 20.6x | 25.1x | 17.4x | 16.5x | 3.6x | 2.8x | 2.6x | 2.6x | 0.6x | 4.0% | 2.0% | 1.2% | 1% | 18% | 21% |
| Celanese Corporation | CE | Buy | $195 | $159.1 | 23% | 17,678 | 21,088 | 2021 | 14.6x | 10.6x | 10.9x | 12.4x | 14.5x | 9.6x | 9.5x | 11.4x | 18.4x | 10.1x | 9.8x | 10.4x | 3.3x | 2.7x | 2.5x | 2.3x | 1.1x | 6.6% | 1.7% | 1.1% | 1.4% | 4% | 26% | 34% |
| Formosa Plastics Corporation | 1301-TW | | | NT$ 99.5 | | 633,391 | 589,971 | 2021 | 22.8x | 10.9x | 14.5x | 13.3x | 9.6x | n/a | 13.1x | 12.7x | 35.5x | 13.2x | 12.7x | 12.9x | 2.8x | 3.2x | 2.6x | 2.5x | 2.4% | n/a | n/a | -5% | 14% | 13% | |

**Recycling Adjacent Technologies**

| Company Name | Ticker | Rating | Target | Price | Δ% | Mkt Cap | EV | FY | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Li-Cycle Holdings Corp. | PDAC | | | $8.82 | | 1,439 | 322 | 2021 | n/a | (16.5x) | (73.3x) | 4.4x | n/a | (1.0x) | (147.0x) | 36.8x | n/a | (2.1x) | (1.3x) | (2.2x) | n/a | n/a | 448.8x | 6.5x | 0.0% | -48.2% | 0.0% | 1.9% | 1.4% | n/a | n/a |
| Orion Materials, Inc. | AACO | | | $6.83 | | 965 | 68 | 2021 | (7.5x) | (3.1x) | (1.9x) | (1.1x) | n/a | (17.5x) | (22.4x) | (11.3x) | n/a | (4.0x) | (4.0x) | (1.4x) | n/a | n/a | n/a | n/a | 21.4x | -25.1% | 0.0% | 2.1% | 1.3% | n/a | n/a |
| Aspen Aerogels Inc | ASPN | | | $41.1 | | 1,420 | 1,143 | 2021 | (179.5x) | (69.7x) | (165.0x) | 58.8x | (51.9x) | (44.2x) | (55.8x) | (497.2x) | (97.5x) | (35.6x) | (12.5x) | (22.3x) | 8.2x | 7.1x | 6.5x | 5.9x | n/a | 0.0% | 0.0% | 2.3% | 2.2% | 41% | -6% | -14% |
| Aqua Metals, Inc. | AQMS | | | $2.19 | | 152 | 138 | 2021 | (7.2x) | (24.0x) | n/a | n/a | (0.0x) | (7.7x) | (15.6x) | 12.9x | n/a | n/a | n/a | n/a | 28.3x | 1278.6x | 2380.0x | 9.0x | 0.7x | 0.0% | 0.0% | 9.3% | 5.1% | 125699% | n/a | n/a |

**Biomaterials Technologies**

| Company Name | Ticker | Rating | Target | Price | Δ% | Mkt Cap | EV | FY | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amyris, Inc. | AMRS | Buy | $20 | $15.38 | 30% | 4,583 | 5,237 | 2021 | (53.1x) | 337.5x | ######## | 61.3x | (8.2x) | (13.6x) | (82.7x) | 1538.0x | n/a | n/a | n/a | 34.3x | 30.3x | 13.3x | 12.6x | nm | -0.4% | 0.0% | 10.6% | 6.4% | -109% | -57% | 4% |
| Avantium NV | AVTX-NL | | | €4.58 | | 143 | 93 | 2021 | (6.1x) | (4.9x) | (4.7x) | n/a | (3.4x) | (4.9x) | n/a | n/a | n/a | n/a | n/a | n/a | 5.2x | 6.6x | 5.6x | 5.3x | 1.9x | 0.0% | 0.0% | 0.2% | 0.0% | 24% | -29% | -14% |
| Danimer Scientific, Inc. Class A | DNMR | Buy | $42 | $18.72 | 124% | 1,883 | 1,683 | 2021 | (307.5x) | (252.9x) | 132.3x | 24.0x | (52.7x) | (133.7x) | (98.5x) | (197.1x) | (36.5x) | (6.5x) | (8.3x) | (60.2x) | n/a | 33.3x | 22.7x | 10.3x | 58.5x | -15.3% | 0.0% | 14.4% | 13.1% | 99% | -29% | -24% |
| Codexis, Inc. | CDXS | Buy | $30 | $25.92 | 16% | 1,675 | 1,504 | 2021 | (80.0x) | (62.4x) | (42.7x) | (55.3x) | (64.8x) | (60.6x) | (90.6x) | (49.7x) | (116.1x) | n/a | n/a | n/a | 12.8x | 11.4x | 8.9x | 7.8x | n/a | 0.0% | 0.0% | 11.1% | 9.3% | 24% | -27% | -24% |

