<u>Exhibit B</u>

September 23, 2021
Cowen Coverage and "Outperform" Rating of PureCycle

Sustainability                    ENVIRONMENTAL, SOCIAL & GOVERNANCE

# COWEN

# PURECYCLE TECHNOLOGIES

**EQUITY RESEARCH**

September 23, 2021

**Price: $12.99** (09/22/2021)
**Price Target: $31.00**

**OUTPERFORM (1)**
**ESG SCORE: 57/100**

---

**Thomas Boyes**
646 562 1378
thomas.boyes@cowen.com

**Jeffrey Osborne**
646 562 1391
jeffrey.osborne@cowen.com

**Key Data**

| | |
|---|---|
| Symbol | NASDAQ: PCT |
| 52-Week Range | $32.69 - $9.88 |
| Market Cap: | $1.5B |
| Net Debt (MM): | $53.1 |
| Cash/Share: | $(0.77) |
| Dil. Shares Out (MM): | 117.3 |
| Enterprise Value (MM): | $1,577.5 |
| BV/Share: | $2.79 |
| Dividend: | $0.00 |
| Yield: | 0.00% |
| Short Interest: | 9.4% |

| FY (Dec) | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|
| **EPS** | | | | |
| Q1 | $(0.59)A | $(0.18) | $(0.25) | $(0.01) |
| Q2 | $(0.13)A | $(0.18) | $(0.21) | $0.16 |
| Q3 | $(0.15) | $(0.18) | $(0.18) | $0.35 |
| Q4 | $(0.17) | $(0.16) | $(0.01) | $0.54 |
| Year | $(1.03) | $(0.70) | $(0.61) | $1.04 |
| P/E | NM | NM | NM | 12.5x |
| Consensus EPS | $(1.03) | $(0.83) | $(0.04) | $1.25 |

Consensus source: FactSet

| Revenue (MM) | | | | |
|---|---|---|---|---|
| Year | $0.0 | $2.0 | $129.2 | $693.8 |
| EV/S | - | 776.6x | 12.2x | 2.3x |

**INITIATING COVERAGE**

# INITIATION: DIFFERENTIATED TECHNOLOGY UNLOCKS UNTAPPED END MARKETS

---

**THE COWEN INSIGHT**
We initiate on PCT with an Outperform rating and a $31 price target. PureCycle's polypropylene recycling technology is highly differentiated as it produces near virgin like plastic resin that can be used in higher value applications than those made by traditional recyclers. The company is actively building out its feedstock supplier and is in the process of constructing its first scale facility.

**Large Market Opportunity as Technology Unlocks Higher Value Applications**
PureCycle's patent protected technology for recycling polypropylene to a near virgin like state gives them a first-mover advantage in a large and growing market. Traditional mechanically recycled plastics still contain containments and are not food safe. This limits recycled plastics to lower value applications like trash cans or industrial containers. PureCycle's technology produces ultra-pure recycled polypropylene (UPRP), which can be reused in higher value applications like in food packaging or consumer goods. The company is in the process of certifying that its UPRP is food safe with the FDA.

**Production Road Map Puts Company on Path to Close to 1.3bn lbs. of Capacity**
The company is constructing its first 107mn lbs. facility in Ironton, OH and recently announced a second 650mn lbs. facility in Augusta, GA. Their first plant is slated to ramp exiting 4Q21, with the 1st line in GA ramping in 2Q22. Management is also planning for a third N.A. facility as well as one located in Europe. Lastly, an MOU with SK Global was signed for a potential S. Korean facility in the '25 timeframe.

**Feedstock Supplier Network Taking Shape**
Management has been laser focused on building out its polypropylene feedstock supplier network. This is a crucial aspect of the story, given the company is targeting close to 1.3bn pounds of name plate capacity by FY25. The company has more than 200mn pounds of minimum annual offtake agreements at present, which is more effectively double the capacity of its Ironton, OH facility. The company is in active negotiation on an additional 300mn pounds of feedstock, which will help to support its newly announced GA plant.

**New Pricing Methodology De-risk Business**
PureCycle has continued to see solid demand for its UPRP, with the price de-linking from virgin polypropylene. Against that backdrop the company had moved from an index + premium pricing model to a fixed price. However, while this reduced the commodity risk, PureCycle was still exposed to the underlying feedstock risk. Management has slowly shifted to a feedstock + processing fee model and noted on the 2Q21 call it has begun to see traction. Scale will be the biggest driver to achieve mid-50% EBITDA margins and see this pricing structure as an important way to preserve them longer term. While 40% of Augusta capacity has been allocated to existing customers, we believe the balance will fall under this new pricing structure and continue for subsequent facilities.

**Attractive Valuation With Potential For Upside & Multiple Expansion**
We are initiating on PureCycle Technologies with an Outperform rating and a $31 price target. Our price target is derived off of a ~5x EV/EBITDA multiple using our FY25 EBITDA estimate of $633.9mn. This is a 50% discount to the company's broader peer group. Given that PureCycle is a pre-revenue company with a new technology in a developing part of the market, we believe it warrants a discount relative to established players. However, we expect future multiple expansion as production ramps in FY23 and could see an upward revision to estimates in FY25 if an Asia Pacific and/or Japanese facilities are announced.

Please see pages 31 to 37 of this report for important disclosures.

COWEN.COM

**COWEN**
EQUITY RESEARCH

*PureCycle Technologies*
September 23, 2021

# AT A GLANCE

## Our Investment Thesis

The company's unique solvent-based recycling process for polypropylene, licensed from P&G, gives them access to a large underpenetrated market with a higher barrier to entry. PureCycle is able to cost effectively process polypropylene, turning it into a near virgin state termed ultra-pure recycled polypropylene (UPRP). PureCycle's UPRP is contaminant free, with no odor and clear in color, and can be used in food grade applications. These characteristics allow the company's recycled plastic resin to be used in higher-value applications that other recyclers are unable to address.

## Forthcoming Catalysts

- Commissioning of Ironton, OH facility
- Additional Feedstock Supply Agreements
- Successful Transition to Feedstock+ Pricing
- New Customer Announcements

## Base Case Assumptions

Total Production Capacity of ~1.3bn pounds by FY25

Utilization Rate of ~80% by FY25

Blended ASP of ~$1.00 by FY25

EBITDA Margin of ~55% by FY25

## Upside Scenario

Total Production Capacity of ~1.5bn pounds by FY25

Utilization Rate of ~90% by FY25

Blended ASP of ~$1.25 by FY25

EBITDA Margin of ~60% by FY25

## Downside Scenario

Total Production Capacity of ~1.0bn pounds by FY25

Utilization Rate of ~70% by FY25

Blended ASP of ~$0.90 by FY25

EBITDA Margin of ~40% by FY25

## Price Performance



Source: Bloomberg

## Company Description

PureCycle Technologies is a plastic recycling company, which through the use of a solvent-based purification process originally developed by Procter & Gamble, is able to convert plastic waste feedstock into ultra-pure recycled polypropylene. This recycled polypropylene is in a near virgin state, which allows it to be used in broader more profitable array of applications.

## Analyst Top Picks

| | Ticker | Price (09/22/2021 ) | Price Target | Rating |
|---|---|---|---|---|
| PureCycle Technologies | PCT | $12.99 | $31.00 | Outperform |
| Danimer Scientific | DNMR | $15.84 | -- | -- |

**COWEN**
EQUITY RESEARCH

*PureCycle Technologies*
September 23, 2021

---

**Executive Summary**

We are initiating coverage of PureCycle Technologies (PCT) with an Outperform rating and a price target of $31, which is derived using a ~5x EV/EBITDA multiple on our FY25 estimate of $633.9mn. The company's unique solvent-based recycling process for polypropylene, licensed from P&G, gives them access to a large underpenetrated market with a higher barrier to entry. PureCycle is able to cost effectively process polypropylene, turning it into a near virgin state termed ultra-pure recycled polypropylene (UPRP). This process is dissimilar to the two other most prominent methods of recycling given the expense of chemical recycling, and the lower quality polypropylene created through mechanical recycling. PureCycle's UPRP is contaminant free, with no odor and clear in color, and can be used in food grade applications. The company is in the process of filing for a Letter of No Objection or No Objection Letter (NOL) with the FDA, which is needed to certify that the UPRP can be used in food-contact applications. These characteristics allow the company's recycled plastic resin to be used in higher-value applications.

The demand for plastics continues to grow with almost 600bn pounds generated in 2018 alone. Polypropylene is the most used type of plastic, making up around 28% of overall demand. More Recycling forecasts that polypropylene will grow from around 167bn pounds in 2019 to over 225bn by 2027. Unfortunately, plastic waste finds its way into the environment and is not easily broken down. It can take polypropylene between 20 and 30 years to biodegrade completely in a landfill. We are seeing increasing amount of policy support and public interest in solving the plastic waste issue. While some types of plastic like polyethylene terephthalate (PET) and high-density polyethylene (HDPE) have seen recycling rates approaching 30%, polypropylene recycling is less than 1%. Traditional mechanical recycling of polypropylene can best be used to create products like trash receptacles, crates, or industrial containers. In our view, these lower value products generated slim margins and did not incentives the active collection of polypropylene plastics. PureCycle's process is able to produce resin that can be used in food safe applications and other higher value markets.

Management is actively at work to not just build out a network of feedstocks suppliers, but to advocate greater collection efforts at large. This will be critical for the company as they intend to have more than 1.2bn pounds of name place capacity for its facilities in FY25. PureCycle has been able to secure sufficient feedstock to support its Ironton facility and is actively in negotiation for 300mn+ pounds of feedstock as of 2Q21. This feedstock is composed of post-consumer curbside collection, post-consumer non-curbside collection (agricultural, automotive, medical, stadiums), and post-industrial. The company is also investing in its own pre-processing and sortation facilities that will be located close to where plastic waste is generated as opposed to centralized at a purification facility. This will limit the transportation of plastic bales that contain higher than anticipated amounts of non-polypropylene plastic.

**COWEN**
EQUITY RESEARCH

*PureCycle Technologies*
September 23, 2021

Construction is underway at the company's Ironton, OH facility and management recently announced that its second U.S. facility will be located in Augusta, GA. Beyond the Ironton facility, all other plans will standardize around a 130mn pound annual capacity per line. The Augusta facility will have 5 lines in operation, which brings the total annual capacity to 650mn pounds. The facility is beginning to ramp the first line in 2Q21 and the last line should finish ramping in 4Q24. PureCycle is also planning for a 3rd North American facility with 3 lines, as well as a European facility starting with just one line. PureCycle recently signed a MOU with SK Global for a JV. While details are still taking shape, SK Global indicated that its intention are to have a 100mn pound JV plant constructed in South Korean starting in 2022, with commercial operation by 2025.

PureCycle has made great efforts to reduce the pricing risk of both feedstock and commodities. Initially, the company was simply pricing at a premium to the index, but found that price was decoupling from the underlying price of virgin polypropylene. The move to a fixed price, which effectively reduced the risk on the commodity side of the equation, but still exposed the company to feedstock related risk. Management noted its intention to move to a feedstock plus a fixed price system going forward with future plants. While 40% of the Augusta facility capacity was optioned by exiting customers, we believe that the balance will largely be filled uses this new pricing methodology.

