**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM C. THEODORE,**
**ERSTE ASSET MANAGEMENT**
**GMBH and DAVID**
**TENNENBAUM,**

                    **Plaintiffs,**

**v.**                                          **Case No: 6:21-cv-809-PGB-DAB**

**PURECYCLE TECHNOLOGIES,**
**INC., MICHAEL OTWORTH,**
**TASMIN ETTEFAGH, MICHAEL**
**E. DEE, DAVID BRENNER and**
**BYRON ROTH,**

                    **Defendants.**

---

**ORDER DIRECTING COMPLIANCE**

This case is before the Court upon periodic review. Plaintiffs Erste Asset Management GMBH, and Defendants Byron Roth, David Brenner and Michael E. Dee are directed to file their Certificate of Interested Persons and Corporate Disclosure Statement pursuant to the Initial Case Order (Doc. No. 6) within 14 days from the date of this order. Failure to comply may result in appropriate sanctions being imposed.

**DONE AND ORDERED** at Orlando, Florida, this 25th day of October, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party