# EXHIBIT A

**FDA  U.S. FOOD & DRUG ADMINISTRATION**

FDA Home[3] Food Ingredient & Packaging Inventories[4]Recycled Plastics in Food Packaging[5]Submissions on Post-Consumer Recycled (PCR) Plastics for Food-Contact ArticlesOriginal Search Results

## Submissions on Post-Consumer Recycled (PCR) Plastics for Food-Contact Articles

This is a list of submissions for which FDA issued a favorable opinion on the suitability of a specific process for producing post-consumer recycled (PCR) plastic to be used in the manufacturing of food-contact articles. The list includes the date of our **no objection letter** (NOL), the company that made the request, the subject plastic, whether the recycling process is physical or chemical, and limitations on the conditions of use for the recycled plastic.

Additional information on the safety of recycled plastics in Food Packaging is found at Recycled Plastics in Food Packaging[6].

If a listed process is sublicensed to be used by another manufacturer, there is no need for the sublicensing company to obtain a new favorable opinion letter issued to their name, as long as the recycling process and intended use conditions of recycled plastic are exactly the same as described in the original favorable letter listed on this website. The original favorable opinion letter is applicable to the recycling process that FDA reviewed, regardless of which manufacturer uses it.

Download data[7] from this searchable database in Excel format. If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players[8].

| **Basic Search** | **Advanced Search** | **Field Search** |

**Search:** purecycle        Show Items  Clear  ☐ Search within these results

**Records Found: 1**        **Page 1 of**

| Recycle Number (sorted Z-A) | Date of NOL | Company | Polymer | Use Limitations | Recycling Process |
|---|---|---|---|---|---|
| 277 | Sep 6, 2022 | PureCycle Technologies LLC | Polypropylene (PP) | Articles in contact with all types of food under Conditions of Use E through G, provided the PCR-PP material comes from drink cups and complies with all applicable authorizations. | Physical |

If a listed process is sublicensed to be used by another manufacturer, there is no need for the sublicensing company to obtain a new favorable opinion letter issued to their name, as long as the recycling process and intended use conditions of recycled plastic are exactly the same as described in the original favorable letter listed on this website. The original favorable opinion letter is applicable to the recycling process that FDA reviewed, regardless of which manufacturer uses it.

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. https://www.fda.gov/
4. https://www.fda.gov/food/food-ingredients-packaging/food-ingredient-and-packaging-inventories
5. https://www.fda.gov/food/packaging-food-contact-substances-fcs/recycled-plastics-food-packaging

Case 6:21-cv-00809-PGB-RMN    Document 150-1    Filed 07/14/23    Page 3 of 3 PageID
5820

6. https://www.fda.gov/food/packaging-food-contact-substances-fcs/recycled-plastics-food-packaging

7. cfc/XMLService.cfc?method=downloadxls&set=RecycledPlastics

8. http://www.fda.gov/AboutFDA/AboutThisWebsite/WebsitePolicies/ViewingFiles/default.htm

Page Last Updated: 07/11/2023

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسى | English

Accessibility Contact FDA Vulnerability Disclosure Policy Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

     

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of **Health & Human Services**

**Links on this page:**