**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WILLIAM C. THEODORE,
ERSTE ASSET MANAGEMENT
GMBH and DAVID
TENNENBAUM,

    **Plaintiffs,**

v.         **Case No: 6:21-cv-809-PGB-RMN**

PURECYCLE TECHNOLOGIES,
INC., MICHAEL OTWORTH,
MICHAEL E. DEE, DAVID
BRENNER and BYRON ROTH,

    **Defendants.**
           /

## ORDER

   This cause is before the Court on the Case Management Report filed by the parties (Doc. 153). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer and advise the Court on the selection of a mediator within fourteen (14) days from the date of this Order.

   **DONE** and **ORDERED** in Orlando, Florida, on 26th day of July 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record