**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| WILLIAM C. THEODORE, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | Case No. 6:21-cv-809-PGB-GJK |
| PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL E. DEE, DAVID BRENNER, BYRON ROTH and TASMIN ETTEFAGH, | |
| Defendants. | |

**RESPONSE TO ORDER TO SHOW CAUSE**

Lead Plaintiffs Robert Ciecko and Marius Ciecko, by and through their undersigned attorneys, respond to the Court's January 17, 2024 Order to Show Cause (ECF No. 177).

The Parties met and conferred to determine a date for mediation with JAMS ADR mediator Jed D. Melnick, Esq. prior to the issuance of the December 21, 2023 Amended Scheduling Order (ECF No. 170) and agreed upon a mediation date of February 26, 2024. Plaintiffs submitted a notice informing the Court of the mediation date on January 17, 2024 (ECF No. 178) ("Notice") immediately following the filing of the Court's Order to Show Cause.  Plaintiffs respectfully request that the Court accept the Notice, filed late due to a clerical error, given that the Parties had already agreed upon a mediation date prior to the filing of the Amended Scheduling Order.

Dated:  January 19, 2024

POMERANTZ LLP

By:     /s/  Tamar A. Weinrib
        Tamar A. Weinrib
        600 Third Avenue, 20th Floor
        New York, NY 10016
        (646) 581-9973
        taweinrib@pomlaw.com

        *Counsel for Plaintiffs Robert Ciecko and
        Marius Ciecko*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2024, the foregoing Response to Order to Show Cause was filed and served via the Court's CM/ECF system.

*/s/ Tamar A. Weinrib*
Tamar A. Weinrib
