**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

|  |  |
|---|---|
| WILLIAM C. THEODORE, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL E. DEE, DAVID BRENNER, and BYRON ROTH,<br><br>               Defendants. | Case No. 6:21-cv-809-PGB-RMN |

**DECLARATION OF JONI S. JACOBSEN IN SUPPORT OF DEFENDANTS'
OPPOSITION TO LEAD PLAINTIFFS' AMENDED MOTION FOR CLASS
CERTIFICATION AND APPOINTMENT AS CLASS REPRESENTATIVES**

Joni S. Jacobsen declares under penalty of perjury:

1. I am a member of the Illinois Bar admitted *pro hac vice* to practice before this Court and a partner with the law firm Dechert LLP, Counsel for Defendants PureCycle Technologies, Inc. ("PCT"), Michael Otworth, Michael E. Dee, and David Brenner. I submit this Declaration in support of Defendants' Opposition to Lead Plaintiffs' Amended Motion for Class Certification and Appointment as Class Representatives.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of René M. Stulz, Ph.D., including Appendices A-C and Exhibits 1-26, dated January 23, 2024.

1

3. Attached hereto as Exhibit 2 is a true and correct copy of the PureCycle Technologies LLC ("PureCycle LLC"), Press Release, dated April 21, 2021.

4. Attached hereto as Exhibit 3 is a true and correct copy of a report titled "PureCycle: The Latest Zero-Revenue ESG SPAC Charade, Sponsored By The Worst Of Wall Street" published by Hindenburg Research, LLC ("Hindenburg Report"), dated May 6, 2021, available at https://hindenburgresearch.com/purecycle/.

5. Attached hereto as Exhibit 4 is a true and correct copy of the PCT, Form 10-Q, dated November 10, 2021.

6. Attached hereto as Exhibit 5 is a true and correct copy of the PCT, Form 8-K, dated April 26, 2022.

7. Attached hereto as Exhibit 6 is a true and correct copy of the PureCycle LLC, Press Release, dated November 16, 2020.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Roth CH Acquisition I Co. ("ROCH"), Form 8-K, dated November 16, 2020.

9. Attached hereto as Exhibit 8 is a true and correct copy of the ROCH, Schedule 14A, November 16, 2020.

10. Attached hereto as Exhibit 9 is a true and correct copy of the ROCH, Form S-4, dated November 20, 2020.

11. Attached hereto as Exhibit 10 is a true and correct copy of the ROCH, Schedule 14A, February 12, 2021.

2

12. Attached hereto as Exhibit 11 is a true and correct copy of the deposition transcript of Robert Ciecko, dated December 7, 2023.

13. Attached hereto as Exhibit 12 is a true and correct copy of the deposition transcript of Mariusz Ciecko, dated December 12, 2023.

14. Attached hereto as Exhibit 13 is a true and correct copy of the PureCycle LLC, Prospectus (Form 424(b)(3)), dated February 21, 2021.

15. Attached hereto as Exhibit 14 is a true and correct copy of Plaintiffs' first document production reflecting Plaintiffs' trade of PCT and ROCH securities, produced by Plaintiffs as CIECKO000001-CIECKO000021.

16. Attached hereto as Exhibit 15 is a true and correct copy of the raw data information related to PCT stock prices from May 5, 2021 to June 23, 2021, obtained from Yahoo! Finance and available at https://tinyurl.com/28d8dnx7.

17. Attached hereto as Exhibit 16 is a true and correct copy of the deposition transcript of Matthew D. Cain, dated January 8, 2024.

18. Attached hereto as Exhibit 17 is a true and correct copy of a chart of PCT stock prices from June 11, 2020 to December 6, 2023, obtained from Nasdaq.com.

19. Attached hereto as Exhibit 18 is a true and correct copy of an article titled "Wasson Enterprise and Innventure Form New Joint Venture to Commercialize Innovative Technologies" published by PR Newswire Association LLC, dated April 21, 2017, available at http://tinyurl.com/45n7j7uj.

Dated: January 23, 2024                    **DECHERT LLP**

By:    /s/ *Joni S. Jacobsen*
       Joni S. Jacobsen