# EXHIBIT 7

8-K 1 tm2034234-1_8k.htm FORM 8-K

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**Form 8-K**

**Current Report**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**November 16, 2020**
Date of Report (Date of earliest event reported)

# **Roth CH Acquisition I Co.**

(Exact Name of Registrant as Specified in its Charter)

| **Delaware** | **001-39282** | **83-3584792** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| **888 San Clemente Drive, Suite 400** **Newport Beach, CA** | **92660** |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

Registrant's telephone number, including area code: **(949) 720-5700**

N/A
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☒ Written communications pursuant to Rule 425 under the Securities Act

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock | ROCH | The Nasdaq Stock Market LLC |
| Warrants | ROCHW | The Nasdaq Stock Market LLC |
| Units | ROCHU | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR §230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR §240.12b-2).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Case 6:21-cv-00809-PGB-RMN   Document 183-8   Filed 01/28/24   Page 3 of 67 PageID
6567

**Item 1.01. Entry into a Material Definitive Agreement**

On November 16, 2020, Roth CH Acquisition I Co., a Delaware corporation ("ROCH"), Roth CH Acquisition I Co. Parent Corp., a Delaware corporation ("ParentCo"), Roth CH Merger Sub LLC, a Delaware limited liability company ("Merger Sub LLC"), Roth CH Merger Sub Corp., a Delaware corporation ("Merger Sub Corp") and PureCycle Technologies LLC, a Delaware limited liability company ("PCT"), entered into an agreement and plan of merger (the "Merger Agreement") pursuant to which ROCH will acquire PCT for consideration of a combination of shares in ParentCo and assumption of indebtedness (as further explained below). The terms of the Merger Agreement, which contains customary representations and warranties, covenants, closing conditions and other terms relating to the mergers and the other transactions contemplated thereby, are summarized below. Capitalized terms used in this Current Report on Form 8-K but not otherwise defined herein have the meanings given to them in the Merger Agreement.

**The Merger Agreement**

**Structure of the Transaction**

The acquisition is structured as a "double dummy" transaction, resulting in the following:

(a)     Each of ParentCo, Merger Sub Corp and Merger Sub LLC are newly formed entities that were formed for the sole purpose of entering into and consummating the transactions set forth in the Merger Agreement. ParentCo is a wholly-owned direct subsidiary of ROCH and both Merger Sub LLC and Merger Sub Corp are wholly-owned direct subsidiaries of ParentCo.

(b)     Upon Closing: (i) Merger Sub Corp will merge with and into ROCH (the "RH Merger"), with ROCH surviving the RH Merger as a wholly owned subsidiary of ParentCo (the "ROCH Surviving Company"); (ii) simultaneously with the RH Merger, Merger Sub LLC will merge with and into PCT (the "PCT Merger"), with PCT surviving the PCT Merger as a wholly-owned subsidiary of ParentCo (the "PCT Surviving Company"); and (iii) following the PCT Merger, ParentCo will contribute to the PCT Surviving Company the proceeds of the PIPE Placement (as defined below), other than the par value of the ROCH Common Stock, which will have been disbursed to ROCH, within two days following the Closing. ROCH Surviving Company will acquire, and ParentCo will contribute to ROCH Surviving Company (the "ParentCo Contribution") all units of the PCT Surviving Company directly held by ParentCo after the PCT Merger, such that, following the ParentCo Contribution, the PCT Surviving Company will be a wholly-owned subsidiary of the ROCH Surviving Company (together with the RH Merger, the PCT Merger and the other transactions related thereto, the "Proposed Transactions").

(c)     Prior to or contemporaneously with the execution of the Merger Agreement, several investors entered into certain subscription or unit purchase agreements (collectively, the "Subscription Agreements"), pursuant to which such investors purchased (in the case of membership units of PCT) and agreed to purchase (in the case of ROCH Common Stock) (i) membership units of PCT at an effective price per ParentCo Common Share (as defined below) of approximately $8.35 per share for an aggregate cash amount of approximately $60 million, and (ii) at Closing, ROCH Common Stock at a purchase price of $10.00 per share, for an aggregate cash amount of $250 million, in each case to be exchanged for shares of ParentCo common stock, par value $0.001 per share ("ParentCo Common Shares") in the Proposed Transactions.

(d)     In addition, contemporaneously with the execution of the Merger Agreement, (i) certain holders of PCT's membership units ("PCT Securityholders") representing at least 70% of PCT's outstanding membership interests entered into a Company Support Agreement (the "Company Support Agreement"), pursuant to which such PCT Securityholders agreed, among other things, to approve the Merger Agreement and the Proposed Transactions, and (ii) certain holders of ROCH's common stock, par value $0.0001 per share ("ROCH Common Stock"), entered into a Founder Support Agreement (the "Founder Support Agreement"), pursuant to which, among other things, such holders of ROCH Common Stock agreed to approve the Merger Agreement and the Proposed Transactions.

At the Closing of the transactions contemplated by the Merger Agreement, certain PCT Securityholders representing at least 70% of PCT's outstanding membership interests and certain holders of ROCH Common Stock will also enter into an Investor Rights Agreement (the "Investor Rights Agreement"), which is a closing condition of the parties to consummate the Proposed Transactions. Pursuant to the Investor Rights Agreement, such PCT Securityholders have agreed to vote in favor of two board designees nominated by a majority of such holders of ROCH Common Stock for a period of two years following the Closing Date (the "IRA Designees"), provided that in the event a majority of the holders of the Pre-PIPE Shares (as defined below) choose to select one of the IRA Designees, the majority of such holders of ROCH Common Stock will select one of the IRA Designees and such holders of the Pre-PIPE Shares will select the other. The holders of the Pre-PIPE Shares may continue to select an IRA Designee until they no longer hold 10% or more of the outstanding ParentCo Common Shares. Such PCT Securityholders have also agreed, subject to certain exceptions, not to transfer ParentCo Common Shares received as PCT Merger Consideration (as defined below) except as follows:

- From and after the six-month anniversary of the Closing Date, each Founder (as defined in the Merger Agreement) may sell up to 20% of such Founder's ParentCo Common Shares and each PCT Securityholder that is not a Founder may sell up to 33.34% of such PCT Securityholder's ParentCo Common Shares.
- From and after the one-year anniversary of the Closing Date, each Founder may sell up to an additional 30% of such Founder's ParentCo Common Shares and each PCT Securityholder that is not a Founder may sell up to an additional 33.33% of such PCT Securityholder's ParentCo Common Shares.

- From and after the Ironton, Ohio plant becoming operational, as certified by an independent engineering firm, each Founder may sell up to an additional 50% of such Founder's ParentCo Common Shares and each PCT Securityholder that is not a Founder may sell up to an additional 33.33% of such PCT Securityholder's shares of ParentCo Common Shares.

**Consideration**

The aggregate consideration payable to the PCT Securityholders for the Proposed Transactions (the "PCT Merger Consideration") consists of ParentCo Common Shares issued on the Closing Date (the "Share Consideration"), up to 4,000,000 additional ParentCo Common Shares upon the achievement of certain targets (the "Earnout Shares") and the assumption of all indebtedness related to (a) the Limited Offering Memorandum, dated September 23, 2020 (in connection with the bond offering by Southern Ohio Port Authority to PureCycle: Ohio LLC) and (b) the convertible senior notes and certain other indebtedness used to fund the construction of an industrial process facility in Ironton, Ohio (collectively, the "Construction Indebtedness") of PCT as of the Closing Date (the "Assumed Indebtedness").

*(a) Closing Share Consideration*

The Share Consideration for PCT Securityholders is the number of shares of ParentCo Common Shares equal to the quotient of: (i) $835,000,000 divided by (ii) $10.00, subject to adjustment as set forth in Section 2.3 of the Merger Agreement.

ROCH Common Stock, warrants and units issued and outstanding immediately prior to the consummation of the Proposed Transactions will be exchanged for ParentCo securities on a one-for-one basis.

*(b) Contingency Consideration*

As a part of the overall PCT Merger Consideration, the PCT Securityholders may be issued up to 4,000,000 additional Earnout Shares. Each of Target Price Earnout Shares (the "Target Price Shares") and Ironton plant Earnout Shares (the "Ironton Shares"), consist of 2,000,000 ParentCo Common Shares. The PCT Securityholders will be entitled to the Target Price Shares if, starting six months after the Closing Date and prior to or as of the third anniversary of the Closing Date, the closing price of the ParentCo Common Shares is greater than or equal to $18.00 over any 20 trading days within any 30-trading day period. The PCT Securityholders will be entitled to the Ironton Shares upon the Ironton, Ohio plant becoming operational, as certified by an independent engineering firm in accordance with criteria established in connection with the incurrence of the Construction Indebtedness.

Upon the first Change in Control to occur during the Earnout Period (as defined in the Merger Agreement), if the price per share paid or payable to the stockholders of ParentCo in connection with such Change in Control is equal to or greater than $18.00, ParentCo will issue the Target Price Shares. Upon the first Change in Control (substituting "80%" for "50%" in the definition thereof) to occur during the Earnout Period (as defined in the Merger Agreement), if the price per share paid or payable to the stockholders of ParentCo in connection with such Change in Control is equal to or greater than $10.00 per share, ParentCo will issue the Ironton Shares.

**Proxy Statement/Prospectus and Stockholder Meeting**

As promptly as practicable after the date of the Merger Agreement, (i) ROCH will prepare and file with the Securities and Exchange Commission (the "SEC") the proxy statement/prospectus (as amended or supplemented from time to time, the "Proxy Statement/Prospectus") to be sent to the stockholders of ROCH soliciting proxies from such stockholders to obtain the Acquiror Stockholder Approval (as defined in the Merger Agreement) at the meeting of ROCH's stockholders and (ii) ParentCo and ROCH will prepare and file with the SEC a registration statement on Form S-4 or such other applicable form (the "Form S-4"), in which the Proxy Statement/Prospectus will be included as a prospectus, in connection with the registration under the Securities Act of 1933, as amended (the "Securities Act"), of the ParentCo securities issuable in connection with the Proposed Transactions.

**Closing**

The Closing will be on a date to be specified by ROCH and PCT, but in no event later than two Business Days following the satisfaction or waiver of all of the closing conditions. It is expected that the Closing will occur in the first quarter of 2021.

**Representations, Warranties and Covenants**

The Merger Agreement contains customary representations, warranties and covenants of (a) PCT and (b) ParentCo, ROCH, Merger Sub Corp and Merger Sub LLC relating to, among other things, their ability and authority to enter into the Merger Agreement and their capitalization.

**Conditions to Closing**

*General Conditions*

The obligation of the parties to consummate the Proposed Transactions is conditioned on, among other things, the satisfaction or waiver (where permissible) by ROCH and PCT of the following conditions, (a) the stockholders of ROCH have approved and adopted the ROCH Stockholder Approval; (b) absence of a Closing Legal Impediment (as defined in the Merger Agreement); (c) the waiting period for the HSR Filing has expired or been terminated; (d) after giving effect to all redemptions of ROCH Public Shares pursuant to the Offer, the net tangible assets held by ROCH in the aggregate shall be equal to at least $5,000,001; (e) the ParentCo Common Shares shall have been approved for listing on the Nasdaq Capital Market; (f) the Form S-4 has been effective and no stop order suspending the effectiveness of the Form S-4 is in effect and no proceedings for that purpose is pending before or threatened by the SEC; and (g) the PIPE Placement has been consummated pursuant to the applicable Subscription Agreements.

