# EXHIBIT 15

# PCT Stock Price, Yahoo Finance
# available at https://tinyurl.com/28d8dnx7
## May 5, 2021 - June 23, 2021

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 5/5/2021 | 26.11 | 26.11 | 24.49 | 24.59 | 24.59 | 644500 |
| 5/6/2021 | 19.21 | 19.42 | 13.55 | 14.83 | 14.83 | 11001100 |
| 5/7/2021 | 14.418 | 16.18 | 13.97 | 15.18 | 15.18 | 3195400 |
| 5/10/2021 | 15.25 | 15.44 | 12.351 | 12.63 | 12.63 | 2052400 |
| 5/11/2021 | 12.24 | 13.6 | 11.43 | 13.45 | 13.45 | 3723400 |
| 5/12/2021 | 13.02 | 13.566 | 12.26 | 12.59 | 12.59 | 1193300 |
| 5/13/2021 | 12.86 | 12.891 | 10.06 | 10.82 | 10.82 | 3075900 |
| 5/14/2021 | 11.05 | 12.765 | 10.7 | 12.43 | 12.43 | 2673400 |
| 5/17/2021 | 12.68 | 14.32 | 11.29 | 13.86 | 13.86 | 2486600 |
| 5/18/2021 | 13.59 | 14.085 | 13.14 | 13.39 | 13.39 | 1633600 |
| 5/19/2021 | 12.85 | 15.46 | 12.501 | 14.68 | 14.68 | 1803800 |
| 5/20/2021 | 15.25 | 15.89 | 14.71 | 15.85 | 15.85 | 1273600 |
| 5/21/2021 | 15.76 | 17.91 | 15.56 | 17.74 | 17.74 | 1274700 |
| 5/24/2021 | 18.1 | 18.443 | 16.15 | 16.42 | 16.42 | 1157600 |
| 5/25/2021 | 16.25 | 16.6 | 15.588 | 16.01 | 16.01 | 798800 |
| 5/26/2021 | 16.14 | 17.64 | 16.01 | 16.83 | 16.83 | 801600 |
| 5/27/2021 | 17.4 | 18.28 | 16.69 | 17.46 | 17.46 | 1033200 |
| 5/28/2021 | 17.66 | 17.81 | 16.93 | 17.42 | 17.42 | 507000 |
| 6/1/2021 | 17.06 | 17.988 | 16.97 | 17.61 | 17.61 | 1147300 |
| 6/2/2021 | 18 | 20.13 | 18 | 19.69 | 19.69 | 2192000 |
| 6/3/2021 | 19.1 | 20.36 | 18.5 | 18.94 | 18.94 | 1931100 |
| 6/4/2021 | 19.22 | 21.32 | 18.65 | 20.07 | 20.07 | 2011600 |
| 6/7/2021 | 20.57 | 23.39 | 20.13 | 20.93 | 20.93 | 2505100 |
| 6/8/2021 | 21.14 | 22.51 | 21.066 | 22.47 | 22.47 | 1750000 |
| 6/9/2021 | 22.33 | 22.69 | 19.63 | 19.79 | 19.79 | 1459400 |
| 6/10/2021 | 20.29 | 20.52 | 18.801 | 19.1 | 19.1 | 1336700 |
| 6/11/2021 | 18.94 | 19.87 | 18.643 | 19.65 | 19.65 | 896500 |
| 6/14/2021 | 20 | 20.56 | 18.56 | 18.61 | 18.61 | 977700 |
| 6/15/2021 | 18.63 | 19.33 | 17.85 | 19.03 | 19.03 | 1562700 |
| 6/16/2021 | 19.18 | 21.37 | 19.173 | 20.55 | 20.55 | 2545100 |
| 6/17/2021 | 20.2 | 22.89 | 20.2 | 22.41 | 22.41 | 2828200 |
| 6/18/2021 | 22.17 | 22.8 | 21.51 | 22.4 | 22.4 | 6978200 |
| 6/21/2021 | 22.35 | 22.87 | 21.54 | 22.67 | 22.67 | 2035500 |
| 6/22/2021 | 22.55 | 23.43 | 21.31 | 23.29 | 23.29 | 1756100 |
| 6/23/2021 | 23.59 | 25.89 | 23.2 | 25.14 | 25.14 | 1386700 |
| 6/24/2021 | 25.59 | 27.92 | 24.12 | 25.57 | 25.57 | 1544700 |