## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

WILLIAM C. THEODORE,
individually and on behalf of all others
similarly situated,

      Plaintiffs,

      v.

PURECYCLE TECHNOLOGIES,
INC., MICHAEL OTWORTH,
MICHAEL E. DEE, DAVID
BRENNER, BYRON ROTH and
TASMIN ETTEFAGH,

      Defendants.

Case No. 6:21-cv-809-PGB-GJK

## DECLARATION OF TAMAR A. WEINRIB IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL

Tamar A. Weinrib declares under penalty of perjury:

1.      I am a member of the New York Bar admitted *pro hac vice* to practice before this Court and a partner with the law firm Pomerantz LLP, Lead Counsel on behalf of Lead Plaintiffs and the proposed Class in the above captioned action. I submit this Declaration in further support of Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel.

2.      Attached hereto as Exhibit A-1 is a true and correct copy of the Expert Rebuttal Reply Report of Matthew D. Cain, Ph.D., dated February 21, 2024.

3.      Attached hereto as Exhibit B is a true and correct copy of the deposition transcript of Professor René M. Stulz, Ph.D.

Dated: February 21, 2024

*/s/ Tamar A. Weinrib*
Tamar A. Weinrib