# EXHIBIT E

# Dechert
## LLP

35 West Wacker Drive
Suite 3400
Chicago, IL 60601
+1 312 646 5800 Main
+1 312 646 5858 Fax
www.dechert.com

**JONI JACOBSEN**

Joni.Jacobsen@dechert.com
+1 312 646 5813 Direct
+1 312 277 3105 Fax

November 10, 2023

**VIA EMAIL**

Tamar A. Weinrib
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
taweinrib@pomlaw.com

Re: Theodore v. PureCycle Technologies Inc., No. 21-cv-809 (M.D. Fla.)

Dear Tamar:

On behalf of Defendants PureCycle Technologies, Inc., Michael Dee, Michael Otworth, and David Brenner ("PureCycle Defendants"), I write to address the various deficiencies in Lead Plaintiffs Robert and Mariusz Ciecko's ("Lead Plaintiffs") Responses and Objections to the PureCycle Defendants' First Requests for Production dated September 13, 2023, and Initial Disclosures dated July 28, 2023.

Regarding Request Nos. 3, 8, 9, 11, and 12, Lead Plaintiffs are obligated to produce non-privileged responsive documents, information, and communications in response to these Requests, to the extent such documents exist. Based on Lead Plaintiffs' responses, PureCycle Defendants require confirmation that no such documents exist and therefore Lead Plaintiffs are not withholding documents on the basis of the objections raised in response to the Requests. If documents are being withheld on the basis of the objections, please provide an explanation as to what documents are being withheld and on what basis for each of the above identified Requests.

Regarding Lead Plaintiffs' Response to Request No. 7, Lead Plaintiffs have only referred the PureCycle Defendants to their Initial Disclosures. However, Request No. 7 does not ask for a list of all persons with knowledge as required by Rule 26 for Initial Disclosures, but documents sufficient to demonstrate the identity of any PureCycle or Prior Companies' Employees that Lead Plaintiffs (or you as Counsel to Lead Plaintiffs) have communicated with prior to the filing of the Complaint. Lead Plaintiffs' Response is therefore inadequate to Request No. 7. Accordingly, Lead Plaintiffs must produce non-privileged Documents responsive to Request No. 7 or confirm that no such documents exist.

Regarding Lead Plaintiffs' Responses to Request No. 34, the PureCycle Defendants require confirmation that neither of the Lead Plaintiffs have had any written communication with anyone



November 10, 2023
Page 2

other than Counsel relating to PureCycle Securities during the Relevant Time Period (e.g., between or amongst the two Lead Plaintiffs, or between one of them and friends, family or others). If Lead Plaintiffs are not able to provide such confirmation, they are required to conduct appropriate searches of emails, texts, instant message applications and all related forms of communication in order to determine whether non-privileged communications responsive to Request No. 34 exist and, if so, produce accordingly.

Finally, with regard to Lead Plaintiffs' Initial Disclosures, FRCP 26 requires the names, addresses, and phone numbers of each individual, if known, along with the subjects of information known to each individual. Other than the Defendants remaining in this Action, Lead Plaintiffs have not provided the addresses and phone numbers of the individuals included in their Initial Disclosures. Please either provide confirmation that Lead Plaintiffs and Lead Plaintiffs' Counsel do not know the phone numbers and addresses of each person listed on page 5 of Lead Plaintiffs' Initial Disclosure, or provide Amended Disclosures including such information. Further, Lead Plaintiffs have only provided grouped subjects of information for all persons listed on Lead Plaintiffs Initial Disclosures. This is inadequate disclosure under FRCP Rule 26(a). Please provide Amended Disclosures breaking down the subjects of information that each person listed may have knowledge of, or confirmation that such persons' information will only be used or referenced for impeachment purposes. PureCycle Defendants request that the Initial Disclosures be amended to address the above deficiencies and served no later than November 17, 2023.

In addition to the above, please provide dates and times that you are able to meet and confer regarding Lead Plaintiffs' Responses and Objections to the PureCycle Defendants' First Requests for Production so that we might resolve any outstanding concerns and issues. We are available on the following dates and times:

November 16, 2023, 11am – 12:30pm ET
November 17, 2023, 11am-1pm ET
November 20, 2023, 1pm-2pm ET

Best regards,

*Joni S. Jacobsen*

Joni S. Jacobsen