# EXHIBIT G

# Dechert
LLP

35 West Wacker Drive
Suite 3400
Chicago, IL 60601
+1 312 646 5800 Main
+1 312 646 5858 Fax
www.dechert.com

**JONI JACOBSEN**

Joni.Jacobsen@dechert.com
+1 312 646 5813 Direct
+1 312 277 3105 Fax

November 30, 2023

**VIA EMAIL**

Tamar A. Weinrib
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
taweinrib@pomlaw.com

Re: *Theodore v. PureCycle Technologies Inc.*, No. 21-cv-809 (M.D. Fla.)

Dear Tamar:

On behalf of Defendants PureCycle Technologies, Inc., Michael Dee, Michael Otworth, and David Brenner ("PureCycle Defendants"), I again write to address a concern with Lead Plaintiffs' sole document production, received initially on October 9, 2023 and reproduced with amended Bates stamping on November 13, 2023, in response to PureCycle Defendants' First Requests for Production dated September 13, 2023. This concern is particularly concerning given your position that Lead Plaintiffs have no other responsive, non-privileged documents to produce.

Of the 21 total pages produced by Lead Plaintiffs Bates-stamped CIECKO000001-CIECKO000021, we have identified that documents Bates-stamped CIECKO000001-CIECKO000008 are Trade Confirmations for Mariusz Ciecko. However, the remaining pages in the production (Bates-stamped CIECKO000009-CIECKO000021) present several issues that require clarification or supplementation in order to be complete productions in response to PureCycle Defendants' Request for Production and in compliance with the Stipulated ESI Protocol. For instance:

1. These pages include absolutely no identifying information for whom these trades were made on behalf of or by. PureCycle Defendants require confirmation that CIECKO000009-CIECKO000021 reflect the trades made by Lead Plaintiff Robert Ciecko, Lead Plaintiff Mariusz Ciecko, or a combination of both. If the latter, please also provide a breakdown or identifications for which trades belong to whom.

2. **There also is no identifying information as to the source of these documents or the trading accounts.** Unlike CIECKO000001-CIECKO000008, these documents do not identify the brokerage account, firm, application, website or service, as is required by Request No. 15. Lead Plaintiffs' production is incomplete without this information. Given



Lead Plaintiffs' Responses to Interrogatories Nos. 1 and 2, this information should have been included in this production.

3.  PureCycle Defendants understand from the Ciecko Brothers' certificates attached to their Application for Appointment as Lead Plaintiff, Doc No. 34-3, that Robert Ciecko purported to have four separate trading accounts through which ROCH or PCT securities were bought, sold, or exchanged.  However, information identifying such corresponding accounts on CIECKO000009-CIECKO000021 is inexplicably missing, or redacted.  Please provide complete and unredacted account statements identifying Robert Ciecko's four separate accounts.

4.  Upon close examination of the entire production, it appears that you have intentionally removed account information without adhering to the agreed process for redactions per the Stipulated ESI Protocol.  For instance, at the top of CIECKO000010, the first row of the document states: "Account Statement for [blank] (Main Account) since 3/18/21 through 7/7/21[.]"  The blank space, removing possible account information for the account does not state any basis, much less any legitimate basis, for redacting such information.  A similar and unreasonable redaction occurs on CIECKO000020.  Additionally, on CIECKO000001, CIECKO000003, CIECKO000005, and CIECKO000007, the Account Number appears to have been removed from the Trading Confirmations, again without demonstrating any basis for doing so.  Please explain the basis for these redactions, or supply complete and unredacted versions of the production.

Particularly in light of the numerous deficiencies in Lead Plaintiffs' discovery responses identified in my November 20, 2023 Letter, *which have yet to be remediated*, the above described issues with the only 21 pages you have produced to date are troubling.  Please provide responses and/or supplementary productions to the above-described issues no later than December 4, 2023, so that we may continue with the scheduled depositions of Lead Plaintiffs.  Given the upcoming depositions we prefer to hold a meet and confer on Friday, December 1, 2023.  We are available at 11:30am-1:30pm, 2-3pm, and after 3:30pm ET.  If none of those times work, we are also available Monday, December 4, 2023, between 12:30 and 4pm ET.

Absent a timely response and correction of the above-described issues, as well as remediation of the deficiencies in Lead Plaintiffs' discovery responses described in my November 20, 2023 Letter, we will seek an extension for our opposition to your motion for class certification as well as a motion to compel production of discoverable information and materials in order to remedy these glaring deficiencies.



November 30, 2023
Page 3

Sincerely,
*/s/ Joni Jacobsen*

Joni Jacobsen