# EXHIBIT 1

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| WILLIAM C. THEODORE, individually and on behalf of all others similarly situated,<br><br>                       Plaintiffs,<br><br>        v.<br><br>PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL E. DEE, DAVID BRENNER, and BYRON ROTH,<br><br>                     Defendants. | Case No. 6:21-cv-809-PGB-RMN |

**DECLARATION OF SARAH EVANS CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Sarah Evans, declare as follows:

1.    I am a Project Manager at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over eight years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and fifty (550) class action settlements since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**DISSEMINATION OF NOTICE**

2.    Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated June 4, 2024 (Dkt. 204, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well

{00628081;1 }                                                  1

as the processing of claims in connection with the Settlement of the above-captioned action.[1] I submit this declaration in order to provide the Court and the Parties information regarding the mailing of the Postcard Notice and emailing of links to the Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Final Approval Hearing ("Long Notice") and Proof of Claim and Release Form ("Proof of Claim", and together with the Long Notice, "Long Notice and Proof of Claim") to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.        SCS sent the Depository Trust Company ("DTC") the Long Notice and Proof of Claim for the DTC to publish on its Legal Notice System ("LENS") on June 21, 2024. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted. A true and correct copy of the Long Notice and Proof of Claim is attached as **Exhibit A**.

4.        As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  The names and addresses of these beneficial purchasers are known only to the nominees.  SCS maintains a proprietary master list consisting of 1,070 banks and brokerage companies ("Nominee Account Holders"), as well as 1,298 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups").  On June 21, 2024, SCS caused a letter to be mailed or e-mailed to the 2,368 Nominee Account Holders and Institutional Groups contained in the SCS master

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation of Settlement, dated as of May 6, 2024 (Dkt. 201-2, the "Stipulation").

mailing list.  The letter notified them of the Settlement and requested that within ten (10) calendar days from the date of the letter, they either (a) request from SCS additional copies of the Postcard Notice sufficient to forward to their customers who may be beneficial purchasers/owners, and within ten (10) calendar days after receipt of such Postcard Notices, forward the notices to all beneficial owners for whom they are nominee or custodian; (b) request the link to the location of the electronic Long Notice and Proof of Claim and, within ten (10) calendar days after receipt of the link, forward it to all of their clients who were beneficial purchasers/owners; or (c) provide SCS with a list of the names, mailing addresses, and email addresses, to the extent email addresses were available, of such beneficial purchasers/owners so that SCS could promptly mail the Postcard Notice or, to the extent that valid email addresses were provided, email the link to the electronic Long Notice and Proof of Claim on the settlement website directly to them.  A copy of the letter sent to the Nominee Account Holders and Institutional Groups is attached as **Exhibit B.**

5.     On June 21, 2024, SCS mailed, by first class mail, postage prepaid, the Postcard Notice to 219 individuals and/or entities identified in the transfer records that were provided to SCS by Lead Counsel.  These records reflect the individuals and/or entities that purchased or otherwise acquired PureCycle Securities between November 16, 2020 and November 10, 2021, both dates inclusive ("Class Period").  Following this mailing, SCS received 4,105 names from individuals or nominees requesting that SCS mail Postcard Notices to their clients who were potential Settlement Class Members. Additionally, SCS received requests from three nominees for copies of the Postcard Notice so that the nominees could forward them to 9,320 of their customers who were potential Settlement Class Members.  One nominee notified SCS that they mailed a total of 165 Postcard Notices to their customers who were potential Settlement Class Members.  To

date, a total of 13,809 Postcard Notices have been mailed to potential Settlement Class Members.[2] A copy of the Postcard Notice is attached as **Exhibit C**.

6.      Out of the 13,809 Postcard Notices mailed, 515 were returned as undeliverable.  Of these, the United States Postal Service provided forwarding addresses for 31.  SCS immediately mailed another Postcard Notice to the potential Settlement Class Members at these updated addresses. The remaining 484 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 179 were re-mailed to updated addresses.

7.      SCS received 29 email addresses for individuals and entities who were potential Settlement Class Members, and SCS mailed links to the electronic Long Notice and Proof of Claim to these potential Settlement Class Members. Additionally, SCS was notified by one nominee that they emailed links to the electronic Long Notice and Proof of Claim to 17,757 of their clients who were potential Settlement Class Members.

8.      To date, a total of 31,595 potential Settlement Class Members have been notified of the Settlement either by mailed Postcard Notice or emailed link to the Long Notice and Proof of Claim.

## PUBLICATION OF THE SUMMARY NOTICE

9.      Pursuant to the Preliminary Approval Order, SCS caused the Summary Notice of Pendency and Proposed Settlement of Class Action and Final Approval Hearing ("Summary Notice") to be published once in the *Investor's Business Daily* and once over *Globe Newswire* on July 1, 2024.  The confirmations of publication are included as **Exhibit D** hereto**.**

---

[2] SCS received six requests from potential Settlement Class Members for the Long Notice and Proof of Claim to be mailed to them.  SCS immediately mailed the Long Notice and Proof of Claim to the potential Settlement Class Members.

**TOLL-FREE PHONE LINE**

10.     SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries through the administration process.

**SETTLEMENT WEBPAGE**

11.     On June 21, 2024, SCS established a webpage for the Settlement on SCS's website at www.strategicclaims.net/purecycle. The website is accessible 24 hours a day, 7 days a week. The website contains information related to the current status of the case, including important case dates such as the date of the Final Approval Hearing, the deadline for requesting exclusion, and the deadline for filing an objection; the online claim filing link; and downloadable copies of important documents such as the Long Notice and Proof of Claim, the Preliminary Approval Order, and the Stipulation and exhibits.

**REPORT ON EXCLUSIONS AND OBJECTIONS**

12.     The Long Notice, Summary Notice, Postcard Notice, and the Settlement webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed or otherwise delivered to SCS such that they are received no later than September 12, 2024.  SCS has been monitoring all mail delivered for this case.  As of the date of this declaration, SCS has received one request for exclusion. A copy of the exclusion request is attached hereto as **Exhibit E**.

13.     The Long Notice, Summary Notice, Postcard Notice, and the Settlement webpage also informed Settlement Class Members seeking to object to the Settlement, the Plan of Allocation, or the Fee and Expense Application that they are required to submit their objection in

writing such that the request is received by Lead Counsel and Counsel for Defendants, as well as filed with the Clerk of the Court, no later than September 17, 2024. As of the date of this declaration, SCS has neither received any objections nor been notified that Lead Counsel has received any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of September 2024, in Media, Pennsylvania.

_____
Sarah Evans

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| WILLIAM C. THEODORE, individually and on behalf of all others similarly situated,<br><br>                                                        Plaintiffs,<br><br>                    v.<br><br>PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL E. DEE, DAVID BRENNER, and BYRON ROTH,<br><br>                                                        Defendants. | Case No. 6:21-cv-809-PGB-RMN |

## NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION, MOTION FOR ATTORNEYS' FEES AND EXPENSES, AND FINAL APPROVAL HEARING

If you purchased or otherwise acquired PureCycle Securities[1] from November 16, 2020 through November 10, 2021, both dates inclusive (the "Class Period"), you could get a payment from a proposed class action settlement (the "Settlement").

### *A federal court authorized this Notice. This is not attorney advertising.*

- The Court will hold a Settlement Hearing on October 8, 2024 at 10:00 a.m. to decide whether to approve the Settlement. If approved by the Court, the Settlement will provide $12,000,000 gross (the "Settlement Amount"), plus interest as it accrues, minus attorneys' fees, costs, and administrative expenses, net of any taxes on interest, to pay claims of investors who purchased PureCycle Securities.

- The Settlement represents an average recovery of $0.32 per share of PureCycle common stock, $0.29 per warrant, $0.04 per call option, and $0.05 per put option for the approximately 33.9 million estimated shares of common stock, 3.4 million warrants, 3.7 million call option contracts, and 1.4 million put option contracts that Lead Plaintiffs allege were damaged and declined in value as a result of Defendants' alleged misconduct during the Class Period.[2] A share may have been traded more than once during the Class Period. This estimate solely reflects the average recovery per outstanding share of PureCycle Securities. This is not an estimate of the actual recovery per share you should expect. Your actual recovery will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold PureCycle Securities, and the total number of claims filed. See the Plan of Allocation on page 9 below for more details.

---

[1] "PureCycle Technologies, Inc.," "PureCycle," or "the Company" shall mean PureCycle Technologies, Inc. and any of its predecessors, affiliates, or subsidiaries, including but not limited to PureCycle Technologies LLC or Roth CH Acquisition I Co. ("ROCH"). During the Class Period, until March 17, 2021, the common stock of ROCH traded on the NASDAQ under the ticker symbol "ROCH," the warrants to purchase the common stock of ROCH traded on the NASDAQ under the ticker symbol "ROCHW," and the units comprised of ROCH common stock and warrants traded on the NASDAQ under the ticker symbol "ROCHU." Following the March 16, 2021 shareholder approval of the merger and the March 17, 2021 closing of the merger, PureCycle common stock trades on the NASDAQ under the ticker symbol "PCT," the warrants to purchase its common stock trade on the NASDAQ under the ticker symbol "PCTTW," and units comprised of PCT common stock and warrants trade on the NASDAQ under the ticker symbol "PCTTU." As further described in the Stipulation of Settlement, these are all included within the definition of PureCycle Securities.

[2] All options-related amounts in this paragraph and the Plan of Allocation are denoted as per share of the underlying security (*i.e.*, 1/100 of a contract).

1

- To claim your share of the Settlement, you must submit a valid Proof of Claim and Release Form ("Proof of Claim") by September 12, 2024.

- Attorneys for Lead Plaintiffs ("Lead Counsel") intend to ask the Court to award them fees of up to one-third of the Settlement Amount ($4,000,000) plus interest and reimbursement of up to $400,000 in litigation expenses. Since the Action's inception, Lead Counsel have expended considerable time and effort in this litigation on a contingent-fee basis and have advanced the expenses of the litigation in the expectation that if they were successful in obtaining a recovery for the Settlement Class, they would be paid from such recovery. Lead Counsel also intends to ask the Court to grant a Compensatory Award to Lead Plaintiffs collectively not to exceed $60,000 (or $30,000 each). Collectively, the requested attorneys' fees and litigation expenses and Award to Plaintiffs are estimated to average $0.12 per allegedly damaged share of PureCycle common stock, $0.11 per allegedly damaged PureCycle warrant, $0.01 per allegedly damaged PureCycle call option and $0.02 per allegedly damaged PureCycle put option. If approved by the Court, these amounts will be paid from the Settlement Fund.

- The average recovery, after the deductions set forth in the preceding paragraph, is $0.20 per allegedly damaged share of PureCycle common stock, $0.18 per allegedly damaged PureCycle warrant, $0.03 per allegedly damaged PureCycle call option and $0.03 per allegedly damaged PureCycle put option. This estimate is based on the assumptions set forth in the preceding paragraph. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold PureCycle Securities, the purchase and sales prices, and the total number and amount of claims filed.

- The Settlement resolves the Action concerning whether PureCycle, Michael Otworth, Michael E. Dee, David Brenner, and Byron Roth (collectively "Defendants") violated federal securities laws by allegedly making misrepresentations and/or omissions of material fact in public statements to the investing public, including that: (i) PureCycle's recycling process was "proven" to convert waste polypropylene (called feedstock) into virgin polypropylene resin more cost effectively than manufacturing virgin polypropylene traditionally; (ii) that PureCycle's recycling process could utilize a broader range of feedstock than traditional recycling; and (iii) that the PureCycle management team had "broad experience across plastics" and decades of experience scaling early-stage companies. Defendants have denied and continue to deny each, any, and all allegations of wrongdoing, fault, liability, or damage whatsoever asserted by Lead Plaintiffs. Defendants have also denied, *inter alia*, the allegations that Lead Plaintiffs or the Settlement Class have suffered damages or that Lead Plaintiffs or the Settlement Class were harmed by the conduct alleged in the Action. Defendants continue to believe the claims asserted against them in the Action are without merit.

- The parties disagree on how much money could have been won if the investors won at trial.

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | The only way to get a payment. Proof of Claim forms must be postmarked or submitted online by September 12, 2024 |
| **EXCLUDE YOURSELF** | Get no payment. This is the only option that allows you to ever be part of any other lawsuit against the Defendants or any other Released Parties about the legal claims in this case. Requests for Exclusion must be received by September 12, 2024 |
| **OBJECT** | Write to the Court about why you do not like the Settlement, the Plan of Allocation, and/or the request for attorneys' fees, costs, and expenses. You will still be a member of the Class. Objections must be received by counsel by September 17, 2024 |
| **GO TO THE HEARING** | Ask to speak in Court about the fairness of the Settlement. Requests to speak must be received by counsel by September 17, 2024 |
| **DO NOTHING** | Get no payment. Give up your rights. |

## INQUIRIES

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or any other questions by Settlement Class Members should be directed to:

| | | |
|---|---|---|
| PureCycle Technologies, Inc. Securities Litigation<br>c/o Strategic Claims Services<br>P.O. Box 230<br>600 N. Jackson St., Ste. 205<br>Media, PA 19063<br>Telephone: (866) 274-4004<br>Facsimile: (610) 565-7985<br>Email: info@strategicclaims.net | or | Jeremy A. Lieberman<br>Tamar A. Weinrib<br>POMERANTZ LLP<br>600 Third Avenue, Floor 20<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (917) 463-1044<br>Email: jalieberman@pomlaw.com<br>Email: taweinrib@pomlaw.com |

## DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated May 6, 2024 (the "Stipulation").

## BASIC INFORMATION CONCERNING THE SETTLEMENT

| 1. | **Why did I get this notice package?** |
|---|---|

You or someone in your family may have purchased or otherwise acquired PureCycle Securities between November 16, 2020 and November 10, 2021, both dates inclusive (the "Class Period").

| 2. | **What is this lawsuit about?** |
|---|---|

This case is known as *Theodore v. PureCycle Technologies, Inc., et al.*, Case No. 6:21-cv-809 (M.D. Fla.) (the "Action"). The Court in charge of the case is the United States District Court for the Middle District of Florida. The Action involves allegations that Defendants violated certain federal securities laws by allegedly making misrepresentations and/or omissions of material fact in public statements to the investing public regarding PureCycle's polypropylene recycling process and PureCycle management's prior business experience. The Second Amended Class Action Complaint for Violations of the Federal Securities Laws (the "SAC") alleges that the misstatements or omissions artificially inflated the price of PureCycle Securities, and that the securities' prices dropped in response to certain subsequent disclosures. Defendants have denied and continue to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action. The Settlement shall in no event be construed as, or deemed to be evidence of, liability, fault, wrongdoing, injury or damages, or of any wrongful conduct, acts or omissions on the part of Defendants or any of the Released Parties, or of any infirmity of any defense, or of any damages to the Plaintiffs or any other Settlement Class Member. The Settlement resolves all of the claims in the Action, as well as certain other claims or potential claims, whether known or unknown.

| 3. | **Why is this a class action?** |
|---|---|

In a class action, one or more persons called plaintiffs sue on behalf of all persons who have similar claims. All of the persons with similar claims are referred to as a class. One court resolves the issues for all class members, except for those who exclude themselves from the class.

| 4. | **Why is there a settlement?** |
|---|---|

Lead Plaintiffs and Defendants do not agree regarding the merits of Lead Plaintiffs' allegations and Defendants' defenses with respect to liability or the average amount of damages per share, if any, that would be recoverable if Lead Plaintiffs were to prevail at trial on each claim. The issues on which Lead Plaintiffs and the Defendants disagree include: (1) whether the challenged statements were materially false or misleading or otherwise actionable under federal securities law; (2) whether Defendants had a duty to disclose the allegedly omitted information; (3) whether the Defendants acted with scienter; (4) whether

3

the alleged disclosures were corrective disclosures; (5) whether the proposed class meets the requirements for class certification under Rule 23 of the Federal Rules of Civil Procedure; (6) the causes of the loss in the value of the securities; and (7) the amount of alleged damages, if any, that could be recovered at trial.

