# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

WILLIAM C. THEODORE,
individually and on behalf of all others
similarly situated,

Plaintiffs,

v.

PURECYCLE TECHNOLOGIES,
INC., MICHAEL OTWORTH,
MICHAEL E. DEE, DAVID
BRENNER, and BYRON ROTH,

Defendants.

Case No. 6:21-cv-809-PGB-GJK

**CLASS ACTION**

### DECLARATION OF ROBERT CIECKO IN SUPPORT OF (i) PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (ii) LEAD COUNSEL'S UNOPPOSED MOTION FOR ATTORNEYS' FEES, EXPENSE REIMBURSEMENT, AND COMPENSATORY AWARDS FOR LEAD PLAINTIFFS

I, Robert Ciecko, hereby declare under penalty of perjury as follows:

1.      I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows.

2.      I hereby submit this declaration in support of: (1) the proposed Settlement of this Action; (2) my application for reimbursement of time and effort spent directly related to my representation of the Class; and (3) Lead Counsel's request for attorneys' fees and reimbursement of expenses.

3.      I make this declaration with the benefit of having reviewed the (i) Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Settlement ("Final Approval Memorandum"); (ii) Memorandum of Law in Support of Lead Counsel's Motion for an Award of

1

Attorneys' Fee and Reimbursement of Litigation Expenses ("Fee Memorandum"); and (iii) the

Declaration of Tamar A. Weinrib in Support of Lead Plaintiffs' Unopposed Motions For Final

Approval Of Class Action Settlement and Plan Of Allocation; and Lead Counsel's Unopposed

Motion For Attorneys' Fees, Expense Reimbursement, and Compensatory Awards For Lead

Plaintiffs ("Weinrib Declaration").

4.      I am aware of and understand the requirements and responsibilities of a Lead

Plaintiff in a securities class action, including those set forth in the Private Securities Litigation

Reform Act of 1995 ("PSLRA").  I have personal knowledge of the matters set forth in this

Declaration, as I have been directly involved in monitoring and overseeing the prosecution of the

Action, as well as the negotiations leading to the Settlement, and I could and would testify

competently to these matters.

5.      By order dated August 5, 2021, the District Court appointed me as Lead Plaintiff

along with Mariusz Ciecko, and appointed Pomerantz LLP ("Pomerantz") as Lead Counsel.  On

January 17, 2024, Plaintiffs filed an amended motion for class certification, appointment of class

representatives, and appointment of Pomerantz as Class Counsel.

6.      As a Lead Plaintiff and proposed class representative for settlement purposes, I was

extremely involved with the litigation and kept abreast of developments in this case and news

concerning PureCycle Technologies, Inc. to satisfy my fiduciary obligation to the Class. I spent

considerable time to satisfy these obligations including:

    a) Reviewing and discussing with my counsel my role and responsibilities as Lead

       Plaintiff;

    b) Regularly communicating with Pomerantz LLP regarding the posture and progress

       of the case;

c) Reading and discussing the Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws ("FAC") with my counsel prior to filing;

d) Reading and discussing the Consolidated Second Amended Class Action Complaint for Violations of the Federal Securities Laws ("SAC") with my counsel prior to filing;

e) Reviewing and discussing the briefing on Defendants' motion to dismiss the FAC with my counsel;

f) Reviewing and discussing the briefing on Defendants' motion to dismiss the FAC with my counsel;

g) Reviewing and discussing the briefing on Defendants' motion for reconsideration with my counsel;

h) Reviewing and discussing the briefing on the motion for class certification and my proposed appointment as class representative along with Mariusz Ciecko, and proposed appointment of Pomerantz LLP as Class Counsel;

i) Reviewing, discussing with counsel, and responding to discovery requests;

j) Preparing for and sitting for a deposition;

k) Reviewing and/or discussing all significant decisions in this Action;

l) Discussing settlement negotiations with my counsel and reviewing the settlement documents;

m) Evaluating and approving the Settlement of this Action for $12 million.

7.    I estimate that I spent about 79 hours on these tasks.

8.    I am recently retired. Prior to my retirement I held the position of Vice President of Manufacturing at AGCO.

3

9.    I continue to believe that this Settlement is an excellent result achieved by counsel when considering the strengths of the case along with all the risks and expense of continued litigation, as well as the financial condition of PureCycle Technologies, Inc.  I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class and strongly endorse approval of the Settlement by the District Court.

10.    I believe that Lead Counsel's request for an award of attorneys' fees of one third is fair and reasonable in light of the work Lead Counsel performed on behalf of the Settlement Class. I further believe that the litigation expenses being requested for reimbursement to Lead Counsel are reasonable and represent expenses necessary for the prosecution and resolution of the claims in the Action.  Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Lead Counsel's request for reimbursement of litigation expenses.

11.    In sum, I respectfully request that the court approve the Settlement; reimburse me for the time and effort I spent as Lead Plaintiff on this case and representing the Class; and approve Lead Counsel's request for attorneys' fees.

I declare under penalty of perjury that the foregoing is true and correct.


Executed: Wichita, Kansas.
Dated: September 16, 2024

Robert Ciecko

4