# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM C. THEODORE, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>v.<br><br>PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL E. DEE, DAVID BRENNER, BYRON ROTH and TASMIN ETTEFAGH,<br><br>                     Defendants. | Case No. 6:21-cv-809-PGB-GJK |

## NOTICE OF ERRATA

Lead Plaintiffs Robert Ciecko and Mariusz Ciecko, by and through their undersigned attorneys, submit their Notice of Errata.

On September 17, 2024, Plaintiffs submitted their Motion for Final Approval of Settlement. Due to clerical error, the uploading of an incorrect document included the below errors:

1. Footnote 3 was missing a close quote after "Weinrib Decl.";

2. Footnote 4 included text that was repeated in footnote 5 on page 13;

3. A semicolon was missing between the following two cites: "*See Behrens v. Wometco Enters.*, 118 F.R.D. 534, 542-43 (S.D. Fla. 1988) (holding that, given the "uncertainties" and "risks of litigation," "a recovery at trial of three to five percent of the requested damages is fairly realistic given these uncertainties"), *aff'd*, 899 F.2d

21 (11th Cir. 1990); *Stoneridge Inv. Partners LLC v. Charter Commc'ns, Inc.* (*In re Charter Commc'ns, Inc. Sec. Litig.*), 2005 WL 4045741, at *6 (E.D. Mo. June 30, 2005);

    4.    The spacing of footnote 6 on page 15 was incorrect;

No substantive changes have been made to the motion or argument.

The corrected document is attached hereto as Exhibit 1 for clarity.

Dated:  September 18, 2024

**POMERANTZ LLP**

By:   /s/ *Tamar A. Weinrib*
       Tamar A. Weinrib
       600 Third Avenue, 20th Floor
       New York, NY 10016
       (646) 581-9973
       taweinrib@pomlaw.com

       *Counsel for Plaintiffs Robert Ciecko and Marius Ciecko*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2024, the foregoing Notice of Errata was filed and served via the Court's CM/ECF system.

*/s/ Tamar A. Weinrib*
Tamar A. Weinrib
