**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| CLERK'S MINUTES |
| **Final Approval Hearing** |

**Case Number: 6:21-cv-809-PGB-RMN**

| | |
|---|---|
| **WILLIAM C. THEODORE, ERSTE ASSET MANAGEMENT GMBH and DAVID TENNENBAUM,** | **Plaintiff's Counsel:** Tamar A Weinrib |
| **Plaintiffs,** | |
| **v.** | |
| **PURECYCLE TECHNOLOGIES, INC., MICHAEL OTWORTH, MICHAEL E. DEE, DAVID BRENNER and BYRON ROTH,** | **Defense Counsel:**  Joni Jacobsen, John Loftus |
| **Defendants.** | |

| Judge: | **Paul G. Byron** | Court Reporter | Koretta Stanford courtreporterstanford@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | October 8, 2024 | Time: | 10:06 A.M. – 10:10 AM 4 minutes |

Case called. Appearances taken.

The Court addresses the Motion for Final Approval of Class Action Settlement (Doc. 216) and Motion for Attorney Fees and Expenses (Doc. 217).

The Court will approve the Class Action Settlement and will grant the motion for attorney's fees. Written orders to follow.

Court adjourned.