**Environmental / Specialty Chemical**

| Company Name | Ticker | Rating | Target | Price | Δ% | Mkt Cap | EV | FY | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lonza Group AG | LONN-SWX | | CHF 785 | CHF 768.6 | 2% | 57,237 | 60,809 | 2021 | 42.3x | 37.0x | 37.5x | 24.9x | 55.3x | 58.4x | 48.4x | 41.7x | n/a | n/a | n/a | n/a | 11.8x | 11.6x | 10.4x | 2.6x | n/a | 0.7% | 0.5% | 0.0% | 1.9% | 8% | 21% | 20% |
| Koninklijke DSM N.V. | DSM-AMS | Buy | € 192 | € 180.85 | 6% | 31,610 | 34,012 | 2021 | 21.4x | 18.6x | 17.3x | 15.3x | 32.3x | 29.3x | n/a | n/a | n/a | 4.2x | 3.8x | n/a | 3.4x | 3.3x | 2.9x | 2.9x | 1.0x | 4.3% | 1.7% | 0.7% | 1.4% | 5% | 16% | 16% |
| Albemarle Corporation | ALB | Buy | $260 | $234.17 | 11% | 27,386 | 28,969 | 2021 | 35.4x | 36.0x | 26.7x | 21.4x | 56.8x | 64.5x | 44.8x | 35.0x | (358.7x) | (88.3x) | 829.6x | 155.6x | 8.1x | 9.3x | 9.0x | 7.7x | 1.7x | -1.1% | 0.7% | 2.6% | 4.6% | 15% | 55% | 26% |
| Novozymes A/S Unsponsored ADR Class B | NVZMY | | $ 65.45 | $ 79.16 | -17% | 18,078 | 23,069 | 2021 | 29.3x | 27.7x | 25.8x | 24.1x | 48.8x | 45.5x | 43.1x | 39.9x | 40.2x | 50.9x | 50.1x | 46.8x | 10.2x | 9.2x | 9.9x | 7.0x | n/a | 0.0% | 1.3% | n/a | 2% | 4% | 36% | 35% |
| Sociedad Química y Minera De Chile S.A. Sponsored ADR Pfd Class | SQM | Hold | $46 | $52.21 | -12% | 13,396 | 13,785 | 2021 | 24.5x | 28.8x | 17.5x | 11.6x | 77.0x | 39.8x | 22.1x | 14.9x | n/a | n/a | 7.1x | 7.6x | 6.0x | 5.0x | 0.0% | 0.7% | 1.9% | 2.1% | 18% | 33% | 35% | |
| Croda International Plc Unsponsored ADR | CDHY | | | $ 63.65 | | 17,510 | 18,720 | 2021 | n/a | n/a | n/a | n/a | 40.1x | 37.5x | 35.7x | 33.4x | 5.0x | 3.9x | n/a | n/a | 8.3x | 7.9x | 7.1x | 6.7x | 0.9x | 2.0% | 0.7% | 1.9% | 2.1% | 10% | 33% | 35% |
| Darling Ingredients Inc. | DAR | | | $75.2 | | 12,188 | 13,975 | 2021 | 11.0x | 8.8x | 9.0x | 9.4x | 18.0x | 13.1x | 12.6x | 15.5x | 27.8x | 17.5x | 18.3x | 15.8x | 3.0x | 2.9x | 3.0x | 1.0x | 5.7% | 0.0% | 1.7% | 2.2% | -2% | 17% | 15% |
| Corbion NV | CRBN-AMS | | | € 46.4 | | 2,749 | 3,093 | 2021 | 18.8x | 19.8x | 17.0x | 15.3x | 37.5x | 36.2x | 33.6x | 28.3x | n/a | n/a | n/a | n/a | 3.2x | 2.1x | 3.0x | 2.8x | 5% | 0.0% | 2.2% | 2.7% | 6% | 17% | 15% |