As noted above, we rate PureCycle Outperform with a price target of $31. Our FY25 EV/EBITDA multiple of ~5x is a 50% discount relative to the company's peer group, which includes environmental services companies as well as recycling process technology companies. Taking a closer look at Environmental Services companies, our multiple implies a 52% discount to the peer group. While there are relatively few comps in the recycling process technology space with FY25 estimates, we see PureCycle multiple commensurate with other early-stage companies operating in the space. Given that PureCycle is a pre-revenue company with a new technology in a developing part of the market, we believe it warrants a discount relative to established players. However, we expect future multiple expansion as the company ramps production in FY23 and could see an upward revision to estimates in FY25 if a potential Asia Pacific facility with SK and a Japanese facility with Mitsui is announced. The stock is high risk and potentially high reward at this point in the company's technology and production development cycle. Production ramp ups of new technologies rarely occur in an exponential or even linear fashion, and we would expect PureCycle to be no different. In light of that expectation, we assert FY25 to be the best valuation timeframe.

*PureCycle Technologies*
September 23, 2021

**Key Investor Debates on the Stock**

We believe that investors will be primarily focused on two important components of the PureCycle story. The first being the company's ability to secure sufficient polypropylene waste to support its long-term targets. The company needs close to 1.3bn pounds of polypropylene feedstock in order to fully utilize its planned processing capacity in 2025. With less than 1% of polypropylene being recycled at present, that would make PureCycle's planned demand equate to over 75% of available feedstock. Even when factoring demand growth for polypropylene out into 2025, it will be difficult for PureCycle to procure sufficient feedstock to meet growth initiatives without making a concerted effort to improve recycling rates. Polypropylene has traditionally been recycled using a mechanical process. This does not remove any dyes and the resulting resin is not free from contaminants. This limits the use of the resin to low value applications, which means recyclers are not willing to pay much for feedstock. PureCycle's process produces UPRP resin that can be used in higher value applications in more end markets. Management is actively working on building out its feedstock supply through a combination of both curbside and non-curbside post-consumer collection as well as through post industrial waste. The company is also advocating heavily for new polypropylene collection. PureCycle has stepped up its own pre-processing and sortation equipment at its Ironton facility and has ordered equipment to handle 200mn pounds of polypropylene capacity for its Augusta facility. The company already has sufficient contracted supply at its Ironton facility for the next three years and provision in its contracts to further extend these agreements in 12-month increments. Additionally, management has visibility to another 300mn+ pounds in additional feedstock. Building out this feedstock network will take considerable effort on PureCycle's part. However, we believe time is on management's side. Its current manufacturing roadmap calls for ~500mn pound of capacity by the end of 2023, which we see as achievable. We also believe the company's work with its own pre-processing and sortation equipment can be leveraged with partners to induce additional feedstock supply longer term.

The second aspect of the PureCycle story that we believe investors are watching closing is the scaling of the purification process from its small-scale Feedstock Evaluation Unit (FEU) into its first full-fledged facility. We were able to visit to the company's Ironton facility in July for PureCycle's Analyst Day. In speaking with the engineers present they were confident in the purification technology and noted that many of the individual processes in the purification process are actually used in other industrial applications at a much larger scale. The company is leveraging Mortenson as the oversight project manager for the construction process as well as retained Leidos as an independent engineer to monitor the construction process. We were able to speak to representatives from both Koch Modular and Denham Blythe, which are responsible for inside battery limit and outside battery limit, respectively. PureCycle's focus on construction modularity and digital information gathering should help the facilities simplify construction and focus on efficiency. We are constructive on management's decision to lower the overall line capacity from 165mn to 130mn pounds as we believe it will help to de-risk construction and reduce the need for additional engineering work that would be required to support a larger facility. There is no guarantee that company's purification process will be scalable, but we believe the outright risk of the technology not working to be low. As with any new manufacturing or production process, the ramp up trajectory is rarely linear. We would not be surprised if the earliest part of the production process begins slowly as the facility scales. To a certain extent this will be the "show me, don't tell me" part of the story. We believe Leidos's monthly construction reports offer up critical insight into the process and will be a key metric for investors to monitor going forward. See the latest Leidos report HERE.

PureCycle Technologies
September 23, 2021

### Investment Thesis

---

**Demand for Plastics Continues to Grow, with Polypropylene Making Up Largest Portion**

Synthetic plastics first gained acceptance in the 1920s and 1930 due to their ability to replace existing materials making them both lighter and safer. Since then, plastics usage has rapidly expanded from just 1.5mn tons produced in the 1950s to around 35mm tons in the early 2000s. It's not just drinking straws and food containers that are made from plastic, but electronics, appliances, plumbing pipes, electrical conduits, and carpets. The IHS estimated there was demand for almost 600bn pounds of plastic in 2019, with polypropylene accounting for ~28%. This equates to around 167bn pounds of demand for polypropylene. Demand is forecasted to grow by MORE Recycling at 3.9% CAGR from 2018 to 2027 and will reach more than 200bn pounds by 2024.

**Polypropylene Recycling Rates are Materially Below Other Widely Used Plastics**

Plastics continue to be an important material around the world; however, this proliferation has created a significant amount of plastic waste. This plastic waste ends up in our landfills or worse our oceans and creates not just an ecological, but an economic impact. Countries, cities, municipalities, corporations, and consumers have all taken a critical eye to address this issue. Since the advent of plastic recycling programs in the 80's, which saw just 20k pounds, that number has grown to more than 3 million by the turn of the century. While plastic bottles and jars made of either polyethylene terephthalate (PET) or high-density polyethylene (HDPE) both have a recycling rate of around ~29%, polypropylene recycling is less than 1%. We believe that PureCycle's technology will have a marked effect on overall recycling given its UPRP can be used in more higher value applications. This should help to induce more recycling as the collection of polypropylene feedstock will become economically viable.

**Other Forms of Polypropylene Recycling Create Low-Quality Plastic or Are Expensive**

Recycling rates for Polypropylene have remained significantly lower than some other plastic recycling mostly due to market dynamics. Traditionally, polypropylene recycling has been done mechanically. While in this process the plastic waste is washed to remove impurities, it cannot be restored to a near virgin like state. The mechanically recycled plastic is opaque in color (usually on the spectrum between black and brown) and can still have odors as well as contaminants, which make it unable to be used in food grade consumer products. Therefore, mechanically recycled plastics are commonly used for low value products like trash receptacles, crates, or industrial containers. This pricing dynamic has limited the development of feedstock supply streams as refuse collectors are not incentivized monetarily to target polypropylene plastics.

More recently we have seen some developments in the chemical recycling space. This process uses pyrolysis to chemically breakdown the polymer in the polypropylene back into monomers before reconstituting them back into polymer and ultimately plastic resin. This is a high energy use process with a cost that is commensurate to the effort. PureCycle also noted that chemical recycling does not produce plastic resin suitable for food grade applications at this juncture.

PureCycle's process never breaks down the plastic polymers, instead the solvent based approach is focused on purifying the polypropylene to return it to a near virgin like state. This approach not only allows the company to target higher value applications in consumer products, packaging, electronics, appliances, and automobiles, but to do so in a cost-effective manner that provides strong margins even while paying a reasonable rate for plastic waste feedstock. We see a path to gross margins of between 50% and 60% over the next 5 years.

**COWEN**
EQUITY RESEARCH

*PureCycle Technologies*
September 23, 2021

**Public Policy Support Around Plastic Recycling is Increasing Around the Globe**

There is around 300mn tons of plastic waste produced annually. We have seen recycling initiatives, which first started in earnest in the 1980s, continue to gain traction. The EPA estimates almost 2mn tons of domestic plastic waste was recycled in 2018, which represents around ~13.6% of total plastic generated. Only 3.6% or 50,000 tons of polypropylene was recycled that same year in the United States. Looking at polypropylene recycling on a global basis that rate drops below 1%, as we noted earlier. Fortunately, we are beginning to see more regulations not just incentivizing higher levels of recycling but limiting the availability of single-use plastic products. States like Connecticut, Maine, Maryland, New York, California and cities like Seattle are all working on developing legislation to curb single-use plastic and increase recycled plastic content. We see similar policies developing internationally with the European Union, United Kingdom, China, India, Chile, and more than 40 other countries all working on regulation to address plastic waste.

**Corporate ESG Initiatives Putting a Focus on Green Strategies and Circular Economy**

Corporations have increasingly moved towards greener business operations. While just a few short years ago almost no one was actively talking about corporate ESG initiatives, we have now seen a systemic shift by companies to actively address the environmental, social, and governance aspects of the business. This is being driven by both consumer preference and economics. We are seeing more investment dollars being directed at companies pursuing ESG initiatives. In fact, sustainable funds for open-end and exchange-traded funds available to U.S. investors reached an all-time record in 1Q, with nearly $21.5bn in inflows, according to Morningstar. This exceeded the prior inflow record of $20.5bn, which was set the prior quarter and was more than double the inflow from the year ago period. Europe saw the largest increase of inflows, with $146.7bn. More than $100bn of those inflows were for actively managed funds. Asia (ex-Japan) saw an additional $7.8bn in inflows. In total there is now close to $2bn in assets under management with a sustainability focus, with $185.3bn being added in just the first quarter of the year.

Companies looking at the "E" in ESG are taking a critical eye to the products they sell and quantifying the environmental impact not just of the product itself, but of its production and end of life. This approach can be best summarized as a circular economy system. Plastics often play a critical role in many consumer products, acting as the packaging or container for what is being sold. Companies are increasingly looking to use components that are either recyclable or biodegradable. Products containing recycled plastics are increasingly seeing the labeling become a more prominent part of the overall branding. In our view, this will be to PureCycle's long term benefit as it further increases the demand for its technology and product.

**Exclusive License for Differentiated Technology**

PureCycle's has an exclusive license to use P&G's patent protected polypropylene purification technology. This agreement grants the company access to all patents and intellectual property related to the manufacturing of ultra-pure recycled polypropylene and is not restricted by geography with PureCycle providing specific volumes of UPRP to P&G as well as paying a royalty fee. Importantly, this licensing agreement extends through the life of all the relevant patents, with the earliest patent expiring in 2039. As we described earlier, this technology is more cost effective than chemical recycling and produces higher value product than mechanical recycling. PureCycle effectively has first mover advantage in the market and should enjoy little competition for the foreseeable future given the high barrier to its differentiated and patent protected technology provider.

**Successful Shift to New Pricing Methodology De-Risks Model**

PureCycle had initially pursued a pricing structure that followed the price of virgin polypropylene with an additional premium added on. However, this exposed the company to a higher degree of both commodity and feedstock pricing risk. The demand for recycled polypropylene was extremely strong, which spurred management to discuss a fixed pricing structure with its customers. That pricing was based on a flat price between $1.50 or $2 per pound and was not correlated to the underlying price of virgin polypropylene. This reduced the commodity risk, but still exposed the company to feedstock pricing risk. In order to effectively reduce both the commodity risk and the feedstock risk, the company is now shifting to a Feedstock + Fixed price structure, which passes on the cost of the feedstock to the customer while preserving margins. Potential customers have been receptive to this pricing structure as we believe they expect the overall price of feedstock to decline longer term as supply is built out. The newly announced Augusta facility has about 40% of its planned capacity already allocated to PureCycle's existing customer. The unallocated balance of capacity at this facility will likely be filled under this new pricing mechanism, and we would expect this to extend to future facilities and any unannounced capacity expansion initiatives.