*ParentCo, ROCH, Merger Sub Corp and Merger Sub LLC Conditions to Closing*

The obligations of ParentCo, ROCH, Merger Sub Corp and Merger Sub LLC to consummate the Proposed Transactions are subject to the satisfaction or waiver by ROCH (where permissible) of, among others, the following additional conditions:

- The (i) Fundamental Representations are true and correct in all material respects at and as of the Closing Date as though such Fundamental Representations were made at and as of the Closing Date (other than in the case of any representation or warranty that by its terms addresses matters only as of another specified date, which shall be so true and correct only as of such specified date), except to the extent of changes or developments contemplated by the terms of the Merger Agreement and (ii) representations and warranties set forth in Article III (other than the Fundamental Representations), without giving effect to materiality, Material Adverse Effect or similar qualifications, are true and correct in all respects at and as of the Closing Date as though such representations and warranties were made at and as of the Closing Date (other than in the case of any representation or warranty that by its terms addresses matters only as of another specified date, which will be so true and correct only as of such specified date), except to the extent (A) of changes or developments contemplated by the terms of the Merger Agreement and (B) the failure of such representations and warranties to be true and correct would not reasonably be expected to have, individually or in the aggregate, a Material Adverse Effect (the "PCT Representation Condition").
- PCT shall have performed or complied in all material respects with all agreements and covenants required by the Merger Agreement to be performed or complied with by it on or prior to the consummation of the PCT Merger (the "PCT Covenant Condition").
- There has been no event that is continuing that would, individually or in the aggregate, reasonably be expected to have a Material Adverse Effect (the "PCT MAE Condition").
- PCT shall have delivered to ROCH a certificate, dated the Closing Date, signed by the chief executive officer or the chief financial officer of PCT, certifying as to the satisfaction of the PCT Representation Condition, the PCT Covenant Condition and the PCT MAE Condition (as it relates to PCT).
- PCT shall have delivered a certificate, signed by an officer of PCT, certifying that true, complete and correct copies of the Organizational Documents of PCT and each of its Subsidiaries, as in effect on the Closing Date, are attached to such certificate.
- PCT shall have delivered to ROCH a certificate, dated the Closing Date, signed by the Secretary of PCT certifying as to the resolutions of PCT's Board of Directors and the requisite PCT Securityholders authorizing and approving the Proposed Transactions.
- PCT shall have delivered, or cause to be delivered, to ROCH and ParentCo counterpart signatures of at least 70% of the PCT Securityholders to execute the Investor Rights Agreement.

*PCT Conditions to Closing*

The obligations of PCT to consummate the Proposed Transactions are subject to the satisfaction or waiver (where permissible) by PCT, among others, of the following additional conditions:

- The representations and warranties of the Acquiror Parties set forth in the Merger Agreement are true and correct in all material respects, as of its date and as of the Closing Date, except (i) to the extent of changes or developments contemplated by the terms of the Merger Agreement and (ii) for such representations and warranties that speak as of a specific date or time (which need be true and correct only as of such date or time) (the "ROCH Representation Condition").
- Each of ParentCo, ROCH, Merger Sub Corp and Merger Sub LLC, respectively, shall have performed or complied in

all material respects with all agreements and covenants required by the Merger Agreement to be performed or complied with by it on or prior to the consummation of the PCT Merger (the "ROCH Covenant Condition").

- There has been no event that is continuing that would individually, or in the aggregate, reasonably be expected to have an Acquiror Material Adverse Effect (the "ROCH MAE Condition").
- ROCH shall have delivered to PCT a certificate, dated the Closing Date, signed by an authorized officer of ROCH, certifying as to the satisfaction of the ROCH Representation Condition, the ROCH Covenant Condition and the ROCH MAE Condition.
- ROCH shall have delivered to PCT, dated the Closing Date, signed by the Secretary of ROCH certifying as to the resolutions of ParentCo's, ROCH's, Merger Sub Corp's and Merger Sub LLC's respective board of directors unanimously authorizing and approving the Proposed Transactions and respective stockholders or members, as applicable, authorizing and approving the Proposed Transactions.
- The individuals set forth on an exhibit to the Merger Agreement shall have been appointed to the board of directors of ParentCo effective as of the Closing.
- ROCH and ParentCo shall have delivered to PCT a counterpart signature of the Investor Rights Agreement executed by ParentCo.
- The Available Cash shall be equal to or greater than $250,000,000.
- ParentCo shall have delivered a joinder to the Note Purchase Agreement, dated as of October 6, 2020, by and between PCT and the entities listed on Schedule A thereto.
- Except for shares of ROCH Common Stock issued pursuant to the Subscription Agreements, from the date of the Merger Agreement through the Closing, no shares of ROCH Common Stock shall have been issued to any Person in an amount or on terms other than those approved with the prior written consent of PCT.

**Termination**

The Merger Agreement may be terminated at any time by PCT or ROCH, respectively, as follows:

(a) By ROCH or PCT, if (i) ROCH and PCT provide mutual written consent; (ii) the RH Merger does not occur on or before May 31, 2021 (the "Outside Date") (provided, however, that the right to terminate the Merger Agreement under the clause described in this section (ii) will not be available to a party if the inability to satisfy such conditions was due to the failure of such party to perform any of its obligations under the Merger Agreement; (iii) if any Closing Legal Impediment (as defined in the Merger Agreement) is in effect and has become final and nonappealable; or (iv) if the ROCH Stockholder Approval is not adopted and approved.

(b) By PCT if (i) the covenants provided in Section 7.3 and Section 7.4 of the Merger Agreement are not fulfilled as provided therein or (ii) ROCH's board of directors or any committee thereof has withdrawn or modified, or publicly proposed or resolved to withdraw or modify in a manner adverse to PCT, the recommendation of ROCH's board of directors that the ROCH stockholders vote in favor of the Voting Matters.

(c) By PCT upon written notice to ROCH, in the event of a breach of any representation, warranty, covenant or agreement on the part of the Acquiror Parties, such that the conditions specified in Section 8.3 of the Merger Agreement would not be satisfied at the Closing, and which, (i) with respect to any such breach that is capable of being cured, is not cured by the Acquiror Parties within 30 days after receipt of written notice thereof, or (ii) is incapable of being cured prior to the Outside Date; provided, that PCT will not have the right to terminate if it is then in breach of any of its representations, warranties, covenants or agreements set forth in the Merger Agreement.

(d) By ROCH upon written notice to PCT, in the event of a breach of any representation, warranty, covenant or agreement on the part of PCT, such that the conditions specified in Section 8.2 of the Merger Agreement would not be satisfied at the Closing, and which, (i) with respect to any such breach that is capable of being cured, is not cured by PCT within 30 days after receipt of written notice thereof, or (ii) is incapable of being cured prior to the Outside Date; provided, that ROCH will not have the right to terminate the Merger Agreement if it is then in breach of any of its representations, warranties, covenants or agreements set forth in the Merger Agreement or if PCT has filed (and is then pursuing) an action seeking specific performance.

A copy of the Merger Agreement is filed with this Current Report on Form 8-K as Exhibit 2.1 and is incorporated herein by reference. The foregoing description of the Merger Agreement is qualified in its entirety by reference to the full text of the Merger Agreement filed with this Current Report on Form 8-K. The Merger Agreement is included to provide investors and security holders with information regarding its terms. It is not intended to provide any other factual information about ROCH, PCT or the other parties thereto. In particular, the assertions embodied in representations and warranties by PCT, ParentCo, ROCH, Merger Sub Corp and Merger Sub LLC contained in the Merger Agreement are qualified by information in the disclosure schedules provided by the parties in connection with the signing of the Merger Agreement. These disclosure schedules contain information that modifies, qualifies and creates exceptions to the representations and warranties set forth in the Merger Agreement. Moreover, certain representations and warranties in the Merger Agreement were used for the purpose of allocating risk between the parties, rather than establishing matters as

facts. Accordingly, investors and security holders should not rely on the representations and warranties in the Merger Agreement as characterizations of the actual state of facts about PCT, ParentCo, ROCH, Merger Sub Corp and Merger Sub LLC.

**Founder Support Agreement**

Contemporaneously with the execution of the Merger Agreement, certain holders of the ROCH Common Stock entered into the Founder Support Agreement, pursuant to which such holders agreed to approve the Merger Agreement and the Proposed Transactions.

The foregoing description of the Founder Support Agreement is qualified in its entirety by reference to the full text of Founder Support Agreement, a copy of which is included as Exhibit 10.1 to this Current Report on Form 8-K, and incorporated herein by reference.

**Company Support Agreement**

Contemporaneously with the execution of the Merger Agreement, certain PCT Securityholders entered into the Company Support Agreement, pursuant to which such PCT Securityholders agreed to approve the Merger Agreement and the Proposed Transactions.

The foregoing description of the Company Support Agreement is qualified in its entirety by reference to the full text of Company Support Agreement, a copy of which is included as Exhibit 10.2 to this Current Report on Form 8-K, and incorporated herein by reference.

**Subscription Agreements and PIPE Registration Rights Agreements**

In connection with the Proposed Transactions, accredited investors (each a "Subscriber") (i) have purchased prior to the date of the Merger Agreement membership units of PCT at an effective price per ParentCo Common Share of approximately $8.35 per share for an aggregate cash amount of approximately $60 million (the "Pre-PIPE Shares") in a private placement (the "Pre-PIPE Placement") and (ii) have committed to purchase, on a transitory basis simultaneously with the consummation of the Proposed Transactions, shares of ROCH Common Stock at a purchase price of $10.00 per share for an aggregate cash amount of $250 million (the "PIPE Shares") in a private placement (the "PIPE Placement"), all of which will be exchanged for ParentCo Common Shares in connection with the Closing. Certain offering related expenses are payable by ROCH and PCT, including customary fees payable to the placement agents: Craig-Hallum, Oppenheimer & Co. and Roth Capital Partners, LLC. Such commitments have been made by way of the Subscription Agreements, by and among each Subscriber and PCT or ROCH, as the case may be. The purpose of the sale of the Pre-PIPE Shares and the PIPE Shares is to raise additional capital for use in connection with the PCT business and the Proposed Transactions and, in the case of the PIPE Shares, to meet the minimum cash requirements provided in the Merger Agreement. The Subscription Agreements for the PIPE Placement were entered into contemporaneously with the execution of the Merger Agreement and that the proceeds to be deposited into escrow by the Subscribers will be released to ParentCo (other than the par value of the PIPE Shares, which will be released to ROCH) in connection with the issuance of ParentCo Common Shares as part of the RH Merger concurrent with the closing of the Proposed Transactions.

The PIPE Shares are identical to the shares of ROCH Common Stock that will be held by ROCH's public stockholders at the time of the Closing, other than the PIPE Shares, when initially issued by ROCH in connection with the PIPE Closing, may not be registered with the SEC.

The closing of the sale of PIPE Shares (the "PIPE Closing") will be contingent upon the substantially concurrent consummation of the Proposed Transactions. The PIPE Closing will occur on the date of and simultaneously with the consummation of the RH Merger. The PIPE Closing will be subject to customary conditions, including:

- ParentCo's initial listing application with the Nasdaq Capital Market in connection with the Proposed Transactions shall have been approved and, immediately following the Closing, ParentCo shall satisfy any applicable initial and continuing listing requirements of the Nasdaq Capital Market and ParentCo shall not have received any notice of non-compliance therewith, and the ParentCo Common Shares shall have been approved for listing on the Nasdaq Capital Market;
- all representations and warranties of ROCH and the Subscriber contained in the relevant Subscription Agreement shall be true and correct in all material respects (other than representations and warranties that are qualified as to materiality or Material Adverse Effect (as defined in the Subscription Agreements)), which representations and warranties shall be true in all respects) at, and as of, the PIPE Closing; and
- as of the Closing Date, there has been no material adverse change in the business, properties, financial condition, stockholders' equity or results of operations of ROCH and its subsidiaries taken as a whole since the date of the Subscription Agreement (other than the election by holders of the ROCH Class A Common Stock to exercise

Case 6:21-cv-00809-PGB-RMN Document 183-8 Filed 01/23/24 Page 13 of 67 PageID 6577

redemption rights in connection with the special meeting of ROCH's stockholders to approve the Proposed Transactions).