This matter has not gone to trial and the Court has not decided in favor of either Lead Plaintiffs or Defendants. Instead, Lead Plaintiffs and Defendants have agreed to settle the case. Lead Plaintiffs and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses raised by the Defendants. Among the reasons that Lead Plaintiffs and Lead Counsel believe the Settlement is fair is the fact that there is uncertainty about whether they will be able to prove that any challenged statement was false or misleading, that the alleged misstatements and omissions actually caused the Settlement Class any damages, and the amount of damages, if any.

Even if Lead Plaintiffs were to win at trial, and also prevail on any judgment on appeal, Lead Plaintiffs might not be able to collect some, or all, of any judgment they are awarded. Moreover, while litigation of this type is usually expensive, it appears that, even if Lead Plaintiffs' allegations were found to be true, the total amount of damages to which Settlement Class Members would be entitled could be substantially reduced.

## WHO IS IN THE SETTLEMENT

To see if you will get money from this Settlement, you first have to determine if you are a Class Member.

| 5. | How do I know if I am part of the Settlement? |
|---|---|

The Settlement Class includes all persons or entities, except those who are excluded as described below, who purchased or otherwise acquired PureCycle Securities between November 16, 2020 and November 10, 2021, both dates inclusive (the "Class Period").

If one of your mutual funds owns PureCycle Securities, that alone does not make you a Settlement Class Member. Also, if you sold PureCycle Securities during the Class Period, that alone does not make you a Settlement Class Member. You are a Settlement Class Member only if you directly purchased or otherwise acquired PureCycle Securities. Contact your broker to see if you have made any of these transactions.

| 6. | Are there exceptions to being included? |
|---|---|

Yes. Excluded from the Settlement Class are (i) Defendants, all current and former directors and officers of PureCycle during the Class Period, and any family member, trust, company, entity or affiliate controlled or owned by any of the excluded persons and entities referenced above; (ii) Opt-Outs *i.e.*, those Persons who timely and validly request exclusion from the Settlement Class in accordance with the requirements set forth below; and (iii) Persons who have no compensable damages.

| 7. | What if I am still not sure if l am included? |
|---|---|

If you are still not sure whether you are included, you can ask for free help. You can contact the Claims Administrator toll-free at (866) 274-4004 or at info@strategicclaims.net or by visiting the website at http://www.strategicclaims.net/purecycle, or you can fill out and return the Proof of Claim form enclosed with this Notice package to see if you qualify.

## THE SETTLEMENT BENEFITS – WHAT YOU GET

| 8. | What does the Settlement provide? |
|---|---|

The proposed Settlement provides that Defendants will cause $12,000,000 to be paid into a settlement fund (the "Settlement Fund"). The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees with interest and reasonable litigation expenses to Lead Counsel, and Compensatory Awards to Lead Plaintiffs. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing this Notice and the costs of publishing notice. After the foregoing deductions from the Settlement Fund have been made, the

amount remaining (the "Net Settlement Fund") will be distributed to Settlement Class Members who submit timely, valid claims, according to the Plan of Allocation to be approved by the Court.

| 9. | **How much will my payment be?** |
|---|---|

Your share of the Net Settlement Fund will depend on several factors, including: (i) how many PureCycle Securities you purchased or sold during the Class Period, and the dates and prices of those purchases and sales; (ii) the number of timely and valid claims submitted by other Settlement Class Members, and the purchases and sales of PureCycle Securities represented by those claims; (iii) the amount of administrative costs, including the costs of notice; and (iv) the amount awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and the amount awarded to Lead Plaintiffs.

The Claims Administrator will determine each Settlement Class Member's *pro rata* share of the Net Settlement Fund based upon each Settlement Class Member's "Recognized Loss." The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Settlement Class Members with valid claims ("Authorized Claimants"). The Recognized Loss formula is not intended to be an estimate of the amount that a Settlement Class Member might have been able to recover after a trial; it also is not an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. You can calculate your Recognized Loss by following the instructions in the Plan of Allocation at page 9 of this Notice.

It is unlikely that you will get a payment for all of your Recognized Loss. After all Settlement Class Members have sent in their Proof of Claim forms, the payment you get will be a part of the Net Settlement Fund equal to your Recognized Loss divided by the total of everyone's Recognized Losses.

## HOW YOU GET A PAYMENT—SUBMITTING A CLAIM FORM

| 10. | **How can I get a payment?** |
|---|---|

To qualify for a payment, you must submit a valid Proof of Claim form. The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

A Proof of Claim form is enclosed with this Notice and may also be downloaded at http://www.strategicclaims.net/purecycle. Read the instructions carefully, fill out the form, include all the documents that the form requests, sign it, and mail or submit it online so that it is postmarked or received no later than September 12, 2024. The claim form may be submitted online at http://www.strategicclaims.net/purecycle or mailed to:

PureCycle Technologies Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Tel.: 866-274-4004
Fax: 610-565-7985
info@strategicclaims.net

| 11. | **When would I get my payment?** |
|---|---|

The Court will hold a Settlement Hearing on October 8, 2024 at 10:00 a.m. to decide whether to approve the Settlement. If the Court approves the Settlement, there might be appeals afterwards. It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year. It also takes time for all the Proofs of Claim to be processed. Thus, it is unclear when any payment may be made. Please be patient.

| 12. | **What am I giving up to get a payment or to stay in the Class?** |
|---|---|

Unless you exclude yourself from the Settlement Class by the September 12, 2024 deadline, you will remain a member of the Settlement Class and will be bound by the release of claims against Defendants and other Released Parties if the Settlement is approved. That means you and all other Settlement Class

5

Members and each of their respective present, former and future direct and indirect parent entities, associates, affiliates, subsidiaries, predecessors, successors, and the officers, directors, attorneys, assigns, legal representatives, and agents of each of them, each of their respective officers, directors, attorneys, legal representatives, and agents, and any person or entity which is or was related to or affiliated with any Releasing Party or in which any Releasing Party has a controlling interest, and each of their immediate family members, heirs, representatives, administrators, executors, trustees, successors, assigns, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against Defendants and other Released Parties any and all claims which arise out of, are based upon or relate in any way to the purchase or acquisition of PureCycle Securities during the Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as sole compensation for any losses you suffered in the purchase, acquisitions, sale or ownership of PureCycle Securities during the Class Period. The specific terms of the release are included in the Settlement Stipulation.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or other Released Parties on your own about the claims being released in this Settlement, then you must take steps to remove yourself from the Settlement. This is called excluding yourself, or "opting out," from the Settlement.

| | |
|---|---|
| 13. | **How do I exclude myself or opt out of the proposed Settlement?** |

To exclude yourself from the Settlement, you must mail a letter stating that you "request exclusion from the Settlement Class in the *Theodore v. PureCycle Technologies, Inc., et al.*, Case No. 6:21-cv-809 (M.D. Fla.)." To be valid, the letter must state (A) your name, address, telephone number, and e-mail address (if any); (B) the date, number of shares, and dollar amount of all purchases, acquisitions, sales, or dispositions of PureCycle Securities during the Class Period; and (C) the number of shares of PureCycle Securities held by you as of November 10, 2021. Any request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must submit your exclusion request so that it is **received no later than September 12, 2024 at**:

> PureCycle Technologies Inc. Securities Litigation
> c/o Strategic Claims Services
> P.O. Box 230
> 600 N. Jackson St., Ste. 205
> Media, PA 19063

You cannot exclude yourself by telephone or by e-mail. If you properly exclude yourself, you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the judgment in this case.

| | |
|---|---|
| 14. | **If I do not exclude myself, can I sue the Defendants or the other Released Parties for the same thing later?** |

No. Unless you exclude yourself by following the instructions above, you give up any rights to sue the Defendants or the other Released Parties for the claims being released in this Settlement. If you have a pending lawsuit against the Released Parties or related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit. Remember, the exclusion deadline is **September 12, 2024.**

| | |
|---|---|
| 15. | **If I exclude myself, can I get money from the proposed Settlement?** |

No. If you exclude yourself, you may not send in a Proof of Claim to ask for any money.

**THE LAWYERS REPRESENTING YOU**

| 16. | **Do I have a lawyer in this case?** |
|---|---|

The Court has appointed Pomerantz LLP as Lead Counsel to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for Pomerantz LLP is provided below.

| 17. | **How will the lawyers be paid?** |
|---|---|

Lead Counsel have expended considerable time litigating this Action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Lead Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Lead Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will file a motion at the Settlement Hearing asking the Court for an award of attorneys' fees in an amount not greater than one-third of the Settlement Fund, equaling $4,000,000 plus interest, plus reimbursement of litigation expenses of no more than $400,000 and a Compensatory Award to Lead Plaintiffs collectively not to exceed $60,000 (or $30,000 each). The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**OBJECTING TO THE SETTLEMENT**

| 18. | **How do I tell the Court that I object to the proposed Settlement?** |
|---|---|

If you are a Settlement Class Member, you can tell the Court you do not agree with the proposed Settlement, any part of the Settlement, the proposed Plan of Allocation, and/or Lead Counsel's motion for attorneys' fees and expenses and application for a Compensatory Award to Lead Plaintiffs. You can write to the Court setting out your objection. The Court will consider your views.

To object, you must send a signed letter saying that you object to the proposed Settlement in the *Theodore v. PureCycle Technologies, Inc., et al.*, Case No. 6:21-cv-809 (M.D. Fla.). Be sure to include: (1) your name, address, telephone number, and your signature; (2) the date(s), price(s), and amount(s) of all PureCycle Securities that you purchased, otherwise acquired, sold, or otherwise disposed of during the Class Period, in order to show membership in the Settlement Class; (3) all grounds for the objection, including any legal support known to you or your counsel; (4) the name, address and telephone number of all counsel, if any, who represent you, including your former or current counsel who may be entitled to compensation in connection with the objection; and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case.

Attendance at the Settlement Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Hearing must indicate in their written objection that they intend to appear at the Settlement Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Hearing.

Be sure to mail or deliver copies of any objections, papers and briefs to **each** of the addresses listed below such that they are **received no later than September 17, 2024:**

| **Clerk of the Court** | **Lead Counsel** | **Counsel For Defendants** |
|---|---|---|
| United States District Court Middle District of Florida 401 West Central Boulevard Courtroom 4B Orlando, FL 32801 | Jeremy A. Lieberman Tamar A. Weinrib POMERANTZ LLP 600 Third Avenue, Floor 20 New York, NY 10016 | David Kistenbroker Joni Jacobsen DECHERT LLP 35 West Wacker Drive, Suite 3400 Chicago, IL 60601<br><br>John R. Loftus Christine E. Ellice DLA Piper LLP (US) 2000 Avenue of the Stars Suite 400 North Tower Los Angeles, CA 90067 |

### 19.    What is the difference between objecting and excluding myself?

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class or the Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

### THE COURT'S SETTLEMENT HEARING

The Court will hold a hearing to decide whether to approve the proposed Settlement. You may attend, and you may ask to speak, but you do not have to.

### 20.    When and where will the Court decide whether to approve the proposed Settlement?

The Court will hold a Settlement Hearing on October 8, 2024 at 10:00 a.m. at the United States District Court, 401 West Central Boulevard, Courtroom 4B, Orlando, Florida 32801.

At this hearing, the Court will consider whether the proposed Settlement is fair, reasonable, and adequate and should be approved by the Court; whether an Order and Final Judgment as provided in the Settlement Stipulation should be entered; and whether the proposed Plan of Allocation should be approved. If there are objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. The Court may also decide how much should be awarded to Lead Counsel for attorneys' fees and expenses and a Compensatory Award to Lead Plaintiffs for their service to the Settlement Class.

We do not know how long these decisions will take. You should be aware that the Court may change the date and time of the Settlement Hearing without another notice being sent to Settlement Class Members. If you want to attend the hearing, you should check with Lead Counsel beforehand to be sure that the date and/or time has not changed.

### 21.    Do I have to come to the hearing?

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary. Settlement Class Members do not need to appear at the hearing or take any other action to indicate their approval.

### 22.    May I speak at the hearing?

If you object to the Settlement, you may ask the Court for permission to speak at the Settlement Hearing. To do so, you must include with your objection (see question 18 above) a statement that you "intend to

8

appear in the *Theodore v. PureCycle Technologies, Inc., et al.*, Case No. 6:21-cv-809 (M.D. Fla.)." Persons who intend to object to the Settlement, the Plan of Allocation, and/or the application for an award of attorneys' fees, costs, and expenses, and desire to present evidence at the Settlement Hearing, must include in their written objections the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the Settlement Hearing. You cannot speak at the hearing if you exclude yourself.

## IF YOU DO NOTHING

| 23. | **What happens if I do nothing at all?** |
|-----|------------------------------------------|

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Released Parties about the Released Claims (as defined in the Settlement Stipulation) ever again.

## GETTING MORE INFORMATION

| 24. | **Are there more details about the proposed Settlement?** |
|-----|------------------------------------------------------------|

This Notice summarizes the proposed Settlement. More details are in the Stipulation of Settlement dated May 6, 2024 (the "Settlement Stipulation"). The Settlement Stipulation is the controlling document describing the proposed Settlement, and its terms govern anything to the contrary in this Notice. You can get a copy of the Settlement Stipulation and obtain answers to common questions regarding the proposed Settlement by visiting https://www.strategicclaims.net/purecycle or by contacting the Claims Administrator toll-free at (866) 274-4004.

| 25. | **How do I get more information?** |
|-----|-----------------------------------|

For even more detailed information concerning the matters involved in this Action, see the Settlement Stipulation, the pleadings in the Action, the papers filed in support of the Settlement, and the orders entered by the Court, which will be posted on the settlement website https://www.strategicclaims.net/purecycle. For a fee, all papers filed in this Action are also available at www.pacer.gov.

### PROPOSED PLAN OF ALLOCATION OF NET SETTLEMENT FUND AMONG SETTLEMENT CLASS

The objective of this Plan of Allocation is to equitably distribute the Net Settlement Fund among Authorized Claimants based on their respective alleged economic losses as a result of the alleged fraud, as opposed to losses caused by market- or industry-wide factors, or Company-specific factors unrelated to the alleged fraud. The Claims Administrator shall determine each Authorized Claimant's share of the Net Settlement Fund based upon the Recognized Loss formula described below. A Recognized Loss will be calculated for each PureCycle common stock share, warrant, or call option purchased or otherwise acquired and for each PureCycle put option sold during the Class Period.[3]

Calculations pursuant to the Plan of Allocation are meant to be estimates or indications of neither the maximum amount Settlement Class Members may have been able to recover following a trial, nor the amounts that will be paid to Authorized Claimants pursuant to the Settlement Stipulation. Rather, any computations under the Plan of Allocation have been conducted for the sole purpose of making *pro-rata* allocations of the Net Settlement Fund by determining the relative weight of each Claimant's claim in this matter.