| Livent Corporation | LTHM | | | $ 25.35 | | 4,095 | 4,757 | 2021 | 23.1x | 26.3x | 15.6x | 12.3x | 57.0x | 107.0x | 180.7x | 37.4x | 100.0x | (42.0x) | (51.2x) | (48.4x) | (45.2x) | 12.2x | 16.5x | 12.4x | 10.5x | 0.5x | -2.0% | 0.0% | 15.4% | 17.2% | 20% | 8% | 18% |
| Xebec Adsorption Inc | XEBEF | | | $2.7 | | 411 | 395 | 2021 | (117.7x) | (49.9x) | 41.9x | 28.7x | (80.0x) | (20.0x) | 87.8x | 76.6x | n/a | n/a | n/a | n/a | 11.4x | 6.4x | 3.0x | 2.5x | n/a | 0.0% | 0.0% | 1.9% | 0.9% | 30% | -3% | -3% |
| Vow ASA | VOW-OSL | | | NOK 35.26 | | 4,029 | 3,949 | 2021 | 88.2x | 60.2x | 23.1x | 17.7x | 224.9x | 114.5x | 34.8x | 26.0x | n/a | n/a | 10.6x | 8.6x | 6.6x | 3.5x | 2.1x | n/a | 0.0% | 0.0% | 5% | 58% | 10% | 11% | |
| Ball Corporation | BLL | Hold | $ 96 | $ 94.66 | 1% | 30,917 | 39,146 | 2021 | 20.2x | 17.3x | 15.9x | 14.3x | 29.4x | 25.3x | 22.4x | 19.3x | 98.9x | 180.5x | 130.7x | 130.6x | 3.4x | 3.2x | 3.0x | 2.8x | 0.8% | 3.1% | 2.7% | 8% | 16% | 16% | |
| Trex Company, Inc. | TREX | Hold | $ 111 | $ 109.96 | 1% | 12,749 | 12,847 | 2021 | 50.3x | 36.9x | 30.0x | 28.5x | 70.8x | 51.6x | 42.8x | 37.4x | 77.4x | 57.9x | 48.6x | 45.1x | 20.7x | 15.5x | 13.0x | 11.3x | n/a | 1.6% | 0.0% | 4.1x | 3.9% | 17% | 41% | 42% |
| AZEK Company Inc Class A | AZEK | Buy | $ 51 | $ 42.1 | 21% | 6,519 | 6,882 | 2021 | 32.2x | 25.0x | 21.0x | 18.0x | 71.4x | 44.1x | 35.1x | 29.7x | 37.2x | 42.0x | 31.7x | 29.3x | 7.5x | 5.9x | 5.1x | 4.6x | 1.3x | n/a | 0.0% | 2.4% | 13.1% | 5% | 23% | 26% |
| Amerisco, Inc. Class A | AMRC | | | $ 48.46 | | 2,286 | 4,010 | 2021 | 34.0x | 27.4x | 23.4x | 20.4x | 40.0x | 36.3x | 29.7x | 24.4x | 89.9x | 24.5x | 18.6x | 15.0x | 3.3x | 3.2x | 2.4x | 2.4x | 3.2x | -0.7% | 0.0% | 4.0% | 4.2% | 6% | 10% | 10% |

| | | | | | | | | Average | 13.5% | | | | 5.8x | 12.5x | ######## | 17.3x | 22.2x | 30.0x | 10.6x | 58.6x | 157.3x | 19.9x | 10.3x | 11.8x | 40.6x | 26.7x | 7.4x | 41.9x | 69.3x | 5.9x | 2.4x | -0.9% | 0.9% | 4.8% | 4.2% | 352.8% | 10.6% | 14.3% |
| | | | | | | | | Median | 7.3% | | | | 16.3x | 12.3x | 13.7x | 13.8x | 35.0x | 28.1x | 25.4x | 25.2x | 28.0x | 18.1x | 15.5x | 20.2x | 4.7x | 5.1x | 4.4x | 3.8x | 2.1x | 2.9% | 0.0% | 2.2% | 2.2% | 6.6% | 18.4% | 19.8% |