**Feedstock Supply Network Beginning to Take Shape**

As we noted previously, less than 1% of all polypropylene is recycled today; that equates to just under 1.7bn pounds. PureCycle is targeting over 1.2bn pounds of annual capacity by 2025. Even with the polypropylene market growing to more than 210bn pounds in the same timeframe, without recycling rates increasing, the company would account for more than half of overall feedstock demand. Clearly, in order to meet its targets PureCycle is going to need to actively develop its own supply of polypropylene feedstock. The Ironton, OH facility, which has a capacity of 107mn pounds annually, already has sufficient feedstock to operate for the first three years. These supply agreements also include a renewal provision, which allows for the terms to be extended in 12-month increments and in total could provide 20 years of contracted supply. Future plants will rely on security feedstock through the combination of curbside collection of traditional post-consumer waste, as well as through the collection of non-curbside post-consumer waste, post industrial waste, and through grass roots and advocacy.

**Figure 1 – Summary of Feedstock Suppliers**

| Feedstock Type | Feedstock Supplier | Minimum Purchasing Requirement | Volume Under Contract at PCT Option | Total Maximum Volume | %PP |
|---|---|---|---|---|---|
| Rigids | Supplier 1 | 5mn | 40mn | 40mn | 94% -98% |
| Film | Supplier 3 | 5mn | 40mn | 40mn | 93% - 99% |
| Fiber | Supplier 4 | 40mn | 60mn | 60mn | 94% - 95% |
| Fiber | Supplier 5 | 5mn | 5mn | 20mn | 95% - 98% |
| Fiber | Supplier 2 | 5mn | 50mn | 50mn | 93% - 97% |

Source: Company Reports, Cowen and Company

PureCycle is currently in active negotiation for more than 300mn pounds of additional feedstock. This feedstock will be directed toward the company's Augusta, GA plant. Management is negotiating LOIs for more than 50mn pounds of plastics bales from post-consumer curbside collections. These will likely include both segregated and comingled bales. These types of bales are the same that have been used extensively by PureCycle with its feedstock evaluation unit (FEU), where they were sorted on site in Ironton, OH. The company is also in active discussions or LOI negotiation on an additional 200mn+ pounds of post-consumer plastic waste that is not collected curbside. This includes plastic waste collected from agriculture, automotive, and medical markets.

PureCycle is also going direct to industrial companies that produce plastic waste as part of their manufacturing processes. The company is conducting trials with multiple preprocessors and film producers, with active discussion providing another potential 80mn+ pounds of feedstock. Lastly, management has been engaged with over 150 material reclamation facilities (MRFs) to secure additional polypropylene or mixed plastics bales. These bales would be sorted at one of the company's facilities in the near to medium term and we would expect, over time, more pre-processing actives to occur prior to the plastic being transported to PureCycle. Securing this feedstock will be critical as we move closer and closer into the 2023 timeframe when the Augusta's first three lines are beginning to ramp. Exiting the year, we anticipate that the facility will need close to 290mn pounds of feedstock as we anticipate each line taking around three quarters to approach full capacity.

**Figure 2 – Large Amount of Polypropylene in the Market Today; Greater Recycling Efforts Needed**



Source: Company Reports

**Plant Capacity Right Sized to Leverage Module Design and De-Risk Construction**

Earlier this year PureCycle made the decision to alter the size of its production lines. Initially, after the 107mn pound Ironton, OH facility, all other plants would have lines that had an annual capacity of 165mn pounds. Lines at all new facilities will be scaled to achieve a capacity of 130mn pounds a year. This adjustment allows PureCycle to leverage more of the design work that went into its Ironton facility, while still keeping modular design philosophy. While we do not believe this substantially changes the capex per pound, it does accelerate the engineering phase and simplify construction. This will help to de-risk the manufacturing scale up in our view.

Work on the Ironton facility looks to be progressing well with PureCycle leveraging Koch Modular for its inside battery limit (ISBL) and Denham Blythe for its outside battery limit (OSBL). Mortenson is the manager providing oversight on the project with Leidos serving as the independent engineer. According to a review of Leidos's July 2021 report, construction remains broadly on track with 26.3% of the facility completed vs a planned completion of 27.2%. This is an increase of 5.1% since June. For a complete summary of the company's current facility expansion roadmap see page 18.

**Move to Greater Pre-Processing Means Less Non-Polypropylene Shipped to Facilities**

PureCycle at this point in time has largely done its own pre-processing work. Pre-processing is a critical step for isolating polypropylene from other plastics in a plastic waste bale. This is because, even when sorted by suppliers, bales can contain varying amounts of unusable plastic in addition to the desired polypropylene feedstock. We note that PureCycle's purification process does not need pure polypropylene feedstock in order to produce its UPRP. However, there is a clear cost advantage at running the system with the highest amount of polypropylene as possible. Initially the majority of pre-processing was doing to be done on PureCycle's own polypropylene facilities. Beginning with the Augusta plant, management has moved towards a more decentralized pre-processing setup. Pre-processing will now take place close to where the plastic waste is collected. This will ensure that when the company is moving feedstock to its purification plants that it is just moving usable polypropylene. Other sorted plastic waste can be provided to other recyclers that would pay to receive sorted plastics. The company is in the process of executing purchase orders for long lead-time feedstock pre-processing and sortation equipment. This represents around 200mn pounds of polypropylene feedstock processing capacity that will be used to support the August facility. Management anticipates that this equipment will be in operation in the 2022 timeframe. We are constructive on this move as it helps PureCycle to further drive its feedstock needs in the short term. Longer term we believe that the company can offer the equipment and processing that it develops to partners. These facilities, when up and running, will provide valuable insight into the viability of polypropylene sorting and drive interest, in our view.

**Europe and Asia Pacific Serve as Attractive Market with Strong Demand**

PureCycle is not just focused on the North American market. Management is working on breaking ground in both Europe and Asia Pacific. In Europe, the company is not just working through the site selection process with its partners but building out the requisite feedstock supply and sortation capabilities. We would anticipate the site to be announced at the end of 2022, with line engineering work beginning shortly afterward. The plant will likely begin to ramp in late 2024 and through the first half of 2025. Looking at the Asia Pacific market, PureCycle recently signed a MOU with SK Global for a JV. While details are still taking shape SK Global indicated that its intention are to have a 100mn pound JV plant constructed in South Korean starting in 2022, with commercial operation by 2025. We are excited about the potential for this JV as it is not currently contemplated in our model and could provide a potential source of upside longer term.

**Lockup Structure Aligns Shareholders and Management**

As investors have become increasingly familiar with the SPAC process, many are taking a keen eye to the impact the expiring lockups are having on the stock share price. In most instances shares lockups are based on a specific time duration, occurring 6 months after the completion of the SPAC merger or sometimes centered around quarterly filings. PureCycle's lockup structure is different as a portion of the shares that are locked up are only released after certain performance thresholds. In this case, 50% of the founder's shares and 1/3 of non-founders' shares are released upon the successful commissioning of the Ironton, OH facility. Importantly, the sign off on the commissioning, which is slated for the end of 2022, is done by Leidos. Leidos will also validate that the plant can operate at its nameplate capacity and the resin output from the facility is of the appropriate quality. An additional 20% of founders' shares as well as an addition 1/3 of non-founders' shares are released after 6 months after the deal closed. The final 30% of founders' shares and the last 1/3 of non-founders shares subject to the lockup are released after 12 months after the deal closed. As the deal closed on March 16, 2021, new shares were released on September 17, 2021, with the last tranche released on March 17th, 2022. There are presently ~117mn shares of PCT, with approximately 83.5mn non-founder shares and 2.2mn founders' shares subject to the lock up. This means slightly under 50% of total shares are currently locked up, with around 59.9mn shares being traded presently.

**Figure 3 – Summary of Share Ownership**

| Ownership | Shares (mn) |
| --- | --- |
| Shares Outstanding | 117.4 |
| Non-Founder | 55.7 |
| Founder | 1.8 |
| Total Lock-Up | 57.4 |
| Freely Traded | 59.9 |
| Future Earnouts | 4.0 |
| Warrants | 5.9 |
| Diluted Shares | 127.3 |

Source: Cowen and Company

We also note that there are provisions in place for further performance based earnouts. The first earnout is based on shares of PCT trading at or above $18 dollars 20 out of 30 consecutive trading days. The measurement period for this earnout starts 6 months (September 17th) after the merger was completed and must be fulfilled within the 2.5 years following. If achieved this represents an additional 2 million shares. Finally, another 2 million shares are awarded once the Ironton plant has been commissioned.

As we noted above, this structure puts the company's founders, management, and shareholders in better alignment.  Roughly 60% of the locked-up shares are attributable to not just the founders, but management and the board), while the balance is in the hands of non-founder entities.

**Strong Balance Sheet Provides Liquidity and Funding**

PureCycle had $539mn in liquidity exiting 2Q21, with $238mn in unrestricted cash and investments and an additional $301mn in restricted cash. $183.9mn of restricted cash is earmarked for the company's Ironton plant buildout. The company used ~$31mn in cash in the second quarter, which was composed of $14.5mn in general opex, $4.8mn in construction capex, and $11.9mn in interest payments. Management noted that future plant construction financing will be a mixture of project financing, equity, and equity-like financing.

**Figure 4 – Summary of Liquidity**

| Category | Source | Amount ($mn) |
|---|---|---|
| | Debt Securities Available for Sale | $200 |
| | Cash & Cash Equivalents | $38 |
| Unrestricted Cash & Investments | | $238 |
| | Plant 1 Project Fund | $184 |
| | Liquidity Reserve | $50 |
| | Capitalized Interest Reserve | $44 |
| | Debt Service Reserve | $21 |
| | Letter of Credit | $2 |
| | General Corporate Requirements | $0 |
| Restricted Cash | | $301 |
| Total Liquidity | | $539 |

Source: Company Reports, Cowen and Company

Management intends between 80% to 100% of its plant construction through senior debt and project financing. The non-senior debt portion would be composed of company equity, plant-level equity, or some sort of plant-level subordinated debt. We estimate that through 2023 total funding for plant construction could reach $2.8bn. If we assume 80% of plants were funded with debt that would earmark ~$595mn as an equity contribution for funding. We estimate that the Augusta facility could be constructed for about ~$1.33/pound, which is an improvement from construction work at the Ironton, OH facility, where the capex per pound is closer to $2.31.

**Figure 5 – Estimated Cumulative Funding for Plant Construction**



Source: Company Reports, Cowen and Company

## Company Overview

PureCycle Technologies is a plastic recycling company, which through the use of a solvent-based purification process originally developed by Procter & Gamble, is able to convert plastic waste feedstock into ultra-pure recycled polypropylene. This recycled polypropylene is in a near virgin state, which allows it to be used in broader more profitable array of applications. Polypropylene represents a large portion of overall plastic demand, but due to the low value of mechanically recycled polypropylene remains materially under recycled relative to other types of plastic. We believe the company's ultra-pure recycled polypropylene (UPRP) will be able to address consumer products, packaging (including food grade), electronics, appliances, automobiles, building & construction as well as agriculture.