- all conditions precedent to the Closing of the Proposed Transactions, including the approval by ROCH's stockholders, shall have been satisfied or waived.

Each applicable Subscription Agreement will terminate upon the earlier to occur of (w) such date and time as the Merger Agreement is terminated in accordance with its terms, (x) upon the mutual written agreement of each of the parties to such Subscription Agreement, (y) any of the conditions to the PIPE Closing are not satisfied or waived on or prior to the PIPE Closing and, as a result thereof, the transactions contemplated by such Subscription Agreement are not consummated at the PIPE Closing or (z) May 31, 2021.

Pursuant to the Subscription Agreements and PIPE Registration Rights Agreement, ROCH agreed to file (at ROCH's sole cost and expense) a registration statement registering the resale of the ParentCo Common Shares issuable in respect of the Pre-PIPE Shares and the PIPE Shares (the "PIPE Resale Registration Statement") with the Securities and Exchange Commission (the "SEC") no later than the 10th calendar day following the date the ROCH first files the Proxy Statement/Prospectus with the SEC, unless such shares will be the subject of registration under the Proxy Statement/Prospectus in the Form S-4. ROCH will use its commercially reasonable efforts to have the PIPE Resale Registration Statement declared effective at the same time that ROCH has cleared comments with the SEC on the Proxy Statement/Prospectus, but no later than the 60th calendar day following the Closing Date (or, in the event the SEC notifies ROCH that it will "review" the PIPE Resale Registration Statement, the 90th calendar day following the date thereof) (the "Effectiveness Date").

Under certain circumstances, additional payments by ROCH or ParentCo (as applicable) may be assessed with respect to the Pre-Pipe Shares and PIPE Shares in the event that (i) the PIPE Resale Registration Statement has not been filed with the SEC by the closing date; (ii) the PIPE Resale Registration Statement has not been declared effective by the SEC by the Effectiveness Date; (iii) the PIPE Resale Registration Statement is declared effective by the SEC but thereafter ceases to be effective or is suspended for more than fifteen (15) consecutive calendar days or more than an aggregate of twenty (20) calendar days (which need not be consecutive calendar days) during any 12-month period; or (iv) ROCH or ParentCo (as applicable) fails for any reason to satisfy the current public information requirement under Rule 144(c) under the Securities Act of 1933, as amended (the "Securities Act") and the Pre-Pipe Shares and PIPE Shares are not then registered for resale under the Securities Act during the period commencing from the twelve (12) month anniversary of the closing and ending at such time that all of the Pre-Pipe Shares and PIPE Shares may be sold without the requirement for ROCH or ParentCo (as applicable) to be in compliance with Rule 144(c)(1) under the Securities Act and otherwise without restriction or limitation pursuant to Rule 144 under the Securities Act. The additional payments by ROCH or ParentCo (as applicable) will accrue on the applicable Pre-Pipe Shares and PIPE Shares at a rate of 1.0% of the aggregate purchase price paid for such shares per month, subject to certain terms and limitations (including a cap of 6.0% of the aggregate purchase price paid for such shares pursuant to the Subscription Agreements).

The foregoing descriptions of the Subscription Agreements (in the case of the PIPE Shares) and the PIPE Registration Rights Agreement are qualified in their entirety by reference to the full text of the Form of the Subscription Agreement and the Form of PIPE Registration Rights Agreement, copies of which are included as Exhibits 10.3 and 10.4, respectively, to this Current Report on Form 8-K, and incorporated herein by reference.

## Item 3.02. Unregistered Sales of Equity Securities.

The disclosure set forth above in Item 1.01 of this Current Report on Form 8-K under the heading "Subscription Agreements and PIPE Registration Rights Agreements" is incorporated by reference herein. The PIPE Shares that may be issued in connection with the applicable Subscription Agreements will not be registered under the Securities Act in reliance on the exemption from registration provided by Section 4(a)(2) of the Securities Act and/or Regulation D promulgated thereunder.

## Item 7.01. Regulation FD Disclosure.

On November 16, 2020, ROCH and PCT issued a joint press release announcing the execution of the Merger Agreement. A copy of the press release, which includes a link to a presentation containing additional information regarding the Proposed Transactions, is attached hereto as Exhibit 99.1 and incorporated herein by reference. Such exhibit and the information set forth therein shall not be deemed to be filed for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise be subject to the liabilities of that section, nor shall it be deemed to be incorporated by reference in any filing under the Securities Act, or the Exchange Act.

Attached as Exhibit 99.2 to this Current Report on Form 8-K and incorporated herein by reference is the form of presentation to be used by ROCH in presentations for certain of ROCH's securityholders and other persons. Such exhibits and the information set forth therein shall not be deemed to be filed for purposes of Section 18 of the Exchange Act, or otherwise be subject to the liabilities of that section, nor shall it be deemed to be incorporated by reference in any filing under the Securities Act or the Exchange Act.

## Additional Information

In connection with the Proposed Transactions, ParentCo intends to file with the SEC a registration statement on Form S-4 that will include a proxy statement for the stockholders of ROCH that also constitutes a prospectus of ParentCo. ROCH urges investors, stockholders and other interested persons to read, when available, the preliminary proxy statement/prospectus as well as other documents filed with the SEC because these documents will contain important information about ROCH, ParentCo, PCT and the Proposed Transactions. After the registration statement is declared effective, the definitive proxy statement/prospectus to be included in

the registration statement will be mailed to stockholders of ROCH as of a record date to be established for voting on the Proposed Transactions. Stockholders will also be able to obtain a copy of the proxy statement/prospectus, without charge by directing a request to: Roth CH Acquisition I Co., 888 San Clemente Drive, Suite 400, Newport Beach, CA 92660. The preliminary and definitive proxy statement/prospectus to be included in the registration statement, once available, can also be obtained, without charge, at the SEC's website (www.sec.gov).

## Participants in the Solicitation

ROCH, ParentCo, PCT and their respective directors and executive officers may be considered participants in the solicitation of proxies with respect to the Proposed Transactions under the rules of the SEC. Information about the directors and executive officers of ROCH is set forth in ROCH's Prospectus relating to its initial public offering (the "IPO Prospectus"), which was filed with the SEC on May 6, 2020. Information regarding the persons who may, under the rules of the SEC, be deemed participants in the solicitation of the stockholders in connection with the Proposed Transactions will be set forth in the proxy statement/prospectus when it is filed with the SEC. These documents can be obtained free of charge from the sources indicated above.

## Non-Solicitation

This Current Report on Form 8-K is not a proxy statement or solicitation of a proxy, consent or authorization with respect to any securities or in respect of the Proposed Transactions and shall not constitute an offer to sell or a solicitation of an offer to buy the securities of ROCH, ParentCo or PCT, nor shall there be any sale of any such securities in any state or jurisdiction in which such offer, solicitation, or sale would be unlawful prior to registration or qualification under the securities laws of such state or jurisdiction. No offer of securities shall be made except by means of a definitive prospectus meeting the requirements of the Securities Act.

## Forward-Looking Statements

This Current Report on Form 8-K and the attachments hereto contain forward-looking statements for purposes of the safe harbor provisions under the United States Private Securities Litigation Reform Act of 1995, including statements about the parties' ability to close the Proposed Transactions, the anticipated benefits of the Proposed Transactions, and the financial condition, results of operations, earnings outlook and prospects of ROCH and/or PCT and may include statements for the period following the consummation of the Proposed Transactions. In addition, any statements that refer to projections (including EBITDA, EBITDA margin and revenue projections), forecasts or other characterizations of future events or circumstances, including any underlying assumptions, are forward-looking statements. Forward-looking statements are typically identified by words such as "plan," "believe," "expect," "anticipate," "intend," "outlook," "estimate," "forecast," "project," "continue," "could," "may," "might," "possible," "potential," "predict," "should," "would" and other similar words and expressions, but the absence of these words does not mean that a statement is not forward-looking.

The forward-looking statements are based on the current expectations of the management of ROCH and PCT as applicable and are inherently subject to uncertainties and changes in circumstances and their potential effects and speak only as of the date of such statement. There can be no assurance that future developments will be those that have been anticipated. These forward-looking statements involve a number of risks, uncertainties or other assumptions that may cause actual results or performance to be materially different from those expressed or implied by these forward-looking statements. These risks and uncertainties include, but are not limited to those discussed and identified in public filings made with the SEC by ROCH and the following:

- PCT's ability to meet, and to continue to meet, applicable regulatory requirements for the use of PCT's UPRP in food grade applications;
- PCT's ability to comply on an ongoing basis with the numerous regulatory requirements applicable to the UPRP and PCT's facilities;
- expectations regarding PCT's strategies and future financial performance, including its future business plans or objectives, prospective performance and opportunities and competitors, revenues, products and services, pricing, operating expenses, market trends, liquidity, cash flows and uses of cash, capital expenditures, and PCT's ability to invest in growth initiatives and pursue acquisition opportunities;
- PCT's ability to scale and build Plant 1 in a timely and cost-effective manner;
- the implementation, market acceptance and success of PCT's business model and growth strategy;
- the success or profitability of PCT's offtake arrangements;
- PCT's future capital requirements and sources and uses of cash;
- PCT's ability to obtain funding for its operations and future growth;
- developments and projections relating to PCT's competitors and industry;
- the occurrence of any event, change or other circumstances that could give rise to the termination of the Merger Agreement;
- the outcome of any legal proceedings that may be instituted against ROCH or PCT following announcement of the Merger Agreement and the transactions contemplated therein;
- the inability to complete the Proposed Transactions due to, among other things, the failure to obtain ROCH stockholder approval or ROCH's inability to obtain the financing necessary to consummate the Proposed Transactions;
- the risk that the announcement and consummation of the Proposed Transactions disrupts PCT's current plans;

Case 6:21-cv-00809-PGB-RMN   Document 183-8   Filed 01/23/24   Page 17 of 67 PageID 6581

- the ability to recognize the anticipated benefits of the Proposed Transactions;
- unexpected costs related to the Proposed Transactions;

- the amount of any redemptions by existing holders of ROCH Common Stock being greater than expected;
- limited liquidity and trading of ROCH's securities;
- geopolitical risk and changes in applicable laws or regulations;
- the possibility that ROCH and/or PCT may be adversely affected by other economic, business, and/or competitive factors;
- operational risk;
- risk that the COVID-19 pandemic, and local, state, and federal responses to addressing the pandemic may have an adverse effect on our business operations, as well as our financial condition and results of operations; and
- the risks that the consummation of the Proposed Transactions is substantially delayed or does not occur.

Should one or more of these risks or uncertainties materialize or should any of the assumptions made by the management of ROCH and PCT prove incorrect, actual results may vary in material respects from those projected in these forward-looking statements.

All subsequent written and oral forward-looking statements concerning the Proposed Transactions or other matters addressed in this Current Report on Form 8-K and attributable to ROCH, PCT or any person acting on their behalf are expressly qualified in their entirety by the cautionary statements contained or referred to in this Current Report on Form 8-K. Except to the extent required by applicable law or regulation, ROCH and PCT undertake no obligation to update these forward-looking statements to reflect events or circumstances after the date of Current Report on Form 8-K to reflect the occurrence of unanticipated events.