---

[3] During the Class Period, until March 17, 2021, the common stock of ROCH traded on the NASDAQ under the ticker symbol "ROCH," the warrants to purchase the common stock of ROCH traded on the NASDAQ under the ticker symbol "ROCHW," and the units comprised of ROCH common stock and warrants traded on the NASDAQ under the ticker symbol "ROCHU." Following the March 16, 2021 shareholder approval of the merger and the March 17, 2021 closing of the merger, PureCycle common stock trades on the NASDAQ under the ticker symbol "PCT," the warrants to purchase its common stock trade on the NASDAQ under the ticker symbol "PTTW," and units comprised of PCT common stock and warrants trade on the NASDAQ under the ticker symbol "PCTTU."

Plaintiffs' consulting damages expert worked in conjunction with Lead Counsel to estimate the amount of artificial inflation in the daily closing prices of PureCycle Securities, which Plaintiffs allege were damaged by Defendants' alleged materially false and misleading statements and omissions.

Under federal securities laws, losses can be represented as compensable only if the disclosure of the allegedly misrepresented or omitted information is the cause of changes in the prices of the relevant securities. Lead Plaintiffs have alleged that over the course of the Class Period, Defendants omitted material facts and issued false statements that led to Plaintiffs purchasing relevant securities at artificially inflated prices.[4] Lead Plaintiffs further allege that Defendants revealed two corrective disclosures: one on May 6, 2021, and another after the market close on November 10, 2021. Lead Plaintiffs allege that such revelations had statistically significant, deflating impacts on the prices of the relevant securities.[5]

In order to calculate the estimated artificial inflation allegedly caused by Defendants' allegedly materially false and misleading statements and omissions, Plaintiffs' consulting damages expert evaluated price changes in PureCycle Securities in reaction to the aforementioned corrective disclosures on May 6, 2021, and November 10, 2021, that allegedly revealed the truth concerning Defendants' alleged misrepresentations and omissions. Estimated artificial inflation was found under a common methodology based on case specific assumptions provided by Lead Counsel and in a manner that was independent of market and industry trends during the Class Period. The estimated artificial inflation for PureCycle and ROCH's common stock can be found in **Table 1A** attached at the end of this notice. The estimated artificial inflation for PureCycle and ROCH's warrants can be found in **Table 1B** attached at the end of this notice. The estimated artificial inflation for each series of PureCycle and ROCH's call options can be found in **Table 1C** attached at the end of this notice. The estimated negative artificial inflation for each series of PureCycle and ROCH's put options can be found in **Table 1D** attached at the end of this notice.

"Recognized Loss Amount" and recovery for each Claimant is based on the number and value of claims submitted and the timing of the purchase and sale of any of PureCycle Securities defined in the Class, by that Claimant. Specifically, the Recognized Loss Amount for each Claimant is primarily estimated as the difference between the amount of alleged artificial inflation in a relevant security's closing price on that Claimant's purchase date and the amount of alleged artificial inflation in a relevant security's closing price on that Claimant's sale date. Therefore, in order to have a Recognized Loss Amount under this Plan of Allocation, a Claimant who purchased or otherwise acquired PureCycle Securities during the Class Period must have held that security through the first date on which corrective information was released to the market.

Purchases and Sales will be matched on a FIFO (First In, First Out) basis to determine each Claimant's Recognized Claim. If a Claimant has made multiple purchases, acquisitions, or sales of any of PureCycle Securities during the Class Period, then the earliest sale of said relevant securities is matched first to any holdings at the beginning of the Class Period, followed by any other purchases or acquisitions in chronological order.

The Settlement proceeds available for PureCycle or ROCH call options purchased/acquired during the Class Period and PureCycle or ROCH put options sold (written) during the Class Period shall be limited to a total amount equal to 2% of the Net Settlement Fund. Thus, if the cumulative Recognized Loss Amounts for PureCycle and ROCH call options and PureCycle and ROCH put options exceeds 2% of all Recognized Claims, then the Recognized Loss Amounts calculated for option transactions will be reduced proportionately until they collectively equal 2% of all Recognized Claims. In the unlikely event that the Net Settlement Fund is sufficient to pay 100% of the PureCycle and ROCH common stock and warrant-based claims, any excess amount will be used to pay the balance on the remaining option-based claims.

In the calculations below, all purchase and sale prices shall exclude any fees, taxes and commissions.

---

[4] For put options, the inflation is negative.

[5] Any transactions in PureCycle Securities executed outside of regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session.

10

## Calculation of Recognized Loss Amount

A Claimant's "Recognized Claim" will be equated to the sum of that Claimant's Recognized Loss Amounts, which will be calculated according to the relevant formulas in the following sections. The pro-rata share of the Net Settlement Fund will then be calculated for each Authorized Claimant as the Claimant's Recognized Claim divided by the sum of all Authorized Claimants' Recognized Claims, multiplied by the total amount of the Net Settlement Fund.

### PureCycle and ROCH Common Stock

A Recognized Loss Amount will be calculated based on the formula below for each purchase or other type of acquisition of PureCycle or ROCH common stock during the Class Period. In order to be eligible as an Authorized Claimant under this Plan of Allocation, adequate documentation must be provided confirming all transactions. Recognized Loss Amounts are floored at zero, meaning any Recognized Loss Amount that is calculated as negative under the formula below will be equal to zero.

For each share of PureCycle or ROCH common stock that was purchased or otherwise acquired during the period from November 16, 2020 through November 10, 2021, inclusive, and:

i)    Sold before close of trading on May 5, 2021, the Recognized Loss Amount will be $0.00.

ii)   Sold between May 6, 2021 and November 10, 2021, inclusive, the Recognized Loss Amount will be *the lesser of:* (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in **Table 1A** minus the amount of artificial inflation per share on the date of sale as stated in **Table 1A**; or (ii) the price of purchase or acquisition minus the price of sale.

iii)  Sold between November 11, 2021 and February 8, 2022, inclusive, the Recognized Loss Amount will be *the least of:* (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in **Table 1A**; (ii) the price of purchase or acquisition minus the average closing price between November 11, 2021 and the date of sale as detailed in **Table 2A**; or (iii) the price of purchase or acquisition minus the price of sale.

iv)   Held as of the close of trading on February 8, 2022, the Recognized Loss Amount will be *the lesser of:* (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in **Table 1A**; or (ii) the price of purchase or acquisition minus $9.28.[6]

The Recognized Loss Amount associated with share acquisitions via PIPE Investment[7] will have a discount factor of 25% applied.

### PureCycle and ROCH Warrants

A Recognized Loss Amount will be calculated based on the formula below for each purchase or other type of acquisition of PureCycle or ROCH warrants during the Class Period. In order to be eligible as an Authorized Claimant under this Plan of Allocation, adequate documentation must be provided confirming all transactions. Recognized Loss Amounts are floored at zero, meaning any Recognized Loss Amount that is calculated as negative under the formula below will be equal to zero.

For each PureCycle or ROCH warrant that was purchased or otherwise acquired during the period from November 16, 2020 through November 10, 2021 inclusive, and:

i)    Sold before the close of trading on May 5, 2021, the Recognized Loss Amount will be $0.00.

ii)   Sold between May 6, 2021 and November 10, 2021, inclusive, the Recognized Loss Amount will be *the lesser of:* (i) the amount of artificial inflation per share on the date of purchase or

---

[6] The "90-day look back" provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA") is incorporated into the calculation of the Recognized Loss for PureCycle and ROCH common stock by limiting losses to the difference between the purchase price paid for such stock and the average price of PureCycle common stock during the "90-day look-back period" subsequent to the class period, from November 11, 2021 through February 8, 2022. The mean (average) closing price for PureCycle common stock during the 90-day lookback period was $9.28.

[7] PIPE Investments means the purchase by certain institutions and accredited investors of 25,000,000 shares of ROCH's common stock in a private placement.

11

acquisition as stated in **Table 1B** minus the amount of artificial inflation per share on the date of sale as stated in **Table 1B**; or (ii) the price of purchase or acquisition minus the price of sale.

iii)    Sold between November 11, 2021 and February 8, 2022, inclusive, the Recognized Loss Amount will be *the least of:* (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in **Table 1B**; (ii) the price of purchase or acquisition minus the average closing price between November 11, 2021 and the date of sale, as detailed in **Table 2B**; or (iii) the price of purchase or acquisition minus the price of sale.

iv)    Held as of the close of trading on February 8, 2022, the Recognized Loss Amount will be *the lesser of:* (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in **Table 1B**; or (ii) the price of purchase or acquisition minus $3.42.[8]

**PureCycle and ROCH Call and Put Options**

A Recognized Loss Amount will be calculated based on the formula below for each purchase or other type of acquisition of PureCycle or ROCH call options, or sale of PureCycle or ROCH put options during the Class Period. In order to be eligible as an Authorized Claimant under this Plan of Allocation, adequate documentation must be provided confirming all transactions. Recognized Loss Amounts are floored at zero, meaning any Recognized Loss Amount that is calculated as negative under the formula below will be equal to zero.

For each PureCycle or ROCH call option that was purchased or otherwise acquired during the period from November 16, 2020, through November 10, 2021 inclusive, and:

i)    Closed (through sale, exercise, or expiration) before close of trading on May 5, 2021, the Recognized Loss Amount will be $0.00.

ii)    Closed (through sale, exercise, or expiration) between May 6, 2021 and November 10, 2021, inclusive, the Recognized Loss Amount will be *the lesser of:* (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in **Table 1C** minus the amount of artificial inflation per share on the date of close as stated in **Table 1C**; or (ii) if closed through sale, the price of purchase or acquisition minus the price of sale, or if closed through exercise or expiration, the purchase or acquisition price minus the value per option on the date of exercise or expiration.

iii)    Open as of the close of trading on November 10, 2021, the Recognized Loss Amount will be *the lesser of:* (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in **Table 1C**; or (ii) the price of purchase or acquisition minus the closing mid-point price ("Holding Price") of that option series on November 11, 2021 as stated in **Table 1C.**

For each PureCycle or ROCH put option that was sold (written) during the period from November 16, 2020 through November 10, 2021 inclusive, and:

i)    Closed (through purchase, exercise, or expiration) before close of trading on May 5, 2021, the Recognized Loss Amount will be $0.00.

ii)    Closed (through purchase, exercise, or expiration) between May 6, 2021 and November 10, 2021, inclusive, the Recognized Loss Amount will be *the lesser of:* (i) the amount of negative artificial inflation per share on the date of sale (writing) as stated in **Table 1D** minus the amount of negative artificial inflation per share on the date of close as stated in **Table 1D**; or (ii) if closed through purchase, the price of purchase minus the price of sale, or if closed through exercise or expiration, the value per option on the date of exercise or expiration minus the sale price.

---

[8] The "90-day look back" provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA") is incorporated into the calculation of the Recognized Loss for PureCycle or ROCH warrants by limiting losses to the difference between the purchase price paid for such warrants and the average price of PureCycle warrants during the "90-day look-back period" subsequent to the class period, from November 11, 2021 through February 8, 2022. The mean (average) closing price for PureCycle warrants during the 90-day lookback period was $3.42.

iii)    Open as of the close of trading on November 10, 2021, the Recognized Loss Amount will be *the lesser of:* (i) the amount of negative artificial inflation per share on the date of purchase or acquisition as stated in **Table 1D**; or (ii) the closing mid-point price of that option series on November 11, 2021 ("Holding Price") as stated in **Table 1D** minus the sale price.

### Table 1A

**PureCycle or ROCH Common Stock – Estimated Artificial Inflation Per Share**
**(November 16, 2020 – November 11, 2021, inclusive)**

| Security | Purchase/Sale Date Range | Artificial Inflation per Share |
|---|---|---|
| PureCycle or ROCH Common Stock | Nov 16, 2020 - May 5, 2021 | $11.85 |
| | May 6, 2021 - Nov 10, 2021 | $1.81 |
| | Nov 11, 2021- Present | $0.00 |

### Table 1B

**PureCycle or ROCH Warrants – Estimated Artificial Inflation Per Share**
**(November 16, 2020 – November 11, 2021, inclusive)**

| Security | Purchase/Sale Date Range | Artificial Inflation per Share |
|---|---|---|
| PureCycle or ROCH Warrants | Nov 16, 2020 – May 5, 2021 | $6.67 |
| | May 6, 2021 – Nov 10, 2021 | $1.02 |
| | Nov 11, 2021- Present | $0.00 |

### Table 1C

**PureCycle or ROCH Call Options – Estimated Artificial Inflation Per Share**
**(November 16, 2020 – November 11, 2021, inclusive)**

| Expiration Date | Strike Price | Call Option Artificial inflation Per Share During Trading Periods | | Holding Price |
|---|---|---|---|---|
| | | 11/16/2020 through 05/05/2021 | 05/06/2021 through 11/10/2021 | |
| 04/16/2021 | $30.00 | $2.79 | | |
| 05/21/2021 | $5.00 | | $0.00 | |
| 05/21/2021 | $7.50 | | $1.66 | |
| 05/21/2021 | $10.00 | | $0.91 | |
| 05/21/2021 | $12.50 | | $0.96 | |
| 05/21/2021 | $15.00 | | $0.78 | |
| 05/21/2021 | $17.50 | $3.98 | $0.61 | |
| 05/21/2021 | $20.00 | $2.60 | $0.40 | |
| 05/21/2021 | $22.50 | $2.04 | $0.31 | |
| 05/21/2021 | $25.00 | $3.58 | $0.55 | |
| 05/21/2021 | $30.00 | $2.66 | $0.41 | |
| 05/21/2021 | $35.00 | $1.34 | $0.21 | |
| 05/21/2021 | $40.00 | | $0.06 | |
| 06/18/2021 | $2.50 | | $0.00 | |
| 06/18/2021 | $7.50 | | $0.00 | |
| 06/18/2021 | $10.00 | | $1.26 | |
| 06/18/2021 | $12.50 | | $1.16 | |