Source: FactSet, Company data, Jefferies LLC

# Jefferies

**EQUITY RESEARCH**
PureCycle Technologies (PCT)

## Financials

**Figure 63 - PCT Income Statement**

| Income Statement | 2020 | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| **Net Revenue** | - | - | **9** | **199** | **794** |
| Growth | 0% | 0% | 0% | 2117% | 299% |
| Cost of Goods Sold | (9) | (1) | (6) | (89) | (317) |
| **Gross Profit** | **(9)** | **-** | **3** | **110** | **477** |
| Margin | nm | nm | 34% | 55% | 60% |
| **Operating (Expenses)/Income** | | | | | |
| SG&A | (40) | (23) | (16) | (22) | (35) |
| % of sales | nm | nm | 178% | 11% | 4% |
| Research and Development | (1) | (2) | (2) | 0 | 0 |
| %of Revenues | nm | nm | 17% | 0% | 0% |
| Depreciation and amortization | (2) | (3) | (6) | (27) | (71) |
| **EBIT** | **(49)** | **(32)** | **(20)** | **61** | **371** |
| Margin | nm | nm | -223% | 31% | 47% |
| **EBITDA** | **(47)** | **(29)** | **(14)** | **88** | **442** |
| Margin | nm | nm | -161% | 44% | 56% |
| Interest Expense | (8) | (36) | (86) | (112) | (172) |
| Interest Income/Other | 0 | 0 | 0 | 0 | 0 |
| **Tax Expense** | 0 | 0 | 6 | 13 | (50) |
| Tax Rate | 0.0% | 0.0% | 6.1% | 25.0% | 25.0% |
| **Net Income - Cont. Ops** | **(60)** | **(80)** | **(100)** | **(38)** | **150** |
| Margin | nm | nm | -1111% | -19% | 19% |
| **Diluted EPS - Before Items** | **($22.26)** | **($1.01)** | **($0.81)** | **($0.30)** | **$1.12** |
| Diluted Shares O/S | 3 | 102 | 123 | 128 | 133 |

Source: Company data, Jefferies LLC

**Figure 64 - PCT Balance Sheet and Cash Flow**

| Balance sheet | 2020 | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| **Cash** | **64** | **720** | **425** | **433** | **876** |
| Accounts Receivable | - | - | 2 | 34 | 79 |
| Net Other Current Assets | 3 | 208 | 210 | 218 | 230 |
| **Total Current Assets** | **68** | **928** | **637** | **685** | **1.185** |
| PP&E | 70 | 336 | 1.013 | 1.625 | 2.225 |
| Goodwill | - | - | - | - | - |
| Other intangible assets. net | - | - | - | - | - |
| Other | 266 | 301 | 301 | 301 | 301 |
| **Total Assets** | **404** | **1.565** | **1.951** | **2.611** | **3.711** |
| Accounts Payable | 1 | - | 2 | 5 | 11 |
| Accrued Expenses | 27 | 40 | 40 | 40 | 40 |
| Short Term Debt | 0 | 0 | 0 | 0 | 0 |
| Other | 5 | 2 | 2 | 2 | 2 |
| **Total Current Liabilities** | **33** | **43** | **44** | **48** | **53** |
| Deferred income tax liabilities. net | - | - | - | - | - |
| Lona Term Debt | 262 | 905 | 1.316 | 1.986 | 2.879 |
| Other | 1 | 24 | 24 | 24 | 24 |
| **Total Liabilities** | **296** | **972** | **1.385** | **2.057** | **2.956** |
| **Shareholder's Equity** | **108** | **594** | **566** | **553** | **754** |
| **Total liabilities and shareholders' equity** | **404** | **1.565** | **1.951** | **2.611** | **3.711** |