COWEN
EQUITY RESEARCH

PureCycle Technologies
September 23, 2021

---

**Figure 6 – Life Cycle of Ultra-Pure Recycled Polypropylene**



Source: Company Reports

---

The company has been operating its Feedstock Evaluation Unit (FEU) in Ironton, OH since 2019. This unit not only serves as a testing platform different types of polypropylene feedstock but validates PureCycle's technology. The full-fledged Ironton facility has been in development since 2019, with construction beginning at the end of 2020. ManageF~ment announced on its 2Q21 earnings call that its second plant will be located in Augusta, GA. PureCycle is also working on a third domestic facility and it in the site selection process presently. Looking abroad the company intends to have a facility in Europe and is working to select the appropriate site and develop a feedstock supply line to support production. A MOU for a JV with SK Global was also announced recently, which could see an additional facility coming online in South Korean in the 2025 timeframe.

PureCycle has been working hard to solve the feedstock supply of the equation. With less than 1% of the ~167bn pound polypropylene market being recycled today, even with strong demand out into 2025 and beyond, the company will need to bring additional sources of supply online. Management has identified four sources for polypropylene feedstock: post-consumer curbside, post-consumer non-curbside, post-industrial, and advocacy. We summarize these waste streams in greater detail in figure 7.

**Figure 7 – PureCycle's Targeted Feedstock Supply Steams**



**Post Consumer Curbside**

- #5 bales
- #3-#7 bales
- Targeted partnerships



**Post Consumer Non-Curbside**

- Co-recycling
- International import
- Special events
- Circularity programs / targeted streams



**Post Industrial**

- Direct from manufacturing
- Label mis-prints
- Compounding waste
- Virgin production waste
- Brokered waste



**Advocacy**

- New PP collection
- PP conversion
- Strategic alignment
- Local, regional, national relations
- Industry representation

Source: Company Reports

We believe the company has more than 200mn pounds of polypropylene feedstock through existing contracts with line of sight to another 300mn+ specifically for its Augusta facility. PureCycle is also looking to pre-process and sort plastic close to where the waste is generated. This prevents the company from shipping non-polypropylene plastic to its facility. With 200mn pounds worth of pre-processing and sortation equipment on order to process polypropylene, we think the company is in a strong position to execute on the feedstock front. We estimate that PureCycle will need more than 600mn pounds of polypropylene by the end of 2023.

**Technology**

PureCycle's approach to polypropylene recycling uses a purification process that relies on supercritical fluids and solvents in order to extract the impurities and contaminants in the waste plastic feedstock. This process does not require the plastic polymers to be broken back down into monomers, which is what happened during chemical recycling using pyrolysis. Additionally, it does not materially alter or degrade the polymers, which means that products made out of the ultra-pure recycled polypropylene (UPRP) are able to be recycled over and over again. PureCycle's UPRP has no color, order, and is free of contaminants and can be used as a substitute for virgin polypropylene. The recycle plastic output has been validated not only by P&G, but by the company's prospective customers, and 3rd party engineering specialists. These characteristics allow the company's recycled plastics to be used in food grade and consumer-facing applications, with are a much more profitable. The company is in the processing of filing for a Letter of No Objection or No Objection Letter (NOL) with the FDA, which is needed to certify that the UPRP can be used in food-contact applications. Importantly, we believe the company's technology is scalable as the individual operating processes used to produce the UPRP resin is well-understood and commercially available at industrial scale beyond what PureCycle is looking to achieve over the near to mid-term.

**The Process**

The first step in the process is to preprocess the feedstock that will be used to create the UPRP resin. The plastic waste is first sorted to isolate just polypropylene based plastics. This is an important step as bales of waste plastics that are specifically listed as #5 polypropylene, will often include other plastics like polyethylene terephthalate (PET), polystyrene (PS), and both low and high-density polyethylene (LDPE & HDPE). The waste feedstock, which can consist of fibers (carpets), film (chip bags), and rigids (cups/containers) is then washed and ground into smaller chips. The feedstock is then melted down using a polymer extruder.

*PureCycle Technologies*
September 23, 2021

The liquid polymer is then run through a filter, which removes large contaminates and foreign materials that did not melt. The filtered polymer mixer is then moved to a secondary vessel where a special solvent is added to reduce the viscosity. Additional solvent is added, which removes odors and color additives from the mixture and lighter materials at the top of the mixture column are collected and removed. The mixture is then moved to a larger particle settler where a third solvent is introduced. This solvent lessens the concentration of polymers in the mixture which allows for larger particulates to settle at the bottom of the vessel, where they are collected and removed from the process.

The polypropylene solution is then moved into candle filters, which a diatomaceous filter media in order to remove micron-sized particulates that were not captured in the previously steps. The solution is then placed into large purification columns what are packed with a solid media. This step in the process removes pigments and other physical and chemical components that would lower the quality of the UPRP end product. The polypropylene is then separated from the solvent using a decanter, which settles the polypropylene at the bottom and removes the solvent at the top. Importantly, this solvent can be recaptured and used in subsequent recycling efforts.

The last step in the process is the extruding and pelletizing of the refined and purified polypropylene feedstock. There are finishing additives that are introduced at this point in the process that helps to improve the clarity of the end market as well as aid in the final extrusion of the polypropylene. The extruded polypropylene is cut into pellets, dried, and finally evaluated for quality control before being shipped to customers.

**Manufacturing Roadmap**

PureCycle's long term manufacturing plans calls for more than 1.2bn pound of installed capacity by 2025. The company's Ironton, OH facility is currently under construction and when completed in at the end of 2022 should have a boiler plate capacity of 107mn pounds a year. We anticipate the facility will ramp over the proceeding 3 quarters and for simplicity model this to occur in a linear fashion over that timeframe. Leidos issues monthly updates on the plant's construction given the facility's financing includes municipal bonds. The project continues to be reported as materially on schedule with total completion of the project measured at 26.3%. This is slightly behind the 27.2% target, which is back on PureCycle's most recent plans. See figure 8 for a fully summary of the project's status broken up by engineer, procurement, construction, and start-up.

**Figure 8 – Completion Progress – PureCycle Polypropylene Phase II Project**

| Project Phase | Cumulative Through July 2021 Planned | Cumulative Through July 2021 Actual | Cumulative Through June 2021 Actual |
|---|---|---|---|
| Engineering | 66.3% | 61.5% | 56.6% |
| Procurement | 23.3% | 23.6% | 18.4% |
| Construction | 18.1% | 17.0% | 10.9% |
| Start-Up | 0.0% | 0.0% | 0.0% |
| Weighted Total | 27.2% | 26.3% | 21.2% |

Source: Leidos, Cowen and Company *planned target re-baselined as of June 2021*

Management recently announced the site for its second U.S facility after completing a robust site section process. The company looked are more than 50 sites across the

eastern, central, and southeast portions of the country. The Augusta, GA facility was selected as it scored highly in several important criteria for PureCycle. Geographically the site's location in the southeast not only puts it in a solid location for the company to export its products but provides access to polypropylene feedstock. Management also noted that Augusta has a strong labor market and robust supply chain. The site is undeveloped but has access to both electricity and natural gas. The company is presently engaged in early design work and permitting. The site is also close not just to the interstate, but has access to a rail line. This should help to most cost effectively transport feedstock to the facility and UPRP out to customers. The city of Savannah maintains a shipping port, which also enables this facility to access global markets if needed.

**Figure 9 – Satellite View of Proposed Augusta Facility**



Source: Company Reports; 2Q21 Earnings Presentation

In Europe, the company is not just working through the site selection process with its partners but building out the requisite feedstock supply and sortation capabilities. We would anticipate the site to be announced at the end of 2022, with line engineering work beginning shortly afterward. The plant will likely begin to ramp in late 2024 and through the first half of 2025.

**COWEN**
EQUITY RESEARCH

*PureCycle Technologies*
September 23, 2021

Looking at the Asia Pacific market, PureCycle recently signed a MOU with SK Global for a JV. While details are still taking shape SK Global indicated that its intention are to have a 100mn pound JV plant constructed in South Korean starting in 2022, with commercial operation by 2025. Most recently PureCycle announced a MOU with Mitsui. This is an early step in developing and operating a polypropylene waste recycling facility in the country. We are excited about the potential for this JV with SK and the MOU with Mitsui as both are not currently contemplated in our model and could provide a potential source of upside longer term.

**Figure 10 – Summary of Plant Roadmap by Line**



Source: Company Reports; 2Q21 Earnings Presentation

## Market Summary

Synthetic plastics are all around us. From drinking straws and food containers to electronic equipment, plumbing pipes, and even the bristle on a toothbrush; humans interact with a significant amount of plastics every day. As much as 350mn metric tons of plastic is produced each year, with IHS Market estimating almost 600bn pounds of demand in 2019. Polypropylene represented 28% of total demand, which equate to around 167bn pounds of demand for the year. This number is expected to grow over the next 5 or 6 years, supported by demand in consume packaging, electronics, automotive, construction, and agriculture. PureCycle highlighted a potential CAGR of 3.9% from 2018 to 2027.

PureCycle Technologies
September 23, 2021

**Figure 11 – Global Polypropylene Demand Forecast**



Source: More Recycling July 2019, 2017 National Post Consumer, Non-Bottle Rigid Plastic Recycling Report, Company Reports

**Figure 12 – Market Share of Synthetic Plastics**



Source: IHS Markit Polypropylene World Analysis 2019, Cowen and Company

**COWEN**
EQUITY RESEARCH

PureCycle Technologies
September 23, 2021

It is not a secret that a concerning amount of plastic waste ends up in landfills or worse into our environment. The EPA estimates that 27.0mn tons of plastic was placed in U.S. landfills in 2018, which is fairly consistent with the prior year at 26.8mn tons. The Ocean Conservancy estimates that 8mn metric tons of plastic ends up in the ocean. Just 3mn tons of plastics were recycled that year, which was more or less flat with both 2015 and 2017 (EPA did not compile date for 2016). The EPA reported that domestically in 2018 plastics bottles and jars made of Polyethylene terephthalate (PET) and high-density polyethylene (HDPE) had a recycling rate of around ~29% each, which while fairly high is still below glass bottles and aluminum cans at ~39% and ~50%, respectively. Looking at the total amount of plastics recycled by type we see that PET, HDPE, and low-density polyethylene (LDPE) were recycled at a rate of 25.4%, 14.8%, and 9.9%, respectively. Polypropylene represented just 2.7% or around 50,000 tons of recycled plastic.

**Figure 13 – Plastics Recycled by Weight & Percent of Total Generation (2018)**

| Type of Plastic Resin | Generation (thousand tons) | Recycled (thousand tons) | % Recycled |
|---|---|---|---|
| PET | 5,290 | 980 | 18.5% |
| HDPE | 6,300 | 560 | 8.9% |
| PVC | 840 | NM | |
| LDPE/LLDPE | 8,590 | 370 | 4.3% |
| PLA | 90 | NM | |
| PP | 8,150 | 50 | 0.6% |
| PS | 2,260 | 20 | 0.9% |
| Other | 4,160 | 1,110 | |
| Total | 35,680 | 3,090 | 8.7% |

Source: EPA December 2020, Cowen and Company

Looking globally, we see that recycling rates decline sharply. PET and HDPE waste plastic have a recycling rate of 19% and 10.5%, respectively. Less than 1% of polypropylene produced is recycled. This is concerning given that polypropylene is not just one of the most used type of plastics, but also one that is seeing solid growth through the next half decade. See figure 14 for a summary of recycling rate by plastic type.