**Non-GAAP Financial Measure and Related Information**

This Current Report on Form 8-K references EBITDA and EBITDA margin, which are financial measures that are not prepared in accordance with U.S. generally accepted accounting principles ("GAAP"). These non-GAAP financial measures do not have a standardized meaning, and the definition of EBITDA used by PCT may be different from other, similarly named non-GAAP measures used by others. In addition, such financial information is unaudited and does not conform to SEC Regulation S-X and as a result such information may be presented differently in future filings by PCT with the SEC.

**Item 9.01. Financial Statements and Exhibits.**

| Exhibit No. | Description |
| --- | --- |
| 2.1 | Agreement and Plan of Merger, dated as of November 16, 2020, by and among Roth CH Acquisition I Co., Roth CH Acquisition I Co. Parent Corp., Roth CH Merger Sub Corp., Roth CH Merger Sub, LLC and PureCycle Technologies, LLC |
| 10.1 | Founder Support Agreement, dated as of November 16, 2020, by and among Roth CH Acquisition I Co., PureCycle Technologies, LLC and founding stockholders of Roth CH Acquisition I Co. |
| 10.2 | Company Support Agreement, dated as of November 16, 2020, by and among PureCycle Technologies, LLC, Roth CH Acquisition I Co. and founding members of PureCycle Technologies, LLC |
| 10.3 | Form of Subscription Agreement for the PIPE Placement |
| 10.4 | Form of PIPE Registration Rights Agreement |
| 99.1 | Press Release, dated November 16, 2020 |
| 99.2 | Investor Presentation dated November 2020 |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated: November 16, 2020

ROTH CH ACQUISITION I CO.

By:     /s/ Byron Roth

Name: Byron Roth
Title:   Chief Executive Officer

**Exhibit 99.2**



# Disclaimer

This presentation (this "Presentation") is provided for information purposes only and has been prepared to assist interested parties in making their own evaluation with respect to a potential business combination between Roth CH Acquisition I Co. ("ROCH") and PureCycle Technologies ("PureCycle" or the "Company") and related transactions (the "Proposed Business Combination") and for no other purpose.

No representations or warranties, express or implied are given in, or in respect of, this Presentation. To the fullest extent permitted by law in no circumstances will ROCH, PureCycle or any of their respective subsidiaries, stockholders, affiliates, representatives, partners, directors, officers, employees, advisers or agents be responsible or liable for any direct, indirect or consequential loss or loss of profit arising from the use of this Presentation, its contents, its omissions, reliance on the information contained within it, or on opinions communicated in relation thereto or otherwise arising in connection therewith. Industry and market data used in this Presentation have been obtained from third-party industry publications and sources as well as from research reports prepared for other purposes. Neither ROCH nor PureCycle has independently verified the data obtained from these sources and cannot assure you of the data's accuracy or completeness. This data is subject to change. In addition, this Presentation does not purport to be all-inclusive or to contain all of the information that may be required to make a full analysis of PureCycle or the Proposed Business Combination. Viewers of this Presentation should each make their own evaluation of PureCycle and of the relevance and adequacy of the information and should make such other investigations as they deem necessary.

### Forward Looking Statements

Certain statements included in this Presentation that are not historical facts are forward-looking statements for purposes of the safe harbor provisions under the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements generally are accompanied by words such as "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "should," "would," "plan," "predict," "potential," "seem," "seek," "future," "outlook," "model," "target," "goal," and similar expressions that predict or indicate future events or trends or that are not statements of historical matters. These forward-looking statements include, but are not limited to, statements regarding estimates and forecasts of other financial and performance metrics and projections of market opportunity. These statements are based on various assumptions, whether or not identified in this Presentation, and on the current expectations of ROCH's and PureCycle's management and are not predictions of actual performance. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on by any investor as, a guarantee, an assurance, a prediction or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions. Many actual events and circumstances are beyond the control of ROCH and PureCycle. These forward-looking statements are subject to a number of risks and uncertainties, including changes in domestic and foreign business, market, financial, political and legal conditions; the inability of the parties to successfully or timely consummate the Proposed Business Combination, including the risk that any required regulatory approvals are not obtained, are delayed or are subject to unanticipated conditions that could adversely affect the combined company or the expected benefits of the Proposed Business Combination or that the approval of the stockholders of ROCH or PureCycle is not obtained; failure to realize the anticipated benefits of the Proposed Business Combination; risks relating to the uncertainty of the projected financial information with respect to PureCycle; risks related to the organic and inorganic growth of PureCycle's business and the timing of expected business milestones; the effects of competition on PureCycle's future business; the amount of redemption requests made by ROCH's stockholders; the ability of ROCH or the combined company to issue equity or equity-linked securities or obtain debt financing in connection with the Proposed Business Combination or in the future, and those factors discussed in ROCH's final prospectus dated May 4, 2020 under the heading "Risk Factors," and other documents of ROCH filed, or to be filed, with the Securities and Exchange Commission ("SEC"). If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. There may be additional risks that neither ROCH nor PureCycle presently know or that ROCH and PureCycle currently believe are immaterial that could also cause actual results to differ from those contained in the forward-looking statements. In addition, forward-looking statements reflect ROCH's and PureCycle's expectations, plans or forecasts of future events and views as of the date of this Presentation. ROCH and PureCycle anticipate that subsequent events and developments will cause ROCH's and PureCycle's assessments to change. However, while ROCH and PureCycle may elect to update these forward-looking statements at some point in the future, ROCH and PureCycle specifically disclaim any obligation to do so. These forward-looking statements should not be relied upon as representing ROCH's and PureCycle's assessments as of any date subsequent to the date of this Presentation. Accordingly, undue reliance should not be placed upon the forward-looking statements.

### Use of Projections

This Presentation contains projected financial information with respect to PureCycle. Such projected financial information constitutes forward-looking information, and is for illustrative purposes only and should not be relied upon as necessarily being indicative of future results. The assumptions and estimates underlying such financial forecast information are inherently uncertain and are subject to a wide variety of significant business, economic, competitive and other risks and uncertainties. See "Forward-Looking Statements" above. Actual results may differ materially from the results contemplated by the financial forecast information contained in this Presentation, and the inclusion of such information in this Presentation should not be regarded as a representation by any person that the results reflected in such forecasts will be achieved.



2

# Disclaimer (Cont.)

**Financial Information; Non-GAAP Financial Measures**

The financial information and data contained in this Presentation is unaudited and does not conform to Regulation S-X. Accordingly, such information and data may not be included in, may be adjusted in or may be presented differently in, any proxy statement/prospectus or registration statement to be filed by ROCH with the SEC, and such differences may be material. In particular, all PureCycle projected financial information included herein is preliminary and subject to risks and uncertainties. Any variation between PureCycle's actual results and the projected financial information included herein may be material.

Some of the financial information and data contained in this Presentation, such as EBITDA and Unlevered Free Cash Flow, have not been prepared in accordance with United States generally accepted accounting principles ("GAAP"). ROCH and PureCycle believe that the use of these non-GAAP financial measures provides an additional tool for investors to use in evaluating historical or projected operating results and trends in and in comparing PureCycle's financial measures with other similar companies, many of which present similar non-GAAP financial measures to investors. Management does not consider these non-GAAP measures in isolation or as an alternative to financial measures determined in accordance with GAAP. The principal limitation of these non-GAAP financial measures is that they exclude significant expenses and revenue that are required by GAAP to be recorded in PureCycle's financial statements. In addition, they are subject to inherent limitations as they reflect the exercise of judgments by management about which expense and revenue items are excluded or included in determining these non-GAAP financial measures. In order to compensate for these limitations, management presents historical non-GAAP financial measures in connection with GAAP results. You should review PureCycle's audited financial statements, which will be included in the Proxy Statement (as defined below). However, not all of the information necessary for a quantitative reconciliation of the forward-looking non-GAAP financial measures to the most directly comparable GAAP financial measures is available without unreasonable efforts at this time.

**Important Information About the Proposed Business Combination and Where to Find It**

In connection with the Proposed Business Combination, ROCH intends to file a proxy statement (the "Proxy Statement") with the SEC, which will be distributed to holders of ROCH's common stock in connection with ROCH's solicitation of proxies for the vote by ROCH's stockholders with respect to the Proposed Business Combination and other matters as described in the Proxy Statement. ROCH will mail a definitive proxy statement, when available, to its stockholders. INVESTORS AND SECURITY HOLDERS ARE URGED TO READ THE PROXY STATEMENT, ANY AMENDMENTS THERETO AND ANY OTHER DOCUMENTS FILED WITH THE SEC CAREFULLY AND IN THEIR ENTIRETY WHEN THEY BECOME AVAILABLE BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION ABOUT ROCH, PURECYCLE AND THE PROPOSED BUSINESS COMBINATION. Investors and security holders may obtain free copies of the preliminary proxy statement and definitive proxy statement (when available) and other documents filed with the SEC by ROCH through the website maintained by the SEC at http://www.sec.gov, or by directing a request to ROCH at 888 San Clemente Drive, Suite 400, Newport Beach, CA 92660.

INVESTMENT IN ANY SECURITIES DESCRIBED HEREIN HAS NOT BEEN APPROVED OR DISAPPROVED BY THE SEC OR ANY OTHER REGULATORY AUTHORITY NOR HAS ANY AUTHORITY PASSED UPON OR ENDORSED THE MERITS OF THE OFFERING OR THE ACCURACY OR ADEQUACY OF THE INFORMATION CONTAINED HEREIN. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

**Participants in the Solicitation**

ROCH and PureCycle and their respective directors and certain of their respective executive officers and other members of management and employees may be considered participants in the solicitation of proxies with respect to the Proposed Business Combination. Information about the directors and executive officers of ROCH is set forth in its final prospectus dated May 4, 2020. Additional information regarding the participants in the proxy solicitation and a description of their direct and indirect interests, by security holdings or otherwise, will be included in the proxy statement/prospectus and other relevant materials to be filed with the SEC regarding the Proposed Business Combination when they become available. Stockholders, potential investors and other interested persons should read the proxy statement/prospectus carefully when it becomes available before making any voting or investment decisions. You may obtain free copies of these documents as indicated above.

**No Offer or Solicitation**

This Presentation shall not constitute an offer to sell or the solicitation of an offer to buy any securities, nor shall there be any sale of securities in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction. No offering of securities will be made except by means of a prospectus meeting the requirements of the Securities Act of 1933, as amended, or an exemption therefrom.

**Trademarks**

This Presentation contains trademarks, service marks, trade names and copyrights of ROCH, PureCycle and other companies, which are property of their respective owners.