13

| Expiration Date | Strike Price | Call Option Artificial inflation Per Share During Trading Periods | | Holding Price |
|---|---|---|---|---|
| | | 11/16/2020 through 05/05/2021 | 05/06/2021 through 11/10/2021 | |
| 06/18/2021 | $15.00 | $5.67 | $0.87 | |
| 06/18/2021 | $17.50 | $5.56 | $0.85 | |
| 06/18/2021 | $20.00 | $5.60 | $0.86 | |
| 06/18/2021 | $22.50 | $3.64 | $0.56 | |
| 06/18/2021 | $25.00 | $1.95 | $0.30 | |
| 06/18/2021 | $30.00 | $2.05 | $0.31 | |
| 06/18/2021 | $35.00 | $1.37 | $0.21 | |
| 06/18/2021 | $40.00 | $0.65 | $0.10 | |
| 07/16/2021 | $2.50 | | $1.43 | |
| 07/16/2021 | $5.00 | | $0.00 | |
| 07/16/2021 | $7.50 | | $0.00 | |
| 07/16/2021 | $10.00 | | $1.76 | |
| 07/16/2021 | $12.50 | | $1.35 | |
| 07/16/2021 | $15.00 | | $1.12 | |
| 07/16/2021 | $17.50 | | $1.12 | |
| 07/16/2021 | $20.00 | | $0.92 | |
| 07/16/2021 | $22.50 | | $0.88 | |
| 07/16/2021 | $25.00 | | $0.72 | |
| 07/16/2021 | $30.00 | | $0.43 | |
| 07/16/2021 | $35.00 | | $0.16 | |
| 07/16/2021 | $40.00 | | $0.11 | |
| 08/20/2021 | $2.50 | | $0.00 | |
| 08/20/2021 | $7.50 | | $1.60 | |
| 08/20/2021 | $10.00 | | $1.51 | |
| 08/20/2021 | $12.50 | | $1.18 | |
| 08/20/2021 | $15.00 | | $1.18 | |
| 08/20/2021 | $17.50 | | $0.76 | |
| 08/20/2021 | $20.00 | $4.43 | $0.68 | |
| 08/20/2021 | $22.50 | $3.98 | $0.61 | |
| 08/20/2021 | $25.00 | $3.59 | $0.55 | |
| 08/20/2021 | $30.00 | $2.65 | $0.41 | |
| 08/20/2021 | $35.00 | $2.13 | $0.33 | |
| 08/20/2021 | $40.00 | $1.18 | $0.18 | |
| 09/17/2021 | $2.50 | | $1.81 | |
| 09/17/2021 | $7.50 | | $1.73 | |
| 09/17/2021 | $10.00 | | $1.46 | |
| 09/17/2021 | $12.50 | | $1.11 | |
| 09/17/2021 | $15.00 | | $0.63 | |
| 09/17/2021 | $17.50 | | $0.48 | |
| 09/17/2021 | $20.00 | | $0.34 | |
| 09/17/2021 | $22.50 | | $0.23 | |
| 09/17/2021 | $25.00 | | $0.19 | |

| Expiration Date | Strike Price | Call Option Artificial inflation Per Share During Trading Periods | | Holding Price |
|---|---|---|---|---|
| | | 11/16/2020 through 05/05/2021 | 05/06/2021 through 11/10/2021 | |
| 09/17/2021 | $30.00 | | $0.10 | |
| 09/17/2021 | $35.00 | | $0.06 | |
| 09/17/2021 | $40.00 | | $0.04 | |
| 10/15/2021 | $7.50 | | $1.06 | |
| 10/15/2021 | $10.00 | | $1.60 | |
| 10/15/2021 | $12.50 | | $1.12 | |
| 10/15/2021 | $15.00 | | $0.73 | |
| 10/15/2021 | $17.50 | | $0.39 | |
| 10/15/2021 | $20.00 | | $0.34 | |
| 10/15/2021 | $22.50 | | $0.12 | |
| 10/15/2021 | $25.00 | | $0.07 | |
| 11/19/2021 | $5.00 | | $0.67 | $4.75 |
| 11/19/2021 | $7.50 | | $1.42 | $2.30 |
| 11/19/2021 | $10.00 | | $1.16 | $0.50 |
| 11/19/2021 | $12.50 | | $1.00 | $0.15 |
| 11/19/2021 | $15.00 | $5.61 | $0.86 | $0.10 |
| 11/19/2021 | $17.50 | $3.92 | $0.60 | $0.05 |
| 11/19/2021 | $20.00 | $4.09 | $0.63 | $0.05 |
| 11/19/2021 | $22.50 | $4.64 | $0.71 | $0.13 |
| 11/19/2021 | $25.00 | $4.39 | $0.67 | $0.05 |
| 11/19/2021 | $30.00 | $3.96 | $0.61 | $0.07 |
| 11/19/2021 | $35.00 | $3.56 | $0.54 | $0.05 |
| 11/19/2021 | $40.00 | $2.47 | $0.38 | $0.15 |
| 12/17/2021 | $10.00 | | $1.20 | $1.05 |
| 12/17/2021 | $12.50 | | $0.80 | $0.50 |
| 12/17/2021 | $15.00 | | $0.64 | $0.30 |
| 12/17/2021 | $17.50 | | $0.34 | $0.12 |
| 12/17/2021 | $20.00 | | $0.25 | $0.08 |
| 12/17/2021 | $22.50 | | $0.19 | $0.10 |
| 12/17/2021 | $25.00 | | $0.13 | $0.15 |
| 02/18/2022 | $2.50 | | $1.81 | $7.35 |
| 02/18/2022 | $5.00 | | $1.13 | $4.30 |
| 02/18/2022 | $7.50 | | $1.53 | $3.10 |
| 02/18/2022 | $10.00 | | $1.22 | $1.79 |
| 02/18/2022 | $12.50 | | $0.97 | $1.20 |
| 02/18/2022 | $15.00 | | $0.90 | $0.80 |
| 02/18/2022 | $17.50 | | $0.62 | $0.60 |
| 02/18/2022 | $20.00 | | $0.62 | $0.40 |
| 02/18/2022 | $22.50 | | $0.58 | $0.30 |
| 02/18/2022 | $25.00 | | $0.42 | $0.30 |
| 02/18/2022 | $30.00 | | $0.48 | $0.20 |
| 02/18/2022 | $35.00 | | $0.34 | $0.04 |

15

| Expiration Date | Strike Price | Call Option Artificial inflation Per Share During Trading Periods | | Holding Price |
| --- | --- | --- | --- | --- |
| | | 11/16/2020 through 05/05/2021 | 05/06/2021 through 11/10/2021 | |
| 02/18/2022 | $40.00 | | $0.25 | $0.10 |
| 05/20/2022 | $5.00 | | $1.66 | $5.00 |
| 05/20/2022 | $7.50 | | $1.52 | $3.70 |
| 05/20/2022 | $10.00 | | $1.15 | $2.63 |
| 05/20/2022 | $12.50 | | $1.04 | $2.15 |
| 05/20/2022 | $15.00 | | $0.92 | $1.48 |
| 05/20/2022 | $17.50 | | $0.71 | $1.20 |
| 05/20/2022 | $20.00 | | $0.65 | $1.38 |
| 05/20/2022 | $22.50 | | $0.60 | $1.00 |
| 05/20/2022 | $25.00 | | $0.47 | $0.66 |
| 12/16/2022 | $2.50 | | $1.54 | $7.65 |
| 12/16/2022 | $5.00 | | $1.65 | $7.40 |
| 12/16/2022 | $7.50 | | $1.52 | $4.80 |
| 12/16/2022 | $10.00 | | $1.37 | $3.80 |
| 12/16/2022 | $12.50 | | $1.23 | $2.90 |
| 12/16/2022 | $15.00 | | $1.12 | $2.75 |
| 12/16/2022 | $17.50 | | $1.08 | $3.10 |
| 12/16/2022 | $20.00 | | $0.98 | $2.20 |
| 12/16/2022 | $22.50 | | $0.87 | $1.85 |
| 12/16/2022 | $25.00 | | $0.79 | $1.70 |
| 12/16/2022 | $30.00 | | $0.73 | $1.25 |
| 01/20/2023 | $2.50 | | $1.75 | $7.80 |
| 01/20/2023 | $7.50 | | $1.54 | $4.99 |
| 01/20/2023 | $10.00 | | $1.35 | $3.90 |
| 01/20/2023 | $12.50 | | $1.23 | $3.41 |
| 01/20/2023 | $15.00 | | $1.15 | $2.88 |
| 01/20/2023 | $17.50 | | $0.99 | $3.22 |
| 01/20/2023 | $20.00 | | $0.95 | $2.22 |
| 01/20/2023 | $22.50 | | $0.89 | $2.10 |
| 01/20/2023 | $25.00 | | $0.76 | $2.00 |
| 01/19/2024 | $2.50 | | $1.60 | $8.15 |
| 01/19/2024 | $5.00 | | $1.63 | $6.27 |
| 01/19/2024 | $7.50 | | $1.55 | $5.81 |
| 01/19/2024 | $10.00 | | $1.43 | $5.20 |
| 01/19/2024 | $12.50 | | $1.36 | $5.00 |
| 01/19/2024 | $15.00 | | $1.21 | $4.40 |
| 01/19/2024 | $17.50 | | $1.23 | $3.73 |
| 01/19/2024 | $20.00 | | $1.13 | $2.97 |
| 01/19/2024 | $25.00 | | $0.98 | $3.00 |

16

**Table 1D**

**PureCycle or ROCH Put Options – Estimated Negative Artificial Inflation Per Share**
**(November 16, 2020 – November 11, 2021, inclusive)**

| Expiration Date | Strike Price | Put Option Negative Artificial Inflation Per Share During Trading Periods | | Holding Price |
| --- | --- | --- | --- | --- |
| | | 11/16/2020 through 05/05/2021 | 05/06/2021 through 11/10/2021 | |
| 04/16/2021 | $25.00 | $1.49 | | |
| 04/16/2021 | $30.00 | $7.99 | | |
| 05/21/2021 | $5.00 | | $0.04 | |
| 05/21/2021 | $7.50 | | $0.11 | |
| 05/21/2021 | $10.00 | | $0.41 | |
| 05/21/2021 | $12.50 | | $0.71 | |
| 05/21/2021 | $15.00 | | $0.81 | |
| 05/21/2021 | $17.50 | $6.49 | $0.99 | |
| 05/21/2021 | $20.00 | $5.58 | $0.85 | |
| 05/21/2021 | $22.50 | $5.26 | $0.80 | |
| 05/21/2021 | $25.00 | $4.69 | $0.72 | |
| 05/21/2021 | $30.00 | $8.34 | | |
| 06/18/2021 | $2.50 | | $0.02 | |
| 06/18/2021 | $5.00 | | $0.06 | |
| 06/18/2021 | $7.50 | | $0.18 | |
| 06/18/2021 | $10.00 | | $0.35 | |
| 06/18/2021 | $12.50 | | $0.40 | |
| 06/18/2021 | $15.00 | | $0.63 | |
| 06/18/2021 | $17.50 | $3.13 | $0.48 | |
| 06/18/2021 | $20.00 | $4.84 | $0.74 | |
| 06/18/2021 | $22.50 | $6.69 | $1.02 | |
| 06/18/2021 | $25.00 | $9.08 | $1.39 | |
| 06/18/2021 | $30.00 | | $0.00 | |
| 07/16/2021 | $7.50 | | $0.05 | |
| 07/16/2021 | $10.00 | | $0.16 | |
| 07/16/2021 | $12.50 | | $0.18 | |
| 07/16/2021 | $15.00 | | $0.30 | |
| 07/16/2021 | $17.50 | | $0.45 | |
| 07/16/2021 | $20.00 | | $0.60 | |
| 07/16/2021 | $22.50 | | $0.95 | |
| 07/16/2021 | $25.00 | | $0.85 | |
| 07/16/2021 | $30.00 | | $0.99 | |
| 07/16/2021 | $35.00 | | $1.72 | |
| 08/20/2021 | $2.50 | | $0.02 | |
| 08/20/2021 | $5.00 | | $0.06 | |
| 08/20/2021 | $7.50 | | $0.17 | |
| 08/20/2021 | $10.00 | | $0.25 | |
| 08/20/2021 | $12.50 | | $0.42 | |
| 08/20/2021 | $15.00 | | $0.68 | |

17

| Expiration Date | Strike Price | Put Option Negative Artificial Inflation Per Share During Trading Periods | | Holding Price |
|---|---|---|---|---|
| | | 11/16/2020 through 05/05/2021 | 05/06/2021 through 11/10/2021 | |
| 08/20/2021 | $17.50 | $4.64 | $0.71 | |
| 08/20/2021 | $20.00 | $5.50 | $0.84 | |
| 08/20/2021 | $22.50 | $5.82 | $0.89 | |
| 08/20/2021 | $25.00 | $8.34 | $1.28 | |
| 08/20/2021 | $30.00 | | $1.42 | |
| 08/20/2021 | $35.00 | | $1.51 | |
| 08/20/2021 | $40.00 | | $1.57 | |
| 09/17/2021 | $7.50 | | $0.06 | |
| 09/17/2021 | $10.00 | | $0.27 | |
| 09/17/2021 | $12.50 | | $0.52 | |
| 09/17/2021 | $15.00 | | $0.91 | |
| 09/17/2021 | $17.50 | | $1.27 | |
| 09/17/2021 | $20.00 | | $1.40 | |
| 09/17/2021 | $22.50 | | $0.00 | |
| 09/17/2021 | $25.00 | | $1.59 | |
| 09/17/2021 | $30.00 | | $0.84 | |
| 10/15/2021 | $7.50 | | $0.08 | |
| 10/15/2021 | $10.00 | | $0.22 | |
| 10/15/2021 | $12.50 | | $0.56 | |
| 10/15/2021 | $15.00 | | $1.01 | |
| 10/15/2021 | $17.50 | | $1.54 | |
| 10/15/2021 | $20.00 | | $1.60 | |
| 10/15/2021 | $22.50 | | $1.43 | |
| 10/15/2021 | $25.00 | | $1.67 | |
| 11/19/2021 | $2.50 | | $0.03 | $0.13 |
| 11/19/2021 | $5.00 | | $0.06 | $0.13 |
| 11/19/2021 | $7.50 | | $0.15 | $0.10 |
| 11/19/2021 | $10.00 | | $0.36 | $1.05 |
| 11/19/2021 | $12.50 | | $0.74 | $3.20 |
| 11/19/2021 | $15.00 | $5.71 | $0.87 | $5.70 |
| 11/19/2021 | $17.50 | $6.01 | $0.92 | $7.96 |
| 11/19/2021 | $20.00 | $6.65 | $1.02 | $10.80 |
| 11/19/2021 | $22.50 | | $1.22 | $10.45 |
| 11/19/2021 | $25.00 | $6.87 | $1.05 | $15.60 |
| 11/19/2021 | $30.00 | $7.63 | $1.17 | $20.30 |
| 11/19/2021 | $35.00 | | $1.16 | $25.25 |
| 11/19/2021 | $40.00 | | $1.20 | $30.35 |
| 12/17/2021 | $7.50 | | $0.19 | $0.40 |
| 12/17/2021 | $10.00 | | $0.59 | $1.45 |
| 12/17/2021 | $12.50 | | $0.85 | $3.50 |
| 12/17/2021 | $15.00 | | $1.09 | $5.80 |
| 12/17/2021 | $17.50 | | $1.38 | $8.02 |

18

| Expiration Date | Strike Price | Put Option Negative Artificial Inflation Per Share During Trading Periods | | Holding Price |
| --- | --- | --- | --- | --- |
| | | 11/16/2020 through 05/05/2021 | 05/06/2021 through 11/10/2021 | |
| 12/17/2021 | $20.00 | | $1.43 | $10.80 |
| 02/18/2022 | $5.00 | | $0.07 | $0.25 |
| 02/18/2022 | $7.50 | | $0.28 | $1.05 |
| 02/18/2022 | $10.00 | | $0.56 | $2.17 |
| 02/18/2022 | $12.50 | | $0.73 | $4.10 |
| 02/18/2022 | $15.00 | | $0.87 | $6.80 |
| 02/18/2022 | $17.50 | | $1.07 | $7.95 |
| 02/18/2022 | $20.00 | | $1.08 | $8.00 |
| 02/18/2022 | $22.50 | | $0.75 | $26.40 |
| 02/18/2022 | $25.00 | | $1.04 | $16.00 |
| 02/18/2022 | $30.00 | | $1.44 | $18.40 |
| 02/18/2022 | $35.00 | | $1.40 | $25.65 |
| 02/18/2022 | $40.00 | | $1.65 | $30.60 |
| 05/20/2022 | $10.00 | | $0.63 | $3.20 |
| 05/20/2022 | $12.50 | | $0.70 | $3.40 |
| 05/20/2022 | $15.00 | | $0.74 | $4.90 |
| 05/20/2022 | $22.50 | | $1.16 | $13.40 |
| 05/20/2022 | $25.00 | | $1.27 | $16.00 |
| 12/16/2022 | $2.50 | | $0.05 | $0.55 |
| 12/16/2022 | $5.00 | | $0.18 | $1.20 |
| 12/16/2022 | $7.50 | | $0.30 | $2.55 |
| 12/16/2022 | $10.00 | | $0.42 | $4.27 |
| 12/16/2022 | $12.50 | | $0.50 | $5.55 |
| 12/16/2022 | $15.00 | | $0.61 | $7.00 |
| 12/16/2022 | $17.50 | | $0.73 | $10.21 |
| 12/16/2022 | $20.00 | | $0.84 | $12.20 |
| 12/16/2022 | $22.50 | | $0.93 | $14.49 |
| 12/16/2022 | $25.00 | | $0.89 | $16.80 |
| 12/16/2022 | $30.00 | | $1.03 | $21.50 |
| 01/20/2023 | $10.00 | | $0.48 | $4.30 |
| 01/20/2023 | $12.50 | | $0.68 | $6.30 |
| 01/20/2023 | $15.00 | | $0.60 | $7.10 |
| 01/20/2023 | $17.50 | | $0.66 | $10.50 |
| 01/20/2023 | $20.00 | | $0.75 | $12.85 |
| 01/19/2024 | $2.50 | | $0.06 | $1.58 |
| 01/19/2024 | $7.50 | | $0.26 | $3.98 |
| 01/19/2024 | $10.00 | | $0.38 | $5.28 |
| 01/19/2024 | $15.00 | | $0.54 | $9.60 |
| 01/19/2024 | $20.00 | | $0.73 | $12.45 |