| Cash flow | 2020 | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Net income | (57) | (80) | (100) | (38) | 150 |
| D&A | 2 | 3 | 6 | 27 | 71 |
| Change in Working Capital | 18 | (15) | (1) | (29) | (39) |
| Stock-based comp | 6 | 1 | 2 | 3 | 4 |
| Other | 13 | 15 | - | (0) | (0) |
| **Cash Flows from Operations** | **(18)** | **(76)** | **(93)** | **(37)** | **186** |
| Purchases of property and equipment | - | (242) | (680) | (620) | (615) |
| Capitalized software development costs | - | - | (0) | (5) | (21) |
| Other | - | (201) | - | - | - |
| **Cash Flows from Investina** | **-** | **(443)** | **(680)** | **(625)** | **(636)** |
| Proceeds from borrowinas | 244 | 614 | 411 | 670 | 893 |
| Debt payments | (21) | (0) | - | - | - |
| Proceeds from stock / equity issuance | 107 | 298 | - | - | - |
| Share reourchases | - | - | - | - | - |
| Issuance of convertible notes | 60 | - | - | - | - |
| Costs from debt and equity issuance | (12) | (5) | - | - | - |
| Proceeds from the exercise of warrants | - | - | - | - | - |
| Other | (0) | (0) | - | - | - |
| **Cash Flows from Financina** | **378** | **908** | **411** | **670** | **893** |
| Effect of FX | 1 | - | - | - | - |
| **Chanae in Cash** | **361** | **389** | **(361)** | **8** | **444** |
| **Operatina Free Cash Flow** | **(18)** | **(318)** | **(773)** | **(657)** | **(429)** |

Source: Company data, Jefferies LLC



**EQUITY RESEARCH**
**PureCycle Technologies (PCT)**

## Company Description

**PureCycle**

PureCycle Technologies, Inc. engages in recycling waste polypropylene into virgin polymer. The company is headquartered in Orlando, FL.

## Company Valuation/Risks

**PureCycle**

Our price target of $25 is based on our 2024 EBITDA estimate of $442mm at a 16x EV/EBITDA discounted back. PCT does not have any true comps in the marketplace, so we use our environmental services group, specifically the solid waste companies, as well as other recycling/process technology names to get a sense for where PCT should trade. Risks include: execution, IP and patent protections, competition, stock ownership, commodity prices, and regulation.

## Analyst Certification:

I, Hamzah Mazari, CPA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Mario Cortellacci, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Ryan Gunning, CPA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

(Article 3(1)e and Article 7 of MAR)

| | |
|---|---|
| Recommendation Completion | August 25, 2021 , 19:10 ET. |
| Recommendation Distributed | August 26, 2021 , 04:00 ET. |

## Company Specific Disclosures

Jefferies Group LLC, its affiliates or subsidiaries beneficially owned 1% or more of the common equity of PureCycle Technologies as of last month's end (or the prior month's end if this report is dated later than 10 days after the most recent month end).

**Explanation of Jefferies Ratings**

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period. Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.



CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.


<u>**Jefferies Franchise Picks**</u>

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.


## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.



**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.
<u>Legend:</u>



EQUITY RESEARCH
PureCycle Technologies (PCT)

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

## Distribution of Ratings

| Distribution of Ratings | | | | | | |
|---|---|---|---|---|---|---|
| | | | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos. | |
| | Count | Percent | Count | Percent | Count | Percent |
| **BUY** | 1843 | 63.44% | 167 | 9.06% | 28 | 1.52% |
| **HOLD** | 940 | 32.36% | 29 | 3.09% | 5 | 0.53% |
| **UNDERPERFORM** | 122 | 4.20% | 1 | 0.82% | 0 | 0.00% |



**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051, India; Tel +91 22 4356 6000.

**Australia:** Jefferies (Australia) Securities Pty Limited (ACN 610 977 074), which holds an Australian financial services license (AFSL 487263) and is located at Level 22, 60 Martin Place, Sydney NSW 2000; telephone +61 2 9364 2800.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated



EQUITY RESEARCH
PureCycle Technologies (PCT)

Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies (Australia) Securities Pty Ltd. It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.



This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2021 Jefferies Group LLC