**COWEN**
EQUITY RESEARCH

PureCycle Technologies
September 23, 2021

**Figure 14 – Global Recycling Rates**



Source: OECD 2018, Cowen and Company

Polypropylene has several important attributes or characteristics that makes it a critical plastic. First, polypropylene is resistant to many chemicals and will not react when exposed to appropriately diluted acids or basis. This is why many cleaning agents are placed into polypropylene containers. Polypropylene also displays a high degree of elasticity and durability, which means the material is tough enough to withstand a reasonable amount of external force before breaking. Polypropylene has high fatigue resistance, allowing it to be used in application where a product needs to bend and flex. This characteristic is important for packaging or applications where a living hinge is needed. This type of plastic is also very useful in instances where you need high resistance to electricity. The insulation properties of polypropylene make it well suited for us in electronic components. Lastly, polypropylene is opaque in color, which allows some amount of light to be transferred through it. This light transmissivity can be important for not just visual design, but in applications where visibility is needed.

**Figure 15 – Targeted End Markets for Polypropylene Resin**

| Market | Size ($bn) | CAGR (18A- 22E) |
|---|---|---|
| Packaging & Consumer | $19 | 6.6% |
| Electronics & Appliances | $10 | 6.1% |
| Automotive | $14 | 7.1% |
| Building & Construction | $9 | 5.9% |
| Agriculture | $2 | 5.9% |

Source: Company Reports, Cowen and Company

PureCycle has identified several key end markets for its ultra-pure recycled polypropylene. The Packaging & Consumer market represents the largest market at ~$19bn, with third party researchers estimating a 6.6% CAGR from 2018 to 2022. 465mn pounds of plastic packaging was generated by Amazon alone in 2019. As noted, the relative electrical resistance of polypropylene, along with its other properties, makes it a natural choice of electronics and appliance products. The market, which is ~$10bn today, is forecasted to grow at a 6.1% CAGR from 2018 to 2022. Instrument panels, bumpers, floor panels, arms rests, trunk liners and more can all be made using polypropylene. Polypropylene can also be used in the building and construction markets. Outside of piping system and electrical cable conduits, this plastic can also be used to make machine parts or even carpets. PureCycle noted that this market is around ~9mn and is estimated to have a CAGR of 5.9% from 2018 to 2022. Lastly, polypropylene can be used in agricultural applications, typically in the form of bulk containers. Flexible intermediate bulk containers (FIBC), which are also called bulk bags or super sacks, are industrial sized containers made of woven polypropylene. These bags are often consumed in the process of being used as they are usually cut at the bottom to release the contents. This market is estimated to be around $2bn in size and is anticipated to have a CAGR of 5.9% from 2018 to 2022.

**Policy Support**

Plastic waste has been a global issue for the past several decades. From just 1.5mn tons of plastics produced in 1950, that number has grown to around 300mn tons annually. A staggering amount of plastic still makes it into the environment despite recycling efforts that first began in the 1980s. Around 8mn tons of plastic makes its way into the ocean each year, and it makes up around 80% of all marine debris according to the International Union for Conservation of Nature (IUCN). Plastic waste not only has an ecological impact, but an economic one as well. This has led growing policy support at both the domestic and international level.

**United States**

Similar to other sustainability efforts, regulations around plastic waste is most acute at the state level. Several states and cities/municipalities are working on implementing recycling legislation that would stipulate a minimum amount of recycled content in plastic products. Additionally, we are seeing legislation develop around limiting the use of single-use plastic products.

Connecticut is the most recent state to pass legislation for the development of recycled content requirements. The bill directs the Connecticut Commissioner of Energy and Environmental Protection to develop these standards by December 1, 2022. This year, we also saw Maine pass a bill that was signed into law this July that will reimburse municipalities on a per ton basis for collecting readily recyclable items. Maryland has passed legislation to undertake a study to improve the state's recycling market, with an initial recommendation expected by September of 2022. California's AB 478 legislation requires that thermalform plastic containers would need to have 30% post-consumer recycled plastic content buy 2030. The bill has passed the senate appropriations and has been placed in the state's suspense file. California was the first state in the country to put in place a partial ban on plastic straws. Similarly, Seattle instituted a ban on both plastic straws and utensils. New York's banned all single-use plastic carryout bags, with businesses no longer allowed to use them at the point of sale.

PureCycle Technologies
September 23, 2021

At the federal level, there have been a handful of bills directed at plastic pollution. The Break Free from Plastic Pollution Act would require 50% recycled content for plastic beverage containers and the Climate Leadership and Environmental Action for Our Nation (CLEAN) Future Act would also require minimum recycled contract for plastic beverage containers. These proposals have not yet passed and are making their way through the protracted legislative process at this point in time. However, corporations are taking notice as the legislation landscape continues to develop around plastic waste. Understanding and prudently addressing plastic waste will be critical for companies looking to shift into a more circular economy, where the product is evaluated over its entire life.

### International

Looking out into the global market, we see many countries beginning to implement their own regulations to stem the tide of post-consumer plastic waste and to curb the amount of plastic that enters into the environment. In Europe there are regulations in place that will require that all plastic packaging that is produced and sold inside of the region will have to be either recyclable or reusable. Furthermore, Europe has banned a select number of single-use plastic products and is aiming to collect 90% of all plastic bottles used annually by 2029. The United Kingdom has developed a 25-year plan in order to reduce the amount of plastic waste. The initiative includes the banning of plastic straws and microbeads as well as lowering overall plastic bottle usage. We have seen in the urban areas of Delhi a complete ban on single-use plastic products, with the country pledging to extend the ban throughout the country by 2022. Similarly, Chile has passed a bill that eliminates the use of plastic bags for retail transactions. Lastly, over 40 countries, which includes France, the Netherlands, China and most recently Kenya, have put in place a tax on or limited the use of plastic bags.

### Customers

PureCycle has already been able to secure several long-term offtake agreements for its ultra-pure recycled polypropylene (UPRP). In addition to P&G, the company also has off-take agreements with select customers like Aptargroup, L'Oréal Paris, Ravago, and Total. The majority of these businesses are large international companies that have undertaken their own due diligence and evaluated PureCycle's resin. In our view, these companies can serve as marquee customers for PureCycle as it validates both the product, and the company's ability to deliver. We anticipate there will be strong demand from industries like consumer packaging, automotive, electronics, construction, and agriculture given they are all users of exiting oil derived polypropylene.

We believe the company has more than 25+ LOIs signed and has line of sight to more than 200mn lbs. of demand in the near term with 6 long term contracts supporting demand longer term. Looking just at the company's first plant in Ironton, OH, there is sufficient volume to cover total annual production by ~2x. If we were to apply this to LOI's the coverage compared to Plant 1's production would double to 4 times the coverage. These supply agreements are typically multi-year, that range from 3 to 20 years in duration. As the company noted on their 2Q21 earnings call, the Augusta facility, which has a name plate capacity of 650mn lbs., has already had ~40% of its capacity allocated to existing customers.

**COWEN**
EQUITY RESEARCH

*PureCycle Technologies*
September 23, 2021

**Competitive Landscape**

PureCycle Technologies has a highly differentiated approach to polypropylene recycling through the use of its proprietary solvent-based purification process. This process creates colorless, odorless, virgin-like polypropylene that can be used in high-value applications like food grade packaging and consumer products. Traditional polypropylene recycling has typically been done through a mechanical process, which creates lower-value products like trash receptacles, crates, or industrial containers. The lack of value in the recycling supply chain has led to less than 1% of the 162mn lbs of polypropylene produced in the U.S. in 2018 to be recycled. Below we discuss both mechanical and chemical recycling, which are the two main ways that polypropylene is processed today.

**Mechanical Recycling** – Plastic wasted processed via the mechanical recycling is ground, washed to remove impurities, and dried. This part of the process is similar to the preparation the polypropylene in PureCycles process takes; however mechanically recycled plastic is simply then re-granulated and then reformed using thermosoftening into new products. This process degrades the polymers, and the output is not food grade, can still have some odors, and the color output is difficult to control without additional presorting. Overall, the output of the end product is heavily predicated on the effectiveness of the plastic sorting process. As noted above, the products that can be produced using this method are limited to specific applications and do not command a high value.

**Chemical Recycling** – Plastic waste processed through a chemical recycling process is broken back down into its original monomer form through pyrolysis. These monomers can then be reconstituted into polymers and that plastic resin can be reformed into new products. This is not only an energy intensive process, but a complex one with varying monomer yields based on the feedstock inputs. According to PureCycle, the process is also not capable of creating contaminant free, food grade virgin-like polypropylene. This means that plastics recycled this way are not able to address high-value applications, which impacts economic returns and limits overall commercial viability at this juncture.

**Barriers to Entry**

PureCycle Technologies is in possession of a unique polypropylene purification technology, which is patent protected. Proctor & Gamble, who designed and owns the technology, has granted PureCycle an exclusive global licensing agreement for all patents and other intellectual property related to the manufacturing of recycled polypropylene. Importantly, this agreement extends through the life of all the relevant patents, with the earliest patent expiring in 2039. P&G retained a sublicense agreement, which allows the company to produce or sublease a production of ultra-pure recycled polypropylene (UPRP) with restrictions around the annual amount of product and geographic distribution. This sublicense agreement runs concurrent with the life of the licensed patents. P&G also has the right to purchase UPRP a guaranteed minimum amount at "most favored nation" pricing with volumes based on total manufacturing capacity after PureCycle reaches SOP on its second plant. Royalty rates are related to production, pricing, and timing, but will range from 0.25% to 7.0%. If PureCycle does not achieve its technical specifications within 6 months of phase II of its facility reaching SOP or fails to honor any other terms P&G can modify the royalty rates, rescind exclusivity, or terminate the agreement.

PureCycle Technologies
September 23, 2021

Given the current exclusivity of P&G's polypropylene recycling technology for use by PureCycle and the less attractive economics of both mechanical and chemical recycling, we believe that the company is fairly insulated from competition in the short to medium term. While we do see competition manifesting from the traditional mechanical recyclers there continues to be development work done on the chemical recycling front. It remains to be seen how quickly pyrolysis technology can scale and drive down costs to improve the economic use case for the technology.

### Company History

PureCycle Technologies was founded in 2015 with Innventure licensing Proctor & Gamble's polypropylene purification process and forming the company. Prior to this agreement, the fluid extraction process to purify waste polypropylene had been validated by Phasex Corporation, which had expertise in fluid extraction. The company completed its Feedstock Evaluation Unit at its first plant in Ironton, OH in 2019. The SPAC merger with Right CH Acquisition 1 was announced in November 2020 and closed in March 2021. PureCycle now trades on the NASDAQ under the ticker "PCT".