3

## Proposed Transaction Summary

### Transaction Overview

- PureCycle Technologies LLC ("PureCycle" or "PCT") and Roth CH Acquisition I Co. ("ROCH") executed a merger agreement to enter into a business combination

- Target merger close by Q1 2021

- Post-close, a parent company of PureCycle ("PureCycle Parent") will be a publicly-listed company (Nasdaq: PCT)

### Financials and Valuation

- The transaction contemplates a post-money equity value of $1.2 billion

- Existing PureCycle shareholders are rolling 100% of their equity as part of the business combination

- PureCycle shareholders are expected to receive approximately 71% of PureCycle Parent's pro forma equity at pricing and $12M of proceeds will be used to repay existing indebtedness

- In connection with the business combination, PureCycle Parent is pursuing a PIPE, which in combination with cash in trust, will total ~$327M ($250M PIPE, $77M cash in trust[1])

### Capital Structure

- The transaction will result in ~$667M of cash on the balance sheet (including debt proceeds and a $60M private placement signed prior to merger announcement) to fund:

  – Start-up development costs and partial equity contribution for plants 2-7

  – General corporate expenses, including expanding the workforce to identify new plant opportunities, explore partnerships with suppliers and customers and other business development, R&D and regional scaling efforts

- The transaction will be funded by ROCH SPAC cash held in a trust account and a PIPE, a portion of which will be funded by strategic investors

 1 Assumes no existing ROCH shareholders exercise redemption rights

4

## Introducing The Presenters

### PureCycle Technologies, LLC



**MIKE OTWORTH**
**CHIEF EXECUTIVE OFFICER**

- 23+ years of experience leading and scaling early-stage companies

- Seasoned entrepreneur with proven track record of founding, capitalizing start-ups



Green Ocean Innovation    XL TECHGROUP



**MICHAEL DEE**
**CHIEF FINANCIAL OFFICER**

- Nearly 3 decades of public markets, corporate finance, private equity and M&A experience

- Former CFO of Graf Industrial




Morgan Stanley    GRAF

TEMASEK HOLDINGS    AIIB | ASIAN INFRASTRUCTURE INVESTMENT BANK



**DAVID BRENNER**
**CHIEF COMMERCIAL OFFICER**

- 10+ years of experience leading transformational projects across a wide range of industries

- First PureCycle hire; developed and implemented offtake and feedstock strategy

    

Deloitte.    CGI    stryker



5

## Introducing PureCycle Technologies



# PureCycle is Unlocking an Unpenetrated and Massive Market

*The only proven and economically-viable method of recycling polypropylene to virgin-quality*

| The Opportunity | Significant Progress and Achievements |
|---|---|
| *Polypropylene (PP) is an untapped 170B+ lb annual global market* | ✓ Seven years of R&D and $100M invested to date – on track to begin commercial sales in Q4 2022, 10 years after technology development |
| | ✓ Significant amount of capital raised to fund future plant construction – $250M municipal bond offering, $90 million in equity private placements, and up to $60M convertible notes complete; $250M PIPE expected to close by Q1 2021 |
| *PP is extremely difficult to recycle, resulting in just 1% of PP recycled today[1]* | ✓ Proprietary and unique technology obtained through license partnership with P&G |
| | ✓ Backing from blue-chip, global strategic investors and offtake partners (e.g., P&G, TOTAL, Milliken & Company, L'Oreal, Aptar, Ravago, Glockner Enterprises, Wasson Enterprise, and BMW i Ventures) |
| *PureCycle's patented proprietary process technology uniquely recycles PP back to virgin-quality* | ✓ 100% of Plant 1 required feedstock supply secured (3 years contracted, with successive 1-year renewable terms providing duration of 20 years) |
| | ✓ Offtake production volume secured for nearly 2x the annual output of Plant 1; premium pricing yields 50%+ EBITDA margins |

### No Other Technologies Can Efficiently Address Polypropylene Recycling at Scale

1 https://www.azocleantech.com/article.aspx?ArticleID=240



7

# History and Background





# The Current Challenges with Polypropylene ("PP")







**Enormous demand for polypropylene**

Global PP demand to exceed 200B pounds by 2024

**Polypropylene doesn't break down**

Can remain in our food chain, and in our water streams

**<1% recycling rate**

Less than 1% of PP is collected and mechanically recycled today vs. nearly 20% of polyethylene terephthalate (PET)[1]

**Limited uses when mechanically recycled**

Mechanically recycled PP is grey or black, odorous and non-food grade – low value output. Virgin resin is required for use in consumer applications

**Pollution**

Waste PP ends up in our landfills and our environment, creating a long-term problem











1 OECD May 2018, Improving Markets for Recycled Plastics: Trends, Prospects and Policy Responses (Policy Highlights)

9

## Despite Representing 28% of the World's Polymer Demand, Less Than 1% of Polypropylene is Recycled

**Polypropylene is the Largest Global Market[1]**



167 Billion Pounds of Annual PP Demand

**Global Polypropylene Demand is Growing Rapidly[2]**

*(lbs in bn)*



**Very Low Polypropylene Recycling Rates Today[3]**

*(% of Global Waste Recycled Today)*



1 IHS Markit Polypropylene World Analysis, October 2019
2 MORE Recycling July 2019, 2017 National Post-Consumer Non-Bottle Rigid Plastic Recycling Report
3 OECD May 2018, Improving Markets for Recycled Plastics: Trends, Prospects and Policy Responses (Policy Highlights)

 **PURECYCLE** TECHNOLOGIES

10

# Increasing Focus from Regulators, Consumers and Other Stakeholders on Immediate Need for Recycling Solutions

*Consumers and governments are demanding more sustainable plastic solutions to reduce post-consumer waste generation*

### Global Regulatory Environment Forming[1]



**US**

- California becomes the first U.S. state to implement a partial ban on plastic straws
- Seattle becomes the first U.S. city to ban plastic straws and utensils
- New York bans all single-use, plastic carryout bags at any point of sale in the state



**India**

- Pledge to eliminate all single-use plastic in the country by 2022, with an immediate ban in urban Delhi



**EU**

- By 2030 all plastic packaging produced and sold in Europe should be reusable or recyclable
- Select single-use plastics banned by 2021, and 90% collection target for plastic bottles by 2029

**Chile**

- Ratified a bill that bans retail use of plastic bags across the country

**UK**

- 25-year plan to eliminate plastic waste, including banning microbeads, plastic straws, plastic-free aisles and reducing plastic bottle usage



- Kenya joins more than 40 other countries including China, the Netherlands and France that have introduced taxes on bags or limited / prohibited their use




1 Public global policy research websites





11

# PureCycle Provides a Solution to a Massive Plastic Waste Problem

*PureCycle's revolutionary recycling technology addresses increasing consumer demand and requirements for recycled content*

Traditional, Mechanical Polypropylene Recycling Process is Limited to Low-Value Uses

 Traditional, Mechanical Recycling Process →  →    → Limited Use Odorous Opaque Color

PureCycle's Recycling Process Produces Virgin-Quality Resin That is Suitable for High-Value, Food Grade Consumer Products[1]


Virgin Quality Clear Color Near Odorless Food Grade

- PureCycle's purification process and resulting product quality have been tested and validated by P&G, prospective customers and 3rd party engineering specialists

- Unique, patented process separates colors, odors and contaminants through a physical purification process, allowing for a broader range of feedstock than traditional recycling

- Provides customers 100% recycled content without compromising appearance, purity or performance

- Well positioned to meet consumer demand for recycled content and global sustainability mandates

- Significant time and cost barriers to entry for potential competitors

1 Pending FDA letter of no objection

## Polypropylene Recycling Process Comparison

| | PureCycle | Mechanical | Chemical |
|---|---|---|---|
| End-Use Applications | High-Value | Low-Value | Low-Value |
| Low Cost / Energy Use | ✓ | ✓ | ✗ |
| Contaminant Free | ✓ | ✗ | ✗ |
| Potential Food Grade Applications | ✓ | ✗ | ✗ |



12



# PureCycle UPRP is Interchangeable with Virgin Polypropylene

*PureCycle's exclusive resin purification process produces near virgin-quality UPRP resin using waste polypropylene feedstock, effectively closing the recycling loop for polypropylene applications*

## Resin Quality and Characteristics

|  | YELLOWNESS INDEX VALUE | OPACITY (CONTRAST RATIO) | ODORLESS | CONTAMINANT FREE | MELT FLOW INDEX (G/10 MIN) | PRIMARY INPUT MATERIAL | PRICING PREMIUM |
|---|---|---|---|---|---|---|---|
| **PureCycle UPRP Resin** | ≤ 20 | < 20% | ✓ | ✓ | Variable by Feedstock (Plant 1: 10 - 55) | *Waste / Reclaimed Polypropylene* | ✓ |
| **Virgin PP Resin** | 0 | < 10% | ✓ | ✓ | < 1 to > 100 | *Polymer Grade Propylene* | ✗ |

## Key Polypropylene Resin End Markets[1]

| | Market Size ($B) | CAGR ('18E – '22E) | PureCycle UPRP Resin | Traditional |
|---|---|---|---|---|
| **Packaging & Consumer** | $19 | 6.6% | | |
| **Electronics & Appliances** | $10 | 6.1% | | |
| **Automotive** | $14 | 7.1% | | |
| **Building & Construction** | $9 | 5.9% | | |
| **Agriculture** | $2 | 5.9% | | |

**PURECYCLE** TECHNOLOGIES

1 Grand View Research and Markets and Markets

13

# Established and Growing Roster of Global, Blue-Chip Customers

*Broad global awareness of PureCycle has already resulted in attractive offtake agreements*

### Strong Interest and Rapidly Growing Customer Base

- Polypropylene is used by industries including consumer packaged goods, electronics, automotive, building & construction and agriculture
- Recycling goals and growing awareness of environmental sustainability require new and innovative solutions
  - Multinational companies are shifting their strategic focus from sustainability as a corporate governance pillar, to sustainability as a key differentiator

| | | |
|---|---|---|
| *Many of PCT's flagship customers have undertaken extensive evaluation of our resin and validated its quality* | *Large multinational CPG companies have already signed attractive long-term offtake agreements with PureCycle* | *Long-term offtake agreements are supported by 200M+ lbs of demand in the form of shorter-term LOIs* |

### Existing PureCycle Customers















14

## Plant Production, License Agreement and Economics Overview



# PureCycle's Process Produces Virgin-Quality PP With Minimal Scaling Risk

## Key Benefits of the Technology

- ✓ All unit operations are well-known and commercially available at scales much larger than required by PureCycle

- ✓ Physical separation/ specialized solvent-based purification process (no chemical reactions are involved)

- ✓ Process operating conditions comparable to current polyolefin (PP and PE) production conditions

- ✓ Consumes less energy and is more cost efficient than producing virgin PP

The PureCycle process can be reutilized many times on the same polypropylene material enabling a true circular economy



16

# Global License Agreement in Place with P&G

## License Exclusivity

- P&G has granted PureCycle a global royalty-bearing license to utilize P&G's intellectual property

- PureCycle has granted P&G a license back to the P&G technology, with a right to sublicense (subject to volume and geographic restrictions)

- PureCycle has a limited right to sublicense the technology to PureCycle affiliates and select third parties with consent

- The licensed IP is tied to the proprietary purification process by which waste polypropylene may be converted to ultra-pure recycled polypropylene

- The license may become non-exclusive if PureCycle fails to make payments or undergoes a change of control without the prior written consent of P&G (change of control provision does not apply to this SPAC merger)

## Royalties

- Royalty rate is a function of time and number of plants built with the specific rate linked on pricing tranches with a royalty rate ceiling

- Royalties are paid to P&G on a semi-annual basis

## Ownership of Process Improvements

- Improvements invented by PureCycle are owned by PureCycle and are licensed back to P&G for the purpose of selling licensed product

- Improvements invented by P&G or jointly by P&G and PureCycle are owned by P&G and licensed to PureCycle

## IP Enforcement

- P&G must enforce its IP against infringers, but if it elects not to prosecute, consents to PureCycle prosecuting and naming P&G as co-plaintiff



17

## PureCycle Satisfied Bond Investor Due Diligence With Comprehensive Offtake, Feedstock and EPC Agreements

### Bond Financing Requirements

**Technology Requirements**
- ✓ Technology Validation
- ✓ Scaling Risk Quantification
- ✓ Infrastructure Evaluation

**Commercial Requirements**
- ✓ Proof of Scale Up
- ✓ 20+ year Feedstock Agreements
- ✓ 20+ year Offtake Agreements
- ✓ Independent Evaluation of technology
  (90+ page public report)