**Table 2A**

**PureCycle Common Stock – 90-Day Look-Back Table**
**(Average Closing Price: November 11, 2021 – February 8, 2022, inclusive)**

| Date | Average Closing Price of Security from Nov 11, 2021, Through Listed Date | Date | Average Closing Price of Security from Nov 11, 2021, Through Listed Date |
|---|---|---|---|
| Nov 11, 2021 | $9.79 | Dec 28, 2021 | $11.03 |
| Nov 12, 2021 | $9.65 | Dec 29, 2021 | $10.97 |
| Nov 15, 2021 | $10.05 | Dec 30, 2021 | $10.93 |
| Nov 16, 2021 | $10.56 | Dec 31, 2021 | $10.89 |
| Nov 17, 2021 | $11.07 | Jan 03, 2022 | $10.87 |
| Nov 18, 2021 | $11.38 | Jan 04, 2022 | $10.85 |
| Nov 19, 2021 | $11.55 | Jan 05, 2022 | $10.80 |
| Nov 22, 2021 | $11.81 | Jan 06, 2022 | $10.75 |
| Nov 23, 2021 | $11.87 | Jan 07, 2022 | $10.70 |
| Nov 24, 2021 | $11.93 | Jan 10, 2022 | $10.64 |
| Nov 26, 2021 | $11.95 | Jan 11, 2022 | $10.60 |
| Nov 29, 2021 | $11.99 | Jan 12, 2022 | $10.56 |
| Nov 30, 2021 | $12.01 | Jan 13, 2022 | $10.50 |
| Dec 01, 2021 | $11.99 | Jan 14, 2022 | $10.44 |
| Dec 02, 2021 | $11.94 | Jan 18, 2022 | $10.38 |
| Dec 03, 2021 | $11.86 | Jan 19, 2022 | $10.31 |
| Dec 06, 2021 | $11.78 | Jan 20, 2022 | $10.24 |
| Dec 07, 2021 | $11.77 | Jan 21, 2022 | $10.15 |
| Dec 08, 2021 | $11.76 | Jan 24, 2022 | $10.08 |
| Dec 09, 2021 | $11.73 | Jan 25, 2022 | $9.99 |
| Dec 10, 2021 | $11.70 | Jan 26, 2022 | $9.91 |
| Dec 13, 2021 | $11.65 | Jan 27, 2022 | $9.82 |
| Dec 14, 2021 | $11.57 | Jan 28, 2022 | $9.74 |
| Dec 15, 2021 | $11.52 | Jan 31, 2022 | $9.67 |
| Dec 16, 2021 | $11.46 | Feb 01, 2022 | $9.61 |
| Dec 17, 2021 | $11.39 | Feb 02, 2022 | $9.54 |
| Dec 20, 2021 | $11.29 | Feb 03, 2022 | $9.47 |
| Dec 21, 2021 | $11.22 | Feb 04, 2022 | $9.41 |
| Dec 22, 2021 | $11.17 | Feb 07, 2022 | $9.35 |
| Dec 23, 2021 | $11.14 | Feb 08, 2022 | $9.28 |
| Dec 27, 2021 | $11.09 | | |

20

**Table 2B**

**PureCycle Warrants – 90-Day Look-Back Table**
**(Average Closing Price: November 11, 2021 – February 8, 2022, inclusive)**

| Date | Average Closing Price of Security from Nov 11, 2021, Through Listed Date | Date | Average Closing Price of Security from Nov 11, 2021, Through Listed Date |
|---|---|---|---|
| Nov 11, 2021 | $3.28 | Dec 28, 2021 | $4.09 |
| Nov 12, 2021 | $3.38 | Dec 29, 2021 | $4.07 |
| Nov 15, 2021 | $3.62 | Dec 30, 2021 | $4.06 |
| Nov 16, 2021 | $3.85 | Dec 31, 2021 | $4.05 |
| Nov 17, 2021 | $4.10 | Jan 03, 2022 | $4.04 |
| Nov 18, 2021 | $4.26 | Jan 04, 2022 | $4.03 |
| Nov 19, 2021 | $4.32 | Jan 05, 2022 | $4.02 |
| Nov 22, 2021 | $4.45 | Jan 06, 2022 | $4.00 |
| Nov 23, 2021 | $4.46 | Jan 07, 2022 | $3.98 |
| Nov 24, 2021 | $4.49 | Jan 10, 2022 | $3.97 |
| Nov 26, 2021 | $4.50 | Jan 11, 2022 | $3.95 |
| Nov 29, 2021 | $4.50 | Jan 12, 2022 | $3.94 |
| Nov 30, 2021 | $4.50 | Jan 13, 2022 | $3.92 |
| Dec 01, 2021 | $4.48 | Jan 14, 2022 | $3.89 |
| Dec 02, 2021 | $4.46 | Jan 18, 2022 | $3.87 |
| Dec 03, 2021 | $4.41 | Jan 19, 2022 | $3.84 |
| Dec 06, 2021 | $4.37 | Jan 20, 2022 | $3.81 |
| Dec 07, 2021 | $4.36 | Jan 21, 2022 | $3.78 |
| Dec 08, 2021 | $4.35 | Jan 24, 2022 | $3.75 |
| Dec 09, 2021 | $4.35 | Jan 25, 2022 | $3.71 |
| Dec 10, 2021 | $4.34 | Jan 26, 2022 | $3.68 |
| Dec 13, 2021 | $4.32 | Jan 27, 2022 | $3.64 |
| Dec 14, 2021 | $4.29 | Jan 28, 2022 | $3.61 |
| Dec 15, 2021 | $4.27 | Jan 31, 2022 | $3.58 |
| Dec 16, 2021 | $4.25 | Feb 01, 2022 | $3.56 |
| Dec 17, 2021 | $4.23 | Feb 02, 2022 | $3.53 |
| Dec 20, 2021 | $4.19 | Feb 03, 2022 | $3.50 |
| Dec 21, 2021 | $4.16 | Feb 04, 2022 | $3.47 |
| Dec 22, 2021 | $4.15 | Feb 07, 2022 | $3.45 |
| Dec 23, 2021 | $4.13 | Feb 08, 2022 | $3.42 |
| Dec 27, 2021 | $4.12 | | |

21

**INSTRUCTIONS APPLICABLE TO ALL CLAIMANTS**

The payment you receive will reflect your proportionate share of the Net Settlement Fund. Such payment will depend on the number of eligible securities that participate in the Settlement, and when those securities were purchased and sold. The number of claimants who send in claims varies widely from case to case.

A purchase or sale of PureCycle Securities shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date.

Acquisition by Gift, Inheritance, or Operation of Law: If a Settlement Class Member acquired PureCycle Securities during the Class Period by way of gift, inheritance or operation of law, such a claim will be computed by using the date and price of the original purchase and not the date and price of transfer. To the extent that PureCycle common stock, warrants, or call options were originally purchased prior to commencement of the Class Period or PureCycle put options were originally sold prior to the commencement of the Class Period, the Recognized Loss for that acquisition shall be deemed to be zero ($0.00).

Notwithstanding any of the above, receipt of PureCycle Securities during the Class Period in exchange for securities of any other corporation or entity shall not be deemed a purchase or sale of PureCycle Securities.

The first-in-first-out ("FIFO") basis will be applied to purchases and sales. Sales will be matched in chronological order, by trade date, first against PureCycle Securities held as of the close of trading on November 15, 2020 (the last day before the Class Period begins) and then against the purchases of PureCycle Securities during the Class Period.

The date of covering a "short sale" is deemed to be the date of purchase of shares. The date of a "short sale" is deemed to be the date of sale of shares. In accordance with the Plan of Allocation, the Recognized Loss on "short sales" is zero for PureCycle common stock, warrants, and call options. In the event that a Claimant has an opening short position in PureCycle common stock, warrants, or call options, the earliest Class Period purchases shall be matched against such opening short position and not be entitled to a recovery until that short position is fully covered. In the event that a Claimant has an opening long position in PureCycle  or ROCH put options, the earliest Class Period sales shall be matched first against such opening long position and not be entitled to a recovery until that long position is fully exhausted.

With respect to PureCycle or ROCH common stock purchased or sold through the exercise of an option, the purchase/sale date of the stock shall be the exercise date of the option and the purchase/sale price of the stock shall be the closing price of PureCycle or ROCH common stock on the date of exercise. Any Recognized Loss arising from purchases of PureCycle or ROCH common stock acquired during the Class Period through the exercise of an option on PureCycle or ROCH common stock[9] shall be computed as provided for other purchases of PureCycle or ROCH common stock in the Plan of Allocation.

Payment according to the Plan of Allocation will be deemed conclusive against all Settlement Class Members. A Recognized Loss will be calculated as defined herein and cannot be less than zero. The Claims Administrator shall allocate to each Authorized Claimant a *pro rata* share of the Net Settlement Fund based on his, her, or its Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants. No distribution will be made to Authorized Claimants who would otherwise receive a distribution of less than $10.00.

Settlement Class Members who do not submit acceptable Proofs of Claim will not share in the Settlement proceeds. The Settlement Stipulation and the Order and Final Judgment dismissing this Action will nevertheless bind Settlement Class Members who do not submit a request for exclusion and/or submit an acceptable Proof of Claim.

---

[9] Including (1) purchases of PureCycle or ROCH common stock as the result of the exercise of a call option, and (2) purchases of PureCycle or ROCH common stock by the seller of a put option as a result of the buyer of such put option exercising that put option.

22

Please contact the Claims Administrator or Lead Counsel if you disagree with any determinations made by the Claims Administrator regarding your Proof of Claim. If you are unsatisfied with the determinations, you may ask the Court, which retains jurisdiction over all Settlement Class Members and the claims administration process, to decide the issue by submitting a written request.

Defendants, their respective counsel, and all other Released Parties will have no responsibility or liability whatsoever for the investment of the Settlement Fund, the distribution of the Net Settlement Fund, the Plan of Allocation, or the payment of any claim. Lead Plaintiffs, Lead Counsel, and the Claims Administrator likewise will have no liability for their reasonable efforts to execute, administer, and distribute the Settlement.

Distributions will be made to Authorized Claimants after all claims have been processed and after the Court has finally approved the Settlement. If any funds remain in the Net Settlement Fund by reason of uncashed distribution checks or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Settlement Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distributions, any balance remaining in the Net Settlement Fund at least six (6) months after the initial distribution of such funds will be used in the following fashion: (a) first, to pay any amounts mistakenly omitted from the initial disbursement; (b) second, to pay any additional settlement administration fees, costs, and expenses, including those of Lead Counsel as may be approved by the Court; and (c) finally, to make a second distribution to claimants who cashed their checks from the initial distribution and who would receive at least $10.00, after payment of the estimated costs, expenses, or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. These redistributions shall be repeated, if economically feasible, until the balance remaining in the Net Settlement Fund is *de minimis* and such remaining balance will then be distributed to a non-sectarian, not-for-profit organization identified by Lead Counsel and approved by the Court.

DATED: JUNE 4, 2024

_____
BY ORDER OF THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF FLORIDA

**PROOF OF CLAIM AND RELEASE FORM**

**Deadline for Submission:  September 12, 2024**

IF YOU PURCHASED OR OTHERWISE ACQUIRED PURECYCLE SECURITIES[10] DURING THE PERIOD FROM NOVEMBER 16, 2020 THROUGH NOVEMBER 10, 2021, BOTH DATES INCLUSIVE (THE "CLASS PERIOD"), YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. EXCLUDED FROM THE SETTLEMENT CLASS ARE: (I) DEFENDANTS, ALL CURRENT AND FORMER DIRECTORS AND OFFICERS OF PURECYCLE DURING THE CLASS PERIOD, AND ANY FAMILY MEMBER, TRUST, COMPANY, ENTITY OR AFFILIATE CONTROLLED OR OWNED BY ANY OF THE EXCLUDED PERSONS AND ENTITIES REFERENCED ABOVE; (II) OPT-OUTS; AND (III) PERSONS WHO HAVE NO COMPENSABLE DAMAGES.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT THIS PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM AND RELEASE FORM") IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS. YOU CAN COMPLETE AND SUBMIT THE ELECTRONIC VERSION OF THIS PROOF OF CLAIM AND RELEASE FORM BY 11:59 P.M. EST ON SEPTEMBER 12, 2024 AT WWW.STRATEGICCLAIMS.NET/PURECYCLE.

IF YOU DO NOT COMPLETE AND SUBMIT AN ELECTRONIC VERSION OF THIS PROOF OF CLAIM AND RELEASE FORM, YOU MUST COMPLETE AND SIGN THIS PROOF OF CLAIM AND RELEASE FORM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN SEPTEMBER 12, 2024 TO THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

PureCycle Technologies, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Tel.:  866-274-4004
Fax:  610-565-7985
info@strategicclaims.net

YOUR FAILURE TO SUBMIT YOUR CLAIM BY SEPTEMBER 12, 2024 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION.  DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER PROOF OF CLAIM AND RELEASE FORM, YOU WILL NOT SHARE IN THE SETTLEMENT BUT YOU NEVERTHELESS WILL BE BOUND BY THE ORDER AND FINAL JUDGMENT OF THE COURT UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A PROOF OF CLAIM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

---

[10] "PureCycle Technologies, Inc.," "PureCycle," or "the Company" shall mean PureCycle Technologies, Inc. and any of its predecessors, affiliates, or subsidiaries, including but not limited to PureCycle Technologies LLC or Roth CH Acquisition I Co. ("ROCH").  During the Class Period, until March 17, 2021, the common stock of ROCH traded on the NASDAQ under the ticker symbol "ROCH," the warrants to purchase the common stock of ROCH traded on the NASDAQ under the ticker symbol "ROCHW," and the units comprised of ROCH common stock and warrants traded on the NASDAQ under the ticker symbol "ROCHU." Following the March 16, 2021 shareholder approval of the merger and the March 17, 2021 closing of the merger, PureCycle common stock trades on the NASDAQ under the ticker symbol "PCT," the warrants to purchase its common stock trade on the NASDAQ under the ticker symbol "PTTW," and units comprised of PCT common stock and warrants trade on the NASDAQ under the ticker symbol "PCTTU."  As further described in the Stipulation of Settlement, these are all included within the definition of PureCycle Securities.

24

## CLAIMANT'S STATEMENT

1.  I (we) purchased PureCycle Securities during the Class Period. (Do not submit this Proof of Claim and Release Form if you did not purchase or otherwise acquire PureCycle Securities).