**Figure 16 – Summary of Company History**



Source: Company Reports

**ESG Summary**

At the time of our initiation PureCycle Technologies did not have a formal ESG report. This is not unexpected or uncommon given the company's recent SPAC merger. We would expect management to produce an ESG report in the future to highlight not just its positive environmental impact, but the company's social and governance initiatives. Cowen leverages technology from Truvalue Labs to generate its ESG scores categorizing sustainability issues across five areas: 1) leadership & governance, 2) environment, 3) human capital, 4) social capital, and 5) business model & innovation. Truvalue Labs is still tabulating scores for PureCycle, but early scoring reflects an Insight and Momentum Score of 57 and 93, respectively. Insight is a long-term performance metric that seeks to reflect a company's commitment to ESG initiatives, while the Momentum Score is a near term performance metric that seeks to reflect a company's ESG activity on a trailing 12-month basis. Importantly, Truvalue Labs' ratings are based on a scale of 0 to 100, with a higher score reflecting a more positive rating, and 50 representing a neutral rating. We anticipate the PureCycle will score highly in environmental categories as they company's recycling technology could effectively provide a closed loop between the beginning and end of a product's life for the company's customers. Over time, more polypropylene plastic waste will be directed to recycling facilities as opposed to landfills or worse in marine or terrestrial environments.

**Valuation Methodology**

We derive our $31 price target by applying a ~5x EV/EBITDA multiple on our FY25 EBITDA estimate of $633.9mn. We note our multiple represents a ~50% discount relative to the blended peer group's EV/EBITDA multiple of 9.8x. Taking a closer look at Environmental Services companies, our multiple implies a 52% discount to the peer group. Given that PureCycle is pre-revenue company with a new technology in a developing market, we believe it warrants a discount relative to established players. However, we expect future multiple expansion as the company ramps production in FY23 and could see an update revision to estimates in FY25 if a potential Asia Pacific facility is announced.

**Figure 17 – Peer Group Valuation Summary**

| Pricing as of 9/22/21 | | | | | Revenue Estimates | | | | EV/SALES | | | | EBITDA Estimates | | | | EV/EBITDA | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Name | Ticker | Price | Market Cap ($MM) | EV ($MM) | CY 2022E | CY 2023E | CY 2024E | CY 2025E | CY 2022E | CY 2023E | CY 2024E | CY 2025E | CY 2022E | CY 2023E | CY 2024E | CY 2025E | CY 2022E | CY 2023E | CY 2024E | CY 2025E |
| **Environmental Services** | | | | | | | | | | | | | | | | | | | | |
| Clean Harbors Inc | CLH | $101.88 | $5,543 | $6,431 | $3,892 | $4,116 | $4,465 | $4,654 | 1.7x | 1.6x | 1.4x | 1.4x | $688 | $726 | $890 | $946 | 9.3x | 8.9x | 7.2x | 6.8x |
| Covanta Holding Corp | CVA | $20.09 | $2,672 | $5,140 | $2,056 | $2,106 | $2,186 | $2,307 | 2.5x | 2.4x | 2.4x | 2.2x | $515 | $552 | $612 | $671 | N/A | 9.3x | 8.4x | 7.7x |
| Casella Waste Systems Inc | CWST.O | $79.00 | $4,060 | $4,434 | $915 | $1,014 | $1,087 | $1,167 | 4.8x | 4.4x | 4.1x | 3.8x | $217 | $241 | $264 | $289 | 20.5x | 18.4x | 16.8x | 15.3x |
| GFL Environmental Inc | GFL | $37.18 | $12,175 | $17,236 | $4,694 | $4,983 | $5,161 | $5,711 | 3.7x | 3.5x | 3.3x | 3.0x | $1,276 | $1,369 | $1,448 | $1,621 | 13.5x | 12.6x | 11.9x | 10.6x |
| Republic Services Inc | RSG | $124.49 | $39,633 | $48,573 | $11,637 | $12,234 | $13,318 | $14,067 | 4.2x | 4.0x | 3.6x | 3.5x | $3,548 | $3,760 | $4,180 | $4,425 | N/A | N/A | N/A | 11.0x |
| Stericycle Inc | SRCL.O | $68.14 | $6,259 | $7,903 | $2,800 | $2,915 | $3,061 | $3,209 | 2.8x | 2.7x | 2.6x | 2.5x | $557 | $598 | $691 | $780 | 14.2x | 13.2x | 11.4x | 10.1x |
| Waste Connections Inc | WCN | $130.96 | $34,067 | $38,131 | $6,504 | $6,886 | $7,108 | $7,643 | 5.9x | 5.5x | 5.4x | 5.0x | $2,070 | $2,226 | NM | NM | 18.4x | 17.1x | NM | NM |
| Waste Management Inc | WM | $153.42 | $64,605 | $77,703 | $18,576 | $19,437 | $20,628 | $21,815 | 4.2x | 4.0x | 3.8x | 3.6x | $5,401 | $5,729 | $6,065 | $6,479 | N/A | N/A | NM | 12.0x |
| **Environmental Services Group Mean** | | | | | **$6,384** | **$6,711** | **$7,127** | **$7,572** | **3.7x** | **3.5x** | **3.3x** | **3.1x** | **$1,784** | **$1,900** | **$2,021** | **$2,173** | **15.1x** | **13.3x** | **11.2x** | **10.5x** |
| **Environmental Services Group Median** | | | | | **$4,293** | **$4,549** | **$4,813** | **$5,182** | **3.9x** | **3.7x** | **3.5x** | **3.2x** | **$982** | **$1,048** | **$890** | **$946** | **14.2x** | **12.9x** | **11.4x** | **10.6x** |
| **Recycling Process Technologies** | | | | | | | | | | | | | | | | | | | | |
| Aqua Metals Inc | AQMS.O | $2.03 | $135 | $152 | $14 | $54 | N/A | N/A | 10.5x | 2.8x | N/A | N/A | $14 | $14 | N/A | N/A | 10.8x | 10.8x | N/A | N/A |
| Li-Cycle Holdings Corp | LICY.K | $10.20 | $1,607 | $1,328 | $77 | $278 | N/A | N/A | 17.2x | 4.8x | N/A | N/A | ($4) | $87 | N/A | N/A | (362.3x) | 15.3x | N/A | N/A |
| Origin Materials Inc | ORGN.O | $7.14 | $949 | $607 | $0 | $55 | $117 | $438 | NM | 11.0x | 5.2x | 1.4x | $0 | $50 | NM | $127 | NM | NM | NM | 4.8x |
| **Recycling Process Technologies Group Mean** | | | | | **$30** | **$129** | **$117** | **$438** | **13.9x** | **6.2x** | **5.2x** | **1.4x** | **($4)** | **$50** | **NM** | **$127** | **(362.3x)** | **13.0x** | **NM** | **4.8x** |
| **Recycling Process Technologies Group Median** | | | | | **$14** | **$55** | **$117** | **$438** | **13.9x** | **4.8x** | **5.2x** | **1.4x** | **($4)** | **$50** | **NM** | **$127** | **(362.3x)** | **13.0x** | **NM** | **4.8x** |
| **Combined Group Mean** | | | | | **$4,651** | **$4,916** | **$6,348** | **$6,779** | **5.7x** | **4.2x** | **3.5x** | **2.9x** | **$1,585** | **$1,530** | **$2,021** | **$1,917** | **(47.7x)** | **13.2x** | **11.2x** | **9.8x** |
| **Combined Group Median** | | | | | **$2,800** | **$2,915** | **$4,465** | **$4,654** | **4.2x** | **4.0x** | **3.6x** | **3.0x** | **$688** | **$662** | **$890** | **$863** | **13.9x** | **13.2x** | **11.4x** | **10.4x** |
| **PureCycle Technology** | PCT.O | $12.99 | $1,497 | $1,551 | $2 | $129 | $694 | $1,140 | 763.3x | 12.0x | 2.2x | 1.4x | ($31) | $97 | $405 | $634 | (50.1x) | 27.1x | 3.8x | 2.4x |

Source: Eikon, Cowen and Company, *GFL converted from CAD to USD*

### Model Assumptions and Financial Overview

**Figure 18 – Summary of Model Estimates**

| | F4Q22E | F1Q23E | F2Q23E | F3Q23E | F4Q23E | F1Q24E | F2Q24E | F3Q24E | F4Q24E | F1Q25E | F2Q25E | F3Q25E | F4Q25E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | 2.031 | 6.500 | 18.421 | 37.794 | 66.447 | 105.057 | 149.151 | 197.458 | 242.159 | 276.023 | 282.970 | 290.648 | 290.648 |
| Cost of Goods Sold | 1.661 | 4.102 | 9.480 | 17.601 | 28.694 | 44.081 | 61.829 | 81.214 | 99.067 | 113.091 | 116.311 | 119.886 | 119.924 |
| **Gross Profit** | 0.370 | 2.398 | 8.941 | 20.193 | 37.753 | 60.976 | 87.322 | 116.244 | 143.092 | 162.933 | 166.659 | 170.763 | 170.724 |
| Total Gross Profit Margin | 18.2% | 36.9% | 48.5% | 53.4% | 56.8% | 58.0% | 58.5% | 58.9% | 59.1% | 59.0% | 58.9% | 58.8% | 58.7% |
| **Total Operating Expenses** | 7.663 | 8.067 | 8.562 | 8.783 | 8.593 | 12.375 | 15.962 | 19.067 | 20.900 | 41.728 | 35.704 | 29.406 | 22.148 |
| *Operating Income* | (7.293) | (5.668) | 0.378 | 11.410 | 29.160 | 48.600 | 71.360 | 97.176 | 122.192 | 121.205 | 130.955 | 141.357 | 148.576 |
| **EBITDA** | (4.171) | (0.206) | 5.841 | 16.872 | 34.623 | 64.988 | 87.748 | 113.564 | 138.580 | 144.148 | 153.898 | 164.300 | 171.519 |
| Adjusted EBITDA Margin | -205.3% | -3.2% | 31.7% | 44.6% | 52.1% | 61.9% | 58.8% | 57.5% | 57.2% | 52.2% | 54.4% | 56.5% | 59.0% |
| **Net Income** | (20.793) | (32.668) | (27.622) | (17.590) | (0.840) | (1.400) | 21.360 | 47.176 | 72.192 | 56.205 | 65.955 | 76.357 | 83.576 |
| **Diluted Net Income Per Share (GAAP)** | -$0.16 | -$0.25 | -$0.21 | -$0.13 | -$0.01 | -$0.01 | $0.16 | $0.35 | $0.54 | $0.42 | $0.49 | $0.56 | $0.61 |

Source: Company Reports, Cowen and Company

**Figure 19 – Key Assumptions to the Model**

| | F4Q22E | F1Q23E | F2Q23E | F3Q23E | F4Q23E | F1Q24E | F2Q24E | F3Q24E | F4Q24E | F1Q25E | F2Q25E | F3Q25E | F4Q25E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Production Capacity** | | | | | | | | | | | | | |
| Number of Lines | 1 | 1 | 2 | 3 | 5 | 7 | 9 | 9 | 10 | 10 | 10 | 10 | 10 |
| *Annual Capacity (mn)* | 107 | 107 | 237 | 367 | 627 | 887 | 1,147 | 1,147 | 1,277 | 1,277 | 1,277 | 1,277 | 1,277 |
| *Quarterly Capacity (mn)* | 26.8 | 26.8 | 59.3 | 91.8 | 156.8 | 221.8 | 286.8 | 286.8 | 319.3 | 319.3 | 319.3 | 319.3 | 319.3 |
| *Available Production (mn)* | 3.3 | 10.0 | 24.8 | 47.8 | 83.6 | 132.4 | 189.3 | 238.0 | 278.6 | 303.0 | 311.1 | 319.3 | 319.3 |
| *Production (mn)* | 3.0 | 9.0 | 22.4 | 43.0 | 75.3 | 119.1 | 170.3 | 214.2 | 250.8 | 272.7 | 280.0 | 287.3 | 287.3 |
| Implied Utilization | 8.4% | 27.0% | 30.8% | 38.6% | 38.3% | 41.9% | 45.8% | 60.6% | 66.9% | 76.4% | 78.6% | 81.0% | 81.0% |
| **Pricing** | | | | | | | | | | | | | |
| Blended ASP | $0.68 | $0.72 | $0.82 | $0.88 | $0.88 | $0.88 | $0.88 | $0.92 | $0.97 | $1.01 | $1.01 | $1.01 | $1.01 |

Source: Company Reports, Cowen and Company

### Risks to Our Investment Thesis

#### Operational Risks

Production Risk – PureCycle has not yet finished construction or commenced full scale production of its ultra-pure recycled polypropylene. The purification process is still unproven at large scale, and the timing of production ramps may be variable. There is risk that production delays could lead to not just lower revenue, but customer cancellations.