### Highlights

- ✓ Feedstock Evaluation Unit operational July 2019

- ✓ Successfully processed both US and EU feedstocks

- ✓ Produced low, medium, and high grades of PP





18

## Ironton, Ohio Facility (Plant 1) Progress

**Ironton, Ohio Plant Highlights**

- **FEU Operational:** July 2019

- **Phase II Construction Start:** October 2020

- **First Commercial Sale:** 2H 2022

- **Site Size:** 26 acres

- **Annual Production:** 107M lbs

- **Purification Process Contractor:**





 Existing Infrastructure     Feedstock Evaluation Unit    C New Infrastructure

PureCycle has assembled a world class team of engineering and construction expertise who successfully completed the Feedstock Evaluation Unit in 2019



19











## PureCycle is Building a Feedstock Supply Network, Leveraging the 170B+ Pound Annual PP Global Market



**Existing Plant Contracts**

*Plant 1+*

**Traditional Post Consumer**

**Post Industrial Waste**

**Grassroot Campaigns**

*Plant 2+*

### Feedstock Supplier Summary

| Feedstock Type | Feedstock Supplier | Minimum PCT Purchasing Requirement | Volume Under Contract at PCT Option | Total Maximum Volume | %PP |
|---|---|---|---|---|---|
| Rigids Film Fiber | Supplier 1 | 5M | 40M | 40M | 94% - 98% |
| | Supplier 3 | 5M | 40M | 40M | 93% - 99% |
| | Supplier 4 | 40M | 60M | 60M | 94% - 95% |
| | Supplier 5 | 5M | 5M | 20M* | 95% - 98% |
| Fiber | Supplier 2 | 5M | 50M | 50M | 93% - 97% |

- PureCycle's pre-processing is designed to provide maximum flexibility on feedstock selection and optimize the amount of PP that is fed into proprietary purification system
- Plant 1 feedstock volume is contracted for the first 3 years; all feedstock supply agreements include provisions for successive 12-month renewal terms providing duration of 20 years



*Denotes maximum volume at mutual option

21

# Offtake Production Volume Secured for Nearly 2x the Annual Output of Plant 1

### *4x Plant 1's Annual Output is Contracted or Under LOI*

**Offtake Agreements with Blue-Chip Customers Significantly De-Risks Forward Revenues**

- Total minimum annual offtake volume (contracted and LOIs) of ~200M lbs is nearly double Plant 1's nameplate capacity (107M lbs)

- Offtake volume is secured by multi-year contracts (ranging from 3-20 years, with one customer securing volume on a perpetual basis)

|  | Volume (in Millions of Pounds) | | |
| --- | --- | --- | --- |
| Company | Min | Max (at PCT Option) | Initial Term |
| Offtaker 1 | 20 | 60 | 7 Years |
| Offtaker 2 | 15 | 40 | 3 years; automatic renewal at buyer option for 10 years |
| Offtaker 3[1] | 28 | 28 | 4 years or 8 years at buyer's option |
| Strategic Partner 1[2] | 15 | 15 | Perpetual |
| Strategic Partner 2[2] | 5 | 5 | 20 years |
| Strategic Partner 3[2] | 15 | 15 | 10 years |

| | Min | Max |
| --- | --- | --- |
| **Total Volume (M)** | 98 | 163 |
| **Additional Offtake LOIs (M)** | 99 | 250 |
| **Total Offtake Volume (M)** | 197 | 413 |

**Contracted Offtake (in Millions of Pounds)**



1 Offtaker 3 can purchase an additional 10.5M pounds of UPRP at mutual option
2 Purchase of UPRP at Strategic option


PURECYCLE TECHNOLOGIES

22

## Offtake Pricing is Increasingly De-Linked to Commodity Pricing, Eliminating the Risk of Potential Volatility in Oil Markets Over Time

*PureCycle has been receiving increased interest from customers for its UPRP at a significant premium price to commodity polypropylene pricing*

- Offtake pricing is negotiated without correlation to commodity pricing, eliminating the risk of potential volatility in oil markets over time

- Blended pricing for Plant 1 at ~$0.90/lb, and LOIs for future plants have been steadily increasing over time with more recent pricing contracted at $1.50 - $2.00/lb

- Plant 2 blended pricing expected to be above Plant 1 blended pricing based on current negotiations



1 Pricing shown reflects both offtake contracts and LOIs, which may not be indicative of future offtake contract pricing. Quoted pricing before P&G royalty
2 IHS Markit Forecast for Polypropylene



PURECYCLE
TECHNOLOGIES

23

## Multiple Contingencies in Place to De-Risk Construction and Operations

*Plant 1's construction, permits, feedstock contracts and offtake agreements are secured*

| | De-Risked by PureCycle Technologies Through... | |
|---|---|---|
| | **Plant 1** | **Future Plants** |
| **Financing Secured** | ✓ Completed municipal debt financing; phase 2 construction began on October 7 | ✓ Active discussions with partners for potential future plant sites and debt financing sources |
| **Construction Guarantees** | ✓ Comprehensive Financing Structure: EPC Contingency, EPC Liquidated Damages, Project Contingency, Debt Reserve Fund, Performance Guarantee, and Liquidity Reserve | ✓ Reduced capex with construction efficiencies, cluster strategy and simplified financing structure |
| **Technical and Engineering Expertise** | ✓ Koch Modular (Equipment Manufacturer), Mortenson (Owner's Engineer), Denham-Blythe (Site/Infrastructure) and Leidos (Independent Engineer) | ✓ Replicate technology and production process in plants globally (no specialty equipment required) |
| **Feedstock Secured** | ✓ Negotiated multi-year contracts for high quality feedstock | ✓ Feedstock strategy replicated in other markets (optimal types and sourcing methods) |
| **Scale-Up Proven** | ✓ Standardized equipment used in large plants globally<br>✓ Plant 1 equipment is below typical operating scale | ✓ Construction partners operate globally<br>✓ Plant 2 design (107M+ lbs.) is underway |
| **Customers Contracted** | ✓ Secured multi-year offtake obligations and received LOIs for 4x projected annual production | ✓ Significant demand from global customer base with virtually unlimited market opportunity |
| **Technology Validated** | ✓ Plant 1 (FEU) operational, 3rd party validation from Leidos, as well as commercial validation from strategic partners | ✓ Leverage global network of strategic partners and replicate process technology globally |
| **IP Protected** | ✓ P&G-developed polypropylene recycling technology with nine patents secured and four pending<br>✓ PureCycle maintains global rights to the technology for the life of P&G's patents | ✓ Ongoing access to patent estate<br>✓ Continued process improvements and technical knowledge developed and proprietary to PureCycle |



24

## Financial Overview





## Global Rollout Strategy: First Wave and Beyond

*Funding secured for Plant 1 with bond offering closed in October 2020, targeting completion of construction in October 2022*

### Global Rollout Strategy

✓ 50-plant total, most of which will follow the cluster strategy

✓ Replicable technology, production process, and construction provides scalable plant rollout

Initial FEU production line at Plant 1 completed in July 2019 — **2019**

Bond offerings closed October 2020 — **2020**

Commence Plant 2 construction — **2021**

Target Plant 1 Completion — **2022**

4 New Plants Come Online (5 Total) — **2023**

30 Plants Online — **2030**

50 Plants Online — **2035**

### Plant 2 – Europe

✓ Nameplate capacity: 107M lbs/year

✓ Expected to commence construction mid-2021

✓ Pre-construction, engineering work and design in process

✓ Pricing and offtake negotiations underway

✓ Leveraging knowledge and structure from Ironton, Ohio Plant

### Clusters (Five Plants per Cluster)

✓ Nameplate capacity: 165M lbs/year per plant

✓ Received multiple LOIs for cluster plant locations and infrastructure

✓ Modular design enables multiple plants to be constructed on the same site leveraging the same infrastructure and reduced capex

✓ Evaluating potential plant locations





26



# Plant Construction Rollout

*Initial plant development wave to be complete by the second half of 2024 with over 1B lbs of installed UPRP production capacity*

| Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| | 2019 | | | | 2020 | | | | 2021 | | | | 2022 | | | | 2023 | | | | 2024 | |

**Ironton, OH**
Annual Plant Capacity: 107M lbs

Pre-Planning & Design Work, Infrastructure

Plant Build / Commissioning

**Europe**
Annual Plant Capacity: 107M lbs

Pre-Planning & Design Work, Infrastructure

Plant Build / Commissioning

**Cluster 1 (Five Plants)**
Annual Plant Capacity: 165M lbs (825M lbs total)

Pre-Planning, Facility Improvements

Plant Build / Commissioning – Line 1
Plant Build / Commissioning – Line 2
Plant Build / Commissioning – Line 3
Plant Build / Commissioning – Line 4
Plant Build / Commissioning – Line 5

## Cluster Model Efficiencies

- Leverage single team to install five lines
- Pre-existing infrastructure reduces capex
- Concurrent project pre-planning and purchase of long-lead PO's
- Reduced operational costs
- Multiple units covered by single permitting effort

### Pre-Planning, Design Work, Infrastructure, Facility Improvements

- Site selection, permitting and key vendor confirmation
- Environmental mitigation, site planning and earthwork
- Developing process equipment, new buildings and infrastructure

### Line Engineering
- Finalize line-specific designs and purchase long lead items

### Plant Build
- Site construction: steel work, modules, connectivity, utilities, product processing

### Commissioning
- Start up of pre-processing, product handling, utilities, and purification process

**PURECYCLE** TECHNOLOGIES

27





## Financial Projections

*($ in millions, except net revenue / lb)*

| | FY 2020P | FY 2021P | FY 2022P | FY 2023P | FY 2024P | FY 2025P | FY 2026P | FY 2027P |
|---|---|---|---|---|---|---|---|---|
| | | | | **Projections** | | | | |
| Operational Plants | - | - | 1 | 5 | 7 | 10 | 14 | 18 |
| Installed Capacity (mm lbs) | - | - | 119 | 853 | 1,219 | 1,769 | 2,503 | 3,236 |
| Effective Utilization (at 90% uptime) | - | - | 10% | 33% | 86% | 69% | 75% | 80% |
| Production (mm lbs) | - | - | 11 | 255 | 890 | 1,152 | 1,752 | 2,412 |
| **Net Revenue** | - | - | $8 | $224 | $820 | $1,077 | $1,659 | $2,325 |
| *Net Revenue / lb* | - | - | *$0.76* | *$0.88* | *$0.92* | *$0.94* | *$0.95* | *$0.96* |
| Feedstock Cost | - | - | 1 | 36 | 131 | 170 | 255 | 312 |
| Other Variable Costs | - | - | 3 | 52 | 170 | 222 | 342 | 477 |
| Labor | - | - | 1 | 12 | 31 | 39 | 59 | 81 |
| Plant Overhead | - | - | 0 | 2 | 5 | 6 | 10 | 13 |
| **Gross Margin** | - | - | $3 | $121 | $484 | $639 | $993 | $1,442 |
| *Gross Margin (%)* | *NM* | *NM* | *33%* | *54%* | *59%* | *59%* | *60%* | *62%* |
| Plant SG&A | - | - | 0 | 4 | 13 | 16 | 25 | 34 |
| Rent | - | - | 0 | 1 | 3 | 4 | 5 | 7 |
| Corp Expense | 3 | 10 | 14 | 16 | 18 | 19 | 20 | 21 |
| **EBITDA** | ($3) | ($10) | ($12) | $100 | $450 | $601 | $943 | $1,380 |
| *EBITDA Margin (%)* | *NM* | *NM* | *NM* | *45%* | *55%* | *56%* | *57%* | *59%* |
| D&A | - | - | 3 | 31 | 75 | 96 | 142 | 192 |
| **EBIT** | ($3) | ($10) | ($15) | $69 | $375 | $505 | $801 | $1,187 |
| Growth Capital Expenditures | $21 | $266 | $690 | $620 | $598 | $881 | $931 | $949 |
| Maintenance Capital Expenditures | $- | $- | $1 | $9 | $20 | $26 | $38 | $51 |