2.  By submitting this Proof of Claim and Release Form, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Final Approval Hearing (the "Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3.  I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim and Release Form. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Proof of Claim and Release Form.

4.  I (we) have set forth where requested below all relevant information with respect to each purchase or other acquisition of PureCycle Securities during the Class Period, and each sale, if any, of such PureCycle Securities. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5.  I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of PureCycle Securities listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6.  I (we) understand that the information contained in this Proof of Claim and Release Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your recognized claim. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information, including, where applicable, information concerning transactions in any derivatives securities such as options.)

7.  Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) of each of the "Released Parties" of all "Released Claims," as those terms are defined in the Settlement Stipulation.

8.  Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators,

25

predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) to permanently refrain from prosecuting or attempting to prosecute any Released Claims against any of the Released Parties.

9. "Released Parties" has the meaning laid out in the Settlement Stipulation.

10. "Released Claims" has the meaning laid out in the Settlement Stipulation.

11. "Unknown Claims" has the meaning laid out in the Settlement Stipulation.

12. I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Settlement Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

13. NOTICE REGARDING INSTITUTIONAL FILERS: Certain filers submitting claims on behalf of other beneficial owners ("Representative Filers") with large numbers of transactions may request to, or may be asked to, submit information regarding their transactions in electronic files.  (This is different than the online claim portal on the Settlement website.)  All such Representative Filers MUST also submit a manually signed Proof of Claim and Release Form. Claims should be combined on a legal entity basis, where applicable. Sub-accounts should be rolled up into a parent account if the sub-accounts contain the same tax identification number.   If you are a Representative Filer and wish to submit your claim electronically, you must contact the Claims Administrator at (866) 274-4004, email at efile@strategicclaims.net, or visit their website at https://www.strategicclaims.net/institutional-filers/ to obtain the required file layout.  No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

14. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Proof of Claim and Release Form hosted at www.strategicclaims.net/purecycle.  If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Proof of Claim and Release Form has been submitted.  If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004.  If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Proof of Claim and Release Form.

26

PURECYCLE

## I. CLAIMANT INFORMATION

| Beneficial Owner's Name: | | |
|---|---|---|
| | | |
| Address | | |
| | | |
| City | State | ZIP |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

## II. SCHEDULE OF TRANSACTIONS IN PURECYCLE TECHNOLOGIES, INC. AND/OR ROTH CH ACQUISITION I CORP. COMMON STOCK AND WARRANTS

**Beginning Holdings:**

A. State the total number of shares of ROCH common stock and/or warrants held at the close of trading on November 15, 2020 (*must be documented).*  If none, write "zero" or "0."

| *Common Stock* | |
|---|---|
| *Warrants* | |

**Purchases/Acquisitions:**

B. Separately list each and every purchase or acquisition of PureCycle and/or ROCH common stock and/or warrants between November 16, 2020 and February 8, 2022, both dates inclusive, and provide the following information (*must be documented):*

| Type of Security (Common Stock / Warrants) | Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

27

PURECYCLE

**Sales:**

C.  Separately list each and every sale of PureCycle and/or ROCH common stock and/or warrants between November 16, 2020 and February 8, 2022, both dates inclusive, and provide the following information (*must be documented*):

| Type of Security (Common Stock / Warrants | Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Ending Holdings:**

D.  State the total number of shares of PureCycle common stock and/or warrants held at the close of trading on February 8, 2022 (*must be documented).*

| | |
|---|---|
| *Common Stock* |  |
| *Warrants* |  |

## III. SCHEDULE OF TRANSACTIONS IN PURECYCLE TECHNOLOGIES, INC. AND/OR ROTH CH ACQUISITION I CORP. CALL AND PUT OPTIONS

**Beginning Holdings**

A.  Separately list all open positions in ROCH call and/or put options as of the close of trading on November 15, 2020:

| Option Type (Put/Call) | Strike Price | Expiration Date | Number of Option Contracts |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Purchases/Acquisitions**

B.  Separately list each and every purchase or acquisition of PureCycle and/or ROCH call and/or put options during the period from November 16, 2020 through November 10, 2021, both dates inclusive (*must be documented*):

| Option Type (Call / Put) | Transaction Type (Buy to Open/Buy to Close) | Purchase Date | Strike Price | Expiration Date | Number of Option Contracts | Purchase/ Acquisition Price Per Option Contract | Exercised /Assigned /Expired | Exercise /Assign/ Expired Date |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

28

PURECYCLE

**Sales**

C.  Separately list each and every sale of PureCycle and/or ROCH call and/or put options during the period from November 16, 2020 through November 10, 2021, both dates inclusive (*must be documented*):

| Option Type (Call / Put) | Transaction Type (Sold to Open/Sold to Close) | Sale Date | Strike Price | Expiration Date | Number of Option Contracts | Sale Price Per Option Contract | Exercised /Assigned /Expired | Exercise /Assign/ Expired Date |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**Ending Holdings**

D.  Separately list all open positions in PureCycle call and/or put options as of the close of trading on November 10, 2021:

| Option Type (Put/Call) | Strike Price | Expiration Date | Number of Option Contracts |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

**IV. SUBSTITUTE FORM W-9**

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s).  For most individuals, this is your Social Security Number.  The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number.  If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | **or** | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
|  |  |  |

**V. CERTIFICATION**

I (We) submit this Proof of Claim and Release Form under the terms of the Stipulation of Settlement described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Middle District of Florida, with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of PureCycle Securities during the Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result

29

PURECYCLE

of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)
☐ Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)

Date: _____

30

PURECYCLE

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE SUBMITTED ONLINE AT
WWW.STRATEGICCLAIMS.NET/PURECYCLE BY 11:59 P.M. EST ON SEPTEMBER 12, 2024,
OR POSTMARKED NO LATER THAN SEPTEMBER 12, 2024, AND MUST BE MAILED TO:**

PureCycle Technologies Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Tel.:  866-274-4004
Fax:  610-565-7985
info@strategicclaims.net

A Proof of Claim and Release Form received by the Claims Administrator shall be deemed to have been
submitted when posted, if mailed by September 12, 2024 and if a postmark is indicated on the envelope
and it is mailed first class and addressed in accordance with the above instructions.  In all other cases, a
Proof of Claim and Release Form shall be deemed to have been submitted when actually received by the
Claims Administrator.

The Claims Administrator will acknowledge receipt of your Proof of Claim and Release Form by mail or
email within 45 days of receipt. Your claim is not deemed filed until you receive such an
acknowledgement. If you do not receive an acknowledgement within 45 days, please contact the Claims
Administrator by telephone toll free at 866-274-4004 or by email at info@strategicclaims.net.

You should be aware that it will take a significant amount of time to process fully all of the Proof of Claim
and Release Forms and to administer the Settlement.  This work will be completed as promptly as time
permits, given the need to investigate and tabulate each Proof of Claim and Release Form.  Please notify
the Claims Administrator of any change of address.

### REMINDER CHECKLIST

o   Please be sure to sign this Proof of Claim and Release Form on page 30.  If this Proof of Claim and
Release Form is submitted on behalf of joint claimants, then each claimant must sign.

o   Please remember to attach supporting documents. Do NOT send any stock certificates.  Keep copies
of everything you submit.

o   Do NOT use highlighter on the Proof of Claim and Release Form or any supporting documents.

o   If you move or change your address, telephone number or email address, please submit the new
information to the Claims Administrator, as well as any other information that will assist us in
contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result
in the Claims Administrator's inability to contact you regarding issues with your claim or deliver
payment to you.

31

PureCycle Technologies Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

**EXHIBIT B**

<u>REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS</u>

STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202        EMAIL: info@strategicclaims.net        FAX: (610) 565-7985

June 21, 2024

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential Settlement Class Members.

**We request that you assist us in identifying any individuals/entities who fit the following description:**

ALL PERSONS OR ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED PURECYCLE SECURITIES FROM NOVEMBER 16, 2020 THROUGH NOVEMBER 10, 2021, BOTH DATES INCLUSIVE.

Excluded from the Settlement Class are: (i) Defendants, all current and former directors and officers of PureCycle during the Class Period, and any family member, trust, company, entity or affiliate controlled or owned by any of the excluded persons and entities referenced above.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *PureCycle Technologies, Inc. Securities Litigation*<br>Case No. 6:21-cv-809-PGB-RMN<br>Claim Filing Deadline: September 12, 2024<br>Exclusion Deadline: September 12, 2024<br>Objection Deadline: September 17, 2024<br>Settlement Hearing: October 8, 2024 | Roth CH Acquisition I Co. Cusip and Ticker Symbols:<br>Common Stock: 778675108 and ROCH<br>Warrants: 778675116 and ROCHW<br>Units: 778675207 and ROCHU<br>PureCycle Technologies, Inc. Cusip and Ticker Symbols:<br>Common Stock: 74623V103 and PCT<br>Warrants:74623V111 and PCTTW<br>Units: 74623V202 and PCTTU |

<u>PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE.</u>

Please comply in one of the following ways:
1.   If you have no beneficial purchasers/owners, please so advise us in writing; or
2.   **Supply us with names, last known addresses, and email addresses (to the extent known)** of your beneficial purchasers/owners and we will do the emailing of the link to the location of the electronic Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Final Approval Hearing ("Long Notice") and the Proof of Claim and Release Form ("Proof of Claim") or mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3.   Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notice, you have ten (10) calendar days to mail them; or
4.   Request a link to the location hosting the electronic Notice and Proof of Claim and email a copy to each of your beneficial purchasers/owners within ten (10) calendar days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:

- **$0.03 per link emailed,** OR
- **$0.03 per name, address and email address** if you are providing us the records, OR
- **$0.03 per name and address, including materials, plus postage at the current pre-sort rate used by the Claims Administrator** if you are requesting the Postcard Notice and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of the legal matter. A copy of the Long Notice and Proof of Claim and other important case-related documents are available on our website at www.strategicclaims.net/purecycle. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,

Claims Administrator
PureCycle Technologies, Inc. Securities Litigation

Infinidle Technologies, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
Media, PA 19063

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*You may be entitled to a payment. This notice may affect your legal rights.*

*Please read it carefully.*

**THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.**
**PLEASE VISIT WWW.STRATEGICCLAIMS.NET/PURECYCLE/ OR CALL 1-866-274-4004 FOR MORE INFORMATION.**

The United States District Court for the Middle District of Florida (the "Court") has preliminarily approved a proposed Settlement of claims against defendants PureCycle Technologies, Inc., Michael Otworth, Michael E. Dee, David Brenner, and Byron Roth (collectively, "Defendants"). The proposed Settlement would resolve a class action lawsuit alleging that Defendants violated federal securities laws, causing damage to Settlement Class Members. Defendants deny any wrongdoing.

You received this notice because you may have purchased or otherwise acquired PureCycle Securities between November 16, 2020 and November 10, 2021, both dates inclusive. The Settlement dismisses and releases claims against the Defendants and creates a fund consisting of $12,000,000, less attorneys' fees and expenses, which will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Proofs of Claim"). For a full description of the Settlement and your rights and to make a claim, please view the Stipulation of Settlement and obtain a copy of the Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Final Approval Hearing ("Notice") and the Proof of Claim by visiting the website: www.strategicclaims.net/purecycle. You may also request copies of the Notice and Proof of Claim from the Claims Administrator by: (1) mail: PureCycle Technologies, Inc. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (2) toll-free phone: (866) 274-4004; (3) fax: (610) 565-7985; or (4) email: info@strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim, which can be found on the website www.strategicclaims.net/purecycle. PROOFS OF CLAIM ARE DUE BY **SEPTEMBER 12, 2024** TO: PURECYCLE TECHNOLOGIES, INC. SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON ST., STE. 205, MEDIA, PA 19063, or submitted electronically at www.strategicclaims.net/purecycle. If you do not want to be legally bound by the Settlement, you must exclude yourself by **September 12, 2024**. If you exclude yourself, you cannot get money from this Settlement. If you choose to remain in the Settlement, you may object to it by **September 17, 2024**. The Notice explains how to exclude yourself or to object.

The Court will hold a Final Approval Hearing in this case on **October 8, 2024** at **10:00 a.m.** at the Court, 401 West Central Boulevard, Courtroom 4B, Orlando, Florida 32801, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Lead Counsel for up to one-third (⅓) of the Settlement Fund in attorneys' fees, plus up to $400,000 in expenses, and total award to Lead Plaintiffs of no more than $60,000 for litigating the case and negotiating the Settlement. You may, but do not have to, attend the Final Approval Hearing and ask to be heard by the Court. The Court reserves the right to hold the Final Approval Hearing telephonically or by other virtual means.

**sevans@strategicclaims.net**

| | |
|---|---|
| **From:** | donotreply@globenewswire.com |
| **Sent:** | Monday, July 1, 2024 8:01 AM |
| **To:** | sevans@strategicclaims.net |
| **Cc:** | jbravata@strategicclaims.net; sevans@strategicclaims.net |
| **Subject:** | GlobeNewswire Release Distribution Confirmation: Pomerantz LLP |



# Release Distribution Confirmation

**Pomerantz LLP Announces Proposed Class Action Settlement on Behalf of Purchasers of Securities of PureCycle Technologies, Inc. - PCT**

*Cross time: **07/01/24 08:00 AM ET: Eastern Time** - View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

1

**AFFIDAVIT**

**STATE OF NEW JERSEY**                          )
                                                 ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Keith Oechsner, being duly sworn, depose and say that I am the advertising clerk of the Publisher of

INVESTORS BUSINESS DAILY, a weekly national newspaper of general circulation throughout  the

United States, and that the notice attached to this Affidavit has been regularly

published in INVESTORS BUSINESS DAILY for National distribution for

 1   insertion(s) on the following date(s):

JUL-01-2024;

ADVERTISER: PURECYCLE TECHNOLOGIES, INC.;

and that the foregoing statements are true and correct to the best of my knowledge.

_____

 Sworn to before me this
 2  day of  July 2024

_____
Notary Public



**UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA**

WILLIAM C. THEODORE, individually and on behalf of all others similarly situated,
Plaintiffs,

v.

PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL E. DEE, DAVID BRENNER, and BYRON ROTH,
Defendants.