Product Risk - The success of PureCycle's product is dependent on market acceptance, which will likely be predicated on the company's resin achieving a near virgin like recycled polypropylene resin. If the company is not able to achieve the required color, removed odors or contaminants and/or produce food-safe consumer ready resins they could see customers cancel orders.

Technology Risk – There is a risk that the company could lose the exclusivity of its technology. P&G's licensed its polypropylene patents with several provisions and deliverables. If the company is not able to meet those expectations, they could have to pay higher royalties or may lose the global exclusivity that the license agreement provides.

**COWEN**
EQUITY RESEARCH

PureCycle Technologies
September 23, 2021

**Financial Risks**

Accounting Risk – PureCycle expects to operate in several global markets, which will require strong internal accounting and reporting controls. There can be no assurances that management will be able to resolve any material weakness that it has identified, and the company may incur higher professional fees in order to further address these issues to the satisfaction of regulators.

Financing Risk – PureCycle's business currently incurs an operating loss, which is not anticipated to abate in the short term. Additionally, the company's business plan requires a significant amount of capital. Delays in product launches, lower than expected selling prices, higher input costs or elevated expenses could consume capital at a faster than anticipated rate. PureCycle may need to raise capital in order to fund the business. This could require the company to sell additional equity or issue debt securities that may dilute its stockholders or introduce covenants that may restrict its operations. Depending on macro conditions and the positioning of the business at the time these funds are required, additional funding could be difficult to secure and lead to unfavorable terms.

**Charts & Financials**

Figure 20 – Historical and Forward Estimated Revenue



Source: Cowen and Company, Company Reports

PureCycle Technologies
September 23, 2021

**Figure 21 – Historical and Forward Estimated Gross Profit**



Source: Cowen and Company, Company Reports

**Figure 22 – Historical and Forward Estimated EBITDA**



Source: Cowen and Company, Company Reports

COWEN
EQUITY RESEARCH

PureCycle Technologies
September 23, 2021

**PureCycle Technologies**
**Summarized Income Statement - December Fiscal Year**
**(Dollar amounts in millions except per share)**

| | Fiscal Year 2020A | 1QA Mar-21 | 2QA Jun-21 | 3QE Sep-21 | 4QE Dec-21 | Fiscal Year 2021E | 1QE Mar-22 | 2QE Jun-22 | 3QE Sep-22 | 4QE Dec-22 | Fiscal Year 2022E | Fiscal Year 2023E | Fiscal Year 2024E | Fiscal Year 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | **$0.000** | $0.000 | $0.000 | $0.000 | $0.000 | **$0.000** | $0.000 | $0.000 | $0.000 | 2.031 | **2.031** | **$129.163** | **$693.825** | **$1,140.290** |
| *% y-o-y change* | | | | | | | | | | | | 6258.5% | 437.2% | 64.3% |
| *Incremental Revenue* | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 2.031 | 2.031 | 127.131 | 564.663 | 446.465 |
| Cost of Goods Sold | $8.603 | $2.130 | $2.411 | $2.532 | $2.405 | $9.478 | $2.044 | $1.942 | $1.845 | $1.661 | $7.492 | $59.878 | $286.192 | $469.211 |
| **Gross Profit** | **-$8.603** | **-$2.130** | **-$2.411** | **-$2.532** | **-$2.405** | **-$9.478** | **-$2.044** | **-$1.942** | **-$1.845** | **$0.370** | **-$5.461** | **$69.285** | **$407.634** | **$671.079** |
| *Total Gross Profit Margin* | | | | | | | | | | 18.2% | -268.8% | 53.6% | 58.8% | 58.9% |
| **Operating Expenses** | | | | | | | | | | | | | | |
| **Research and Development** | 0.647 | 0.547 | 0.224 | 0.230 | 0.235 | 1.236 | 0.241 | 0.247 | 0.253 | 0.260 | 1.002 | 1.106 | 1.220 | 1.347 |
| *% of Revenue* | | | | | | | | | | 12.8% | 49.3% | 0.9% | 0.2% | 0.1% |
| **Selling, General, & Administrative** | 39.525 | 7.624 | 7.259 | 7.186 | 7.115 | 29.184 | 7.186 | 7.258 | 7.330 | 7.403 | 29.177 | 32.899 | 67.084 | 127.638 |
| *% of Revenue* | | | | | | | | | | 364.5% | 1436.3% | 25.5% | 9.7% | 11.2% |
| **Total Operating Expenses** | 40.173 | 8.171 | 7.483 | 7.416 | 7.350 | 30.420 | 7.427 | 7.505 | 7.584 | 7.663 | 30.178 | 34.005 | 68.305 | 128.985 |
| *% of Revenue* | | | | | | | | | | 377.3% | 1485.7% | 26.3% | 9.8% | 11.3% |
| Operating Income | (48.776) | (10.301) | (9.894) | (9.948) | (9.755) | (39.897) | (9.471) | (9.447) | (9.428) | (7.293) | (35.639) | 35.280 | 339.329 | 542.094 |
| *EBIT Margin* | | | | | | | | | | -359.0% | -1754.5% | 27.3% | 48.9% | 47.5% |
| *% y-o-y Change* | 171.4% | 215.1% | 247.2% | -53.4% | -54.3% | -18.2% | -8.1% | -4.5% | -5.2% | -25.2% | -10.7% | -199.0% | 861.8% | 59.8% |
| **EBITDA** | **(46.879)** | **(9.811)** | **(9.399)** | **(9.448)** | **(9.250)** | **(37.908)** | **(8.961)** | **(8.932)** | **(8.908)** | **(4.171)** | **(30.972)** | **57.130** | **404.880** | **633.866** |
| *Adjusted EBITDA Margin* | | | | | | | | | | -205.3% | -1524.7% | 44.2% | 58.4% | 55.6% |
| *% y-o-y Change* | 160.9% | 249.9% | 294.8% | -54.7% | -54.9% | -19.1% | -8.7% | -5.0% | -5.7% | -54.9% | -18.3% | -284.5% | 608.7% | 56.6% |
| **Other Income (expense), net** | **(8.065)** | **(19.819)** | **(5.383)** | **(7.500)** | **(10.000)** | **(42.702)** | **(12.500)** | **(12.500)** | **(12.500)** | **(12.500)** | **(50.000)** | **(100.000)** | **(160.000)** | **(200.000)** |
| Interest, net | (7.955) | (6.089) | (6.054) | (7.500) | (10.000) | (29.643) | (12.500) | (12.500) | (12.500) | (12.500) | (50.000) | (100.000) | (160.000) | (200.000) |
| Change in Fair Value of Warrants | (0.111) | (13.621) | 0.359 | - | - | (13.262) | - | - | - | - | - | - | - | - |
| Other Income (expense), net | - | (0.109) | 0.312 | - | - | 0.203 | - | - | - | - | - | - | - | - |
| EBT / Income Before Taxes | (56.841) | (30.120) | (15.277) | (17.448) | (19.755) | (82.599) | (21.971) | (21.947) | (21.928) | (19.793) | (85.639) | (64.720) | 179.329 | 342.094 |
| Income Taxes | | | | | | | | | | 1.000 | 1.000 | 14.000 | 40.000 | 60.000 |
| *Effective Tax Rate* | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -5.1% | -1.2% | -21.6% | 22.3% | 17.5% |
| **Net Income** | **(56.841)** | **(30.120)** | **(15.277)** | **(17.448)** | **(19.755)** | **(82.599)** | **(21.971)** | **(21.947)** | **(21.928)** | **(20.793)** | **(86.639)** | **(78.720)** | **139.329** | **282.094** |
| Basic Net Income Per Share (GAAP) | (2.09) | (0.59) | (0.13) | (0.15) | (0.17) | (1.03) | (0.18) | (0.18) | (0.18) | (0.16) | (0.70) | (0.61) | 1.04 | 2.08 |
| **Adjusted Net Income Per Share** | **($2.09)** | **($0.59)** | **($0.13)** | **($0.15)** | **($0.17)** | **($1.03)** | **($0.18)** | **($0.18)** | **($0.18)** | **($0.16)** | **($0.70)** | **($0.61)** | **$1.04** | **$2.08** |
| *% y-o-y change* | | 249.9% | -19.9% | -83.3% | -81.1% | -50.8% | -69.2% | 36.7% | 19.0% | -0.8% | -32.3% | -12.8% | -270.3% | 100.5% |
| Net Income Adjustments | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Basic Average Shares Outstanding | 27.156 | 51.223 | 117.346 | 118.519 | 119.705 | 101.698 | 121.500 | 123.323 | 125.173 | 127.050 | 124.261 | 130.258 | 133.870 | 135.718 |
| Diluted Shares Outstanding | 27.156 | 51.223 | 117.346 | 118.519 | 119.705 | 101.698 | 121.500 | 123.323 | 125.173 | 127.050 | 124.261 | 130.258 | 133.870 | 135.718 |
| **Selected Balance Sheet Items and Statistics** | | | | | | | | | | | | | | |
| **Cash, Equivalents & ST Investments** | $330.574 | $570.084 | $539.006 | $522.145 | $501.811 | $501.811 | $460.109 | $413.609 | $367.136 | $316.425 | $316.425 | $87.084 | $97.325 | $432.996 |
| *Sequential % Change* | | 72.5% | -5.5% | -3.1% | -3.9% | 51.8% | -8.3% | -10.1% | -11.2% | -13.8% | -36.9% | -72.5% | 11.8% | 344.9% |
| *Sequential Absolute Change* | $330.57 | $239.51 | -$31.08 | -$16.86 | -$20.33 | $171.24 | -$41.70 | -$46.50 | -$46.47 | -$50.71 | -$185.39 | -$229.34 | $10.24 | $335.67 |
| **Accounts Receivables** | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $2.031 | $2.031 | $59.064 | $188.346 | $193.766 |
| *DSOs* | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | #DIV/0! | 0.0 | 0.0 | 0.0 | 90.0 | 366.9 | 166.9 | 99.1 | 62.0 |
| **Inventories** | $0.000 | $0.00 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.886 | $0.886 | $14.347 | $46.620 | $53.300 |
| *Inventory Turns* | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | #DIV/0! | 0.0 | 0.0 | 0.0 | 7.5 | 8.5 | 4.2 | 6.1 | 8.8 |
| **Accounts Payable** | $1.06 | $1.48 | $0.60 | $1.69 | $1.60 | $1.60 | $1.36 | $1.29 | $1.23 | $1.11 | $1.11 | $19.13 | $66.04 | $79.95 |
| **Estimated Cash Flows (Operating Activities Only, Does Not Include Financing etc...)** | | | | | | | | | | | | | | |
| Change in Accounts Receivables (Cash Dec.) | - | - | - | - | - | - | - | - | - | (2.031) | (2.031) | (57.033) | (129.282) | (5.420) |
| Change in Accounts Payables (Cash Dec.) | 1.058 | 0.423 | (0.880) | 1.087 | (0.084) | 0.545 | (0.240) | (0.068) | (0.065) | (0.123) | (0.496) | 18.022 | 46.915 | 13.904 |
| Change in Inventories (Cash Dec.) | - | - | - | - | - | - | - | - | - | (0.886) | (0.886) | (13.461) | (32.273) | (6.680) |
| **Estimated Cash from Operating Activities** | (17.953) | (20.568) | (22.414) | (15.861) | (19.334) | (78.177) | (21.702) | (21.500) | (21.473) | (20.711) | (85.385) | (109.341) | 90.241 | 375.671 |
| **Est. Free Cash Flow (CFO minus Capex)** | (44.172) | (54.459) | (30.752) | (16.861) | (20.334) | (122.406) | (41.702) | (46.500) | (46.473) | (50.711) | (185.385) | (229.341) | 10.241 | 335.671 |
| Capital Expenditures | (70.218) | (108.388) | (138.411) | (5.000) | (5.000) | (256.799) | (100.000) | (125.000) | (125.000) | (150.000) | (500.000) | (600.000) | (65.000) | (200.000) |
| Depreciation and amortization | 1.896 | 0.490 | 0.495 | 0.500 | 0.505 | 1.990 | 0.510 | 0.515 | 0.520 | 3.121 | 4.667 | 21.850 | 65.550 | 91.772 |