## Transaction Overview



## Sources & Uses and Pro Forma Equity Ownership[1]

*($ in millions, except SPAC share price)*

- PureCycle Technologies LLC ("PureCycle") to be acquired by Roth CH Acquisition I Co. ("ROCH"), a publicly listed special purpose acquisition vehicle with $76.5M in trust

- Consideration for PureCycle includes 83.5M shares of ROCH common stock (at $10.00/share = $835M) inclusive of a $60M private placement closed prior to merger announcement, plus the assumption of ~$310M of debt[2]

- The transaction includes a $250M common stock PIPE at $10.00/share

- Approximate pro forma market capitalization of $1.2B and enterprise value of $826M

  - Approximately $667M new cash to PureCycle[3]

### Post Transaction Valuation[3]

| | |
|---|---|
| Shares Outstanding | 118.3 |
| Price Per Share | $10.00 |
| Market Capitalization | $1,183 |
| Plus: Debt | $310 |
| Less: Cash | $667 |
| **Enterprise Value** | **$826** |

### Sources & Uses

| Sources | |
|---|---|
| Cash Remaining in Trust | $77 [1] |
| PureCycle Equity Roll | $835 |
| Strategic Investments (PCO) | $35 |
| Debt Financing Proceeds | $310 |
| PIPE - Common | $250 |
| **Total** | **$1,506** |

| Uses | |
|---|---|
| PureCycle Equity Roll | $835 |
| Existing Debt Repayment | $12 |
| Fees & Expenses (Estimated) | $52 [4] |
| Cash to PureCycle | $607 |
| **Total** | **$1,506** |

### Management Lock-Up and Earnout

- Key management and founding shareholders have agreed to lock-up 50% of their shares until plant one commissioning

- Commencing 6 months from close, 2 million share earnout if stock is above $18.00 for 20 out of 30 consecutive trading days within 3 years from close

- 2 million share earnout upon the final commissioning of plant one

### Pro Forma Ownership
(Does Not Include Earnout Shares)

| | Shares | % |
|---|---|---|
| ROCH Sponsor | 2.2 | 1.8% |
| SPAC IPO Investors [1] | 7.7 | 6.5% |
| PIPE Investors | 25.0 | 21.1% |
| PureCycle | 83.5 | 70.6% |
| **Total** | **118.3** | **100.0%** |

#### Warrants Outstanding

| | Shares | Strike |
|---|---|---|
| ROCH Sponsor | 0.2 | $11.50 |
| SPAC IPO Investors | 5.7 | $11.50 |
| **Total** | **5.9** | |





1 Assumes no SPAC shareholder redemptions
2 Debt includes: $220M in senior municipal bonds; $30M in subordinated bonds; $60M convertible note
3 As of 9/30/2020 pro forma for debt financing, strategic investments, private placement, SPAC transaction and PIPE; less debt repayment, fees & expenses
4 Includes fees and expenses from the SPAC and PIPE transaction as well as fees and expenses associated with the debt financing

31

## Operational and Valuation Benchmarking



Source: S&P CapitalIQ as 11/13/2020, Wall St. estimates. PureCycle estimates from Company-provided model



32

# Transaction Priced at a Discount to Peer Multiples



($ in millions)

| | | |
|---|---|---|
| $9,002 / $7,201 | $3,660 / $2,650 | $826 |
| 16x – 20x 2024E EBITDA | Discount Rate: 20% / 16x – 20x 2024E EBITDA | 8.8x 2024E EBITDA |
| **Implied Future Enterprise Value** | **Implied Discounted Enterprise Value** | **Post-Money Enterprise Value** |

~90% Discount

~74% Discount

| Implied EV Based on Comparable Companies' Current Trading Valuation | Transaction Value |
|---|---|

## Summary of Approach

- 8.8x PureCycle's 2024E EBITDA of $450M leads to an Implied Future Enterprise Value of ~$4.0B

  - Projected net debt at 12/31/2023 ($1.2B) is subtracted from the Future Enterprise Value to arrive at a Future Equity Value of $2.7B

  - Future Equity Value is discounted 3.2 years (at 20%) back to 10/31/2020 to arrive at a PV Equity Value of $1.5B less $262M[1] future offering proceeds to arrive at a Discounted PV Equity Value of $1.2B

  - Less pro forma net cash at transaction of $357M leads to a $826M Implied Discounted Enterprise Value

- The applied range of FY + 1 multiples above (16x – 20x) is centered around the median of PureCycle's peer group of ~18x, with sensitivity built in on both the high and low ends

 **PURECYCLE** TECHNOLOGIES    1 Excludes future equity conversion from outstanding convertible note    33

# Sources and Uses of Investment Proceeds

*($ in millions)*

| BOND AND PRE-PIPE ISSUANCE | | | |
|---|---|---|---|
| **SOURCES** | **AMOUNT** | **USES** | **AMOUNT** |
| Senior Debt | $220 | Plant 1 Development | $248 |
| Subordinated Debt | $30 | Capitalized Interest | $55 |
| Convertible Notes | $60 | Debt Service Reserve Fund | $21 |
| Strategic Investments (PCO) | $35 | Cost of Issuance and Original Issue Discount | $27 |
| Private Placement | $60 | PureCycle Operations & General Corporate Purposes | $54 |
| **Total Sources** | **$405** | **Total Uses** | **$405** |

| SPAC / PIPE | | | |
|---|---|---|---|
| **SOURCES** | **AMOUNT** | **USES** | **AMOUNT** |
| SPAC Cash in Trust | $77[1] | Equity Funding Available for Future Plants & Corporate | $240 |
| PIPE | $250 | Liquidity Reserve | $50 |
| | | Existing Debt Repayment | $12 |
| | | Transaction Fees | $25 |
| **Total Sources** | **$327** | **Total Uses** | **$327** |



PURECYCLE TECHNOLOGIES — 1 Assumes no existing ROCH shareholders exercise redemption rights — 34

# Investment Highlights

**1 Proprietary and Proven Technology**

- Only currently proven and economically-viable method of recycling polypropylene to virgin quality
- Proprietary technology developed and patented by Procter & Gamble, globally commercialized by PureCycle

**2 Commercialization Significantly De-Risked**

- Plant 1 volume is completely pre-sold under multi-year offtake contracts; feedstock is 100% contracted for next 20 years
- Plant 1 debt funding is secured with $250M municipal bond and $60M convertible notes



**3 Premium Pricing Locked-In Contracts**

- Premium pricing and low input costs expected to drive 50%+ EBITDA margins
- Pricing uncorrelated to commodity virgin polypropylene and oil prices

**4 Blue Chip Customers, Partners and Strategic Investors**

- Strong continued interest and broad global awareness of PureCycle has already resulted in strategic investments and highly attractive offtake agreements

BMW i Ventures

**5 Significant EBITDA and Highly Attractive Economics**

- Expected EBITDA of $450M by 2024 – Going public at a significant valuation discount to Environmental Services and Process Technologies peers

**PURECYCLE** TECHNOLOGIES

35

Case 6:21-cv-00809-PGB-RMN   Document 183-8   Filed 01/23/24   Page 55 of 67 PageID 6619

https://www.sec.gov/Archives/edgar/data/0001796303/000110465920125417/tm2034234d1_ex99-2.htm

## Appendix



## Future Plant Economics

*($ in millions, except $/lb)*

| | Bond offering for Plant 1 complete | Future Plants realize improved scaling, capital efficiencies and market pricing | | |
| --- | --- | --- | --- | --- |
| | Plant 1 (Ironton, Ohio) | First European Plant | Representative Cluster Plant[1] | Five Plant Cluster |
| **Production Volume (M lbs)** | 107 | 107 | 165 | 825 |
| Gross Revenue | $97 | $107 | $165 | $825 |
| *Average Selling Price ($/lb)* | *$0.90* | *$1.00* | *$1.00* | *$1.00* |
| **EBITDA** | **$48** | **$59** | **$96** | **$479** |
| *EBITDA/lb* | *$0.45* | *$0.55* | *$0.58* | *$0.58* |
| *EBITDA Margin %* | *50.0%* | *54.9%* | *58.1%* | *58.1%* |
| Maintenance Capex | $3 | $3 | $3 | $14 |
| **Unlevered Free Cash Flow** | **$45** | **$55** | **$93** | **$465** |
| *Development Capex* | *$248* | *$228* | *$219* | *$1,094* |
| *Development Capex/lb* | *$2.31* | *$2.13* | *$1.33* | *$1.33* |
| **Production Timing** | **October 2022** | **June 2023** | **2023/2024** | **2023/2024** |

Note: PureCycle Future Plant Economics based on 2024E financial metrics
1 Representative Cluster Plant assumes 165M lbs capacity or 20% pro rata economics of Five Plant Cluster



PURECYCLE TECHNOLOGIES

37

# Universe of Comparable Companies

Although PureCycle does not have any true comparables, a range of valuation possibilities can be derived from comparing PureCycle's merits to other related businesses and sectors that are well-known by the investment community

*PureCycle conservatively priced at 8.8x EBITDA, with potential for rapid multiple expansion as development plan is successfully executed*





# Bond Summary – Key Takeaways

### Overview

- **$250M (Bonds) - PureCycle raised a total of $250M of debt proceeds to support the development of its first plant in Ohio**
- **$153M (Equity) - $53M in Project Contribution; $60M in fresh equity on October 7; $40M in additional equity by January 31, 2021**
- **Significant interest and participation from a number of blue-chip anchor investors:**

BlackRock.    CAPITAL GROUP®    Goldman Sachs    Invesco    nuveen A TIAA Company    P I M C O    Vanguard®    WHITEHAVEN ASSET MANAGEMENT

### Summary Terms

| | AMOUNT | TERMS | OPTIONAL REDEMPTION |
|---|---|---|---|
| Series 2020A Senior Bonds | $220M | • 6.25% until 12/1/25 for $12M<br>• 6.50% until 12/1/30 for $39M<br>• 7.00% until 12/1/42 for $169M | • Callable @103 beginning 12/1/27 |
| Series 2020B Subordinated Bonds (Tax-Exempt) | $20M | • 10% until 12/1/25 for $10M<br>• 10% until 12/1/27 for $10M | • $10M callable @105 beginning 12/1/20<br>• $10M callable @105 beginning 12/1/24 |
| Series 2020C Subordinated Bonds (Taxable) | $10M | • 13% until 12/1/27 | • Callable @105 beginning 12/1/26 |
| Equity | $100M | • $60M at bond closing and $40M by January 31, 2021<br>• Convertible notes: $48M ($60M at SPAC closing): 5.875% until 10/15/2022 | |

### Key Guaranty Requirements

| October 2020 | January 31, 2021 | July 31, 2021 | January 31, 2022 | January 2024 |
|---|---|---|---|---|
| Bond closing and $60M equity contribution | $40M equity contribution (Complete PureCycle equity contribution) | $50M deposited into DACA account (Liquidity Reserve) | $75M min cash on PureCycle balance sheet (incl. Liquidity Reserve) | $100M min cash on PureCycle balance sheet (incl. Liquidity Reserve) | Expected expiration of guaranty requirements and release of Liquidity Reserve |

- SPAC Transaction Contingency: If the full $250M raise does not close by 1/31/21, $50M deposited into DACA account as Liquidity Reserve and PureCycle would be required to have deposited 1/12th of the shortfall by 1/31/21
- No more than 30% of the $250M SPAC Proceeds can be used as equity for a subsequent plant (no restriction on amounts raised above $250M)

 PURECYCLE TECHNOLOGIES

39

# Favorable Characteristics Compared to Traditional Polypropylene Recycling

*PureCycle's proprietary recycling and purification process delivers clear color, odorless, virgin-quality UPRP expected to be used for high-value food contact grade packaging and various consumer applications*