Case No.:
6:21-cv-809-PGB-GJK

**CLASS ACTION**

## SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION AND FINAL APPROVAL HEARING

**To: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED PURECYCLE SECURITIES[1] BETWEEN NOVEMBER 16, 2020 AND NOVEMBER 10, 2021, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Middle District of Florida, that a hearing will be held on October 8, 2024, at 10:00 a.m. before the Honorable Paul G. Byron, United States District Judge of the Middle District of Florida, 401 West Central Boulevard, Courtroom 4B, Orlando, Florida 32801, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $12,000,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of up to one-third of the Settlement Amount ($4,000,000) plus interest, reimbursement of expenses of not more than $400,000, and a Compensatory Award to Lead Plaintiffs of no more than $60,000 collectively (or $30,000 each) should be approved; and (4) whether the Action should be dismissed with prejudice as set forth in the Stipulation of Settlement dated May 6, 2024 (the "Settlement Stipulation").[2]

If you purchased or otherwise acquired Purecycle Securities between November 16, 2020 and November 10, 2021, both dates inclusive (the "Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Purecycle Securities. If you have not received a detailed Notice Of Proposed Settlement Of Class Action, Motion For Attorneys' Fees And Expenses, And Final Approval Hearing ("Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by visiting http://www.strategicclaims.net/purecycle or by contacting the Claims Administrator toll-free at (866) 274-4004 or at info@strategicclaims.net. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form postmarked no later than September 12, 2024, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than September 12, 2024, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Lead Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than September 17, 2024, by each of the following:

| **Clerk of the Court** | **Lead Counsel** | **Counsel For Defendants** |
|---|---|---|
| United States District Court | Jeremy A. Lieberman | David Kistenbroker |
| Middle District of Florida | Tamar A. Weinrib | Joni Jacobsen |
| 401 West Central Boulevard | POMERANTZ LLP | DECHERT LLP |
| Rm. 4B | 600 Third Avenue, Floor 20 | 35 West Wacker Drive, Suite 3400 |
| Orlando, Florida 32801 | New York, NY 10016 | Chicago, IL 60601 |
| | | John R. Loftus |
| | | Christine E. Ellice |
| | | DLA Piper LLP (US) |
| | | 2000 Avenue of the Stars |
| | | Suite 400 North Tower |
| | | Los Angeles, CA 90067 |

If you have any questions about the Settlement, you may visit http://www.strategicclaims.net/purecycle or write to Lead Counsel at the above address.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: June 4, 2024

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

[1]   "PureCycle Technologies, Inc.," "PureCycle," or "the Company" shall mean PureCycle Technologies, Inc. and any of its predecessors, affiliates, or subsidiaries, including but not limited to PureCycle Technologies LLC or Roth CH Acquisition I Co. ("ROCH"). During the Class Period, until March 17, 2021, the common stock of ROCH traded on the NASDAQ under the ticker symbol "ROCH," the warrants to purchase the common stock of ROCH traded on the NASDAQ under the ticker symbol "ROCHW," and the units comprised of ROCH common stock and warrants traded on the NASDAQ under the ticker symbol "ROCHU." Following the March 16, 2021 shareholder approval of the merger and the March 17, 2021 closing of the merger, PureCycle common stock trades on the NASDAQ under the ticker symbol "PCT," the warrants to purchase its common stock trade on the NASDAQ under the ticker symbol "PCTTW," and units comprised of PCT common stock and warrants trade on the NASDAQ under the ticker symbol "PCTTU." As further described in the Stipulation of Settlement, these are all included within the definition of PureCycle Securities.

[2]   Defendants deny any and all allegations of wrongdoing, fault, liability, or damage whatsoever asserted by Lead Plaintiffs, including but not limited to, the allegations that Lead Plaintiffs or the Settlement Class have suffered damages or that Lead Plaintiffs or the Settlement Class were harmed by the conduct alleged in the Action. Defendants continue to believe the claims asserted against them in the Action are without merit.

# MUTUAL FUND PERFORMANCE

## BIG CAP GROWTH ETF (SPYG) VS SMALL CAP GROWTH ETF (SLYG)

| | |
|---|---|
| Apple Inc (AAPL) | 12.63% |
| Microsoft Corp (MSFT) | 10.02% |
| Amazon.com Inc (AMZN) | 8.27% |
| Facebook Inc Cl A (FB) | 3.91% |
| Tesla Inc (TSLA) | 3.19% |
| NeoGenomics Inc (NEO) | 1.35% |
| Cleveland-Cliffs Inc (CLF) | 1.31% |
| Yeti Holdings Inc (YETI) | 1.16% |
| Omnicell Inc (OMCL) | 1.14% |
| Brooks Automation (BRKS) | 1.13% |

When the line is heading up, big cap growth funds are outperforming small cap growth funds

## GROWTH ETF (IUSG) VS VALUE ETF (IUSV)

| | |
|---|---|
| Apple Inc (AAPL) | 11.88% |
| Microsoft Corp (MSFT) | 9.42% |
| Amazon.com Inc (AMZN) | 7.78% |
| Facebook Inc Cl A (FB) | 3.68% |
| Tesla Inc (TSLA) | 3.00% |
| Berkshire Hathaway (BRKB) | 2.84% |
| J P Morgan Chase (JPM) | 2.17% |
| Walt Disney Company (DIS) | 2.06% |
| Johnson & Johnson (JNJ) | 1.56% |
| Verizon Communications (VZ) | 1.53% |

When the line is heading up, growth funds are outperforming value funds

---

# Top Growth Funds
Last 3 months (all total returns)

| Mutual Fund | % Change Last 3 Mo | Rating | $ Net Assets |
|---|---|---|---|
| ProFunds:Semiconduct | +31 | A+ | 259.70 mil |
| ProFunds:UltraNASDAQ | +15 | A+ | 815.80 mil |
| Rydex:NASDAQ 2x | +15 | A+ | 754.70 mil |
| Kinetics:Paradigm | +14 | A | 352.30 mil |
| Kinetics:SC Oppty | +13 | A+ | 194.40 mil |
| Gabelli Growth | +11 | A | 711.90 mil |
| Virtus:Silvant FG | +11 | A | 705.10 mil |
| Fidelity OTC | +11 | A | 20.842 bil |
| Alger:Capital Apprec | +11 | A | 857.70 mil |
| Alger Inst:Cap App | +11 | A | 1.086 bil |
| Alger II:Spectra | +11 | B+ | 1.133 bil |
| J Hancock II:BC Gro | +10 | A | 1.681 bil |
| TRowePrice I LC Cor Gr | +10 | A | 2.77 bil |
| Columbia:LgCp Gro | +10 | A+ | 2.865 bil |
| TRowePrice Blue Chp Gro | +10 | A | 29.252 bil |
| BlackRock:Tech Oppt | +10 | B | 2.562 bil |
| Goldman:LC Gro Ins | +10 | A+ | 237.50 mil |
| Eaton Vance Gro | +10 | A+ | 286.90 mil |
| Fidelity BlueChp G;Series | +10 | A+ | 10.066 bil |
| Fidelity Blue Chip Gr | +10 | A+ | 53.492 bil |
| Amer Cent:Foc DG | +10 | C+ | 699.70 mil |
| Fidelity Gro Co;Series | +10 | A+ | 15.312 bil |
| Fidelity Gro Company | +10 | A+ | 49.885 bil |
| Victory:RS Growth | +10 | A+ | 269.40 mil |
| Vanguard Gro Idx | +9 | A+ | 72.288 bil |

### U.S. Stock Fund Cash Position

High (11/00) 6.2%    Low (12/21) 1.5%

| | | | | | |
|---|---|---|---|---|---|
| 22-Nov | 2.50% | 23-May | 2.05% | 23-Nov | 1.87% |
| 22-Dec | 2.40% | 23-Jun | 1.98% | 23-Dec | 1.64% |
| 23-Jan | 2.30% | 23-Jul | 1.83% | 24-Jan | 1.63% |
| 23-Feb | 2.26% | 23-Aug | 1.79% | 24-Feb | 1.54% |
| 23-Mar | 2.17% | 23-Sep | 1.87% | 24-Mar | 1.53% |
| 23-Apr | 2.22% | 23-Oct | 1.94% | 24-Apr | 1.44% |

---

# Top Growth Funds
Last 3 years (all total returns)

| Mutual Fund | % Change YTD | Rating | $ Net Assets |
|---|---|---|---|
| ProFunds:Semiconduct | +107 | A+ | 259.70 mil |
| Hennessy:Crnst MdCp | +21 | A+ | 548.80 mil |
| Federtd Hrms MDTLC | +24 | A+ | 929.80 mil |
| Fidelity New Millennium | +20 | A+ | 4.616 bil |
| BNYM Large Cp Securities | +21 | A+ | 2.205 bil |
| Spirit of Amer:LC Val | +25 | A+ | 170.20 mil |
| BlackRock:Exchange | +15 | A+ | 247.90 mil |
| Gotham Index Plus | +16 | A+ | 659.60 mil |
| JPMorgan:US GARP Eq | +23 | A+ | 157.80 mil |
| Fidelity SAI US Qual Idx | +20 | A+ | 12.412 bil |
| Rydex:NASDAQ 2x | +33 | A+ | 754.70 mil |
| Third Avenue:Value | +6 | A+ | 759.30 mil |
| AQR:Div Strat | +12 | A+ | 746.50 mil |
| ProFunds:UltraNASDAQ | +33 | A+ | 815.80 mil |
| Hennessy:Crnst Gro | +21 | A+ | 260.50 mil |
| Schwab Cap:Lg-Cap Gro | +21 | A+ | 375.30 mil |
| Columbia:Disc Gr | +21 | A+ | 152.80 mil |
| Federated Hrms MDT AC | +18 | A+ | 542.70 mil |
| DFA US Lg Cp Gr | +17 | A+ | 3.261 bil |
| Virtus:Silvant FG | +28 | A+ | 705.10 mil |
| Fidelity Lrg Cap Gro Idx | +21 | A+ | 22.102 bil |
| Nuveen LgCp G Idx | +21 | A+ | 11.562 bil |
| Vanguard Rus 1000 GI | +21 | A+ | 6.72 bil |
| Victory:Dvsd Stock | +17 | A+ | 224.20 mil |
| Elfun Trusts | +20 | A+ | 3.882 bil |

---

*[Dense mutual fund performance listing tables follow, showing fund names with columns for 36 Mo Performance Rating, Fund, YTD % Chg, 12Wk % Chg, 5 Yr Tax Rtn, After Value, Net Asset Chg — data not individually transcribed]*

---

## FOUNDER'S CLUB
BY INVESTOR'S BUSINESS DAILY

Every IBD product.
Exclusive events.
Personalized service.

### YOUR FOUNDER'S CLUB MEMBERSHIP INCLUDES:

**IBD Premium Products**
- IBD Digital
- MarketSurge
- Leaderboard
- IBD Live
- SwingTrader
- IBD Weekly Newspaper
- MarketDiem

**Online Courses:**
- Foundations of Investing: Level 1
- Intermediate Strategies
- Advanced Strategies
- Options Trading
- Market School
- IPO Trading Strategies
- Advanced Buying Strategies
- Chart School

- Short Selling Strategies
- William J. O'Neil's Model Stocks

**Exclusive Events:**
- Quarterly member webinars with IBD experts
- Special event webinars with leading market voices
- Annual Founder's Club Event with IBD's top experts
- A 30-minute session with an IBD Live host
- Local, intimate events hosted by our team

**Priority Access**
- A direct line to our best-in-class Customer Success Team
- Priority scheduling for one-on-one training with MarketSurge Coaches

Become a Founder's Club member today for the yearly rate of $7,000. **Join now!**

## Investors.com/foundersclub

© 2024 Investor's Business Daily, LLC. Investor's Business Daily, IBD, IBD Digital, IBD Live and Leaderboard are trademarks of Investor's Business Daily, LLC.

## ONLINE AUCTION
# FRANKLIN TN DEVELOPMENT LAND

### BIDDING CLOSES AUGUST 1ST • 2:00PM CST

## 4442 Pratt Lane, Franklin, TN 37064

*19.45+/- Acres of Prime Development Land*

JUST A STONE'S THROW AWAY FROM THE VIBRANT HUB OF NASHVILLE!

Situated near the I-65 interchange, this location is a developer's dream, promising ample prospects for growth and innovation. Noteworthy is its adjacency to the Ramsey Event Center, underscoring the prestige and potential of this area in Franklin, Tennessee. Embrace this opportunity to be at the forefront of Nashville's expansion and carve your mark in this dynamic landscape in Williamson County!

### J. P. KING    | www.jpking.com | 800.558.5464

J.P. King Auction Company, Inc. 256-546-5217 Jerry Craig King, #1525; J. P. King Auction Company, Inc., #123, Buyers Premium 12%

### UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA

WILLIAM C. THEODORE, individually and on behalf of all others similarly situated, Plaintiffs,
v.
PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL E. DEE, DAVID BRENNER, and BYRON ROTH, Defendants.

Case No. 6:21-cv-809-PGB-GJK

**CLASS ACTION**

### SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION AND FINAL APPROVAL HEARING

**To:** ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED PURECYCLE SECURITIES[1] BETWEEN NOVEMBER 16, 2020 AND NOVEMBER 10, 2021, BOTH DATES INCLUSIVE.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Middle District of Florida, that a hearing will be held on October 8, 2024, at 10:00 a.m. before the Honorable Paul G. Byron, United States District Judge of the Middle District of Florida, 401 West Central Boulevard, Courtroom 4B, Orlando, Florida 32801, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $12,000,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of up to one-third of the Settlement Amount ($4,000,000) plus interest, reimbursement of expenses of not more than $400,000, and a Compensatory Award to Lead Plaintiffs of no more than $60,000 collectively (or $30,000 each) should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement dated May 6, 2024 (the "Settlement Stipulation").[*]

If you purchased or otherwise acquired Purecycle Securities between November 16, 2020 and November 10, 2021, both dates inclusive (the "Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Purecycle Securities. If you have not received a detailed Notice Of Proposed Settlement Of Class Action, Motion For Attorneys' Fees And Expenses, And Final Approval Hearing ("Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by visiting http://www.strategicclaims.net/purecycle or by contacting the Claims Administrator toll-free at (866) 274-4004 or at info@strategicclaims.net. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form postmarked no later than September 12, 2024, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than September 12, 2024, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Lead Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than September 17, 2024, by each of the following:

**Clerk of the Court**
United States District Court
Middle District of Florida
401 West Central Boulevard
Rm. 4B
Orlando, Florida 32801

**Lead Counsel**
Jeremy A. Lieberman
Tamar A. Weinrib
POMERANTZ LLP
600 Third Avenue, Floor 20
New York, NY 10016

**Counsel for Defendants**
David Kistenbroker
Joni Jacobsen
DECHERT LLP
35 West Wacker Drive, Suite 3400
Chicago, IL 60601

John R. Loftus
Christine E. Ellice
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067

If you have any questions about the Settlement, you may visit http://www.strategicclaims.net/purecycle or write to Lead Counsel at the above address.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: June 4, 2024

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

[1] "PureCycle Technologies, Inc.," "PureCycle," or "the Company" shall mean PureCycle Technologies, Inc. and any of its predecessors, affiliates, or subsidiaries, including but not limited to PureCycle Technologies LLC or Roth CH Acquisition I Co. ("ROCH"). During the Class Period, until March 17, 2021, the common stock of ROCH traded on the NASDAQ under the ticker symbol "ROCH," the warrants to purchase the common stock of ROCH traded on the NASDAQ under the ticker symbol "ROCHW," and the units comprised of ROCH common stock and warrants traded on the NASDAQ under the ticker symbol "ROCHU." Following the March 16, 2021 shareholder approval of the merger and the March 17, 2021 closing of the merger, PureCycle common stock trades on the NASDAQ under the ticker symbol "PCT," the warrants to purchase its common stock trade on the NASDAQ under the ticker symbol "PCTTW," and units comprised of PCT common stock and warrants trade on the NASDAQ under the ticker symbol "PCTTU." As further described in the Stipulation of Settlement, these are all included within the definition of PureCycle Securities.

[*] Defendants deny any and all allegations of wrongdoing, fault, liability, or damage whatsoever asserted by Lead Plaintiffs, including but not limited to, the allegations that Lead Plaintiffs or the Settlement Class have suffered damages or that Lead Plaintiffs or the Settlement Class were harmed by the conduct alleged in the Action. Defendants continue to believe the claims asserted against them in the Action are without merit.

©2024 Investor's Business Daily, LLC. All rights reserved.

September 2, 2024


PureCycle Technologies Inc. Securities Litigation
c/o Strategic Claims Service
PO Box 230
600 N Jackson St., Ste. 205
Media, PA 19063

To Whom It May Concern:

We request exclusion from the Settlement Class in the Theodore v. PureCycle Technologies, Inc., et al.,
Case No. 6:21-cv-809 (M.D. Fla.).