*Source: Company data, Cowen and Company estimates*

COWEN.COM

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

**Sustainability:**

Our primary inputs to valuation are earnings and earnings growth (P/E and PEG) for the next two years. In cases where GAAP net income includes large, non-cash items (e.g., SBC or intangible amortization), we may use non-GAAP EPS. For companies with an emerging business model, we may use future-year earnings discounted back. As a cross check to an earnings multiple, we may also use a DCF analysis. For situations where earnings are not visible within our forecast horizon, we may use asset values (P/Book, P/TBV).

### Investment Risks

**Sustainability:**

Demand for Sustainable Technology may be strongly influenced by government regulations, subsidies, and mandates as well as the overall health of the global macro economy. Share prices and financial results may be sensitive to policy changes and outcomes may be difficult to predict, due to the political nature of the process.

### Risks To The Price Target

#### Operational Risks

*Production Risk* – PureCycle has not yet finished construction or commenced full scale production of its ultra-pure recycled polypropylene. The purification process is still unproven at large scale, and the timing of production ramps may be variable. There is risk that production delays could lead to not just to lower revenue, but customer cancellations.

*Product Risk* - The success of PureCycle's product is dependent on market acceptance, which will likely be predicated on the company's resin achieving a near virgin like recycled polypropylene resin. If the company is not able to achieve the required color, removed odors or contaminants and/or produce food-safe consumer ready resins they could see customers cancel orders.

Technology Risk – There is a risk that the company could lose the exclusivity of its technology. P&G's licensed its polypropylene patents with several provisions and deliverables. If the company is not able to meet those expectations, they could have to pay higher royalties or may lose the global exclusivity that the license agreement provides.

#### Financial Risks

*Accounting Risk* – PureCycle expects to operate in several global markets, which will require strong internal accounting and reporting controls. There can be no assurances that management will be able to resolve any material weakness that it has identified, and the company may incur higher professional fees in order to further address these issues to the satisfaction of regulators.

*Financing Risk* – PureCycle's business currently incurs an operating loss, which is not anticipated to abate in the short term. Additionally, the company's business plan requires a significant amount of capital. Delays in product launches, lower than expected selling prices, higher input costs or elevated expenses could consume capital at a faster than anticipated rate. PureCycle may need to raise capital in order to fund the business. This could require the company to sell additional equity or issue debt securities that may dilute its stockholders or introduce covenants that may restrict its operations. Depending on macro conditions and the positioning of the business at the time these funds are required, additional funding could be difficult to secure and lead to unfavorable terms.

**COWEN**
EQUITY RESEARCH

PureCycle Technologies
September 23, 2021

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
| --- | --- |
| DNMR | Danimer Scientific |
| PCT | PureCycle Technologies |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC and its affiliates make a market in the stock of PureCycle Technologies and Danimer Scientific securities.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). (See below.) These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact.** Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

The algorithms are sensitive to both **intensity** and **frequency**. Truvalue Labs data contribute an indication of how stakeholder issues and potential controversies may affect a company, based on real-time information. Truvalue assesses positive and negative ESG events contained in unstructured data and assigns a score per topic for each passage based on the magnitude of sentiment. The score reflects not only whether performance is positive or negative, but also how positively or negatively the company is performing on the topic reflected in the datapoint. For example, the algorithms would assign a relatively more negative score to a catastrophic oil spill affecting multiple workers and communities than to a workplace incident that caused a minor injury to one worker. In both cases, the sentiment-based score would be negative, but performance would be evaluated as significantly more negative in the first case than in the second case.

Cowen introduced its own ESG scoring methodology because we believe that existing ratings systems are mostly backward-looking. Data are often supplied by companies and thus are subject to "greenwashing" (i.e., using data selectively to spin a story that is better than it actually is). In addition, most ratings systems generally don't align with SASB, which we think is emerging as a standard on the buy side.

Dynamic Materiality™ is Truvalue Labs' approach acknowledging that companies, industries, and sectors have unique materiality signatures that evolve over time, determined by factors such as shifts in business models, changing consumer preferences, emerging technologies, and new regulations. Dynamic Materiality™ is driven by how stakeholders respond to events, behaviors, and externalities experienced in relation to a company or an industry. This stands in contrast to the view that materiality is relatively static and can be defined by a company. For example, if a company appeared in 100 different sources over a trailing 12-month period, and 30 of the sources were related to the SASB Employee Health & Safety category, the Employee Health & Safety Dynamic Materiality™ would be 30%. Furthermore, 30% of the company's overall score would be driven by the Employee Health and Safety Insight Score.

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**COWEN**
EQUITY RESEARCH

PureCycle Technologies
September 23, 2021

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at September 23, 2021, 06:05 ET. and disseminated at September 23, 2021, 06:05 ET.

**Copyright, User Agreement and other general information related to this report**

© 2021 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

Distribution of Ratings/Investment Banking Services (IB) as of 06/30/21

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|--------|-------|---------------------|-------|----------------------------|
| Buy (a) | 579 | 69.84% | 185 | 31.95% |
| Hold (b) | 241 | 29.07% | 20 | 8.30% |
| Sell (c) | 9 | 1.09% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.

**COWEN**
EQUITY RESEARCH



PureCycle Technologies
September 23, 2021





**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

**COWEN**
EQUITY RESEARCH

PureCycle Technologies
September 23, 2021

# COWEN ESG SCORES

## HOW ARE COWEN'S ESG SCORES CALCULATED?

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). (See below.) These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

### UNIVERSE OF 26 SUSTAINABILITY ISSUES ACROSS 5 AREAS



## HOW DOES THE PROCESS WORK?

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact**. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

The algorithms are sensitive to both **intensity** and **frequency**. Truvalue Labs data contribute an indication of how stakeholder issues and potential controversies may affect a company, based on real-time information. Truvalue assesses positive and negative ESG events contained in unstructured data and assigns a score per topic for each passage based on the magnitude of sentiment. The score reflects not only whether performance is positive or negative, but also how positively or negatively the company is performing on the topic reflected in the datapoint. For example, the algorithms would assign a relatively more negative score to a catastrophic oil spill affecting multiple workers and communities than to a workplace incident that caused a minor injury to one worker. In both cases, the sentiment-based score would be negative, but performance would be evaluated as significantly more negative in the first case than in the second case.

## WHY DO WE BELIEVE THAT OUR APPROACH IS BETTER THAN OTHERS?

Cowen introduced its own ESG scoring methodology because we believe that existing ratings systems are mostly backward-looking. Data are often supplied by companies and thus are subject to "greenwashing" (i.e., using data selectively to spin a story that is better than it actually is). In addition, most ratings systems generally don't align with SASB, which we think is emerging as a standard on the buy side.

## DYNAMIC MATERIALITY™

Dynamic Materiality™ is Truvalue Labs' approach acknowledging that companies, industries, and sectors have unique materiality signatures that evolve over time, determined by factors such as shifts in business models, changing consumer preferences, emerging technologies, and new regulations. Dynamic Materiality™ is driven by how stakeholders respond to events, behaviors, and externalities experienced in relation to a company or an industry. This stands in contrast to the view that materiality is relatively static and can be defined by a company. For example, if a company appeared in 100 different sources over a trailing 12-month period, and 30 of the sources were related to the SASB Employee Health & Safety category, the Employee Health & Safety Dynamic Materiality™ would be 30%. Furthermore, 30% of the company's overall score would be driven by the Employee Health and Safety Insight Score.

**COWEN**
EQUITY RESEARCH

PureCycle Technologies
September 23, 2021



**PureCycle Technologies (PCT) ESG Score History as of 09/23/2021**

ESG performance is scored on a 0 to 100 scale. A score of 50 represents a neutral impact. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A blank chart means the company has an ESG performance score of N/A. A score of N/A means not enough data is available on the company to generate a score.

Source: Truvalue Labs

**COWEN**.COM

**COWEN**
EQUITY RESEARCH

PureCycle Technologies
September 23, 2021

## POINTS OF CONTACT

**Analyst Profiles**



**Thomas Boyes**
New York
646 562 1378
thomas.boyes@cowen.com



**Jeffrey Osborne**
Stamford
646 562 1391
jeffrey.osborne@cowen.com

Thomas Boyes is on the sustainability team covering bioproduct and environmental services. He has a BS in finance from Saint Joseph&rsquo;s University.

Jeff Osborne covers sustainability and mobility technology. He has a BS from Trinity University and an MBA from Wayne State University.

**Reaching Cowen**

### Main U.S. Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**Boston**
Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415 646 7200
800 858 9316

**Atlanta**
3424 Peachtree Road NE
Suite 2200
Atlanta, GA 30326
866 544 7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Washington, D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

### International Location

**Cowen International Limited**

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500