**Traditional Polypropylene Recycling Processes are Challenging and Have Limited Applications**

## Mechanical Recycling

✕ Low-value output with limited end uses

✕ Unpredictable unit economics due to variability of waste plastic

✕ Low returns and substantial capex required vs. virgin production

## Chemical Recycling

✕ Not commercially viable for consumer-facing PP products due to current economic profile

✕ Complex process changes chemical structure of the polymer

✕ Energy inefficient chemical reactions

## PureCycle UPRP Process Benefits

✓ Physical extraction and purification process uses supercritical fluids and solvents to extract impurities and contaminants

✓ No chemical reactions

✓ Polymer characteristics are not significantly altered or degraded, resulting in continued recyclability

✓ Recognized as a substitute for virgin PP resin with nearly identical properties (i.e., clear color, odorless and contaminant free)

✓ FDA letter of no objection for food contact applications in process

> **High-Value, Virgin-Quality, Clear Color, Food Grade**



**TRADITIONAL** — *Traditional recycling methods produce low-value, opaque industrial applications*

**PURECYCLE** — *PureCycle's process produces high-value, clear color, food grade end-products*

**Polypropylene Recycling Process Comparison**

|  | PureCycle | Mechanical | Chemical |
|---|---|---|---|
| End-Use Applications | High-Value | Low-Value | Low-Value |
| Low Cost / Energy Use | ✓ | ✓ | ✕ |
| Contaminant Free | ✓ | ✕ | ✕ |
| Potential Food Grade Applications | ✓ | ✕ | ✕ |


**PURECYCLE** TECHNOLOGIES

40

# Modular Design for Rapid, Efficient Global Deployment and Scaling

*PureCycle to capture global market with scalable business model and modular plant infrastructure*

Scalable Modular Development from Feedstock Procurement to Plant Construction

FEU will test feedstock and validate supply for all future plants

Fragmented feedstock market allows PureCycle to provide value as an offtake partner and realize attractive pricing

PureCycle's process uses well-known, commercially available, modular equipment

Key equipment and systems for future plants can be procured from preferred vendors globally

Clustering multiple plants on single site provides further efficiencies and accelerates development

## Key Global Scaling Criteria

| | |
|---|---|
| Plant Design & Construction | ✓ |
| Standardized Equipment & Global Providers | ✓ |
| Multinational Customers | ✓ |
| Feedstock Sourcing & Processing | ✓ |
| Global License | ✓ |
| Large, Growing Local PP Markets | ✓ |
| Global, Rising Consumer Demand & Concern | ✓ |

1 Total pounds calculated as annual nameplate output Capacity
2 Includes single OSBL and five 165M lb capacity ISBL lines

## Modularity Allows Capital Efficient Plant Scaling



(Development Capex / LB¹)

| | Plant 1 (Ironton) | Plant 2 (Europe) | Cluster 1² (5 Lines) |
|---|---|---|---|
| | $2.31 | $2.13 | $1.33 |
| Development Capex ($M) | $248 | $228 | $1,094 |
| Nameplate Capacity (M lbs) | 107 | 107 | 825 |



41

# PureCycle's Process Independently Validated

*Quality and characteristics of PureCycle's UPRP resin have been validated by extensive third party and customer testing*

## Leidos Independent Testing

 **Global Leader in Engineering Services, Science and Technology**

- Independent engineer hired by Piper Sandler as part of debt financing to conduct a detailed technology review and prepare an independent engineer's report

- Leidos' analysis for its independent report was conducted in 2017-2020 to support the contemplated Plant 1 debt financing

### Select Conclusions[1]

- *Provided that continued Phase I operation provides information to confirm the final sizing of certain equipment,* **we are of the opinion that the technology for the Phase II Facility is a sound method of removing contaminants from waste polypropylene.**

- *Provided that the Phase II Facility is operated and maintained as currently proposed by the Company,* **the Phase II Facility should be capable of achieving the performance guarantees and meeting the requirements of the currently applicable environmental permits.**

- *The initial* **plant should be capable of an annual production level consistent with its nameplate capacity during mature operations,** *based on feedstock quality*

## PureCycle Recycling Process Externally Validated

 **2014**
- Phasex engaged to continue process design

 **2015**
- Conducted 100+ process tests to support applications for nine total patents, five of which are granted and four of which are pending

 **2018**
- Conducted 300+ optimization tests to form the basis for production plant and FEU design

 **July 2019**
- PureCycle tested and verified 100+ different variations of waste polypropylene feedstock
- FEU production line is in commissioning stage and successfully produced first samples of UPRP resin

 **2020**
- Annual output of Plant 1 completely pre-sold to through multi-year offtake contracts with multinational customers

**PureCycle collaborates with customers to educate, demonstrate and validate the virgin characteristics and quality of their UPRP**

1 Leidos Independent Engineer's Report: It should be noted that the report should be read in its entirety to fully understand the conclusions

 **PURECYCLE** TECHNOLOGIES

42

# PureCycle's Longstanding Partnership with Procter & Gamble

*In August 2017, P&G announced a breakthrough recycling technology that will revolutionize the plastics and recycling industries*





### Press Release Highlights[1]

*"The patented technology was born in P&G labs as one of many innovations with meaningful sustainability benefits. P&G licensed the technology to PureCycle, a portfolio company of Innventure, a Wasson Enterprise Partnership that commercializes disruptive technologies."*

*"Our approach to innovation not only includes products and packaging, but technologies that allow us and others to have a positive impact on our environment. This technology, which can remove virtually all contaminants and colors from used plastic, has the capacity to revolutionize the plastics recycling industry by enabling P&G and companies around the world to tap into sources of recycled plastics that deliver nearly identical performance and properties as virgin materials in a broad range of applications."*

Kathy Fish, P&G's Chief Technology Officer

### The Science and Inspiration Behind the Breakthrough Technology[2]

*"A few years ago, Dr. John Layman, a Senior Scientist in P&G's R&D division at the time…was given the task to increase the amount of recycled plastics used in P&G's products and packaging. After analyzing and testing countless samples of recycled plastics from various suppliers, Layman and the R&D team realized that the poor quality of recycled plastic was the biggest challenge preventing P&G from using more. With the aim to improve recycled plastic quality, they developed a purification technology and worked with Innventure to bring it to life."*

1 P&G press release dated July 20, 2017
2 P&G blog



43

# Plant Financing Strategy

*($ in millions)*

## Future Plant Financing Strategy



| | |
|---|---|
| Plant Financing Strategy | ▪ PureCycle will fund each plant principally with debt financing and on a non-recourse basis<br>▪ Target plant capital structures to have between ~80% to 100% senior debt / project financing<br>▪ Any non-senior debt can include ① PureCycle Equity, ② Plant-Level Equity and/or ③ Plant-Level Subordinated Debt |
| ① PureCycle Equity | ▪ Flexibility to use equity contributions from PureCycle as needed, particularly for early plants<br>▪ Proceeds from SPAC available to accelerate the growth and development of early plants |
| ② Plant-Level Equity | ▪ Utilize strategic partners for individual plant equity contributions<br>▪ Potential for broader cooperation including co-locations, feedstock, offtake, etc. |
| ③ Plant-Level Subordinated Debt | ▪ Lower cost of capital for PureCycle but junior to senior / project debt<br>▪ Utilized in Plant 1 capital structure<br>▪ Successful completion of Plant 1 should increase ability to increase the percentage of debt financing for future plants |

1 Total Uses excludes $50M of SPAC proceeds for liquidity reserve, and assumes no current ROCH stockholders exercise redemption rights
2 Includes 10% of total OSBL cost upfront; remaining OSBL cost spread among five cluster lines
3 Includes financing fees and capitalized interest

## Illustrative Source of Funds (Assuming 80% Debt / 20% Equity)[1]



| | Project Capex | Total Uses |
|---|---|---|
| Plant 1 (Ironton) | $248 | $344 |
| Plant 2 (Europe) | 228 | 279 |
| Cluster Line 1 [2] | 253 | 309 |
| Cluster Line 2 | 210 | 257 |
| Cluster Line 3 | 210 | 257 |
| Cluster Line 4 | 210 | 257 |
| Cluster Line 5 | 210 | 257 |
| **First Wave** | **$1,570** | **$1,961** |

Sources of Capital: Equity 20% / Debt 80%

## Cumulative Development Funding (80% Debt / 20% Equity)[3]



■ Debt
■ Equity Contribution    ($ in billions)

$0.4 (2H20), $0.7 (1H21), $1.5 (2H21), $2.0 (1H22), $2.0 (2H22), $2.3 (1H23), $2.8 (2H23)

2,230 — 80%
588 — 20%

*Totals include $214M Senior Debt, $30M Subordinated Debt and $100M of Equity already funded with Bond Offering for Plant 1*


PURECYCLE TECHNOLOGIES

44

# Billions of Pounds of Polypropylene Feedstock Exist in the Market Today

*Polypropylene feedstock is widely available across industries; most of these feedstocks are untapped by traditional recyclers*





PURECYCLE TECHNOLOGIES

45

# Plant 1 Construction Team

*Highly credible construction managers led by Mortenson, Koch, and Denham Blythe*





# The PureCycle Team

*PureCycle Management team has broad experience across plastics manufacturing, plant development, technology, R&D, sales, marketing, accounting and finance*



**MIKE OTWORTH**
**CHIEF EXECUTIVE OFFICER**
Green Ocean Innovation    XL TECHGROUP

- 23+ years of experience leading and scaling early-stage companies
- Seasoned entrepreneur with proven track record of founding, capitalizing start-ups



**JOHN SCOTT**
**CHIEF SCIENCE OFFICER**
XL TECHGROUP

- Invented Innventure's Downselect Methodology
- Technology consultant to six national governments



**Michael Dee**
**CHIEF FINANCIAL OFFICER**
 
Morgan Stanley    GRAF    TEMASEK HOLDINGS

- Nearly 3 decades of public markets, corporate finance, private equity and M&A experience



**DAVID BRENNER**
**CHIEF COMMERCIAL OFFICER**
Deloitte.    CGI    stryker

- 10+ years of experience leading transformational projects across a wide range of industries
- Former Deloitte Senior Manager



**CHRIS TALAREK**
**SENIOR DIRECTOR, OPERATIONS**
bp    P&G    TimberTech

- 20+ years of experience in plastics recycling and manufacturing
- Qualified Mechanical Engineer



**JASON VITITOE**
**DIRECTOR, TECHNOLOGY**
AmSty    DOW

- 14+ years of experience in plastics manufacturing
- Qualified Chemical Engineer



**SCOTT BROWN**
**SENIOR PROJECT MANAGER**
FritoLay    SolarX|Works

- 36 years of experience in operations and maintenance management, operational readiness, process safety management, and new facility commissioning
- Former US Navy Nuclear Propulsion Officer



47

## Reconciliation of Non-GAAP Financials

*($ in millions)*

| | FY 2020P | FY 2021P | FY 2022P | FY 2023P | FY 2024P | FY 2025P | FY 2026P | FY 2027P |
|---|---|---|---|---|---|---|---|---|
| Operating Income | ($3) | ($10) | ($15) | $69 | $375 | $505 | $801 | $1,187 |
| (+) Depreciation & Amortization | - | - | 3 | 31 | 75 | 96 | 142 | 192 |
| EBITDA | ($3) | ($10) | ($12) | $100 | $450 | $601 | $943 | $1,380 |
| (-) Maintenance Capital Expenditures | - | - | (1) | (9) | (20) | (26) | (38) | (51) |
| Unlevered Free Cash Flow | ($3) | ($10) | ($13) | $91 | $430 | $575 | $905 | $1,329 |



48