Name:  Michael and Cindy Sanders
Address:
Phone Number:
Email Address:

No sales, acquisitions or dispositions of PureCycle

Purchases:
3/18/21  100 shares @ $34.91 = $3,526
7/23/21 100 shares @ $15.00 = $1,535
8/17/21 200 shares @ $12.60 = $2,555

As of November 10, 2021 we held 400 shares of PureCycle Technologies stock.

Sincerely,


Cindy Sanders


Michael Sanders

Case 6:21-cv-00809-PGB-RMN   Document 218-1   Filed 09/17/24   Page 48 of 64 PageID
9654



# Investment Account

Account Number:
Activity Statement

*Values as of August 31, 2021*

CINDY SANDERS AND
MICHAEL SANDERS

**Investment Objective**

Aggressive Growth

Your Account Executive:

*A copy of this statement was sent to: LPL FINANCIAL*

| *Value on January 1, 2021* | *Value as of last statement 07/31/2021* | *Value on August 31, 2021* |
|---|---|---|

## Account Summary

| | Quarter to Date 07/01 - 08/31/2021 | Year to Date 01/01 - 08/31/2021 |
|---|---|---|
| **Starting Value** | | |
| Total Change in Value of Assets | | |
| *Inflows* | | |
| *Outflows* | | |
| *Dividends* | | |
| *Interest* | | |
| *Capital Gains* | | |
| *Other Distributions* | | |
| *Market Fluctuations*[1] | | |
| **Total Ending Value (August 31, 2021)** | | |

[1] *Market Fluctuations reflects the impact of changes in the value of securities held in your LPL Financial account, as well as the impact of any transfers of securities into or out of your account during the statement period.*

# Investment Account

# Account Holdings As of August 31, 2021

## Cash and Cash Equivalents

| Description | Interest / Dividend Paid in August | Interest / Dividend Rate[3] | Current Balance |
|---|---|---|---|
| Insured Cash Account [4] | | | |
| JPMorgan Chase Bank NA | | | |
| Total Insured Cash Account | | | |
| **Total Cash and Cash Equivalents** | | | |

## Equities and Options

| Security ID / Description | Quantity Price ($) | Market Value ($) | Cost Basis ($) Purchase Cost ($)[5] | Unrealized Gain / Loss ($) | Estimated Annual Income ($)[a] Est 30-Day Yield[a] |
|---|---|---|---|---|---|
| **PCT** PURECYCLE TECHNOLOGIES INC [c] | 400 $14.71 | 5,884.00 | 7,616.00 7,616.00 | (1,732.00) | — — |

**Total of Equities and Options**

R  Dividends and/or capital gains distributed by this security will be reinvested.
c  Dividends and/or capital gains distributed by this security will be distributed as cash.

---

3  Bank Deposit Sweep interest is the current rate. Money Market Sweep dividend is a 30-day yield.
4  Bank Deposit Sweep Accounts are FDIC insured, are not obligations of LPL Financial or SIPC, and are not available for margin purposes. See message section for further information.
5  Purchase Cost equals Cost Basis of Equities and Mutual Funds less any reinvested dividends and interest.
a  Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.

## Investment Account

## Account Holdings As of August 31, 2021 *Continued*

### ETPs, Mutual Funds, Exchange-Traded Closed-End Funds and Interval Funds

| Security ID / Description | Quantity Price ($) | Market Value ($) | Cost Basis ($) Purchase Cost ($)[5] | Unrealized Gain / Loss ($) | Estimated Annual Income ($)[a] Est 30-Day Yield[a] |
|---|---|---|---|---|---|

**Total of ETPs, Mutual Funds, Exchange-Traded Closed-End Funds and Interval Funds**

## Total Account Holdings

| | Market Value ($) | Cost Basis ($) Purchase Cost ($)[6] | Unrealized Gain / Loss ($) | Estimated Annual Income ($)[a] |
|---|---|---|---|---|

---

[5]    *Purchase Cost equals Cost Basis of Equities and Mutual Funds less any reinvested dividends and interest.*

[a]    *Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.*

[6]    *Purchase Cost equals Cost Basis less any reinvested dividends, interest, Fixed Income and Alternative Investments.*

# Investment Account

## Cash Activity Summary

| | Since last statement<br>08/01 - 08/31/2021 | Year to Date<br>01/01 - 08/31/2021 |
|---|---|---|
| Securities Purchased | | |
| Securities Sold | | |
| Cash Inflows | | |
| Cash Outflows | | |
| Dividends | | |
| Interest | | |
| Capital Gains | | |
| Other Distributions | | |
| Reinvestments | | |

## Account Activity August 1 - August 31, 2021 *(Since last statement)*

| Date | Transaction Type | Description/Security ID | Price($)<br>Quantity | Amount |
|---|---|---|---|---|
| 08/17/2021 | Purchase | PURECYCLE TECHNOLOGIES INC PCT | $12.60<br>200 | ($2,555.00) |

---

7   *Bank Deposit and Money Market Sweep transactions reflect the net of all transfers of free cash balance to and from your sweep on the date referenced.*

# Investment Account

Account Number:
Activity Statement

*Values as of July 31, 2021*

CINDY SANDERS AND
MICHAEL SANDERS

Investment Objective

 Aggressive Growth

Your Account Executive:

*A copy of this statement was sent to: LPL FINANCIAL*

| *Value on January 1, 2021* | *Value as of last statement 06/30/2021* | *Value on July 31, 2021* |
|---|---|---|

## Account Summary

|  | Quarter to Date 07/01 - 07/31/2021 | Year to Date 01/01 - 07/31/2021 |
|---|---|---|
| **Starting Value** |  |  |
| Total Change in Value of Assets |  |  |
| *Inflows* |  |  |
| *Outflows* |  |  |
| *Dividends* |  |  |
| *Interest* |  |  |
| *Capital Gains* |  |  |
| *Other Distributions* |  |  |
| *Market Fluctuations*[1] |  |  |
| **Total Ending Value (July 31, 2021)** |  |  |

[1]    *Market Fluctuations reflects the impact of changes in the value of securities held in your LPL Financial account, as well as the impact of any transfers of securities into or out of your account during the statement period.*

LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

LPL Financial

# ⅂ Investment Account

## Account Holdings As of July 31, 2021

### Cash and Cash Equivalents

| Description | Interest / Dividend Paid in July | Interest / Dividend Rate[3] | Current Balance |
|---|---|---|---|
| Insured Cash Account [4] | | | |
| *JPMorgan Chase Bank NA* | | | |
| Total Insured Cash Account | | | |
| **Total Cash and Cash Equivalents** | | | |

### Equities and Options

| Security ID / Description | Quantity Price ($) | Market Value ($) | Cost Basis ($) Purchase Cost ($)[5] | Unrealized Gain / Loss ($) | Estimated Annual Income ($)[a] Est 30-Day Yield[a] |
|---|---|---|---|---|---|
| **PCT** PURECYCLE TECHNOLOGIES INC [c] | 200 $14.81 | 2,962.00 | 5,061.00 5,061.00 | (2,099.00) | — — |

**Total of Equities and Options**

    R  Dividends and/or capital gains distributed by this security will be reinvested.
    c  Dividends and/or capital gains distributed by this security will be distributed as cash.

---

3   *Bank Deposit Sweep interest is the current rate. Money Market Sweep dividend is a 30-day yield.*
4   *Bank Deposit Sweep Accounts are FDIC insured, are not obligations of LPL Financial or SIPC, and are not available for margin purposes. See message section for further information.*
5   *Purchase Cost equals Cost Basis of Equities and Mutual Funds less any reinvested dividends and interest.*
a   *Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.*

# Investment Account

## Account Holdings As of July 31, 2021 Continued

### ETPs, Mutual Funds, Exchange-Traded Closed-End Funds and Interval Funds

| Security ID / Description | Quantity Price ($) | Market Value ($) | Cost Basis ($) Purchase Cost ($)[5] | Unrealized Gain / Loss ($) | Estimated Annual Income ($)[a] Est 30-Day Yield[a] |
|---|---|---|---|---|---|
| | | | | | |

**Total of ETPs, Mutual Funds, Exchange-Traded Closed-End Funds and Interval Funds**

## Total Account Holdings

| | Market Value ($) | Cost Basis ($) Purchase Cost ($)[5] | Unrealized Gain / Loss ($) | Estimated Annual Income ($)[a] |
|---|---|---|---|---|
| | | | | |

[5]    Purchase Cost equals Cost Basis of Equities and Mutual Funds less any reinvested dividends and interest.

[a]    Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.

[6]    Purchase Cost equals Cost Basis less any reinvested dividends, interest, Fixed Income and Alternative Investments.

# Investment Account

## Cash Activity Summary

|  | Since last statement 07/01 - 07/31/2021 | Year to Date 01/01 - 07/31/2021 |
|---|---|---|
| Securities Purchased |  |  |
| Securities Sold |  |  |
| Cash Inflows |  |  |
| Cash Outflows |  |  |
| Dividends |  |  |
| Interest |  |  |
| Capital Gains |  |  |
| Other Distributions |  |  |
| Reinvestments |  |  |

## Account Activity July 1 - July 31, 2021 *(Since last statement)*

| Date | Transaction Type | Description/Security ID | Price($) Quantity | Amount |
|---|---|---|---|---|
| 07/23/2021 | Purchase | PURECYCLE TECHNOLOGIES INC PCT | $15.00 100 | ($1,535.00) |

7   Bank Deposit and Money Market Sweep transactions reflect the net of all transfers of free cash balance to and from your sweep on the date referenced.

## 2 Investment Account

CINDY SANDERS AND
MICHAEL SANDERS

Account Number:
1st Quarter 2021 Statement

*Values as of March 31, 2021*

**Investment Objective**



Aggressive Growth

Your Account Executive:

*A copy of this statement was sent to: LPL FINANCIAL*

*Value on* January 1, 2021            *Value as of last statement 02/28/2021*            *Value on* March 31, 2021

## Account Summary

|  | 1st Quarter 01/01 - 03/31/2021 | Year to Date 01/01 - 03/31/2021 |
|---|---|---|
| **Starting Value** |  |  |
| Total Change in Value of Assets |  |  |
| Inflows |  |  |
| Outflows |  |  |
| Dividends |  |  |
| Interest |  |  |
| Capital Gains |  |  |
| Other Distributions |  |  |
| Market Fluctuations[1] |  |  |
| **Total Ending Value (March 31, 2021)** |  |  |

## Purchasing Power

Available Cash (March 31, 2021)

---

[1]    *Market Fluctuations reflects the impact of changes in the value of securities held in your LPL Financial account, as well as the impact of any transfers of securities into or out of your account during the statement period.*

## 2 Investment Account

# Gain/Loss Summary

| | Realized<br>1st Quarter<br>01/01 - 03/31/2021 | Realized<br>Year to Date<br>01/01 - 03/31/2021 | Unrealized<br>As of<br>03/31/2021 |
|---|---|---|---|
| Short Term Gain | | | |
| Short Term Loss | | | |
| **Net Short Term Gain or Loss** | | | |
| Long Term Gain | | | |
| Long Term Loss | | | |
| **Net Long Term Gain or Loss** | | | |
| Unknown Purchase Date | | | |
| **Total** | | | |

# Asset Allocation As of 03/31/2021



| | |
|---|---|
| **1.** | Equities & Options |
| **2.** | Fixed Income |
| **3.** | ETPs, Mutual, Closed-End & Interval Funds |
| **4.** | Alternative Investments |
| **5.** | Annuities |
| **6.** | Cash & Cash Equivalents |
| **7.** | Other |
| | **Total Ending Value** |

2 Investment Account

# Account Holdings As of March 31, 2021

## Cash and Cash Equivalents

| Description | Interest / Dividend Paid in March | Interest / Dividend Rate[3] | Current Balance |
|---|---|---|---|
| Insured Cash Account [4] | | | |
| JPMorgan Chase Bank NA | | | |
| Total Insured Cash Account | | | |
| **Total Cash and Cash Equivalents** | | | |

## Equities and Options

| Security ID / Description | Quantity Price ($) | Market Value ($) | Cost Basis ($)<br>Purchase Cost ($)[5] | Unrealized Gain / Loss ($) | Estimated Annual Income ($)[a]<br>Est 30-Day Yield[a] |
|---|---|---|---|---|---|
| **PCT** PURECYCLE TECHNOLOGIES INC [c] | 100<br>$25.50 | 2,550.00 | 3,526.00<br>3,526.00 | (976.00) | —<br>— |

**Total of Equities and Options**

R Dividends and/or capital gains distributed by this security will be reinvested.
c Dividends and/or capital gains distributed by this security will be distributed as cash.

---

3 Bank Deposit Sweep interest is the current rate. Money Market Sweep dividend is a 30-day yield.
4 Bank Deposit Sweep Accounts are FDIC insured, are not obligations of LPL Financial or SIPC, and are not available for margin purposes. See message section for further information.
5 Purchase Cost equals Cost Basis of Equities and Mutual Funds less any reinvested dividends and interest.
a Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.

## 2 Investment Account

## Account Holdings As of March 31, 2021 *Continued*

### ETPs, Mutual Funds, Exchange-Traded Closed-End Funds and Interval Funds

| Security ID / Description | Quantity Price ($) | Market Value ($) | Cost Basis ($) Purchase Cost ($)[5] | Unrealized Gain / Loss ($) | Estimated Annual Income ($)[a] Est 30-Day Yield[a] |
|---|---|---|---|---|---|

**Total of ETPs, Mutual Funds, Exchange-Traded Closed-End Funds and Interval Funds**

## Total Account Holdings

| | Market Value ($) | Cost Basis ($) Purchase Cost ($)[6] | Unrealized Gain / Loss ($) | Estimated Annual Income ($)[a] |
|---|---|---|---|---|

---

[5]   Purchase Cost equals Cost Basis of Equities and Mutual Funds less any reinvested dividends and interest.

[a]   Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.

[6]   Purchase Cost equals Cost Basis less any reinvested dividends, interest, Fixed Income and Alternative Investments.

2 Investment Account

# Cash Activity Summary

| | Since last statement 03/01 - 03/31/2021 | 1st Quarter 01/01 - 03/31/2021 | Year to Date 01/01 - 03/31/2021 |
|---|---|---|---|
| Securities Purchased | | | |
| Securities Sold | | | |
| Cash Inflows | | | |
| Cash Outflows | | | |
| Dividends | | | |
| Interest | | | |
| Capital Gains | | | |
| Other Distributions | | | |
| Reinvestments | | | |

# Account Activity March 1 - March 31, 2021 *(Since last statement)*

| Date | Transaction Type | Description/Security ID | Price($) Quantity | Amount |
|---|---|---|---|---|
| | | | | |

**Account Activity continued on next page...**

7   Bank Deposit and Money Market Sweep transactions reflect the net of all transfers of free cash balance to and from your sweep on the date referenced.

LPL Financial   LPL Financial   Member FINRA/SIPC   4707 Executive Drive, San Diego, CA 92121-3091

2 Investment Account

## Account Activity March 1 - March 31, 2021 *(Since last statement)* *Continued*

| Date | Transaction Type | Description/Security ID | Price($) Quantity | Amount |
|------|------------------|-------------------------|-------------------|--------|

**Account Activity continued on next page...**

7    Bank Deposit and Money Market Sweep transactions reflect the net of all transfers of free cash balance to and from your sweep on the date referenced.

LPL Financial    LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Cindy Sanders

quadient
FIRST-CLASS MAIL
$000.97 º

US POSTAGE

SEP 0 9 2024

PureCycle Technologies Inc. Securities Litigation
c/o Strategic Claims Service
PO Box 230
600 N. Jackson St., Ste. 205
Media, ...